**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Midwest Goods Inc., dba Midwest Distribution Illinois,<br><br>   Plaintiff,<br><br> vs.<br><br>Breeze Smoke LLC,<br><br>   Defendant.<br><br>―――――――――――――――――――<br><br>Breeze Smoke LLC,<br><br>   Counter-Claimant,<br><br> vs.<br><br>Midwest Goods Inc., dba Midwest Distribution Illinois, Wisemen Wholesale, Inc., Speed Wholesale, Inc., World Wholesale, Inc., Light View LLC,<br><br>   Counterclaim Defendants. | CASE NO. 1:23-CV-05406<br><br>HONORABLE THOMAS M. DURKIN<br><br>JURY TRIAL DEMANDED |

## INDEX OF EXHIBITS TO BREEZE SMOKE'S COUNTERCLAIMS

| Exhibit | Description |
|---|---|
| 1 | TESS Pages for Breeze Smoke's U.S. Trademark Registrations |
| 2 | TESS Pages for Breeze Smoke's U.S. Trademark Applications |
| 3 | Additional Examples of Counterclaim Defendant's Infringing Uses |
| 4 | Cease and Desist Letter to Wisemen Wholesale, Inc. |
| 5 | Cease and Desist Letter to Speed Wholesale, Inc. |
| 6 | Cease and Desist Letter to World Wholesale Inc. and Light View LLC |