# EXHIBIT 3

**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**                    **Infringing Product**



**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**      **Infringing Product**

      

**BREEZE PRO Product**                              **Infringing Product**



**BREEZE PRO Product**                                      **Infringing Product**





**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**  **Infringing Product**





**BREEZE PRO Product**                                              **Infringing Product**

                                              

**BREEZE PRO Product**                                    **Infringing Product**




**BREEZE PRO Product**                              **Infringing Product**





**BREEZE PRO Product**                    **Infringing Product**





**BREEZE PRO Product**                                    **Infringing Product**


