# EXHIBIT

# C"



BS_BB008080

Case: 1:23-cv-05406 Document #: 27-3 Filed: 11/02/23 Page 3 of 6 PageID #:929



BS_BB008060

# BREEZE
## SMOKE™
### DISPOSABLE POD DEVICE

         

**PRO EDITION**

       

**PLUS EDITION**

# PMTA/FDA APPLICANT
### www.breezesmoke.com

**WARNING:** This product contains nicotine. Nicotine is an addictive chemical.

BS_BB008061



BS_BB008062



BS_BB008075