# EXHIBIT

# D

**Vapes Delivered – Disposable Vapes**
@VapesDelivered
···

Breeze Pro disposable has more hits, new and exciting flavors, and a smoother vapor experience. It all begins with the Breeze's new elegant design. which has Breeze as one of the best disposable vape manufacturers on the market. #vapes #breeze #buyvapes vape619.com

12:13 AM · May 7, 2023 · **4,920** Views

   

**Joshua Dingman**
@JoshuaDingman

Breeze Pros. $13 each. Free delivery in Kent County.

#Michigan #vapes



2:38 PM · Mar 3, 2023 · 40 Views



 happy_hookah_atl • Follow

happy_hookah_atl The Breeze Pro is finally here! We also have a ton of flavors available in the Breeze Plus edition

.

.

.

#happy #happyhookah #vape #disposable #Breeze #breezepro #nicotine #saltnic #downtownatlanta #smokehouse #metaphysicalshop #gsu #georgiastateuniversity #atl #Atlanta

71w

hernameis.bam How much?

71w    Reply

—— View replies (1)

_blacksuccesslyf_ Send me the pictures or videos I am interested in featuring your business

71w    Reply

      

38 likes

FEBRUARY 4, 2022

 Add a comment...    Post



September 25 at 2:23 PM · 🌐

Breeze pro: 23 flavors available
Breeze prime edition: 3 flavor
All together 8 brands and 77 flavors of vapes available.
Thank you!

👍 2

1 comment   1 share

VAPE ON

September 28 at 12:27 PM · Naperville · 🌐

Breeze smoke pro edition 2000 puff  strawberry cream  #chicago  #breeze #breezesmoke #breezesmokepro disposablevape disponible #vape #vapeonnaperville #disposablevape #nearme #poshillinois #breezedisposablevape



September 21 at 12:24 PM · 🌐

The Breeze Pro Disposable Vape Pen is one of the most popular and visible brands of disposables in the market.








👍 1

2 shares





Vape on Naperville is at McDowell Grove Forest Preserve.

September 28 at 12:28 PM · Naperville · 🌐

Breeze smoke pro edition 2000 puff  orange mango watermelon #chicago  #breeze #breezesmoke #breezesmokepro disposablevape disponible #vape #vapeonnaperville #disposablevape #nearme #poshillinois #breezedisposablevape

October 3 at 6:47 PM · 🌐

Breeze pro 20+ flavors in stock at the cheapest price‼️



👍❤️ 3



**Liberty Vape & Tobacco** · Follow
September 25 at 9:21 PM · 🌐

‼️ 🔥 NEW POST 🔥 ‼️
‼️ NEED A NEW VAPE? HIT US UP FOR SOME BREEZE PRO EDITION 2K PUFFS WITH MORE FLAVORS COMING SOON ‼️ 🔥 🌐




👍 2



American Green Smoke
October 10 at 2:15 PM · 🌐

HURRY UP 🔺!! LIMITED TIME OFFER ⏰
BREEZE SMOKE NEXT GEN VAPING HAS ARRIVED..... EXCLUSIVE AVAILABLE AT AMERICAN GREEN SMOKE

👍🥰 2

**Inline Vape** · Follow
October 5 at 8:56 AM · 🌐

🎃 Get into the fall spirit with our Breeze Smoke Pro Pumpkin Spice! 🍂

For a limited time, snag one for just $12.99 or double the delight with 2 for only $20!

Visit our Michigan branch store and check out the full lineup at www.inlinevape.com/locations. 🍁

#V... See more



👍 1                                                                        2 shares





High 5 smokeshop · Follow
1d · 🌐

New Breeze Pro Disposable's 💨

#high5smokeshop #smokeshop #Breezepro

👍 2



**The Puff Club Smoke & Vape**
September 25 at 11:30 AM · 🌐

Stay refreshed with the Breeze Pro Bubblegum Freeze, available at The Puff Club. Elevate your vaping experience with this cool and sweet flavor. 💎❄️

-

-

-

#BreezePro #BubblegumFreeze #ThePuffClub #VapeTheCool #ElevateYourVaping #CoolFlavorVaping #VapeDelights #GetBreezePro #OrderNow #VapeOn #VapingEssentials #FlavorfulVaping #VapeWithStyle





**EMPOWER YOUR VIBE WITH VAPOR.**

BREEZE PRO BUBBLEGUM FREEZE



**Follow**

October 11 at 3:48 PM · 🌐

The Breeze Pro comes with a hefty 50MG nicotine punch in 6ml of pre-filled e-liquid. But the fun doesn't stop there - you've got around 2000 puffs to keep the clouds rolling. The 1000mAh integrated battery ensures you're powered up for the entire journey and the disposable design makes it incredibly hassle-free - no refills or recharges required.

📞 : Visit us at,
🌐 : themidnightpuffclub.com

#... See more

September 28 at 12:14 PM · Naperville · 🌐

Breeze smoke pro edition 2000 puff  Pom berry mint  #chicago  #breeze #breezesmoke #breezsmokepro disposablevape disponible #vape #vapeonnaperville #disposablevape #nearme #poshillinois #breezedisposablevape



HyperFocus 3D Co Inc
September 20 at 6:13 PM · 🌐

If you're looking for a vape case for the BREEZE PRO And don't want to wait for shipping, they are now being sold at boat Town liquor on Jefferson by shook road!  Go check them out!



👍 7

4 shares



