# EXHIBIT

# E"

PRODUCTS

HOME (/)   PRODUCTS (/COLLECTIONS/ALL)   Breeze Pro Disposable Vape

## BREEZE PRO DISPOSABLE VAPE

☆☆☆☆☆ **No reviews**

**BREEZE**

Next gen vaping has arrived from Breeze Smoke. Now featuring an advanced Mesh Coil design to enhance your vaping experience, the Breeze Pro disposable is truly a next generation disposable vape.

More hits, new and exciting flavors, and a smoother vapor experience. It all begins with the Breeze Pro's new elegant design. Premium materials encompassed by a beautifully designed shell helps this disposable vape really stand out. Inside, you'll find a powerful 1,000mAh battery capable of 2,000 puffs, 6mL of 5% salt nicotine vape juice, and a new and enhanced mesh coil design. It's this detailed engineering which has propelled Breeze Smoke as one of the best disposable vape manufacturers on the market. Once again with the Breeze Pro, they've hit a home run.

Features/Specs:

- Up to 2,000 Puffs per device
- 5% Salt Nicotine Strength
- 6mL of Vape Juice capacity
- 1,000mAh internal battery
- All-in-one system
- Fully Disposable
- Draw activated firing mechanism
- Non-Refillable

**$20.99**

Flavor

| CHERRY COLA | POM BERRY MINT | LEMON MINT | AÑEJO | PIÑA COLADA |

| RASPBERRY LEMON | STRAWBERRY PEACH MINT | BLUEBERRY BANANA |

| ORANGE MANGO WATERMELON | CHERRY LEMON | MINT | BLUE RASPBERRY |

| BUBBLE GUM FREEZE | GRAPE SODA | BLUEBERRY MINT | PUMPKIN SPICE |

| CANDY CANE *LIMITED EDITON* | STRAWBERRY LIME | MENTHOL | GUM MINT |

| BANANA MINT | BLUEBERRY WATERMELON | STRAWBERRY CREAM | STRAWMELON |

| TROPICAL SUMMER | VANILLA TOBACCO | LUSH ICE | COCONUT BANANA | MANGO FREEZE |

| STRAWBERRY BANANA | PINEAPPLE PASSION | STRAWKIWI |

Quantity:

1

**ADD TO CART**

To add this product to your wish list you must Sign In (/account/login) or Create an account (/account/register)

---

PRODUCT DESCRIPTION    SHIPPING & RETURNS

Next gen vaping has arrived from Breeze Smoke. Now featuring an advanced Mesh Coil design to enhance your vaping experience, the Breeze Pro disposable is truly a next generation disposable vape.

More hits, new and exciting flavors, and a smoother vapor experience. It all begins with the Breeze Pro's new elegant design. Premium materials encompassed by a beautifully designed shell helps this disposable vape really stand out. Inside, you'll find a powerful 1,000mAh battery capable of 2,000 puffs, 6mL of 5% salt nicotine vape juice, and a new and enhanced mesh coil design. It's this detailed engineering which has propelled Breeze Smoke as one of the best disposable vape manufacturers on the market. Once again with the Breeze Pro, they've hit a home run.

Features/Specs:

- Up to 2,000 Puffs per device
- 5% Salt Nicotine Strength
- 6mL of Vape Juice capacity
- 1,000mAh internal battery
- All-in-one system
- Fully Disposable
- Draw activated firing mechanism
- Non-Refillable

## RELATED PRODUCTS

## CUSTOMER REVIEWS

☆☆☆☆☆  Be the first to write a review

**SHOP NOW**

Vaporizers (/collections/vaporizers)

Disposables (/collections/disposables)

Pod System (/collections/pods)

Ejuice (/collections/freebase)

Pipes & Rigs (/collections/pipes-rigs)

Papers Wraps & More (/collections/papers-wraps-more)

Grinders & Storage (/collections/grinders-storage)

Cleaning Supplies (/collections/appliances-tools)

Clothing (/collections/clothing-accessories)

**RESOURCES**

Blog (/blogs/news)

Contact Us (/pages/contact-us)

**LEGAL**

Terms & Conditions (/pages/terms-conditions)

Pact Act Information (/pages/pact-act)

Return Policy (/pages/return-policy)

Privacy Policy (/pages/privacy-policy)

**STAY IN TOUCH**

Enter Email Address                              SUBMIT

**FOLLOW US**

(https://www.facebook.com/essentialsvapor/)    (https://twitter.com/ESSENTIALSVAPOR)
(https://www.instagram.com/officialessentials/?igshid=MWI4MTIyMDE%3D)

**Unlock 10% off your first order**

Instant Coupon Code Upon Signup!

By signing up, you agree to receive email marketing

Created with klaviyo (https://klaviyo.com/features/forms-web-personalization?utm_medium=referral&utm_source=plgform)

WARNING: This product contains nicotine, Nicotine is an addictive chemical.



Home › All products › Breeze Pro Disposable Vape Case



# Breeze Pro Disposable Vape Case

1 Case = 10 Individual Units

★ ★ ★ ★ ★

**Nicotine Level**
5.0%

**Puffs**
2000

**Battery Size**
1000mAh

**Login** for price

## Description

### Breeze Pro Vape Wholesale

Next gen vaping has arrived from Breeze Smoke. Now featuring an advanced Mesh Coil design to enhance your vaping experience, the Breeze Pro disposable is a true upgrade from the original.

More hits, new and exciting flavors, and a smoother vapor experience. It all begins with the Breeze Pro's new elegant design. Premium materials encompassed by a beautifully designed shell helps this disposable vape really stand out.

### Breeze Pro Flavors

- Anejo/Citrus
- Banana Mint
- Blueberry Banana
- Blueberry Mint
- Blueberry Watermelon
- Blue Raspberry
- Bubble Gum Freeze

- Candy Cane
- Candy Hearts
- Cherry Cola
- Cherry Lemon
- Coconut Banana
- Grape Soda/Grape
- Gum Mint/Spearmint
- Lemon Mint
- Lush Ice/Watermelon Mint
- Mango Freeze
- Menthol
- Mint
- Orange Mango Watermelon
- Peach Mango
- Pina Colada/Pineapple Coconut
- Pom Berry Mint
- Pumpkin Spice
- Raspberry Lemon
- Strawberry Banana
- Strawberry Cream
- Strawberry Lime
- Strawberry Peach Mint
- StrawKiwi/Strawberry Kiwi
- StrawMelon
- Tobacco
- Tropical Summer
- Vanilla Tobacco

**Product Includes:**

**- 1 Case of 10 individual Breeze Pro Disposables**

# Reviews

SEND

**CUSTOMER SUPPORT**

Contact Us

Terms & Conditions

Privacy Policy

Quick Order Form

**INFORMATION**

About Us

Blog

Returns

Shipping Policies

Sitemap

**MY ACCOUNT**

Request a Wholesale Account

Order History

Change Password

My Account

ACH Request Form

**THE VAPOR SUPPLIER**

The Vapor Supplier is one of the leading wholesalers of adult smoking products and accessories, suitable for all store types. We believe in quality, care, and offering products that every customer can enjoy.

© 2023 The Vapor Supplier

**WARNING:** This product contains nicotine. Nicotine is an addictive chemical.

 **HOOKAH**
America's Premiere Hookah Retailer

HOME    SHOP ⌄    ORDER ONLINE    SHOP COLLECTIONS    ACCOUNT ⌄    ABOUT ⌄    Cart/$0.00 [0]

Sale!



Home / Vapes / E-Cigarettes/Disposable Vapes / Breeze Smoke / Breeze Smoke Pro With Mesh Coil

Breeze Smoke, E-Cigarettes/Disposable Vapes, Vapes

## Breeze Smoke Pro With Mesh Coil

### $17.99 – $20.99

**Breeze Pro**

Anejo    Banana Mint    Blue Raspberry    Blueberry Banana

Blueberry Mint    Blueberry Watermelon    Bubble Gum Freeze

Candy Cane    Candy Hearts    Cherry Cola    Cherry Lemon

Coconut Banana    Grape Soda    Gum Mint    Lemon Mint    Lush Ice

Mango Freeze    Mint    Orange Mango Watermelon    Peach Mango

Pina Colada    Pineapple Passion    Pom Berry Mint    Raspberry Lemon

Strawberry Banana    Straw Kiwi    Strawberry Lime    Straw Melon

Strawberry Cream    Strawberry Peach Mint    Tobacco

Tropical Summer    Vanilla Tobacco



Earn up to **21** Points.

1    Add to cart

SKU: N/A    Categories: Breeze Smoke, E-Cigarettes/Disposable Vapes, Vapes
Tags: Breeze 2000, Breeze 2000 Puffs, Breeze Pro, Breeze Vapes

      ⟩

**Description**    **Additional information**    **Reviews (0)**

Next-gen vaping has arrived from Breeze Smoke. Now featuring an advanced Mesh Coil design to enhance your vaping experience, the Breeze Pro disposable is truly a next-generation disposable vape.

More hits, new and exciting flavors, and a smoother vapor experience. It all begins with the Breeze Pro's new, elegant design. Premium materials encompassed by a beautifully designed shell helps this disposable vape really stand out. Inside, you'll find a powerful 1,000mAh battery capable of 2,000 puffs, 6mL of 5% salt nicotine vape juice, and a new and enhanced mesh coil design. It's this detailed engineering that has propelled Breeze Smoke as one of the best disposable vape manufacturers on the market. Once again with the Breeze Pro, they've hit a home run.

Features/Specs:

- Up to 2,000 Puffs per device
- 5% Salt Nicotine Strength
- 6mL of Vape Juice capacity
- 1,000mAh internal battery
- All-in-one system
- Fully Disposable
- Draw activated firing mechanism
- Non-Refillable

Please note that Breeze is in the process of changing some of the flavor's names. The same ingredients are still used. For example, Gum Mint is now called Spearmint. Lush Ice is now called Watermelon Mint. Piña colada is called Pineapple Coconut. Mango freeze is called Mango. Anejo is called Citrus. These are a few of the changes. If you have any questions, please

call or text us at 313-200-1873.

## Related products



**Mr.Vapor Original**
E-Cigarettes/Disposable Vapes
~~$12.99~~ **$10.99**
☆☆☆☆☆



**Sky Bar**
E-Cigarettes/Disposable Vapes
**$11.99 – $14.99**
☆☆☆☆☆



**EXEEK EK6000 Puffs Vape**
Exeek EK6000
~~$19.99~~ **$16.99**
☆☆☆☆☆



**AirBar Lux**
AirBar
~~$17.99~~ **$14.99**
☆☆☆☆☆

| Quick Links | Hookahs | Shisha | Contact Us |
| --- | --- | --- | --- |
| Home | Shop All Hookahs | Shop All Shisha | About Us |
| Shop Collections | Khalil Maamoon | Al Fakher | Careers |
| Hookah2GO Order Online | Deezer | Starbuzz | Franchise With Us |
| My Account | Amira | Fumari | Age Verification |
| Cart | BYO | Eternal Smoke | Terms And Conditions |



Copyright © 2023 The Hookah Shop

Powered by The Hookah Shop

WARNING: This product contains nicotine. Nicotine is an addictive chemical.



**VAPEPAPA**

# Breeze Vapes

**Breeze disposables vape** is a convenient and hassle-free vaping solution, perfect for on-the-go use. Its sleek design and delicious flavors provide a satisfying experience.

Filter:  Brand ∨   Max Puffs ∨   Rechargeability ∨   Model ∨

Sort by:  Best selling ∨   3 products

Filter and sort  Filter

3 products







| Breeze Pro | Breeze Plus | Breeze Plus Zero Nicotine |
|---|---|---|
| BREEZE | BREEZE | BREEZE |
| ★ ★ ★ ★ ★ (73) | ★ ★ ★ ★ ★ (5) | ★ ★ ★ ★ ★ (3) |
| $14.99 | $11.99 | $11.99 |

💬 Chat

Breeze Vapes introduces a collection of disposable vapes designed for vapers who are always on the move or prefer the convenience of disposable devices. Here's a detailed overview of Breeze Vapes:

1. **Device Design** - Breeze Vapes disposable vapes feature a sleek and compact design, making them easy to carry and use. Available in various attractive colors and designs, they add a stylish touch to your vaping experience.
2. **Battery Life** - Powered by long-lasting batteries, Breeze Vapes disposable vapes ensure a consistent and satisfying vaping experience. The battery life may vary depending on usage, but most devices are engineered to provide several hundred puffs before disposal.
3. **Flavor Selection** - Breeze Vapes offers an extensive range of delightful flavors to cater to every palate. Explore the vibrant fruit blends, indulgent dessert flavors, and refreshing menthol options. With the Breeze Pro Flavors collection, you can indulge in a diverse selection of flavors. For those who prefer a higher nicotine strength, the Breeze Plus Flavors collection is the perfect choice. Additionally, if you enjoy the vaping experience without nicotine, the Breeze Plus Zero Nicotine Flavors collection offers a range of satisfying flavors.
4. **Nicotine Strength** - Breeze Vapes disposable vapes are available in different nicotine strengths to accommodate individual preferences. They are offered in 5% nicotine strength, providing a robust nicotine level similar to traditional cigarettes.
5. **Ease of Use** - Breeze Vapes disposable vapes are designed to be user-friendly and hassle-free. With no assembly or charging required, simply unbox the device and start enjoying your vape. Once the device is empty, dispose of it responsibly and easily replace it with a new one.
6. **Cost-Effective** - Breeze Vapes disposable vapes offer an affordable and cost-effective option for vapers who seek a satisfying vaping experience without the need for maintenance or charging associated with traditional vape devices.

In conclusion, Breeze Vapes disposable vapes provide a convenient, cost-effective, and flavorful option for vapers who are always on the go or prefer the simplicity of disposable devices. With a wide range of flavors and nicotine strengths available, Breeze Vapes ensures there's a disposable vape to suit every vaper's preferences. Immerse yourself in the convenience and satisfaction that Breeze Vapes has to offer.

# Learn About Breeze Vapes

   



### How to Recognize When Your Breeze Disposable Va...
SEPTEMBER 10, 2023

### How To Increase the Lifespan of Your Breeze Dis...
SEPTEMBER 10, 2023

### Decoding the Blinking Light on Your Breeze Disp...
AUGUST 26, 2023

### Unveiling the Components: A Comprehensive Explo...
AUGUST 17, 2023

1/2

View all

## NEED HELP?

Contact

Shipping & Handling

Returns & Exchange

## INFO

About Us

Reviews

Age Policy

Reward Program

## SHOP

## NEED HELP?

Contact

Shipping & Handling

Returns & Exchange

## RESOURCES

Resource Center

Terms & Conditions

Privacy Policy

Sitemap

Best Vape Shop

## SHOP

The Lost Mary Flavors

Best Fume Flavors

Breeze Vape Flavors

The Flum Vape Flavors

Elf Bar Flavors

Funky Republic Flavors

Subscribe to our emails

Email →



**WARNING:** Products included on www.vapepapa.com contain nicotine, a poisonous and addictive substance. Products included on www.vapepapa.com are only intended for committed smokers of legal smoking age and not by non-smokers, children, women who are pregnant or may become pregnant or any person with an elevated risk of, or preexisting condition of, any medical condition which includes, but is not limited to, heart disease, diabetes, high blood pressure or asthma. If you use a product purchased from us and experience any side effects or possible side effects, stop using the product immediately and consult a physician. Products included on www.vapepapa.com (a) may be poisonous if orally ingested, (b) are not smoking cessation products and have not been tested nor guaranteed as such, (c) have not been evaluated by the Food and Drug Administration, (d) are not intended to treat, prevent or cure any disease or condition and (e) should be kept out of reach of children and pets. **NOT FOR SALE TO MINORS | CALIFORNIA PROPOSITION 65** – Warning: This product contains nicotine, a chemical known to the state of California to cause birth defects or other reproductive harm.

Copyright © 2023 Vape papa. All Rights Reserved

Designed and developed by localoptimize.co



**VAPEAST**

Better vape news in an easterner's eyes. Vapeast.com, a vape site that makes you thrilled after reading.

MAY 24, 2023 BY KEYSTONEVAPE

# Discover the Best Breeze Pro Flavors: Top 5 Picks for an Exceptional Vaping Experience in 2023

Since its inception in 2015, Breeze Smoke has been turning heads in the vaping community. Founded by a group of friends who are passionate about vaping, Breeze Smoke aims to deliver high-quality vaping products at an affordable price. Through their dedication and commitment to innovation, they've established a firm foothold in the market.



In particular, their flagship product, the **Breeze Pro Vape**, has become a favorite for both novice and experienced vapers alike. Equipped with an advanced Mesh Coil design, this next-generation disposable vape provides more hits, an array of exciting flavors, and a smoother vapor experience than ever before.

If you have an interest in a CBD vape that offers a departure from the classic vapes, consider ***CBD vape pens*** or CBD vape pods. These devices are specifically designed for CBD e-liquids and offer a more discreet and user-friendly experience compared to traditional vaping setups. Choose reputable brands that offer quality CBD e-liquids to get a full range of therapeutic benefits, while not requiring any special preparation or extra time to use.

The Breeze Pro Vape stands out not just in terms of performance but also in design and affordability. With its elegant exterior made from premium materials and a wide range of color options, you can choose a device that complements your style. Moreover, at a price point ranging from $12.99 to $18.99, it offers excellent value for money.

Here are some key specifications of the Breeze Pro Vape:

- Up to 2,000 Puffs per device
- 5% Salt Nicotine Strength
- 6mL of Vape Juice capacity
- 1,000mAh internal battery
- All-in-one system
- Fully Disposable
- Draw-activated firing mechanism
- Non-Refillable

Given the impressive feature set, it's clear why the Breeze Pro Vape is a popular choice for vapers. But what really sets Breeze Pro apart is the wide variety of unique and flavorful options they offer. In this article, we will delve into the top 5 Breeze Pro flavors that you must try in 2023:

1. **Blueberry Banana**: This is a delectable blend of ripe bananas and juicy blueberries. It delivers a satisfying, fruity, and creamy flavor that's perfect for any time of the day.
2. **Bubble Gum Freeze**: Experience the nostalgic taste of classic bubble gum with a twist of refreshing mint. It's the perfect balance of sweetness and coolness.
3. **Lush Ice**: This flavor combines the refreshing taste of watermelon with a hint of cool menthol. It's perfect for vapers looking for a fruity yet invigorating experience.
4. **Strawberry Peach Mint**: A delightful mix of juicy strawberries, sweet peach, and cool mint. This flavor offers a unique, refreshing, and fruity vaping experience.
5. **Vanilla Tobacco**: For those who enjoy the classic taste of tobacco with a hint of sweet vanilla, this flavor will not disappoint.

Apart from these **top flavors**, Breeze Pro also offers a diverse range of other flavors including Watermelon, Strawberry, Vanilla, Mango, Banana, Peach Mint, Banana Mint, Peach Mango, Watermelon Mint, Pineapple Lemon, Blueberry Lemon, Strawberry Kiwi, and Passion Fruit Orange Guava.

In conclusion, Breeze Pro offers a perfect blend of features, appearance, and price, making it an excellent choice for anyone seeking a high-quality, disposable vaping option. With a plethora of flavors to choose from, Breeze Pro caters to a wide array of taste preferences. So, why wait? Elevate your vaping experience with Breeze Pro today!

📂 **VAPE NEWS**

2 Replies to "Discover the Best Breeze Pro Flavors: Top 5 Picks for an Exceptional Vaping Experience in 2023"



### Hallucinogen Lab

**SEPTEMBER 18, 2023 AT 5:11 AM**

You have a great website and the content is really breathtaking. Thank you for providing such information. we believe that the appreciation for information grows exponentially. Our dedication to staying current ensures that we are always exposed to your latest insights, trends, and breakthroughs.



### Electronics2Anyone

**SEPTEMBER 18, 2023 AT 5:12 AM**

We invite you to engage, discuss, and share your thoughts with fellow knowledge seekers. By fostering an environment of collaborative learning and open dialogue, we believe that the appreciation for information grows exponentially. Our dedication to staying current ensures that we are always exposed to your latest insights, trends, and breakthroughs. From cutting-edge research to timeless classics, we curate content that spans the spectrum of human knowledge.