# EXHIBIT 6

$20 off orders of $150+ Code: GET20
FREE shipping with $100 purchase

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**







Questions?

**$20 off orders of $150+ Code: GET20**
**FREE shipping with $100 purchase**



$20 off orders of $150+ Code: GET20
FREE shipping with $100 purchase

Air Bar Lux

# Aloe Blackcurrant

## $4.99

**Qty:** 1 Air Bar Lux

1 Air Bar Lux

—     1     +                                    ADD TO CART

Secure checkout with

   

## DESCRIPTION

*Up to 1,000 puffs (2.7ml)*

The Air Bar Lux Galaxy Edition Aloe Blackcurrant is a truly delicious grape flavor. You'll love the deep, rich grape from this device. The Air Bar Galaxy Edition disposable features a mouthpiece that lights up when in use. We particularly love the rubber mouthpiece, making it easy to grip.

What's included:
1 Air Bar Lux disposable device

5% salt nicotine
Volume: 2.7ml (up to 1,000 puffs)
Battery: 500mAh

Ingredients:
Vegetable Glycerin
Propylene Glycol
Nicotine
Natural & Artificial Flavors

E-Liquid origin: China
Device origin: China

About Air Bar Lux Galaxy Edition

AirBar Lux Galaxy Edition is made by Goldreams, based in China. The Galaxy Edition features a rubber mouthpiece that lights up when in use.

Tap here to check out the Goldreams website at http://www.goldreams.com.cn/.

## CUSTOMERS ALSO LOVED

                    

Welcome to our store!





Chat



**WARNING: This product contains nicotine.**

**Nicotine is an addictive chemical.**

Get $1 Flonq Disposables with code 'FLONQ1' (Limit 1 use per Customer)     Shop FLONQ

VAPE KITS     VAPE PODS     VAPE JUICE

DISPOSABLE VAPES     VAPORIZERS     EDIBLES



DEALS     ABOUT US

Home  › Esco Bar Vapes

# ESCO BAR VAPES

Esco Bars provide incredible flavor in every puff due to their premium mesh coil design and quality vape juice flavors in every vape. The "Pastel Cartel" delivers ultimate vape satisfaction in every puff. All Esco Bars come in a 50mg (5%) nicotine strength. Available in the Esco Bar Mega, Esco Bar Mesh 2500, and long-lasting Esco Bar 6000 design.

BROWSE BY PRODUCT LINE

Esco Bar Mesh 2500     Esco Bar 6000     Esco Bar Mega

FILTER                              SORT  ⌄

Help

SOLD OUT



**Kiwi Dragon Berry Esco Bar**

FROM $13.99

★★★★☆9 Reviews

SOLD OUT

SOLD OUT



**Fiji Melon Ice Esco Bar**

FROM $13.99

★★★★⯪7 Reviews

SOLD OUT

SOLD OUT



**Tropical Rainbow Blast Esco Bar**

FROM $13.99

★★★★☆3 Reviews

SOLD OUT



**Icy Mint Esco Bar 6000**

FROM $16.99

★★★★½ 6 Reviews

SOLD OUT



**Peach Watermelon Esco Bar 6000**

FROM $16.99

★★★★★ 1 Review

ADD TO CART

SOLD OUT



**Blue Razzleberry Pomegranate Esco Bar**

FROM $13.99

★★★⯪☆4 Reviews

SOLD OUT

SOLD OUT



**Peachy Mango Pineapple Esco Bar**

FROM $13.99

★★★⯪☆6 Reviews

SOLD OUT

SOLD OUT



Peachy Mango Pineapple Ice Esco Bar

FROM $13.99

SOLD OUT

SOLD OUT



Straw Nanners Ice Esco Bar

FROM $13.99

SOLD OUT



**Banana Berry Punch Esco Bar MEGA**

FROM $14.99

★★★☆☆ 2 Reviews

ADD TO CART



**Straw Melons Esco Bar MEGA**

FROM $14.99

★★★★☆ 4 Reviews

ADD TO CART



**Pear Apricot Papaya Esco Bar MEGA**

FROM $14.99

★★★½☆ 4 Reviews

ADD TO CART



**Mango Berry Ice Esco Bar MEGA**

FROM $14.99

★★★☆☆ 2 Reviews

ADD TO CART

SOLD OUT



Blue Razzleberry Pomegranate Ice Esco Bar MEGA

FROM $14.99

★★★★½ 6 Reviews

SOLD OUT

SOLD OUT



**Berry Strawberry Ice Esco Bar**

FROM $13.99

★★★★☆ 1 Review

SOLD OUT



**Kiwi Dragon Berry Ice Esco Bar**

FROM $13.99

★★★★☆2 Reviews

SOLD OUT

1    2    3    >

Stay in the know, sign up for the latest news and deals. You must be 21+ years of age to receive our awesome content.

Enter your email

SUBSCRIBE

## SHOP

Shop All

Mi-Pod Kits

Vape Kits

Disposable Vapes

Vape Juice

Vape Pens

## MI-ONE BRANDS

Our Mission

Community

Wholesale

Join The Team

Rewards

Military/First Responders

## HELP

My Orders

Mi-Pod Warranty

Help Center

Contact Us

**FAQ**

**NEWSROOM**

Blog

**LEGAL**

Terms & Conditions

Shipping Info

Privacy Policy

FDA Disclaimer

Refund Policy

    

CUSTOMER SUPPORT - 18007689982

© 2023 SV3, LLC. ALL RIGHTS RESERVED.  M™, MI-POD™, WI-POD™, MI-ONE®, MI®, MI-SALT®, OLD LOCO™, SV®, SMOKING VAPOR® ARE ALL TRADEMARKS OF SV3, LLC.

Welcome to Mipod.com, the Official Home of Mi-Pod, Wi-Pod, VaporLax, and S6XTH SENSE. Shop our Online Vape Shop for an assortment of Disposable Vapes, Premium Vape Juice, and the most reliable vape hardware. Create an account today and receive $10 off your first order AND Free-Shipping for orders above $79.99. Shop-Direct with Mi-Pod, an official Master Distributor for Elf Bar vapes, Air Bar Box, Kros, and more.

     

**WARNING:** These Products Contain Nicotine. Nicotine is an addictive chemical.

Links ⌄

EVERYTHING
VAPES

☰                                                                        🛒 0



# HQD Cuvie Plus Disposable Vape Device - 3PK

Vendor: HQD    |    SKU: HQD Cuvie Plus 3pk

## $35.00 ~~$49.99~~
Shipping calculated at checkout.

**Choose any 3 Flavors:**

| Flavor | | Flavor | |
|---|---|---|---|
| Apple Peach | − 0 + | Banana Ice | − 0 + |
| Black Freeze | − 0 + | Blueberry | − 0 + |
| Blueberry Lemonade | − 0 + | Blueberry Raspberry | − 0 + |
| Candy | − 0 + | Cantaloupe | − 0 + |
| Cherry Pomegranate | − 0 + | Chocolate Mint | − 0 + |
| Coconut Grove | − 0 + | Cotton Candy | − 0 + |
| Energy Drink | − 0 + | Fruit Fusion | − 0 + |
| Gracurrant | − 0 + | Grapey | − 0 + |

Impressive flavor lines will keep
you hooked!

Hyde vape is a disposable vape brand that has become very popular nationwide due to the incredible selection of flavors available in its vast array of disposable devices. With over 30 different Hyde disposable e-cigarette devices in their lineup, e-cigarette users can choose from small, easy-to-use disposable e-cigarettes to large, rechargeable e-cigarettes.



# Hyde N-Bar Mini

The popular HYDE N-BAR has been downsized to the Hyde N-Bar Mini. Keeping its "Nord Style" design, this disposable cigarette has over 20 delicious Hyde flavors to satisfy your taste buds. What's more, you can take it with you because it's easy to use and recharge. The 2500 puff count is just right for you.



# Hyde X 3000

If you are looking for a disposable product that lasts longer and tastes great, then Hyde X 3000 is for you. Hyde X 3000 has up to 3000 wicks, a unique design, and a built-in 950mAh non-rechargeable battery. Each Hyde X 3000 comes preloaded with 7.0ml of Hyde's unique and amazing flavor. Hyde X 3000 has no buttons and is automatically activated when you inhale. The Hyde X 3000 features a very small and compact e-cigarette pen design that is easy to carry and use. Integrate all these features for a hassle-free e-cigarette experience for your users. Choose from more than 16 flavors.



# Hyde Edge Rave

Experience the Hyde Edge Rave disposable device, which features a visually stunning system powered by an integrated 600mAh rechargeable battery that delivers rich, delicious vapor wherever you go. The Hyde Edge Rave features an LED light that turns on or off by simply pressing the light activation button on the bottom of the device. It also delivers up to 4,000 vapes of 50mg nicotine in a choice of 24 delicious flavors.



# Hyde N-Bar

The Hyde N-Bar is another rechargeable e-cigarette from Hyde and is undoubtedly recognized as the hottest selling disposable pen. With up to 4500 puffs and 5% nicotine strength, your taste buds will soar. Powered by a 600mAh battery that charges via the Micro-USB port, you'll find a convenient charging experience anywhere. the Hyde N Bar is ergonomically constructed and comfortable to hold in your hand, making it a great "all day" e-cigarette. It also comes in 26 gorgeous vape flavors, so you can get relief from the flavors you crave.



# Hyde Mag

Hyde Mag is a new premium disposable e-cigarette device that is very sleek, portable and ultra-compact. The device has the classic "mag" design and shape, similar to the magazine part of a gun. Despite its good looks. But it comes with a built-in 600mAh rechargeable battery and a huge 10mL e-cigarette oil capacity. There is no doubt that you will enjoy all 4500 vapes. Hyde Mag is already a great device, but it is even better because it has many delicious flavors, from the best fruits to the best dessert blends.

# How To Choose Vape Pen

The e-cigarette pen and e-cigarette kit market has a large selection of styles, features and designs to choose from. In addition, suppliers are always offering newer and better e-cigarettes. This can be very overwhelming even for the most experienced e-cigarette user.

We know how daunting it can be to find the perfect e-cigarette pen or kit when you're not familiar with e-cigarettes. That's why we've put together this guide on how to choose the best vape pen for you.

WARNING: These Products Contain Nicotine. Nicotine is an addictive chemical.



Q Search for disposable vapes

Disposables    Vape Juice ⌄    Accessories ⌄    Devices ⌄    Hemp ⌄    **Daily Deals**

Home  › Disposables › Hyppe Max Flow Disposable Vape 5% Nicotine

1104 Reviews

## Hyppe Max Flow Disposable Vape 5% Nicotine

## $11.99

**Flavor**

Aloe Grape                                                                            ⌄

Please be advised that Hyppe Max Flow is in the process of making new    ✕
packaging and removing the Supreme logo on newer batches.

| 1 | Add to cart |

✓  Pickup available at **Huff and Puffers**
    Order by 9 AM for 11:30 AM pickup / 3 PM for 4:30 PM pickup
    View store information

🚚  **Delivery and Shipping**                                                    +

Also made by Hyppe:

Hyppe Max Air Disposable Vape 5% Nicotine
**$14.99**

1 / 26

## Specifications

**Puff Count**              Up to 2000 puffs



...ppe Max Flow devices and packages
...eme" logo, as seen in the advertised

ADD TO CART

**CATEGORY:** Disposables

Description

Additional Information

## Related products



## FLUM Wafer 1600 Puff Disposable

$19.99  $9.99



## FLOOM Rome 4000 Puff

$24.99  $19.99



## PUFF Flow 1800 Puff

$19.99  $14.99



## IGNITE V25

$24.99  $19.99

# Join Our Bulletin!

**WARNING**：

This product contains nicotine. Nicotine is an addictive chemical.



Disposable Ecig

⊕ Home (/) >> PRODUCTS (/products/) >> Disposable Ecig (/disposable-ecig/)

ONEE STICK 3000 PUFFS

【Parameter】

○Up to 3000puff

○1600mAh Battery

○12.0ml Eliquid

○5.0%(50mg) Nicotine by volume

○Weight:68g

○10pcs/box ,300pcs/case

○16 Flavors available

Description          Make an inquiry



Subject

Name

Phone

















Email

Message

verification code

Code:    Refresh

Submit









Related Products

NEWSLETTER

Get the latest product launches, promotions, and contests delivered straight to your inbox for free!

Enter your E-mail                                                                                    SUBSCRIBE

No Spams, Cancel Anytime!

ARE YOU SOCIAL?

Are you social, releasing new products, or holding an event? Follow us to find out more.

PRODUCTS

COMMUNITY

COMPLIANCE

SUPPORT

PRODUCT AUTHENTICATION

Kangvape e-cigarette devices are intended for use with e-liquids, which may contain synthetic nicotine. Synthetic nicotine is an addictive chemical. Do not use with any other substances. Do not get on skin or in eyes. Do not drink. Store in original container and keep away from children and pets. In case of accidental ingestion, call the Poison Control Center at 1-800-222-1222.

This product is intended for adult users of nicotine-containing products, particularly current smokers or vapers. Underage sale is prohibited. Do not use this product if you:

• Are under the legal age of purchase
• Are pregnant or breastfeeding
• Have heart disease, stomach or duodenal ulcers, liver or kidney problems, throat disease, or difficulty breathing due to bronchitis, emphysema, or asthma
• Have an overactive thyroid or pheochromocytoma (a tumor of the adrenal gland that can affect blood pressure)
• Are taking certain medications, such as theophylline, ropinirole, or clozapine

Warning: This product can expose you to chemicals including formaldehyde and acetaldehyde which known to the State of California to cause cancer, and Nicotine, which is known to the State of California to cause birth defects or other reproductive harm.

Copyright © 2021 Shenzhen Kangvape Technology Co.,Ltd All Rights Reserved.



WARNING: This product contains nicotine.

Nicotine is an addictive chemical.

Get $1 Flonq Disposables with code 'FLONQ1' (Limit 1 use per Customer)    Shop FLONQ

VAPE KITS    VAPE PODS    VAPE JUICE    DISPOSABLE VAPES    VAPORIZERS    EDIBLES

DEALS    ABOUT US

Home  ›  Kangvape Onee Stick

# KANGVAPE ONEE STICK

The Kangvape Onee Stick is a disposable vape line that is prefilled with 7ml of nicotine salt vape juice and is available in a wide variety of flavors. The Onee Stick vape is only available in a 50mg (5%) nicotine strength and contains about 1900 puffs per device. Not only does each Onee Stick have incredible flavor, it has a unique design on the outside of the device that allows you to recognize which flavor you have in your hand.

## KANGVAPE ONEE STICK 5200

The Kangvape Onee Stick 5200 puff device is the latest creation by disposable vape manufacturer, Kangvape. It combines great vape juice flavors with a massive 18.5ml disposable vape. It's unique boxed shape fits easily in your hand for a comfortable vaping experience.

FILTER                                                        SORT  ⌄

Help

SOLD OUT



Cool Mint Kangvape Onee Stick 1900

FROM $9.99

★★★★★4 Reviews

SOLD OUT



**Tuity Fruity Kangvape Onee Stick**

FROM $10.99

★★★★★ 1 Review

ADD TO CART

SOLD OUT



**Kangvape Onee Stick 5200 Sampler**

$59.99

★★★⯪☆ 6 Reviews

SOLD OUT



Creamy Float Kangvape Onee Stick
FROM $10.99
★★★☆☆1 Review

ADD TO CART

10/17/23, 9:03 PM                    Kangvape Onee Stick Disposable Vapes – Mi-One Brands

SOLD OUT



Classic Custard Kangvape Onee Stick

FROM $10.99

★★★☆☆ 1 Review

SOLD OUT

https://mipod.com/collections/kangvape-onee-stick                                            6/18

SOLD OUT



Devine Kangvape Onee Stick

FROM $10.99

★★⯪☆☆ 2 Reviews

SOLD OUT



Freeze Rainbow Kangvape Onee Stick 5200

FROM $16.99

★★★⯪☆ 5 Reviews

ADD TO CART

SOLD OUT



Freeze Piña Colada Kangvape Onee Stick 5200

FROM $16.99

★★★⯪☆ 8 Reviews

SOLD OUT



**Freeze Straw Melon Kangvape Onee Stick 5200**

FROM $16.99

★★★★☆ 4 Reviews

ADD TO CART

SOLD OUT



**Freeze Yummy Bear Kangvape Onee Stick 5200**
FROM $16.99
★★★★★2 Reviews

SOLD OUT

SOLD OUT



**Vanilla Delight Kangvape Onee Stick 5200**
FROM $16.99
★★★★½ 7 Reviews

SOLD OUT

SOLD OUT



☐

**Tropical Ice Cream Kangvape Onee Stick 1900**

FROM $9.99

★★★☆☆ 5 Reviews

SOLD OUT

Free shipping on orders over $50

WARNING: This product contains nicotine. Nicotine is an addictive chemical



THE LOON REWARDS

Hi. Need any help?

Free shipping on orders over $50



‹   1/1   ›

THE LOON

THE LOON REWARDS

# WARNING: This product contains nicotine. Nicotine is an

✔ Free shipping above C$100　　　✔ Customer reviews rate us with a 9/10 score　　　✔ Customer support 24/7

## addictive chemical

**MR FOG**® (https://www.mrfog.ca/)

CAD

♡ (https://www.mrfog.ca/account/wishlist/) ⤨ (https://www.mrfog.ca/compare/)

👤 MY ACCOUNT (HTTPS://WWW.MRFOG.CA/ACCOUNT/)

Join us!

(https://www.mrfog.ca/)　　🛒 (0) (https://www.mrfog.ca/cart/)

🔍

Home (https://www.mrfog.ca/)　>　MAX PRO LIMITED EDITION (https://www.mrfog.ca/max-pro-limited-edition/)　>　MR FOG 1.3ml Peach Ice (https://www.mrfog.ca/mr-fog-13ml-peach-ice.html)

# MR FOG 1.3ML PEACH ICE

★ ★ ★ ★ ★　Not yet rated | Create your own review (https://www.mrfog.ca/account/review/46904905/)

## C$3.99 Incl. tax

| | |
|---|---|
| **Article number:** | MR-1.306 |
| **SKU:** | MR-1.306 |
| **Availability:** | ✖ Out of stock |

All-in-one system

Draw activated firing mechanism

E-Liquid Capacity: 1.3ml

Nicotine Strength: 60mg of Salt Nicotine

Non-Refillable

200 Puffs per device

Fully Disposable





JOIN US

1        ADD TO CART

(https://www.mrfog.ca/account/wishlistAdd/46904905/?

variant_id=76948700)

(https://www.mrfog.ca/compare/add/76948700/)

✔                                                    ✔ Free shipping above C$100

✔ Customer reviews rate us with a 9/10 score        ✔ Customer support 24/7

| Information | Reviews | Tags |

# MR FOG 1.3ml Peach Ice

# RELATED PRODUCTS

✖ Out of stock



(https://www.mrfog.ca/mr-fog-13ml-lush-ice.html)

MR FOG 1.3ml Lush Ice
(https://www.mrfog.ca/mr-fog-13ml-lush-

C$3.99

✖ Out of stock



(https://www.mrfog.ca/mr-fog-13ml-mint.html)

MR FOG 1.3ml Mint (https://www.mrfog.ca/mr-
fog-13ml-mint.html)

C$3.99

✖ Out of stock



(https://www.mrfog.ca/mr-fog-13ml-pina-
colada.html)

MR FOG 1.3ml Pina Colada
(https://www.mrfog.ca/mr-fog-13ml-pina-

C$3.99



## FREE SHIPPING

For orders above C$100



## FREE RETURNS

Within 14 days

FREE PUFF BAR

 

Puff Ultra Zero

### ZERO Watermelon Slush

**$24.99**

 

Puff Ultra Zero

### ZERO Strawberry Lush

**$24.99**

Chat

ADD TO CART
ADD TO CART






Puff Ultra Zero

### ZERO Blue Razz Pomegranate

**$24.99**

ADD TO CART

Puff Ultra Zero

### ZERO Mango Pineapple Ice

**$24.99**

ADD TO CART



Puff Ultra Zero

**ZERO Glacier Ice**

**$24.99**

ADD TO CART



Puff Ultra Zero

**ZERO Aloe Grape**

**$24.99**

ADD TO CART



Puff Ultra Zero

**ZERO Raspberry Melon**

**$24.99**

ADD TO CART

Puff Ultra Zero

**ZERO Apple Cucumber Mint**

**$24.99**

ADD TO CART



Puff Ultra Zero

**ZERO Banana Mint**

**$24.99**

ADD TO CART

Puff Ultra Zero

**Ultra ZERO Cooler Mint**

**$24.99**

ADD TO CART

   

Puff Ultra Zero

**ZERO Melon Kiwi**

**$24.99**

ADD TO CART

Puff Ultra Zero

**Ultra ZERO Summer Peach Ice**

**$24.99**

ADD TO CART



Puff Ultra Zero

**Ultra ZERO Black Cherry Ice**

**$24.99**

ADD TO CART



Puff Ultra Zero

**Ultra ZERO Passion Fruit Guava Ice**

**$24.99**

ADD TO CART



Puff Ultra Zero

**Ultra ZERO Orange Mandarin Sorbet**

**$24.99**

ADD TO CART

## Want to get high?

Puff Delta: Premium THC vapes &
edibles shipped direct to you.

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

VAPE | ECIGS

HOME / Vuse Vapor

# The Alto



SALE

SALE

SALE

Vuse Alto Power Unit Slate

As low as: **$10.01**

✓ **U.S. FDA Approval in process**

Vuse Alto Power Unit Red

As low as: **$10.01**

✓ **U.S. FDA Approval in process**

Vuse Alto Power Unit Gold

As low as: **$10.01**

✓ **U.S. FDA Approval in process**









## Vuse Alto Power Unit Teal



As low as: **$10.01**

  **U.S. FDA Approval in process**

## Vuse Alto Power Unit Blue

As low as: **$10.01**

 **U.S. FDA Approval in process**













**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!   Read More

   

Home  >  Gost Straw Disposable Vape Pens - 3,000 Puffs







○  ○



# GOST STRAW DISPOSABLE VAPE PENS - 3,000 PUFFS

By Gost Vapor                                    ★★★★⯪   7 Reviews

**Our Price: $9.99**  List Price: ~~$16.99~~

 100% Secure Checkout

 Same Day Shipping

 Authenticity Guaranteed

 60-Day Warranty

## FLAVOR

Select a Flavor

| 1 ⌃ ⌄ | ADD TO CART |



Share this product

      

WARNING: These Products Contain Nicotine. Nicotine is an addictive chemical.

 HUFF PUFFERS

🔍 Search for disposable vapes        🎤    👤    🛒

Disposables   Vape Juice ⌄   Accessories ⌄   Devices ⌄   Hemp ⌄   **Daily Deals**

Home › Disposables › Daze Egge Disposable Vape 5% Nicotine



‹   ›

15 / 17

240 Reviews

## Daze Egge Disposable Vape 5% Nicotine

**$9.99**

**Flavor**

| 7obacco | ⌄ |

Charger not included                                   ✕

| 1 | Add to cart |

✓ Pickup available at **Huff and Puffers**
Order by 9 AM for 11:30 AM pickup / 3 PM for 4:30 PM pickup

View store information

🚚 **Delivery and Shipping**                          +

Also made by 7 Daze:



 Daze Ohmlet Disposable Vape 5% Nicotine
**$12.99**

Choose options

**Specifications**    **Flavor List**

| **Puff Count** | Up to 3000 puffs |
| **Dimensions** | 12.7mm x 95.2mm |

WARNING: These Products Contain Nicotine. Nicotine is an addictive chemical.



HUFF PUFFERS    🔍 Search for disposable vapes    🎤   👤   🛒

Disposables   Vape Juice ⌄   Accessories ⌄   Devices ⌄   Hemp ⌄   **Daily Deals**

Home › Disposables › Flum UT Bar Disposable Vape 5% Nicotine



7 / 20

32 Reviews

## Flum UT Bar Disposable Vape 5% Nicotine

### $14.99

**Flavor**

| Aloe Mango Icy ⌄ |
|---|

| 1 | Add to cart |
|---|---|

✓ Pickup available at **Huff and Puffers**
Order by 9 AM for 11:30 AM pickup / 3 PM for 4:30 PM pickup

[View store information](#)

🚚 **Delivery and Shipping**    +

Discover convenience and captivating flavor with the Flum UT Bar Disposable Vape! It's easy to use and boats a 5% nicotine concentration that'll have your taste buds surfing a flavor wave. Featuring 6000 puffs, a rechargeable battery, and both a power and liquid indicator, this vape is sure to bring you satisfaction with every hit. This disposable e-cigarette comes in a wide variety of delicious flavors and a sleek design that makes it a delight to carry around. Enjoy smooth, lasting hits in a jiffy: no fuss, no muss! It's time to get a Flum UT Bar of your own to huff and puff this dreamy vape!

**Specifications**    Flavor List

| Puff Count | Up to 6000 puffs |
|---|---|
| Dimensions | 33mm x 23mm x 101mm |

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!  **Read More**



 

Home  >  Ignite V25 Disposable Vape Pen - 2,500 Puffs















# IGNITE V25 DISPOSABLE VAPE PEN - 2,500 PUFFS

By Ignite

★★★★★　　6 Reviews

**Our Price: $13.99**　List Price: ~~$24.99~~

　100% Secure Checkout

　Same Day Shipping

　Authenticity Guaranteed

　60-Day Warranty

## FLAVOR

Select a Flavor

| 1 ∧ ∨ | ADD TO CART |
|---|---|



Share this product



   

DESCRIPTION     DETAILS     FEATURES

## Ignite V25 Disposable Vape Pen

Legendary hardware brand *Ignite* has finally launched their V25 Disposable Vape Pen, an even more powerful and reliable option than what they've produced thus far, for those who want nothing but the most dependable vaping experience from the first to the last puff. This disposable, like all disposables, requires zero charging and can be vaped straight out of the box, all while requiring zero refilling or cleaning so that it acts as a 100% maintenance-free device. Its compact size and lightweight construction makes it a great travel companion, since you can keep it in your pocket throughout the day and vape on demand with no preparation required.

The Ignite V25 boasts a powerful 1000mAh battery, which is the most powerful offered by the brand thus far. This, combined with the whopping 7.5 milliliters of e-liquid, allows for about 2500 puffs, which is staggering. The 5% salt nic e-liquid concentration is ideal for most vapers and considered standard in the market of salt-based nicotine.

Not only that, but the Ignite V25 comes in a stunning array of flavors, all made with carefully sourced flavoring ingredients to ensure the most natural-tasting e-juices possible for maximum satisfaction: Strawberry Watermelon, Blue Raspberry Ice, Strawberry Cheesecake, Pink Lemonade, Icy Mint, Sour Apple Ice, Very Berries, Blood Orange Ice, Passion Fruit Lemon, and Raspberry Watermelon.

**Strawberry Watermelon**

Lush, farm-fresh strawberries carefully blended with the smooth and crisp chunks of freshly cut watermelon.

**Blue Raspberry Ice**

A sweet and tangy berry-flavored treat that delivers a chilly menthol finish.

**Strawberry Cheesecake**

Rich and decadent cheesecake that offers a creamy, velvety filling, a juicy strawberry topping, and a buttery graham cracker crust.

**̄ade**

̄eezed lemons and orchard-fresh berries are turned into a deeply refreshing pink lemonade.


✓ norton
SHOPPING GUARANTEE
9/27/2023

**Icy Mint**

A bold and invigorating blend of freshly picked garden-grown mint leaves and icy menthol crystals.

**Sour Apple Ice**

Tart green apples make the mouth water with succulent juices before cold menthol mellows things out.

**Very Berries**

A bushel of mountain-fresh berries that are busting with fresh juices.

**Blood Orange Ice**

Succulent and exotic blood oranges blended to perfection with ice-cold menthol.

**Passion Fruit Lemon**

Tropical passion fruit offers a bright and cheery taste of paradise while a twist of lemon elevates its mouthwatering flavor.

**Raspberry Watermelon**

Freshly picked n' plump raspberries are blended with chunks of bright watermelon to offer a cool, crisp, and refreshing fruity treat.

© This Description is Protected by Copyscape - Do Not Copy.

## Ignite V25 Disposable Vape Pens Specifications:

**E-Juice Quantity:** 7.5ml

**Nicotine Content:** 5% by weight (Synthetic)

**Battery:** 1000 mAh

**VG:** 50%

**PG:** 50%

**Operation:** Automatic


norton
SHOPPING GUARANTEE
9/27/2023

**Available Flavors:** Strawberry Watermelon, Blue Raspberry Ice, Strawberry Cheesecake, Pink Lemonade, Icy Mint, Sour Apple Ice, Very Berries, Blood Orange Ice, Passion Fruit Lemon, and Raspberry Watermelon

**Length:** 4.25 Inches

**Diameter:** 1 Inch

## Ignite V25 Disposable Vape Pens Includes:

1 x Ignite V25 Disposable Vape Pen

## Ignite V25 Disposable Vape Pens Features:

Filled with Massive 7.5 ml of E-Juice

Delivers a Whopping 2,500 Puffs

Smooth and Satisfying Hit

Provides Ideal Throat Hit

50mg (5%) Synthetic Nicotine Salt Concentration

All-in-One Configuration

Automatic Operation

Operates Straight Out of the Box

No Skill or Knowledge Required

Delivers the Sensation of Traditional Cigarettes

Long-Lasting

Several Amazing Flavors to Choose From



**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Buy Pod Juice PJ5000, Get 30mL Salt for **FREE**

# METAKU SPONGIE 7500 DISPOSABLE

## $13.99

In Stock

or 4 interest-free payments of **$3.50** with sezzle ⓘ

★★★★★ 4 Reviews

Check out the <u>Metaku</u> Spongie 7500 Disposable, offering a 12mL prefilled capacity, 5% nicotine salt strength, and delivers 7500 puffs of delicious flavor.

Quick Links:
<u>Disposable Vapes</u>

**Flavor** *

| Choose an Option... |

**ADD ON AND SAVE**

**Disposable of the Week**

| -- Please Select -- |

**I AGREE**

QTY  —  1  +



This site uses cookies to provide an optimized shopping experience. By using this site, you agree the use of cookies within our **privacy policy.**

      

ADD TO CART

# WARNING: This product contains nicotine. Nicotine is an addictive chemical.

FREE SHIPPING ON ALL U.S. ORDERS OVER $50

(f) epuffer®

Find a product by keyword, feature or a product sku.

ECO PREMIUM TOBACCO DISPOSABLE E-CIGARETTE TAN



## ECO PREMIUM TOBACCO DISPOSABLE E-CIGARETTE TAN

★★★★½
14 reviews
Write a review

**$8.95**   Earn: 27 coins

✓ In stock

SKU: 300086

**Nicotine Content:**

2.0% | 20mg/mL ▼

−  1  +    🛒 ADD TO

🚚 We offer Free First-Class shipping on all U.S. orders of $50 or more. *

Ⓢ One year limited warranty **

▭ 30 Day moneyback ***

We offer same day shipping for orders placed Mon-Fri before 2PM (EST), excluding federal holidays.

 **The Consumer Voice Award Winner!**

**The ePuffer ECO is a 6th generation disposable electronic cigarette, which defines an entirely new category of electronic smoking devices.**

The ePuffer ECO Premium Tobacco flavored E-Cigarette features a rich flavor of Virginia with prime leaves of full-flavored Turkish tobacco. It is designed to look and feel as close as possible to a real cigarette and is very lightweight.

ePuffer ECO disposable electronic cigarettes line comes in a variety of flavors to suit your taste buds, as well as a 3.7 V cylindrical lithium battery that lasts for up to five hundred puffs, which is approximately equivalent to 20-25 regular tobacco cigarettes. The battery also features a charcoal design LED tip, which glows orange to imitate a burning charcoal. Every disposable electronic cigarette is sold with a pre-charged battery, so you could use and enjoy the disposable e-cig right out of the box. These disposable electronic cigarettes are sold in a protective square tub, which you could use for added protection when traveling or for safe storing.

ECO disposable electronic cigarettes are available in three different nicotine levels, each aims to please different types of smokers: Regular 2.4%, Mild 1.2%, and Non-nicotine 0%.

The ePuffer ECO Premium Tobacco flavored Disposable eCigarette has a pharma-grade Propylene Glycol (PG) to pharma-grade Vegetable Glycerine (VG) ratio of 70% to 30%, with a flavor ratio of 15% and is made with 100% traceable top grade ingredients. The quality of the ePuffer Eco Premium Tobacco E-Cigarette is guaranteed and it has been lab-tested to be **free of Diacetyl (DA), Acetyl Propionyl (AP) and Vitamin E acetate.**

ePuffer is the first company that started designing the disposable electronic cigarettes made with food-grade materials and safe for the environment. All ePuffer disposable e-cig products have a Soft Filter, use DiRECT|Flow™ technology and feature ePuffer's exclusive True Nicotine Content eliquid formula, which allows users to experience smoother draw, enhanced rich flavor and dense vapor production.

# Features

- Powered by a pre-charged 3.7V cylindrical lithium battery

- Length: 4.7" | 12cm
- Weight: 10 grams
- Color options: White/Tan or Black
- Cartridge capacity: 1.2ml
- A glowing charcoal LED design
- A protective square tube for storage and traveling

## Eliquid

E-Liquid Base ( Tobacco Formula )

Pharma Grade Propylene Glycol ( PG ) - 70%

Pharma Grade Vegetable Glycerine ( VG ) - 30%

Flavor Ratio: 15%

## REVIEWS

<div style="border:1px solid black;">

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

</div>

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!   Read More

   

Home  >  Loaded Banana Disposable Vape Pens - 2,500 Puffs



○ ○ ○ ○ ○

# LOADED BANANA DISPOSABLE VAPE PENS - 2,500 PUFFS

By Loaded                                        ★★★★☆   5 Reviews

**Sale Price: $11.99**  List Price: ~~$17.99~~





 100% Secure Checkout

 Same Day Shipping

 Authenticity Guaranteed

60-Day Warranty

## FLAVOR

Select a Flavor

| 1 | ⌃ ⌄ | ADD TO CART |



Share this product

f  ✗  𝓟  in  ✉

**DESCRIPTION**     DETAILS     FEATURES

# Loaded Banana Disposable Vapes

Loaded Banana Disposables Vapes have taken the industry by storm. Created by the same team behind legendary brands, such as Ruthless and Loaded, these magnificent devices have enjoyed staggering popularity from the moment they hit the shelves. Small, sleek, and compact, Loaded Banana Disposables are comfortable to hold and easy to carry. Its automatic operation makes using these small gems a breeze—simply draw on the mouthpiece to activate the device.

Loaded Banana Disposable Vape Pens are not only aesthetically pleasing, but also pack a powerful punch. Integrated with a brawny battery, quality atomizer coil, and 5ml of e-juice, these delights are capable of delivering roughly 2,500 delicious puffs per unit.

However, what sets Loaded Banana Disposable Vapes apart is the genuinely mouthwatering flavors they come in. Expertly crafted by Loaded's renowned artisans, these vape pens will have your taste buds dancing with joy. As the name suggests, every offering within the assortment contains a banana element, which is ...with various other flavors. There are currently three lip-smacking flavors to choose from, including ...Banana Ice, Banana Ice, and Mango Banana Ice.

norton
SHOPPING GUARANTEE
9/27/2023

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

**ATTENTION!** Get 10% Off Your Order When You Sign Up For Our Newsletter!  **Read More**

  

Home  >  Monster Bars Disposable Vape Pen - 3,500 Puffs












# MONSTER BARS DISPOSABLE VAPE PEN - 3,500 PUFFS

By Monster Bars ★★★★☆  17 Reviews

**Our Price: $13.99**  List Price: $19.99

 100% Secure Checkout

 Authenticity Guaranteed

 Same Day Shipping

 60-Day Warranty

## FLAVOR

Select a Flavor

| 1 | ADD TO CART |



Share this product





**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

**ATTENTION!** Get 10% Off Your Order When You Sign Up For Our Newsletter!  **Read More**





 

Home  >  Pyro Disposable Vape Pens - 6,000 Puffs













# PYRO DISPOSABLE VAPE PENS - 6,000 PUFFS

By Pyro                                                    ★★★★★   1 Review

## Our Price: $14.99  List Price: ~~$17.99~~

 100% Secure Checkout

 Authenticity Guaranteed

 Same Day Shipping

 60-Day Warranty

## FLAVOR

Select a Flavor

| 1 ⌃ ⌄ | ADD TO CART |
|---|---|



Share this product

  



**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**



○ ● ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○

# SIGELEI SMART AC10000 DISPOSABLE

★★★★★  8 Reviews

**$13.99**

or 4 interest-free payments of **$3.50** with 🔷 sezzle ⓘ

This site uses cookies to provide an optimized shopping experience. By using this site, you agree the use of cookies within our **privacy policy.**

**I AGREE**

Discover the **Sigelei** Smart AC10000 Disposable, offering a 20mL prefilled capacity, 5% nicotine strength, and delivers a whopping 10000 puffs.

Quick Links:
**Disposable Vapes**
**Sigelei Smart AC10000 Disposable (5-Pack)**

---

**Flavor  ***

Choose an Option...

---

**ADD ON AND SAVE**

**Disposable of the Week**

-- Please Select --

---

QTY    [ −    1    + ]

---

ADD TO CART

---

Don't leave us hanging!

WARNING: These Products Contain Nicotine. Nicotine is an addictive chemical.



Q Search for vape mods                                                    🎤              👤      🛒

Disposables    Vape Juice ⌄    Accessories ⌄    Devices ⌄    Hemp ⌄    **Daily Deals**

Home › Disposables › Wave 8000 Disposable Vape 5% Nicotine



1 / 20

56 Reviews

## Wave 8000 Disposable Vape 5% Nicotine

### $13.99

**Flavor**

| Berry Blast ⌄ |
|---|

Charging cable not included                                     ✕

| 1 | Add to cart |
|---|---|

✓ Pickup available at **Huff and Puffers**
Order by 9 AM for 11:30 AM pickup / 3 PM for 4:30 PM pickup

[View store information](#)

🚚  Delivery and Shipping                                        +

Bask in a wave of flavor with the Wavetec Wave 8000 Disposable device. This sleek and elegant looking vape comes pre-filled with a whopping 18.0 mL of salt nicotine e-juice and features a 650 mAh rechargeable battery. The device lasts up to 8000 puffs and provides a super smooth vaping experience that's sure to keep you satisfied all the way to the end.

## Specifications

| Puff Count | Up to 8000 puffs |
|---|---|
| **Dimensions** | 39.0mm x 26.6mm x 97.2mm |

| Battery Size | 650 mAh |
| --- | --- |
| Charging Port | USB type-C |
| E-liquid Capacity | 18.0 mL |
| Adjustable Airflow | No |
| Ingredients | • Vegetable Glycerin<br>• Propylene Glycol<br>• Salt Nicotine<br>• Natural & Artificial Flavors |

**Don't leave us hanging!**

5% nicotine by weight (50mg/mL)

Made with salt nic e-juice

Pre-filled & pre-charged

Made in China

Draw-activation firing mechanism

**Package Contents:**

1 X Wavetec Wave 8000 Disposable E-Cig



**4.8**

Based on 56 reviews

| 5 Stars | 43 |
| --- | --- |
| 4 Stars | 13 |
| 3 Stars | 0 |
| 2 Stars | 0 |
| 1 Star | 0 |

**100%** of reviewers would recommend this product to a friend

Flavor — Poor / Excellent

Sweetness — Not Sweet / Very Sweet

Long Lasting — Poor / Excellent

56 Reviews | Most Recent



Tammy P.

✅ Verified Buyer

**Reviewing**
Wave 8000 Disposable Vape 5% Nicotine

👍 I recommend this product

about 22 hours ago

**Really like this vape**

Really like it



Flavor — Poor / Excellent

Sweetness — Not Sweet / Very Sweet

Long Lasting