# EXHIBIT 8



| | |
|---|---|
| Document title: | NORTH Cherry Lemonade 5000 puff disposable * 21 and older - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=ckl4xE6qGOk |
| Page loaded at (UTC): | Tue, 12 Sep 2023 14:59:10 GMT |
| Capture timestamp (UTC): | Tue, 12 Sep 2023 15:08:21 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 66eWBCFwS6XP46oHVXNdLR |
| User: | pv-john |

PDF REFERENCE #:     xt7omXyFByGqiKrLewUbWU



**NORTH Cherry Lemonade 5000 puff disposable * 21 and older**

👤 **Disposable Dad**          Subscribe
   2.95K subscribers

👍 7  👎      ↗ Share    ⊞ Save    ⋯

161 views  Sep 2, 2023
The new 5000 puff NORTH disposable vape in cherry lemonade flavor
5000 puffs
10 ml of juice

*21 and older *

*Current Subscribers
* MY BACKUP CHANNEL! 🔔🔥 / ▶ /@disposabledad2  📋
in case something happens to my main channel and I get taken down . I will be putting more and different content there also.
@disposabledad2

EMAIL for contact or business   mikecollings77@gmail.com
or
Instagram 👉 @disposabledad76
tik tok @disposabledad1

This channel 95 % self funded except occasional product demos. If you would like to to say thank you , or chip in a few dollars to see your favorite device?  leave me a message with your help
cashapp
https://cash.app/$disposabledad
Venmo
@Michael5150
PayPal
mikecollings77@gmail.com

I am not a advisor, advocate, expert and don't condone children to vape products.
I do support people who want to quit smoking with 1000s of chemicals in cigarettes that are really harmful to your health.

21 and older please

👤 **Disposable Dad**
   2.95K subscribers

⊞ Videos          👤 About

Show less

4 Comments        Sort by

👤  Add a comment...

S  **@stephs3597** 9 days ago
   Nice device! I did not expect it to be rechargeable!! Good review 👏 👏
   👍 1  👎    Reply
   ⌃ • 1 reply
         **@disposabledad** 9 days ago
         Me neither and they hit like a freight train!
         👍 1  👎    Reply

👤  **@DoubbbleS** 8 days ago
   This one is just like Breeze Pro!!
   👍  👎    Reply
   ⌃ • 1 reply
         **@disposabledad** 3 days ago
         yep, a breeze pro that ran a 10 week cycle of testosterone and dbols

---

Here's a Tour of the Most Expensive Cadillac From 1977
Doug DeMuro ✔
4.7M views • 6 years ago

Vaping vs Smoking vs IQOS: Which is Least Harmful? 💨
Joseph R Nemeth DDS ✔
11K views • 1 month ago

How Did The Sriracha Shortage Happen?
CNBC ✔
1.5M views • 3 weeks ago

The Autozam AZ-1 Is a Ridiculous, Tiny, Surprisingly...
Doug DeMuro ✔
2.1M views • 2 years ago

Familiedag Zevenaar
Van Dorp
4.6K views • 5 days ago
New

Pillow Talk Strawberry Kiwi Melon w/Wireless charging!...
Disposable Dad
74 views • 19 hours ago
New

Here's Why Everybody Hates the 2000 Mercedes-Benz S-Class...
Doug DeMuro ✔
1.2M views • 1 year ago

Cigar 101: Cigar Shop Etiquette
Holt's Cigar Company
91K views • 2 months ago

Here's Why I Love the 2000 Mercedes-Benz E55 AMG
Doug DeMuro ✔
480K views • 2 months ago

ORION OB5500 BLUE RAZZ LEMONADE DISPOSABLE LOS...
Disposable Dad
551 views • 3 days ago
New

If you see this car...RUN!
VINwiki ✔
531K views • 2 months ago

Snoop Dog Death Row Vapes Strawberry Peach
Disposable Dad
1.1K views • 3 months ago

Clayton Bigsby, the World's Only Black White Supremacist -...
Comedy Central ✔
17M views • 3 years ago

Disney has more to lose if Charter deal falls through, says...
CNBC Television ✔
23K views • 4 days ago
New

PACKSPOD YUMMY GUMMY disposable * 21 and older
Disposable Dad
181 views • 5 days ago
New

IPLAY ECCO ICE WATER flavor 💨❄️ 21 and older
Disposable Dad
101 views • 2 days ago
New

PILLOW TALK Sweet Mint w/ Wireless Charging, LCD screen...
Disposable Dad
100 views • 3 days ago
New

How to charge a disposable! (The safest way)
Tytheekidd
648K views • 1 year ago

BLACK EDITION JUICY BAR Strazz Pina Colada 5000 puff...
Disposable Dad
131 views • 7 days ago

Hurricane Lee U.S./Canada Impact Risk Increasing |...
AccuWeather
344K views • 3 days ago
New

The Ferrari Daytona SP3 Is a $2.5 Million Dream Supercar
Doug DeMuro ✔
1.3M views • 1 month ago

The Collectible Enthusiast Car Market is Out of Control! [Dou...



| | |
|---|---|
| Document title: | Hardest Hitting Disposable Vape!? North 5000 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=3ekaz38BzM0 |
| Page loaded at (UTC): | Tue, 12 Sep 2023 15:24:45 GMT |
| Capture timestamp (UTC): | Tue, 12 Sep 2023 15:26:02 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | rVAVHvGBnnazd1CfaKVDwH |
| User: | pv-john |

PDF REFERENCE #: g6GEPMbaGaqjqQUDjbRdSm



## Hardest Hitting Disposable Vape!? North 5000

**DisorderVapes**  
34.8K subscribers     **Subscribe**

👍 153   👎     ⊟+ Save   •••

5,435 views  Aug 23, 2023

### Chapters                    View all

| 0:00 | 0:39 | 1:15 | 1:57 | 3:16 |
|------|------|------|------|------|
| Intro | Specifications | Unboxing | Cherry cola | Tropical Summe |

**Show less**

Notice     **Age-restricted video (based on Community Guidelines)**

26 Comments     ⊟ Sort by

⊙  Add a comment...

**@DoubbbleS** 2 weeks ago  
This one is definitely like Breeze with a new cover! For Breeze pro, I had tried it once and the flavor was clean, however i found the crackling sound was very annoying and the hit was somehow strong, just confused about why it is soooo popular? 🤔  
👍 1  👎   Reply

**@mtbiker6810** 2 weeks ago  
I hitting the Breeze pro blue raz, these look the same. Sounds stronger. Cool!  
👍 1  👎   Reply

**@stephs3597** 2 weeks ago  
Definitely reminds me of the Breeze!  
👍 2  👎   Reply

**@spivvy3136** 2 weeks ago  
Literally just a breeze pro but different name and more puffs 😂



Search

Definitely reminds me of the Breeze!

2    Reply

@spivvy3136 2 weeks ago
Literally just a breeze pro but different name and more puffs 😄

3    Reply

@krazyfire1013 2 weeks ago
What has best throat hit youve tried or some good ones for throat hit?

Reply

@bradynmarks 2 weeks ago
Breeze pro on STEROIDS 💪

7    Reply

▲ 1 reply

@spivvy3136 2 weeks ago
Fr

1    Reply

@user-sn6gy4qq6w 2 weeks ago
U should do the flip tip ultra

1    Reply

@Chris-id1or 2 weeks ago
No way, I just copped one of these! I got the cherry lemon, it smacks so gd hard

1    Reply

@fatherlessrapper 11 days ago
Do mad blue lost marry 🔥 love the content man

1    Reply

@jessie-vn7io 4 days ago
Whats your favorite disposable cherry cola brand

Reply

@tarodex240 2 weeks ago
You should try stlth disposable

1    Reply

@matthewchipura2023 2 weeks ago
what is the best vape website to get disposables at

Reply

@zack4846 2 weeks ago
Those things are just bigger breeze pros

4    Reply

▼ 1 reply

@mattcortez2277 2 weeks ago
Whats ur fav disposable u cant stop smoking with amazing flavor?

2    Reply

▲ 1 reply

@DoubbbleS 2 weeks ago
I'm curious that besides flavor, what else of disposable do you also care about?

Reply

@beccabarsic3025 2 weeks ago
Cheers Famo 🎉

1    Reply



🖒 1  🖓  Reply

@jessie-vn7io 4 days ago
Whats your favorite disposable cherry cola brand

🖒  🖓  Reply

@tarodex240 2 weeks ago
You should try stlth disposable

🖒 1  🖓  Reply

@matthewchipura2023 2 weeks ago
what is the best vape website to get disposables at

🖒  🖓  Reply

@zack4846 2 weeks ago
Those things are just bigger breeze pros

🖒 4  🖓  Reply

▼ 1 reply

@mattcortez2277 2 weeks ago
Whats ur fav disposable u cant stop smoking with amazing flavor?

🖒 2  🖓  Reply

▲ 1 reply

@DoubbbleS 2 weeks ago
I'm curious that besides flavor, what else of disposable do you also care about?

🖒  🖓  Reply

@beccabarsic3025 2 weeks ago
Cheers Famo 🎉

🖒 1  🖓  Reply

@jessicalaynee 2 weeks ago
I like what drake likes 😂

🖒 1  🖓  Reply

@drip2819 2 weeks ago
where can i buy one

🖒  🖓  Reply

@sportsbettingandpoker9777 2 weeks ago
Where does a person get one of these?

🖒  🖓  Reply

▲ 1 reply

@Hellahighlol 2 weeks ago
Smoke shop
(not dispensaries obv)

🖒  🖓  Reply

@BeaverCheeze 2 weeks ago
bro review lava big boys and flair ultras

🖒  🖓  Reply

@user-qx8jd6pe2d 9 days ago
Yooooooo man please u got get a new mic ur mic just put unacceptable

🖒  🖓  Reply

@hahayoudontknowme99 2 weeks ago
first

🖒 1  🖓  Reply

  

 r/OregonCoast ✕    Search in r/OregonCoast    **Log In**

 **r/OregonCoast** • 10 mo. ago
FloofSquad088                                          **Join**   •••

# Breeze Pro Vape

Are there any shops near Salem, OR. Portland, OR or Cannon Beach, OR that sell the Breeze Pro Vapes? We can't find them anywhere!!! We've tried a bunch of different vapes that we were told were the most similar to the Breeze Pro but they would taste weird and it doesn't hit right. Doesn't give you that buzz like the BP does.

⬆ 0 ⬇       💬 2       ⬆ **Share**

 u/evoicl • Promoted

  Break free from the hassles of contacts and glasses with EVO implantable lenses, the next-generation vision correction procedure.

us.discovericl.com                                    **Learn More**

Sort by:  **Best** ⌄

---

**r/OregonCoast**                                    **Join**

**The Oregon Coast**

Share pictures, stories and discuss the Oregon coast! Hate, politics, or other polarizing topics do not belong here.

**59K**          **32**          **Top 2%**
Members      ● Online       Rank by size ⧉

---

**Related**    Oregon    United States of Ar  >

---

 + **Add a Comment**

 mrxexon • 10 mo. ago

It will tell you what local shops have in stock, https://www.leafly.com/

⬆ 1 ⬇      💬 **Reply**      ⬆ **Share**      •••

 r/OregonCoast

I'm driving the Oregon Coast with my best boy at the end o...

457 upvotes · 98 comments

 r/VirginiaMMJ

**New Dharma Vapes**

9 upvotes · 8 comments



Try North vape they're the closest thing to a breeze and they sell gum mint too and they design is the closest thing to a breeze too

⬆ 1 ⬇    💬 Reply    ⬆ Share    ⋯

**Humbug mountain**

372 upvotes  ·  11 comments

r/OregonCoast

  reddit

🔍 |  r/disposablevapes ✕ | Search in r/disposablevapes

**Log In**

 r/disposablevapes • 17 days ago    **Join** ···
whore_moanss

## Anybody try these north vapes? Guy at the shop said they were brand new, hit like breezes and rechargeable.

Not bad



⬆ 8 ⬇   💬 11   ⬆ Share

---

### r/disposablevapes    **Join**

**disposablevapes**
Place for disposable vape reviews! Pods and more! Use this subreddit to share new brands, and to give reviews on your…

**Show more**

**1.6K**          **18**          **Top 14%**
Members       ● Online        Rank by size

 r/disposablevapes
**FLIP 9000 with interchangeable flavours.**
13 upvotes · 4 comments

 r/disposablevapes
**Tyson Vapes are the best I've tried**
12 upvotes · 12 comments

r/disposablevapes
**Tried something new. Pyne pods. Definitely would…**
8 upvotes · 11 comments

 

 Log In



 **Soap_on_Gfuel** • 17 days ago

Look like breeze too, could be reskins/same factory

⬆ 5 ⬇   💬 Reply   ⬆ Share   ...

**salonkitty** • 17 days ago

No but i wish I had Breezes near my place in Brooklyn. I had my roommate ship me some vapes (I'm out of the country) and I asked him for funkys again and got a coconut pineapple one, even after my last one died in 9 days

⊖ ⬆ 2 ⬇   💬 Reply   ⬆ Share   ...

  **ThatRandomAlias** • 17 days ago

They put like 5 less ML in them now and they're 4% instead of 5% but some of those flavors are just too good

⬆ 1 ⬇   💬 Reply   ⬆ Share   ...

⊕ 2 more replies

**k_g4201** • 16 days ago

They're just rebranded and recreated breezes

⊖ ⬆ 1 ⬇   💬 Reply   ⬆ Share   ...

**k_g4201** • 16 days ago

 reddit                                                                                                 Log In

  **Hayb0ss** • 15 days ago

My store got some samples of these to try and I do really like them. Like a bigger, better breeze IMO. I liked the way the juice and battery indicator worked too. I tried the pina colada and the strawberry banana and both were pretty fire.

⬆ 1 ⬇       💬 Reply       ⬆ Share       …

**ScaryBadger2534** • 14 days ago

I like them got the cherry cola and it's been pretty consistent for a week

⬆ 1 ⬇       💬 Reply       ⬆ Share       …

**Fluid_Window3562** • 10 days ago

One of the best vape North disposable vape has the gum mint flavor which I like

⬆ 1 ⬇       💬 Reply       ⬆ Share       …

**serious-poopin** • 5 days ago

They definitely don't taste like Breeze. Not Vanilla Tobacco anyway. Hit is good, flavor is good, but probably puffing away on something horrible; the website is shady, with limited company info. Probably multiple mixing vats set up in the garage of some shitty DJ's mom's house. Enjoy!

⬆ 2 ⬇       💬 Reply       ⬆ Share       …