# EXHIBIT 9





49712254.1





**Justin C McKinniss** just submitted your form: Contact Us
on **Breeze**

1

**Message Details:**
Name: Justin C McKinniss
Email: jus10mckinniss@gmail.com
Subject: Breeze
Phone: 9379015010
Message: Hey, we have been in dire need to find Breeze Disposables.
However today we were informed that the new North Bar is made by
you? is this the new Breeze unit? just want to make sure we are buying
the same quality product.

If you think this submission is spam, report it as spam.

49712254.1

**Abdul Smoking Sales**
Business Account

Strawberry peach mint x 5
orange mango watermelon x 5
Spearmint x 10
Grape 🍇 x 5
cherry 🍒 lemon x 10

Prime
Strawberry 🍓 mint x 5
Lemon 🍋 cola x 5
Honeydew 🍈 pineapple x 5
Mango 🥭 x 5
Peach 🍑 berry x 5
Strawberry 🍓 apple 🍎 x 5
Blueberry 🫐 lemon 🍋 x 5

10:32 AM

Thank you brother , can you have your accounting wire previous invoice.

10:34 AM ✓✓

👍

10:34 AM

10:35 AM ✓✓

1 UNREAD MESSAGE

Is north disposable made by same factory who's making breeze?

1:04 PM



**Jamie Randolph** <southsidevaporstn@gmail.com>
To: Breeze Sales

Sun 8/6/2023 4:38 PM

Awesome! I'll get everything over. Do yall make the North 5,000 disposables? They seem to have the same flavors and packaging.

Thank you
Jamie
Southside Vapors

...

↩ Reply    → Forward

---

**Breeze Sales**
To: Jamie Randolph <southsidevaporstn@gmail.com>

Fri 8/4/2023 5:40 PM

Hey Jamie,

We do still have one Fax machine running if you could try it there at ▓▓▓▓▓▓▓

**Thanks,**

Sales Team

Capital Sales Company
1471 E. 9 Mile Rd.
Hazel Park, MI 48030
Office: (248) 542-4400
Website: www.capitalcsc.com

WWW.BREEZESMOKE.COM

49712254.1

**From:** ahmed ahmed <████████████@gmail.com>
**Sent:** Thursday, October 12, 2023 11:14 AM
**To:** Sales <Sales@capitalcsc.com>
**Subject:** Re: Capital Sales Confirmation Invoice #228170

#1 quantity looks good ship it

Send this massage to breeze guy or Sam ..
#2 please watch beeeze prices there is new type on the market calls north same as breeze
Cost $60 10pk
Sooner or later will stock with breeze ..