# EXHIBIT 10

"

**BREEZE PRO Product**



**Infringing Product**



## BREEZE PRO Product

     

2000 PUFFS    6 ML    5% NIC    COST EFFECTIVE    1000 MAH

   

 

## Infringing Product

   

5000 PUFFS    10 ML    5% NIC    MESH COIL    550 MAH

    

     

**BREEZE PRO Product**



**Infringing Product**







**BREEZE PRO Product**

**Infringing Product**









**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**                    **Infringing Product**





**BREEZE PRO Product**

**Infringing Product**













## BREEZE PRO Product

## Infringing Product





**BREEZE PRO Product**

**Infringing Product**



