# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Midwest Goods Inc.

          Plaintiff,

v.

Breeze Smoke LLC

          Defendant.

Case No.: 1:23−cv−05406
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 12/7/2023. Midwest Goods Inc.'s motion to dismiss [32] is denied as moot. Midwest is to file its answer or other responsive pleading to the Amended Counterclaim by 12/21/2023. Breeze Smoke is to respond by 1/23/2024. Midwest is to reply by 2/6/2024. Breeze Smoke may file a renewed motion for preliminary injunction by 12/21/2023. The parties are to submit an agreed proposed briefing schedule, including agreed page limitations, on the renewed motion by the end of the day on 12/8/2023. The motion for preliminary injunction [25] is denied as moot. Parties are to file an agreed proposed discovery schedule by 12/15/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.