**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>BREEZE SMOKE, LLC,<br><br>        Defendant. | Case No. 1:23-CV-05406<br><br>Honorable Thomas M. Durkin<br><br>JURY TRIAL DEMANDED |
| Breeze Smoke LLC,<br><br>        Counter-Claimant,<br><br>    vs.<br><br>Midwest Goods Inc., dba Midwest Distribution Illinois, Wisemen Wholesale, Inc., Speed Wholesale, Inc., World Wholesale, Inc., Light View LLC,<br><br>        Counterclaim Defendants. | |

## BREEZE SMOKE'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

Defendant/Counter-Plaintiff Breeze Smoke LLC ("Breeze Smoke") moves this Court to preliminarily enjoin Counterclaim Defendants Midwest Goods Inc., dba Midwest Distribution Illinois. ("Midwest"), Wisemen Wholesale, Inc. ("Wisemen"), and World Wholesale, Inc. ("World") from directly or indirectly using the BREEZE PRO Packaging Trade Dress, as defined in Paragraph 41 of Breeze Smoke's First Amended Answer and Counterclaims, the BREEZE PRO Product Design Trade Dress, as defined in Paragraph 51 of Breeze Smoke's First Amended Answer and Counterclaims, and/or from infringing U.S. Design Patent No. D1,005,573.  A brief supporting this motion follows.

Dated**:** December 21, 2023

Respectfully submitted,

By: /s/ *Mary A. Hyde*_____

William B. Berndt (Attorney No. 6269408)
Mary A. Hyde (Attorney No. 6322004)
Vikram A. Mathrani (Attorney No. 6318690)
Jenna E. Saunders (Attorney No. 6340287)
David J. Roulo (Attorney No. 6342637)
Honigman LLP
155 N. Wacker Drive
Suite 3100
Chicago, IL 60606-1734
Telephone:  312-701-9300
Facsimile:  312-701-9335
wberndt@honigman.com
mhyde@honigman.com
vmathrani@honigman.com
jsaunders@honigman.com
droulo@honigman.com

Jeffery K. Lamb (Attorney No. 6289998)
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:  313-465-7000
Facsimile:  313-465-8000
jlamb@honigman.com

# CERTIFICATE OF SERVICE

I certify that on December 21, 2023 a copy of the foregoing was electronically filed with the Clerk of Court using the ECF system which will send notification to all counsel of record.  Further, a copy of the foregoing and all documents in support thereof was or shall be served upon the Plaintiff.

*/s/ Mary A. Hyde*
*One of the Attorneys for Breeze Smoke LLC*