# EXHIBIT

# C





















October 5th - 8th, 2021
—
McCormic Place
2301 S. King Dr, Chicago, IL 60616



