# EXHIBIT

# D"

Report this ad

Exclusive news, data and analytics for financial market professionals    LSEG

REUTERS®

World ⌄   Business ⌄   Markets ⌄   Sustainability ⌄   Legal ⌄   Breakingviews   More ⌄        ⊞ My View ⌄   🔍   Sign In   Register

Healthcare & Pharmaceuticals │ Regulatory Oversight

# Top-selling flavored disposable e-cigarettes

By **Chris Kirkham**

August 16, 2022 5:37 AM CDT · Updated a year ago

🔖   Aa   ⤴



[1/5] Flavored disposable e-cigarettes are seen in this illustration taken July 18, 2022. REUTERS/Shannon Stapleton
_Acquire Licensing Rights_ ↗

‹   ›

| Companies | |
|---|---|
| 🏢 **Altria Group Inc** | Follow |
| 🏢 **Kaival Brands Innovations Group Inc** | Follow |

Aug 16 (Reuters) - The newest generation of e-cigarettes - disposable devices, often in sweet flavors - now accounts for one-third of U.S. e-cigarette retail sales, up from less than 2% three years ago, according to findings by Reuters that show for the first time that consumers spent more than $2 billion on them over the past year. read more

Reuters drew its findings from a dataset produced by IRI, a Chicago market research firm that uses scanner data and other information to track retail purchases. The IRI dataset, which measures purchases from Jan. 12, 2014, to June 12, 2022, provides a rare look at the rise of disposable flavored-nicotine devices

Report this ad

following the U.S. Food and Drug Administration's crackdown on Juul Labs Inc, 35%-owned by Marlboro maker Altria Group Inc (MO.N). read more

Advertisement · Scroll to continue

Report this ad

The data was shared with Reuters by an individual outside IRI, who declined to be identified. An IRI spokesperson said the company is "unable to confirm any information you've received from an outside source" and that the figures should not be attributed to IRI.

Below are the top-selling flavored disposable brands in the United States, and their parent companies, based on annual estimated sales from June 20, 2021, to June 12, 2022, according to the data.

Advertisement · Scroll to continue

Report this ad

Representatives for seven of the ten top-selling brands did not return messages seeking comment on the retail sales data. A representative for Breeze Smoke, which owns two of the top-selling brands, declined to comment.

Darrell Suriff, chief executive of Pastel Cartel, which makes Esco Bars, told Reuters that Esco Bars sold more than $300 million in products over the last year to distributors and 33 retail stores he owns. Suriff said he believes the data showing $82 million in Esco Bar retail sales "is really skewed" and does not include the full picture of sales.

Advertisement · Scroll to continue



Report this ad

**Sponsored Content**                                                                 Dianomi ▷

**When markets fluctuate, finance with confidence**

**Cryptocurrencies: What Are They?**

**Illinois: The List Of The Top Financial Advisor Firms Is Out**

Sponsored by J.P. Morgan

Sponsored by Charles Schwab

Sponsored by smartasset

Report this ad

TOP SELLERS:

1. Kangvape Onee Stick (Shenzhen Kangvape Technology Co) - introduced 2020, according to the sales data - $153 million in sales

2. Bidi Stick (Kaival Brands Innovations Group Inc (KAVL.O)) - introduced 2019, the data shows - $103 million in sales

3. HQD Cuvie Plus (HQD Tech USA) - introduced 2020, the data shows - $101 million in sales

4. Breeze Plus (Breeze Smoke) - introduced 2020, the data shows - $99 million in sales

5. Hyppe Max Flow (Romeo Group) - introduced 2020, the data shows - $97 million in sales

6. Esco Bars (Pastel Cartel) - introduced 2021, the data shows; owner says introduced 2019 - $82 million in sales

7. Loon Maxx (The Loon) - introduced 2020, the data shows - $80 million in sales

8. Breeze Smoke Breeze Pro (Breeze Smoke) - introduced 2021, the data shows - $79 million in sales

9. Air Bar Lux (Shenzhen Goldreams Technology Co) - introduced 2020, the data shows - $63 million in sales

10. Mr. Fog Max Pro (Shenzhen CF Technology Co) - introduced 2020, the data shows - $60 million in sales

Reporting by Chris Kirkham in Los Angeles Editing by Vanessa O'Connell and Matthew Lewis

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights ⤢

**Read Next**                                                                                    ‹  ›



Boards, Policy & Regulation

**Biden plans $100 million drive to combat drug-resistant 'superbugs'**

U.S. President Joe Biden will announce on Wednesday a $100 million research drive to...

World

**Russia mulls joining China in banning Japanese seafood imports**

Russia may join China in banning Japanese seafood imports after Japan released...

Public Health

**About 250,000 courses of COVID pill Paxlovid being administered per week - Pfizer CEO**

Pfizer Inc's chief executive said on Tuesday that almost 250,000 courses of the...

Boards, Policy & R

**Cough syrup o overseas prom crackdown or testing**

The U.S. FDA is cr on lax testing pra dozens of makers

**More from Reuters**

LSEG Workspace

The next-generation human interface for financial professionals.

Newsletter  │  Twice a week.

**Reuters Health Rounds**

Keep up with the latest medical breakthroughs, healthcare trends, pharmaceutical news and more.

Sign up



'Not much upside' for S&P 500 -investment manager (1:10) - September 26, 2023
Watch more videos

 **Biden vs. Trump in Michigan**
02:26

 **No plan to ban AI music on Spotify, CEO says**
00:43

 **Wall St. pounded as investors grapple with higher rates**

**Sponsored Content**                                                        Dianomi

**Schwab's Daily Market Update: Market at Open**
Sponsored by Charles Schwab

**The 5 Dumbest Things We Keep Spending Too Much Money On**
Sponsored by The Penny Hoarder

**Converting an IRA to Roth: Worth It?**
Sponsored by smartasset

**A Flexible MBA Program That Fits Your Schedule and Lifestyle**
Sponsored by Carey Business School

**Watch top advisors share their top ideas for high-net-worth clients.**
Sponsored by PGIM Investments

**Finance with certainty and confidence during market instability**
Sponsored by J.P. Morgan

## Business ›



Regulatory Oversight
**US senator wants JetBlue CEO to answer if Spirit deal will hike air fares**
1:50 PM CDT · Updated an hour ago

Technology
**Tesla working on 'gigacasting' tech to mould underbody in one piece, Shanghai Securities News reports**
September 26, 2023



# UBS, Credit Suisse face wider US probe over Russia sanctions -Bloomberg News

Regulatory Oversight · September 27, 2023 · 10:36 AM CDT

UBS shares fell on Wednesday after a report that the U.S. Department of Justice has stepped up scrutiny into alleged compliance failures that helped Russian clients evade sanctions.

Partnerships & M&A
**Renault ends common purchasing agreement with Nissan and Mitsubishi**
September 26, 2023

Business
**Unretirement: The lure to return to work**
10:31 AM CDT

## Sponsored Content

Dianomi

**Estate Planning Strategies Once Your Portfolio Reaches $500,000**
Sponsored by Fisher Investments


**Earn 140,000 Bonus Points with offer + up to 26X total points at IHG®**
Sponsored by Chase IHG® Business Card


**Is Your Savings Account Keeping Up With Recent Rate Hikes?**
Sponsored by NerdWallet


**When markets fluctuate, finance with confidence**
Sponsored by J.P. Morgan


**5 Things You're Paying Way Too Much For**
Sponsored by The Penny Hoarder


**Seniors Under 85 Get $250k In Life Insurance For $13/Month**
Sponsored by ActiveBeat


## Sponsored Content

Dianomi

**Watch top advisors share their top ideas for high-net-worth clients.**
Sponsored by PGIM Investments

**Banks Offering Over 4% Interest Savings Accounts**
Sponsored by SavingsAccounts.com

**50-Year Wall Street Insider: This is my #1 Stock for the AI Tidal Wave**
Sponsored by Chaikin Analytics

**Illinois: The List Of The Top Financial Advisor Firms Is Out**
Sponsored by smartasset

**Where should you invest $1,000 right now?**
Sponsored by The Motley Fool

**How to Cut Your Tax Bill With Tax-Loss Harvesting**
Sponsored by Charles Schwab

**Latest**

**Home**

**Browse**

**World**
**Business**
**Markets**
**Sustainability**
**Legal**
**Breakingviews**
**Technology**
**Investigations** ⬈
**Sports**
**Science**
**Lifestyle**

**Media**

🎥 **Videos** ⬈
📷 **Pictures**
🖼 **Graphics** ⬈

**About Reuters**

**About Reuters** ⬈
**Careers** ⬈
**Reuters News Agency** ⬈
**Brand Attribution Guidelines** ⬈
**Reuters Leadership** ⬈
**Reuters Fact Check** ⬈
**Reuters Diversity Report** ⬈

Stay Informed

**Download the App** ⬈
**Newsletters** ⬈

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

   

Thomson Reuters Products

**Westlaw** ⬈    **Onesource** ⬈    **Checkpoint** ⬈

LSEG Products

**Workspace** ⬈    **Data Catalogue** ⬈    **World-Check** ⬈

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

The industry leader for online information for tax, accounting and finance professionals.

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2023 Reuters. All rights reserved