# EXHIBIT

# E





SHENANDOAH
COUNTRY CLUB
West Bloomfield Township, MI



**PageVault**

| | |
|---|---|
| Document title: | Breeze Vape - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=-6qQmcIDE7s |
| Page loaded at (UTC): | Mon, 13 Nov 2023 04:35:52 GMT |
| Capture timestamp (UTC): | Mon, 13 Nov 2023 04:39:53 GMT |
| Capture tool: | 10.36.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | faLYgGysuEZFVf4eDs3hoD |
| User: | pv-services6 |





▶ ▶| 🔇   0:00 / 1:21       🔘 CC ⚙ ⬛ ▭ ⛶

### Breeze Vape

👤 **EastsideK3 - Topic**
8 subscribers    **Subscribe**        👍 8   👎    ↗ Share    =+ Save    •••

191 views  Sep 14, 2022
Provided to YouTube by Translation Enterprises d/b/a/ United Masters

Breeze Vape · EastsideK3

Breeze Vape

℗ 2022 EastsideK3

Released on: 2022-09-15

Music  Publisher: Kemarrie Phillips
Composer  Lyricist: Kemarrie Phillips

Auto-generated by YouTube.

## Music
1 songs



**Breeze Vape**
EastsideK3
Breeze Vape

▶ YouTube ≡ Sign in



**Breeze Vape**

EastsideK3 - Topic
8 subscribers

Subscribe

👍 8 👎    ↪ Share    ⊟+ Save    •••

191 views  Sep 14, 2022
Provided to YouTube by Translation Enterprises d/b/a/ United Masters

Breeze Vape · EastsideK3

Breeze Vape

℗ 2022 EastsideK3

Released on: 2022-09-15

Music  Publisher: Kemarrie Phillips
Composer  Lyricist: Kemarrie Phillips

Auto-generated by YouTube.

## Music
1 songs

Breeze Vape
EastsideK3
Breeze Vape

⊙ Music

EastsideK3 - Topic
8 subscribers

▶ Videos      🗋 About

Show less

Parental warning    **Explicit lyrics**

Comments are turned off. Learn more

Document title: Breeze Vape - YouTube
Capture URL: https://www.youtube.com/watch?v=-6qQmcIDE7s
Capture timestamp (UTC): Mon, 13 Nov 2023 04:39:53 GMT