# EXHIBIT

# F







# VapeJuice
### DEPOT

Search...

All categories

Login / Signup

My account

0
Cart

New | Brands | Devices | Vape Juice | Disposables | Tanks & RDA | Alternatives | Clearance | VJD Rewards Club | Wholesale

Blueberry Watermelon | Blue Raspberry | Bubblegum Freeze

Candy Cane | Cherry Cola | Cherry Lemon | Grape Soda

Gum Mint | Lemon Mint | Lush Ice | Mint

Orange Mango Watermelon | Pina Colada | Pom Berry Mint

Pumpkin Spice | Raspberry Lemon | Strawberry Peach Mint

Strawberry Cream | StrawKiwi | StrawMelon | Tobacco

Tropical Summer | Vanilla Tobacco | Candy Hearts

Coconut Banana | Mango Freeze | Peach Mango

Strawberry Lime | Pineapple Passion | Strawberry Banana

**Strength: 50mg**

50mg

**Price:** **$ 15.99**
Shipping calculated at checkout

## Description $+$

## Payment & Security 🔒

AMEX | Diners Club | DISCOVER | JCB | MasterCard | VISA

Our store operates using **Shopify Plus**, ensuring that all payments are completely secure. Your payment information is processed securely. We do not store credit card details nor have access to your credit card information.

**Quantity:** − 1 +

Add to cart | Buy it now

Frequently Bought Together

Save Extra 5% buying these products together

## Customer Reviews

★★★★★
Based on 1 review

Write a review

Most Recent

J ★★★★★ 05/19/2023
Joseph Harris
I recently tried this disposable, and I must say, I was really impressed. The device's compact size and discreet design make it ideal for vaping. The flavors were outstanding, providing a burst of flavor with every puff. Breeze Pro is fantastic.

Total price: $ 40.25 $42.37



Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 5 of 69 PageID #:2068



## Customer Reviews

★★★★★
Based on 73 reviews

Write a review

★★★★☆

### Vape Like a Pro with Zero Effort

*James Nelson* on *Feb 26, 2023*

I never knew vaping could be this easy and enjoyable until I tried this device. The flavor is top-notch, and it's so easy to use. I'm never going back to anything else.

Report as Inappropriate

★★★★★

### The Perfect Pick-Me-Up

*Victoria Campbell* on *Feb 25, 2023*

This device is the best thing that's ever happened to my vaping experience. The flavor is amazing, and it's so convenient to use. I highly recommend it.

Report as Inappropriate

★★★★★

### Instant Gratification in a Flash

*Benjamin Foster* on *Feb 24, 2023*

I can't believe how much I love this device. It's so small and discreet, yet it delivers great flavor every time. It's also very affordable, which is a huge plus.



**WARNING: THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.**

FEATURED   DISPOSABLE VAPES   E-LIQUIDS   KITS, MODS, & TANKS   ACCESSORIES   SMOKE SHOP   BONGS, DAB RIGS, & PIPES   GEAR   FIND A STORE

BREEZE

## Breeze Pro Disposable Vape

★★★★★ 40 reviews

$17.99   $15.99

FLAVOR

Anejo/Citrus   Banana Mint   Blueberry Banana

Blueberry Mint   Blueberry Watermelon   Blue Raspberry

Bubble Gum Freeze   Candy Cane   Candy Hearts

Cherry Cola   Cherry Lemon   Coconut Banana

Grape Soda/Grape   Gum Mint/Spearmint   Lemon Mint

Lush Ice/Watermelon Mint   Mango Freeze   Menthol

Mint   Orange Mango Watermelon   Peach Mango

Pina Colada/Pineapple Coconut   Pineapple Passion

Pom Berry Mint   Pumpkin Spice   Raspberry Lemon

Strawberry Banana   Strawberry Cream   Strawberry Lime

Strawberry Peach Mint   StrawKiwi/Strawberry Kiwi

StrawMelon   Tobacco   Tropical Summer

Vanilla Tobacco

● In stock, ready to ship

QUANTITY

−  1  +

ADD TO CART

Free shipping for orders over $99

☑ **Breeze Pro Disposable Vape** Anejo/Citrus
~~$17.99~~ $15.99

☑ Breeze Prime Edition Disposable Vape
Blueberry Lemon   $24.99

○ Share   ○ Tweet   ○ Pin it

## Customer Reviews

★★★★★ Based on 40 reviews

Write a review



★★★★★

**Best for the bathroom**

*John* on *Dec 19, 2021*

I love using my breeze pro in the bathroom

Report as Inappropriate

★★★★☆

**The pro's are great but there's a slight problem**

*Andrew* on *Oct 15, 2021*

The problem is that if you touch the bottom sometimes they will auto fire

Report as Inappropriate

★★★★★

**Worth it!**

*Melissa B.* on *Sep 10, 2021*

I got 3 of these 2 days ago. The flavor is intense and way better than the breeze plus. It's definitely worth the money!

Report as Inappropriate

★★★★★

**Blueberry banana flavor!!!**

*Manuel I.* on *Sep 10, 2021*

Didn't buy from this store but the blueberry banana is AMAZING!!!!

Report as Inappropriate

★★★★★

**A stress reliever**

*Kristin J.* on *Sep 04, 2021*

I love this I'm in a wheelchair and in a nursing home this gives me a release from the everyday stresses that I deal with in here. Thank You 😊

Report as Inappropriate



  

## alternative pods

View catalog

What are you looking for?

Home | VAPE DISPOSABLE | SHOP BY BRAND | DISPOSABLES UNDER 10$ | PODS AND DEVICES | E-LIQUID & DEVICES | CARTRIDGE PENS (510) | DELTA 8 & CBD | GLASSWARE | CLEARANCE

### Breeze Pro 2000 Puffs Disposable Vape 5%

**5.0** out of 5 stars

★★★★★

2 have reviewed this product

**Write a review**

**Body of Review** (1500)

Write your comments here

**Submit Review**

**Greg**
on Jul 16, 2023

**Gum Mint Fan**

★★★★★

Finally found the Gum mint! I had trouble finding it at my local shop and Alternative had it in stock!

Report as Inappropriate

**Alec**
on Apr 15, 2023

**Fast Delivery!**

★★★★★

Ordered the Strawberry Lime to try the new flavor, loved it!

  Alternative Pods Rewards

# Customer Reviews & Feedback 😄

Here at Dispomode, we pride ourselves on exceptional service and affordable prices. Don't just take our word for it – check out what customers say about our Breeze Pro Collection Below







### Blueberry Mint

I absolutely adored the Blueberry Mint flavor! Living in Florida, the shipping time was quite impressive - took around 4 days. Fantastic service!

 Cynthia T .          Verified Purchase ✔

### My Favorite

I've placed numerous orders from this site and I've never been let down! The flavors are just outstanding - although I've yet to try Mint, Freeze or Ice. All of the ones I've tried have been splendid. I'd be thrilled to see flavors like coffee, Irish coffee, or chocolate added to the range. On the whole, it's an excellent product!

 Don F.          Verified Purchase ✔

### Amazing

Great product and easy to use

 K.A          Verified Purchase

 

 09/03/23

### Great

Great product will definitely reorder

Anonymous

 09/03/23

### Great product will definitely reorder

Great product will definitely reorder

Anonymous

 09/02/23

### Great service

best disposable vape vape

Anonymous

 08/18/23

### EJUICE so easy

Happy to find my favorite vapes at a reasonable price from a site that is east to navigate and delivers on time.

Anonymous

 09/02/23

### best disposable vape vape

best disposable vape vape

Anonymous

 08/18/23

### Happy to find my favorite

Happy to find my favorite vapes at a reasonable price from a site that is east to navigate and delivers on time.

Anonymous

 08/17/23

### Works well, shows you what 2,000 puff's really look like i

Lasts longer than glamee 5000 by a lot.
Also don't buy Glamee 5000 vapes they are dangerous

Lou L.

 08/17/23

### Lasts longer than glamee 5000

Lasts longer than glamee 5000 by a lot.
Also don't buy Glamee 5000 vapes they are dangerous

Lou L.

 08/16/23

### Great communication, and fast shipping.

Great communication, and fast shipping. Breeze Pro is excellent product

Wanda A.

 08/16/23

### Go breeze pro!

Top notch, longtime use out of one vape, and eJuiceDB has best prices and flavor selections!

Marianne R.

 Loyalty Program

 Breeze Pro Disposable Vape – 2000 Puffs
$14.95 USD

CHOOSE OP

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 13 of 69 PageID #:2076

WARNING: This product contains nicotine. Nicotine is an addictive

SEARCH OUR SITE ✕

Search for products 🔍

# SMOKER'S WORLD

10% OFF ENTIRE SITE | Use code 'September10' | Same Day ship

Home  >  Breeze Pro Disposable Vape - 3 Pack



## Breeze Pro Disposable Vape - 3 Pack

View all Breeze Disposable Vape

⭐⭐⭐⭐⭐ 55 reviews

~~$69.99~~  **$52.99**

🚚 FREE Shipping on orders over $200

**Build your pack**   *i*  (Click to learn more)

Choose your flavor

| Blueberry Banana |

Quantity

| − | 1 | + |

+ ADD ANOTHER FLAVOR - 2 left

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 14 of 69 PageID #:2077

ADD TO CART

**BUNDLE DEALS**
Breeze Pro Bundles

| 3 Pack for $52.99 | (6 Pack) for $96.99 | 10 Pack for $159.99 |
|---|---|---|

BEST VALUE

## Features:

- E-juice - 6ml
- Battery - 1000Mah
- Salt Nicotine
- 5% nicotine
- Ergonomic drip-tip
- 2000+ Puffs

## Breeze Pro Flavors:

Breeze Pro Flavors

- Pumpkin Spice
- Raspberry Lemon
- Strawberry Peach Mint
- Strawberry Cream
- StrawKiwi
- StrawMelon
- Tropical Summer
- Vanilla Tobacco
- Candy Cane

## Breeze Pro 2000 Puffs Disposable Vape - 3 Pack

Breeze Pro is the sequel to Breeze Plus, one of the top-selling disposable vape pods. It looks slim and s
a touch of style. Breeze Pro disposable vapes offer intense flavors and enjoyable cloud production.

Breeze Pro disposables cost comparably less than many top-rated disposable vape pods and offer rela
money. They come in a wide range of flavors, and you will thoroughly enjoy them. If you want to buy c
be your top choice.

Breeze Pro vape pods offer 23 distinct flavors to amaze your taste buds and senses. Each flavor delivers
the overall vaping experience, and the heating element produces nice hits with thick clouds. You will lo
hits, and a variety of flavors. Check out the Breeze Pro Flavors.

### Package Contains:

3x Breeze PRO Disposable Vape

## Learn more about Breeze

## SEARCH OUR SITE

⭐⭐⭐⭐⭐ 55 Reviews ⌄

**SEARCH OUR SITE** ✕

**Brianna S.** ✔ Verified
9/14/2023
⭐⭐⭐⭐⭐
Arrived just on time, they're perfect!

**Marcus E.**
9/7/2023
⭐⭐⭐⭐⭐
Breeze vape disposable are amazing flavors. I love the Blue Raspberry and the Mango Orange flavors. The only co
and the battery usually dies before it runs out of juice.

**Susan S.** ✔ Verified
9/1/2023
⭐⭐⭐⭐⭐
I bought these 3. I interchange them throughout the day. Great product, quick shipping, happy customer.

**Christopher G.** ✔ Verified
8/16/2023
⭐⭐⭐⭐☆
The order was wrong. I asked for Lush Ice and was sent Watermelon Ice. Fortunately, my wife likes it so we're no
they are over priced and shipping costs are way more than they should be.

**Chris G.**
8/8/2023
⭐⭐⭐⭐☆
I ordered my wife's usual, a 3pk of Lush Ice. To her surprise, Watermelon Mint was delivered. Fortunately, she lik
variety this site offers; however, the shipping costs are too high, especially when ordering from Florida. It should
small package. I sent a computer to Texas for only $20 more. I wish I could have given 5 stars but the order was
th...

**Selena W.** ✔ Verified
7/5/2023
⭐⭐⭐⭐⭐
n

**Josephine R.** ✔ Verified
6/28/2023
⭐⭐⭐⭐⭐
Ordered both sizes and all flavors to chose one I liked best and hard to choose but think I narrowed it down. It last as long as it promises



**Virginia S.** ✔ Verified
6/12/2023
⭐⭐⭐⭐⭐
Taste great

**Betsy T.** ✔ Verified
5/23/2023
⭐⭐⭐⭐⭐
You have the flavors we love and easy to order.

**Virginia S.** ✔ Verified

SEARCH OUR SITE ✕

5/10/2023

⭐⭐⭐⭐⭐

Easy to order

**Chris F.** ✔ Verified

4/30/2023

⭐⭐⭐⭐⭐

I have very small hands and the Breeze Pro fits my hand very well. It's smooth to the texture and not clunky to hol

**Raylan B.** ✔ Verified

4/27/2023

⭐⭐⭐⭐⭐

Best flavor out of all the vape brands. Love these!

**Taag L.** ✔ Verified

4/22/2023

⭐⭐⭐⭐⭐

Order my order Sat night and received it on Tues.

**Chris F.** ✔ Verified

4/14/2023

⭐⭐⭐⭐⭐

Love the Vanilla Tobacco Breeze Pro. My first vape and I'm working on giving up cigarettes completely. Tastes like

**Zafira H.** ✔ Verified

4/12/2023

⭐⭐⭐⭐⭐

This is a great value and price. Way cheaper than the smoke shop in town, and they sent it all the way to Ohio!

**Maigen S.** ✔ Verified

3/20/2023

⭐⭐⭐⭐⭐

I love all of the flavors I ordered. Great strong flavor and last longer

**Danielle E.** ✔ Verified

3/4/2023

⭐⭐⭐⭐⭐

Love how smooth they are and more flavor than most. Wish shipping was not so much.
Strawberry Peach Mint is my favorite flavor



Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 17 of 69 PageID #:2080

SEARCH OUR SITE ✕

**Lesia F.** ✔ Verified

3/3/2023

★★★★☆

Excellent flavors! Quick delivery and just as described.

**Shelly D.** ✔ Verified

3/3/2023

★★★★★

Love the Breeze Pro!! The best disposable vape out there!



**Luann C.** ✔ Verified

3/2/2023

★★★★★

dependable web site

**Michael S.** ✔ Verified

2/24/2023

★★★★★

Love my Breeze! All the flavor selections and delivered right to my door! A bit pricey but I cannot find the brand ne

**Robert S.** ✔ Verified

2/23/2023

★★★★☆

On vacation in Florida and seems no one around sells the breeze tobacco.
Placed an order only to find out UPS lost my order.
Contacted Smokers World and they were right on top of it.
Received a new order 2 days later.
Bravo, Smokers World!!

**Michelle B.** ✔ Verified

2/16/2023

★★★★★

Love Them--help out in a pinch when you want to be discreet.

**Angela A.** ✔ Verified

2/9/2023

★★★★★

Best place over to order from!!!! Shipping is so fast it's unbelievable❤️ I absolutely love my vapes❤️

**Michelle H.** ✔ Verified

2/7/2023

★★★★★

I'm very excited I got it on time it keeps me from smoking tobacco

**Michelle H.** ✔ Verified

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 18 of 69 PageID #:2081



SEARCH OUR SITE   ✕

2/7/2023

★★★★★

I'm very excited I got it on time it keeps me from smoking tobacco

**Stephany Z.** ✔ Verified
1/29/2023
★★★★★
Love it!!!! The taste is amazing. Blueberry Banana!!!

**Michael S.** ✔ Verified
1/20/2023
★★★★★
Fast delivery and good product! Look forward to ordering again Thanks!

**Lynn V.** ✔ Verified
1/13/2023
★★★★☆
The first pen I got was on the road while on a trip. I immediately liked it! Bad thing was, it quit working after abou... turn around and return it. I wrote the company about it and they never responded. I would have thought that th... not. I did find a place along the way and purchased another one because I did like it that much. I found your site... them in...

**Lynn V.** ✔ Verified
1/13/2023
★★★★☆
The first pen I got was on the road while on a trip. I immediately liked it! Bad thing was, it quit working after abou... turn around and return it. I wrote the company about it and they never responded. I would have thought that th... not. I did find a place along the way and purchased another one because I did like it that much. I found your site... them in...

**Daniel J.** ✔ Verified
1/13/2023
★★★★★
Delivery came right on time,exactly would i ordered,and would highly recommend!

**Daniel J.** ✔ Verified
1/13/2023
★★★★★
Delivery came right on time,exactly would i ordered,and would highly recommend!

**Tina P.** ✔ Verified
1/12/2023
★★★★★
It's just what my husband I were looking for! A friend of ours uses these and she gave me one to try. We were spending so much on cigarettes. I know the Breeze has nicotine but it's cut our cigarette buying in half!I will keep buying these for sure!

**Shayma A.** ✔ Verified
1/10/2023
★★★★★
Cool

**Lisa L.** ✔ Verified
1/6/2023
★★★★★
I love the Breeze Pro disposable vape pens (cherry cola)! But I recently moved and can't find them locally. I found Smokers World & order them by the 3 pack...u can

even mix & match flavors! They are less expensive than retail, ordering is ez & they arrive quickly. Thx SW!

SEARCH OUR SITE    ✕

**Lisa L.** ✔ Verified

1/6/2023

⭐⭐⭐⭐⭐

I love the Breeze Pro disposable vape pens (cherry cola)! But I recently moved and can't find them locally. I found
even mix & match flavors! They are less expensive than retail, ordering is ez & they arrive quickly. Thx SW!

**Kelli H.** ✔ Verified

1/3/2023

⭐⭐⭐⭐⭐

Breeze Pros are my favorite but I can't find them in any local shops in my new city. I'm so glad I can order them th
shipping was fast.

**Lori D.** ✔ Verified

12/27/2022

⭐⭐⭐⭐⭐

Very sleek design,and very tasty. Kept me off cigarettes for almost 2 years. I saved a lot of money

**Lori D.** ✔ Verified

12/27/2022

⭐⭐⭐⭐⭐

Very sleek design,and very tasty. Kept me off cigarettes for almost 2 years. I saved a lot of money

**Lola M.** ✔ Verified

12/15/2022

⭐⭐⭐⭐⭐

Thank you for the super fast shipping and great products!

**Lola M.** ✔ Verified

12/15/2022

⭐⭐⭐⭐⭐

Thank you for the super fast shipping and great products!

**Adam V.**

12/14/2022

⭐⭐⭐⭐⭐

No other nicotine vaoe can deliver the awesome flavors and cool mint than a Breeze Pro. Jule and Vuse can't com
best and cost efficient vape I've ever used!



**Adam V.**

12/14/2022

⭐⭐⭐⭐⭐

No other nicotine vaoe can deliver the awesome flavors and cool mint than a Breeze Pro. Jule and Vuse can't compete.. Hands down the
best and cost efficient vape I've ever used!



**Sean A.**

11/20/2022

⭐⭐⭐⭐⭐

BEST DEVICE EVER
THANK YOU SMOKERS WORLD FOR SUCH A FAST DELIVERY AND BEST PRICES!

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 20 of 69 PageID #:2083



### Sean A.

11/20/2022

★★★★★

BEST DEVICE EVER
THANK YOU SMOKERS WORLD FOR SUCH A FAST DELIVERY AND BEST PRICES!

### Dar

11/10/2022

★★★★★

Bye bye Newport!!!!
Love Breeze Pro. Convieant, Don&#x27;t stink and have replaced nasty Newport cigarettes!!!

### Dar

11/10/2022

★★★★★

Bye bye Newport!!!!
Love Breeze Pro. Convieant, Don&#x27;t stink and have replaced nasty Newport cigarettes!!!

### Ellen K. ✔ Verified

10/27/2022

★★★★★

Great Service!
My order arrived very quickly and no hassle at all!

### Ellen K. ✔ Verified

10/27/2022

★★★★★

Great Service!
My order arrived very quickly and no hassle at all!

### Michelle T. ✔ Verified

9/29/2022

★★★★★

Great product!
Breeze Pro Disposable Vape are great. The flavor is better than most and they last longer than any other disposab

SEARCH OUR SITE ✕

SHOW more reviews

## PRODUCTS FROM SAME BRAND

WARNING: This product contains nicotine. Nicotine is an addictive chemica

# SMOKER'S WORLD

15% OFF ENTIRE SITE | Use code 'October15' | Same Day shipping!

Home  >  Breeze Pro Disposable Vape - (6 Pack)



-31%

## Breeze Pro Disposable V

[View all Breeze Disposable Vape](#)

⭐⭐⭐⭐⭐ [10 reviews](#)

~~$139.99~~ **$96.99**

🚚 FREE Shipping on orders ove

**Build your pack**   ⓘ   (Click to learn more

Choose your flavor

| Blueberry Banana |

+

**BUNDLE DEALS**
[Breeze Pro Bundles](#)

| (6 Pack) for $96.99 | 10 $ |

BE

### Features:

- E-juice - 6ml
- Battery - 1000Mah
- Salt Nicotine
- 5% nicotine
- 2000+ Puffs

### Flavors:
[Breeze Pro Flavors](#)

- Anejo
- Banana Mint
- Blueberry Banana
- Blueberry Mint
- Blueberry Watermelon
- Blue Raspberry
- Bubble Gum Freeze
- Cherry Cola
- Cherry Lemon

### Elevate Your Vaping Experience: Breeze Pro Disposable Vape (6 Pack) for Superior Satisfaction

**Product Description:**

The Breeze Pro Disposable Vape (6 Pack). Each device offers a seamless vaping experience with its pre-filled e-liquid and hassle-free operation. Enjoy a variety of flavors and indulge in the long-lasting puffs that this 6-pack has to offer. Whether you're a seasoned vaper or a beginner, the Breeze Pro Disposable Vape provides a portable and reliable solution for your vaping needs. Explore the pack now and elevate your vaping journey to new heights.

**Package Includes:**

6 Breeze PRO Disposable Vapes

**SEARCH OUR SITE**   ✕

| Search for products | 🔍 |

0
🛒

⭐⭐⭐⭐⭐  10 Reviews ⌄

Write a review

SEARCH OUR SITE ✕

**Angela A.** ✓ Verified
6/21/2023
⭐⭐⭐⭐⭐

These are my absolute favorites🙈 fast delivery!! Love love love❤️



**Sharon D.** ✓ Verified
6/19/2023
⭐⭐⭐⭐⭐

very good service!!!

**Bradley B.** ✓ Verified
5/18/2023
⭐⭐⭐⭐⭐

Fastest shipping..your company rocks, great flavors...will definitely order again!

**Felicia K.** ✓ Verified
3/31/2023
⭐⭐⭐⭐⭐

One of the best I've ever tried!! Will definitely order more!!!

**Diane M.** ✓ Verified
3/2/2023
⭐⭐⭐⭐⭐

Fantastic service every single time!!!

**Emily L.** ✓ Verified
2/15/2023
⭐⭐⭐⭐⭐

Third order with this company.  Products always show up well packaged and in a timely manner.  Company was quick to reach out to me over address discrepancy. Plus earning points towards next order is an added bonus.

**Diane M.** ✓ Verified
1/27/2023
⭐⭐⭐⭐⭐

Service and product are great

**Angela A.** ✓ Verified
1/21/2023
⭐⭐⭐⭐⭐

The first time I ordered from here was literally Dec 22,2022,I received my order Dec 24,2022.I'm literally in Pennsylvania and this place is located in Florida, I could not believe how fast the shipping was. I live the variety of flavors haven't been disappointed yet! I've ordered a couple more times since same results! Another place I ordered from took 2 weeks and the vapes were trash!

**Cheryl F.** ✓ Verified
12/27/2022
⭐⭐⭐⭐⭐

Reliable stock and fast turn around and delivery! Very pleased!

**Cheryl F.** ✓ Verified
12/27/2022
⭐⭐⭐⭐⭐

Reliable stock and fast turn around and delivery! Very pleased!

SEARCH OUR SITE

## PRODUCTS FROM SAME BRAND



Breeze Plus Disposable Vape Device 800 Puffs - 6 Pack

$89.94 $68.99

Breeze Plus Zero Nicotine Disposab Puffs - 6 Pack

★★★★★ 1 review

$89.99 $68.99

## RELATED PRODUCTS

Air Bar Max Disposable Vape - 6 Pack

$139.99 $89.99

Breeze Pro Zero Nicotine 2000 Puffs Disposable Vape - 6 Pack

★★★★★ 1 review

$137.99 $89.99

Smoker's World Package Pr

$1.49 – $149.45

## Product FAQs

How long do Breeze Pros last?

How much nicotine is in the Breeze Pro?

How many flavors does Breeze Pro have?

**Categories**

Shop by Brand

Disposables

Hot Products

Blogs

**Useful links**

Track Order

Contact Us

Refund Policy

Shipping Policy

Terms and conditions

Privacy Policy

FDA Disclaimer

About Us

**Newsletter Signup**

Subscribe to our newsletter and get 20% off your first purchase

| Your email address | Subscribe |
| --- | --- |

☐ I agree with the terms and conditions.

Copyright © [2023] **Smoker's world** all rights reserved.

SEARCH OUR SITE ✕

WARNING: This product contains nicotine. Nicotine is an addictive chemical

# SMOKER'S WORLD

15% OFF ENTIRE SITE | Use code 'October15' | Same Day shipping!

0

SEARCH OUR SITE ✕

Search for products

Home > Breeze Pro Disposable Vape Device - 10 Pack

-31%

## Breeze Pro Disposable V

View all Breeze Disposable Vape

★★★★★ 51 reviews

~~$229.99~~ **$159.99**

🚚 FREE Shipping on orders ove

**Build your pack** ⓘ (Click to learn more

Choose your flavor

Blueberry Banana

+

### BUNDLE DEALS
Breeze Pro Bundles

| 10 Pack for $159.99 | (6 F $ |
| --- | --- |

BEST VALUE

### Features:

- 2000+ Puffs
- 5% nicotine
- Battery - 1000Mah
- E-juice - 6ml
- Ergonomic drip-tip
- Salt Nicotine

### Flavors:
Breeze Pro Flavors

- Anejo
- Banana Mint
- Blue Raspberry
- Blueberry Banana
- Blueberry Mint
- Blueberry Watermelon
- Bubble Gum Freeze
- Candy Cane
- Cherry Cola

### Breeze Pro 2000 Puffs Disposable Vape Device - 10 Pack

Breeze disposable Pro is the sequel of Breeze Plus, one of the top-selling disposable vape pods. Breeze Pro looks slim and sturdy with an ergonomic mouthpiece spicing things up. Breeze Pro disposable vapes offer intense flavors and enjoyable cloud production.

Breeze Pro disposables cost comparably less than many top-rated disposable vape pods and offer relatively better performance and value for money. Breeze Pro comes in a wide range of flavors, and you will enjoy them thoroughly. Breeze Pro should be your top choice if you want to buy compact disposable vapes.

Breeze Pro vape pods offer 23 distinct flavors to amaze your taste buds and senses. Each flavor delivers an original taste and aroma that enhances the overall vaping experience, and the heating element produces nice hits with thick clouds. You will love Breeze pro if you like moist clouds, smooth hits, and a variety of flavors.



SEARCH OUR SITE

⭐⭐⭐⭐⭐    51 Reviews ⌄

SEARCH OUR SITE    ✕

**Molly M.** ☑ Verified
9/26/2023
⭐⭐⭐⭐⭐
Always a great price and a great variety of flavors to choose from. Order is shipped and received in a very timely manner. Very p...

**Martha B.** ☑ Verified
8/26/2023
⭐⭐⭐⭐⭐
Fast turnaround, great packaging, easy delivery, and great product.

**Wendy R.** ☑ Verified
7/21/2023
⭐⭐⭐⭐⭐
Very smooth, great flavor! I love not having to recharge a vape. I will be reordering

**Shannon M.** ☑ Verified
7/18/2023
⭐⭐⭐⭐⭐
Great smooth flavor not too strong

**Wendy R.** ☑ Verified
7/18/2023
⭐⭐⭐⭐⭐
Very prompt service. Exceeded my expectations!!

**Marie D.** ☑ Verified
7/14/2023
⭐⭐⭐⭐⭐
They were delivered really quick! I've only opened 1 of them so far...and it works great! I would definitely order more from you g...

**Josephine R.** ☑ Verified
6/28/2023
⭐⭐⭐⭐⭐
Ordering and receiving was perfect and I got it in exact time and it was perfect. All was fresh.

**Laurel H.** ☑ Verified
6/28/2023
⭐⭐⭐⭐⭐
Breeze pro is my favorite disposable vape. It lasts longer and is more flavorful than any others I have tried!

**Kristin M.** ☑ Verified
6/13/2023
⭐⭐⭐⭐⭐
You make it so simple to order and quickly received. You guys do a great job!

**Kendra T.** ☑ Verified
6/1/2023
⭐⭐⭐⭐⭐
Super easy checkout process! Quick turnaround time! Got my items way sooner than I would've thought! Will absolutely be back to purchase again!! You guys rock!

**Angela H.** ☑ Verified
5/23/2023
⭐⭐⭐⭐⭐
Processed and shipped my order faster than any other company I have ordered from previously! I will definitely order from them again.

**Shannon M.** ☑ Verified

5/17/2023

⭐⭐⭐⭐⭐

Great vapes fast delivery



**Linda M.** ✔ Verified

5/4/2023

⭐⭐⭐⭐⭐

I love Breeze Pro. My favorites are the Cherry Lemon & Blueberry Mint. As always, good prices and great delivery. Thanks

**Tina P.** ✔ Verified

4/28/2023

⭐⭐⭐⭐⭐

Best flavor by far! Both my husband and I went from 2 packs a day and now are down to 1 every 2 days!

**Kristi W.** ✔ Verified

4/25/2023

⭐⭐⭐⭐⭐

Fast shipping

**Molly M.** ✔ Verified

4/25/2023

⭐⭐⭐⭐⭐

Great products and fast shipping!

**Lauralee A.** ✔ Verified

4/14/2023

⭐⭐⭐⭐⭐

Fast shipping, legitimate company.

**Kristi W.** ✔ Verified

4/10/2023

⭐⭐⭐⭐⭐

Fast shipping and great products

**Amy S.** ✔ Verified

4/9/2023

⭐⭐⭐⭐⭐

Great product and fast delivery!

**Vicki B.** ✔ Verified

3/24/2023

⭐⭐⭐⭐⭐

You guys are awesome thank you so much

**Michelle H.** ✔ Verified

3/19/2023

⭐⭐⭐⭐⭐

I started using it when i quit smoking cigarettes in Detroit and now that's I'm in Virginia Beach they don't sale this brand of vapor I glad I found you guys so now I go online to buy them you save my life thank you for having me my brands

**Fran P.** ✔ Verified

3/17/2023

⭐⭐⭐⭐⭐

Very pleased with fast delivery and flavors

**Kristi W.** ✔ Verified

3/12/2023

⭐⭐⭐⭐⭐

Thanks for a great product

SEARCH OUR SITE ✕

**Kristi W.** ✔ Verified
3/12/2023
★★★★★
Thanks for a great product

**Tina P.** ✔ Verified
2/26/2023
★★★★★
I live the fruity ones and the cherry cola. But this one is one of my favorites!

**Amy S.** ✔ Verified
2/24/2023
★★★★★
Got what I ordered and it was shipped and delivered quickly! Sure can't complain about that!

**Deborah C.** ✔ Verified
2/3/2023
★★★★★
Ordered my Breeze for an awesome price and it shipped to me right away. This is my go to website for all my smoke needs.

**Tina P.**
1/22/2023
★★★★★
I love the Breeze but I can't contact custumer service. Email doesn't work.

**Tina P.**
1/22/2023
★★★★★
I love the Breeze but I can't contact custumer service. Email doesn't work.

**Vicki A.** ✔ Verified
1/13/2023
★★★★★
Great company great service

**Vicki A.** ✔ Verified
1/13/2023
★★★★★
Great company great service

**Tina G.** ✔ Verified
1/2/2023
★★★★★
My order was shipped very quickly

**David M.**
12/31/2022
★★★★★
Good

**David M.**
12/31/2022
★★★★★
Good

SEARCH OUR SITE ✕

**SEARCH OUR SITE** ✕

**Nathan T.** ✔ Verified
12/29/2022
★★★★★
Great service! Shipped fast! Can't beat the price!

**Nathan T.** ✔ Verified
12/29/2022
★★★★★
Great service! Shipped fast! Can't beat the price!

**Molly M.** ✔ Verified
12/13/2022
★★★★★
I received exactly what I ordered and product came in a very timely manner. Cost was great!

**Molly M.** ✔ Verified
12/13/2022
★★★★★
I received exactly what I ordered and product came in a very timely manner. Cost was great!

**Diane M.** ✔ Verified
12/11/2022
★★★★★
Great service, great product!

## PRODUCTS FROM SAME BRAND

**Diane M.** ✔ Verified
12/11/2022
★★★★★
Great service, great product!

**Melissa E.** ✔ Verified
12/8/2022
★★★★★
Great flavor

-34%

**Melissa E.** ✔ Verified
12/8/2022
★★★★★
Great flavor

👁

Breeze Plus Disposable Vape Device 800 Puffs - 10 Pack
~~$149.90~~ $99.99

Breeze Plus Zero Nicotine Disposab... Puffs - 10 Pack
~~$149.99~~ $99.99

**Ryley T.** ✔ Verified
10/9/2022
★★★★★
Got product on time very nicely packaged

## RELATED PRODUCTS

**Ryley T.** ✔ Verified
10/9/2022

-40%

-25%

👁

👁

👁

👁

Air Bar Max Disposable Vape - 10 Pack

**Chelsea R.** ✔ Verified
9/21/2023
★★★★☆
The vapes were delivered late and half of them are dying after one day of use.

Breeze Pro Zero Nicotine 2000 Puffs Disposable Vape - 10 Pack
$149.99

Smoker's World Package Protection
$1.49 – $149.45

Breeze Pro Disposable Vape - 3 Pack
★★★★★ 55 reviews
~~$69.99~~ $52.99

## Product FAQs

**Debra W.** ✔ Verified
9/13/2023
★★★★☆
How long do Breeze Pros last?
Disappointing that two of my favorite flavors have been discontinued



How much nicotine is in the Breeze Pro?

**SEARCH OUR SITE** ✕

## Categories

Shop by Brand

Disposables

Hot Products

Blogs

## Useful links

Track Order

Contact Us

Refund Policy

Shipping Policy

Terms and conditions

Privacy Policy

FDA Disclaimer

About Us

## Newsletter Signup

Subscribe to our newsletter and get 20% off your first purchase

Your email address    Subscribe

☐ I agree with the terms and conditions.

Copyright © [2023] **Smoker's world** all rights reserved.

WARNING: Vaping products contain nicotine, a highly addictive chemical. - Health Canada

**Free Shipping in Canada on Orders Over $50**

**Notice: If running into issues at checkout please refresh the page**

 VAPE 💙 LUV   

Home    Breeze Pro Pineapple Passionfruit Disposable Vape

 

Rewards

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

| 20mg | ⌄ |
| --- | --- |

**Add to cart**

## Added to Cart

| − | 1 | + |
| --- | --- | --- |

ADD TO CART

Secure Checkout With



12 visitors are currently looking at this product

| Etobicoke+Online: | North York: | Toronto: | Bloor: |
| --- | --- | --- | --- |

**Free Vape Delivery** in parts of the GTA when you spend $50 or more

**Free Shipping** across Canada when you spend $50 or more

### Breeze Pro Pineapple Passionfruit by Breeze Smoke

**Pineapple Passionfruit Breeze Pro Flavour Profile:** Tropical juicy pineapples mixed with exotic passionfruit.

Rewards

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 34 of 69 PageID #:2097

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

**Added to Cart**

- E-Liquid Capacity: 6mL
- 20mg and 50mg Synthetic Nicotine
- Mesh Coil for Great Flavour
- Auto Draw Activated

Rewards
☆

## Package Includes:

- 1 x Breeze Pro Disposable Vape

## Tags

breeze pro    disposable    disposable vape    passionfruit    pineapple

Free Shipping on Orders over $50                                              ⌄

FREE Same Day Delivery on orders over $50                                     ⌄

Price Match Policy                                                            ⌄

Loyalty and Rewards                                                           ⌄

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 35 of 69 PageID #:2098

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

**Added to Cart**

[Report as Inappropriate](#)

### Tasted like summer

**Shaniyah** on **Apr 17, 2023**

The bolds are deff better but the pull is good, and the flavours are incredible! This one is my favor

[Report as Inappropriate](#)

### Pineapple sweetness

**Kenya** on **Apr 11, 2023**

Pineapple heaven the passion fruit mixed makes the perfect combo

[Report as Inappropriate](#)

Rewards ☆

## You may also like







Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 36 of 69 PageID #:2099

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

**Added to Cart**

$24.99 CAD

Rewards ☆

# Why Customers Love Us

Our customers love us because we're in this together. We love our customers and they love us back. Why? Service, partnership and dependability.



### Free Shipping and Delivery

When you spend $50 or more, you can take advantage of our Free Same Day Vape Delivery in parts of the GTA, or



### Price Guarantee

We are committed to offering our valued customers the best prices. If you find a lower price at a local vape store in the GTA, we'll



### Rewards Program

Shop with us and get rewarded with Vapeluv Rewards! Our rewards program increases in value with every



### Our Locations

Looking for vape stores near you? Vapeluv has retail locations in Toronto, Etobicoke, and North York. Check out our "Vape Store Near

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 37 of 69 PageID #:2100

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

## Added to Cart

Vapeluv Vape Store is an online and retail vape store providing vaping products Canada Wide. We have locations across the GTA in Toronto, Etobicoke and North York. We carry everything for your vaping needs and have been helping smokers transition since 2016.

info@vapeluv.com
1-877-VAPE-LUV (827-3588)
Local: 647-351-0168





Vape Stores Near me

Vape Store Toronto Bloor St W

Vape Store Toronto Queen St W

Vape Store Etobicoke

Vape Store North York

☆ Rewards

### QUICK LINKS

New Arrivals

Disposable Vapes

Vape Pods

Eliquid

Coils & Pods

### INFO

About Us

Rewards Program

Same Day Delivery

Price Guarantee

Return Policy

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 38 of 69 PageID #:2101

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

**Added to Cart**

Rewards ☆

WARNING: Vaping products contain nicotine, a highly addictive chemical. - Health Canada

**Free Shipping in Canada on Orders Over $50**

**Notice: If running into issues at checkout please refresh the page**

 VAPE 💙 LUV

Home    Breeze Pro Pineapple Passionfruit Disposable Vape




Rewards

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 40 of 69 PageID #:2103

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

| 20mg | ⌄ |
|---|---|

**Add to cart**

## Added to Cart

| − | 1 | + |
|---|---|---|

ADD TO CART

Secure Checkout With



12 visitors are currently looking at this product

Etobicoke+Online:    North York:    Toronto:    Bloor:

**Free Vape Delivery** in parts of the GTA when you spend $50 or more

**Free Shipping** across Canada when you spend $50 or more

Rewards ☆

## Breeze Pro Pineapple Passionfruit by Breeze Smoke

**Pineapple Passionfruit Breeze Pro Flavour Profile:** Tropical juicy pineapples mixed with exotic passionfruit.

## Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

## Added to Cart

- E-Liquid Capacity: 6mL
- 20mg and 50mg Synthetic Nicotine
- Mesh Coil for Great Flavour
- Auto Draw Activated

### Package Includes:

- 1 x Breeze Pro Disposable Vape

### Tags

breeze pro    disposable    disposable vape    passionfruit    pineapple

Rewards

☆

| Free Shipping on Orders over $50 | ⌄ |
|---|---|

| FREE Same Day Delivery on orders over $50 | ⌄ |
|---|---|

| Price Match Policy | ⌄ |
|---|---|

| Loyalty and Rewards | ⌄ |
|---|---|

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 42 of 69 PageID #:2105

Breeze Pro Pineapple Passionfruit Disposable Vape

$24.99

⌄

**Added to Cart**

Report as Inappropriate

**Tasted like summer**

**Shaniyah** on **Apr 17, 2023**

The bolds are deff better but the pull is good, and the flavours are incredible! This one is my favor

Report as Inappropriate

**Pineapple sweetness**

**Kenya** on **Apr 11, 2023**

Pineapple heaven the passion fruit mixed makes the perfect combo

Report as Inappropriate

Rewards

☆

**You may also like**







**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

✕

## Newsletter

Subscription is open to 21+ years old. Subscribe to receive updates, access to exclusive deals, and more.

Your email

Subscribe

Free US Shipping over $99 | Lowest Price Guaranteed | 100% Original Product | Loyalty Program

Subscribe & Save

Take a quiz to receive personalized recommendations.





Search...
Close



Login / Signup

My account ⌄

🛒 0
Cart

This site uses cookies to provide an optimized shopping experience. By using this site, you agree the use of cookies within our privacy policy. ✕

Accept

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 44 of 69 PageID #:2107

Share this product

  

---

## Description

---

## Payment & Security



    

Our store operates using **Shopify Plus**, ensuring that all payments are completely secure. Your payment information is processed securely. We do not store credit card details nor have access to your credit card information.

---

## Customer Reviews

★★★★★

Based on 1 review

Most Recent ▼

Write a review

---

J ★★★★★ *05/19/2023*

**Joseph Harris**

I recently tried this disposable, and I must say, I was really impressed. The... Read more

---

**A LITTLE ABOUT VAPEJUICEDEPOT**

Welcome to Vape Juice Depot. Your friendly neighborhood one stop vape shop! Based out of Los Angeles, we always do our best to aim for excellence! Not only in the products we carry but the service we provide both during and after your online shopping experience. We will do our best to ensure you end the day with a smile and satisfy your cravings.

555 Riverdale Dr. Ste D, Glendale, CA 91204

Monday - Friday 10:00 AM to 5:00 PM

Saturday 10:00 AM to 2:00 PM PST

support@vapejuicedepot.com

**NEED HELP?**

Contact Us

Zip Code Check

Shippin

This site uses cookies to provide an optimized shopping experience. By using this site, you agree the use of cookies within our privacy policy.

Warning: All of our products contain nicotine. Nicotine is an addictive chemical.

# Join the club and get 5% Off your Entire Order + Free Shipping on Orders Over $49.99  Sign Up





Home  >  Breeze pro disposable vape

## All The Best Ranked Breeze Pro Flavors

The Breeze Smoke Breeze Pro 2000 Puffs Disposable Vape is a compact, sleek, and disposable vaping device that provides over 2000 puffs. It contains 6ml of 5% nicotine E-Juice, features a smooth draw and draw-activated firing, and has a long-lasting battery with various delicious Breeze flavors to choose from. It's a convenient and satisfying choice for on-the-go vapers.

Filter and sort

14 products

Sold out

Sold out





Sold out

Add to cart

Sold out

Sold out





Spearmint (Gum Mint) - Breeze Pro 2000 Puffs

StrawKiwi - Breeze Pro 2000 Puffs

~~$17.99~~
**$15.99**

~~$17.99~~
**$15.99**

Sold out

Sold out

# Top Breeze Pro Flavors



| | | | |
|---|---|---|---|
| **1. Anejo** | **100%** | **2. Orange Mango Watermelon** | **99.5%** |
| **3. Blueberry Mint** | **98.7%** | **4. Pina Colada** | **98%** |

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 47 of 69 PageID #:2110

| | | | |
|---|---|---|---|
| 5. Cherry Lemon | 97.8% | 6. Gum Mint | 96.9% |
| 7. Mint Breeze | 96.7% | 8. Strawberry Peach Mint | 96.3% |
| 9. Cotton Candy | 95.5% | 10. Lemon Mint | 95% |
| 1. Anejo | 100% | 2. Orange Mango Watermelon | 99.5% |
| 3. Blueberry Mint | 98.7% | 4. Pina Colada | 98% |
| 5. Cherry Lemon | 97.8% | | |

Show More

# Frequently Asked Questions 💬 FAQ

Some FAQs about the Breeze Pro vape

| How To Recharge A Breeze Pro? + | How can I verify my Breeze pro? + |
| --- | --- |
| What should I do if my Breeze Pro isn't working? + | How long does the battery of a Breeze Pro last? + |
| How many hits does a Breeze Pro have? + | How many cigarettes are in a Breeze Pro? + |

# Customer Reviews & Feedback 😄

Here at Dispomode, we pride ourselves on exceptional service and affordable
prices. Don't just take our word for it – check out what customers say about
our Breeze Pro Collection Below



### Blueberry Mint

I absolutely adored the Blueberry Mint flavor! Living in Florida, the shipping time was quite impressive - took around 4 days. Fantastic service!

Cynthia T. Verified Purchase

### My Favorite

I've placed numerous orders from this site and I've never been let down! The flavors are just outstanding - although I've yet to try Mint, Freeze or Ice. All of the ones I've tried have been splendid. I'd be thrilled to see flavors like coffee, Irish coffee, or chocolate added to the

### Amazing

Great product and easy to use

K.A Verified Purchase

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 49 of 69 PageID #:2112



Breeze Smoke Plus - Best Dispos... × +

🔒 lighterusa.com/products/breeze-smoke-plus-disposable-pod-device

Shop By Brand   Cannabis Vaporizers   E-cigs   E-Liquid   Zippos   Lighters   Cannabis Accessories   Disposables   Smoking Accessories   🏷️Clearance

Powered by 🔲

★★★★★          ★★★★★   (18)  ▬▬▬▬▬▬
                ★★★★★   (4)   ▬▬
22 Reviews      ★★★★☆   (0)   ▬▬▬▬▬▬▬▬
                ★★★☆☆   (0)   ▬▬▬▬▬▬▬▬
                ★★★☆☆   (0)
                ★★☆☆☆
                ★☆☆☆☆

💬 ASK A QUESTION

**Reviews (22)**   Questions (0)

Ⓣ   **Tericka P.** Verified Buyer                                    04/13/21
    ★★★★★
    **I love this site**
    I ordered two breezes and they came super fast and it was a easy website to work through
    ⬆️ Share  |                          Was This Review Helpful?  👍 0   👎 0

Ⓜ   **Mandy B.** Verified Buyer                                     04/09/21
    ★★★★★
    **Great device & service!**
    Great flavor, all & all is good product & long lasting. Also, I really like that they delivered my products quickly! Definitely would recommend!
    ⬆️ Share  |                          Was This Review Helpful?  👍 0   👎 0

Ⓐ   **Alison R.** Verified Buyer                                    04/07/21
    ★★★★★
    **Great flavor! Website was easy**
    Great flavor! Website was easy to use and the delivery was very fast.
    ⬆️ Share  |                          Was This Review Helpful?  👍 0   👎 0

Case: 1:23-cv-05406 Document #: 54-6 Filed: 12/21/23 Page 50 of 69 PageID #:2113





**Customer Reviews**

★★★★★  Based on 8 reviews

Write a review

★★★★★

**Smooth**
Nina on Nov 28, 2020

My daughter had one and I tried it and loved the taste. I will never go back to those CBD Hemp rolls. Strawberry Cream and Fizzy Iced Cola are my best.

Report as Inappropriate

★★★★★

**The best**
Sterling on Nov 18, 2020

These are the best disposables on the market. I don't know how these aren't everywhere. I can only find them at one gas station in my area and I wish they were more prevalent. These taste amazing and the best thing about these is they LAST FOREVER. You really do get your money's worth unlike puff bars and other disposables that die after a few puffs these last me days and I smoke a lot. These are the most underrated disposables on the market. Do yourself a favor and try one you won't be disappointed.

Report as Inappropriate

★★★★★

**Great product!**
Lucas on Sep 23, 2020

I have enjoyed all of the breeze vapes and can't say anything wrong about this great product. I would love to see a lemon ice flavor if possible. That would be great thanks for making a great product

Report as Inappropriate

★★★★★

**Love it**
Autumn on Sep 19, 2020

I have been a camel menthol girl for years, decided to try the cherry frost and fell in love. I have been using this flavor for months now and would never go back to a regular cigarette. It tastes just like a cherry.

Report as Inappropriate

★★★★★

**BEST VAPES ON THE MARKET**
Alana Marie on Sep 11, 2020

I have tried every brand to no avail .. Breeze vapes far exceed the standards. I have ordered 10-20 vapes at a time of other brands and had at least 3 duds in every batch. I have been purchasing Breeze vapes from my local shop now for 4 months and never had a bad pod
Breeze quality control is definitely the best
not all flavors are top notch but Cool Mint is my favorite

Report as Inappropriate

1 2                                                                                               Next »

---

## Reviews

LEAVE A REVIEW

★★★★★
APRIL TRAMMELL

**Love these**

I really like the breeze bales and love the flavors.

★★★★★
ALANA

**Best Vapes**

Best tasting vapes out there I puff a lot and these last me about 2-3 days

★★★★★
ALISHA FLYNN

**Breeze Vape**

I absolutely loveeee these! They are helping me to quit smoking cigarettes. and the flavor is delicious.

★★★★★
MICHAEL KAHAYIAN

**Breeze cool mint**

A wonderful alternative to a cigarette. Fast shipping also. Thanks "puff"!!

★★★★★
ALEC

**Banana breeze**

Best flavor

★★★★★
AMY

**Good puff puff**

I have used many disposable vapes and I highly recommend these. They last a long time and I really like the flavors I got - minty berry, cherry frost, and lush ice. They are definitely worth the price you pay.

★★★★★
JOHN

**Breeze Plus Lush Ice**

The Breeze plus Lush Ice is an excellent product. Great flavor and long lasting. I just ordered more

★★★★★
JEN

**Love**

Lasts a long time and great flavor. You don't have to pull forever and you get a good hit

Leave a message































Our Blog   Hemmfy CBD Marketplace   New Disposables In Stock   Masks/Sanitizers   Loyalty Program ⌄   Track order   Login / Register

**EJUICEDB**   Search 🔍   🛒

E-Juice ⌄   Disposables & Pods ⌄   Devices ⌄   Hardware ⌄   Smoke Shop ⌄   Don't Miss Out ⌄   Our Blogs ⌄   Visit our CBD Store   Subscription Program ⌄

Share:

May 24, 2022

## Breeze Pro Disposable Vape Pen Review

The Breeze Pro Disposable Vape Pen is the improved version of the Breeze Plus. The Breeze Pro has been enhanced in almost every area; it's longer lasting, comes with mesh coils, and it's available in 20 flavors. Equipped with a powerful 1000mAh battery, 6ml of e-liquid, and 50mg of nicotine salt in each device, the Breeze Pro holds approximately 2000 puffs, an impressive number considering its small size. With a sleek design that provides a premium vaping experience, the price for the 10-pack costs (at the time of this writing) $179.99.

Breeze Pro Disposable Vape Pen



Breeze Pro Disposable Vape Pen

Shop now

**Pros:**

- Variety of flavors
- Different categories of flavors: energy drink, soda, fruit medleys, mint, etc
- Mesh coils create intense flavor
- High puff count
- Compact size
- Sleek and stylish design
- Powerful battery

**Cons:**

- Could have more puffs

## Product Specs:

- Holds approximately 2000 puffs
- Available in a 10-pack
- 50mg (5.0%) nicotine salts
- 6ml of e-liquid
- 1000mAh integrated battery
- 20 flavors in total:

  - Anejo
  - Blueberry Banana
  - Blueberry Mint
  - Cherry Lemon
  - Grape Soda
  - Lemon Mint
  - Mint
  - Orange Mango Watermelon
  - Raspberry Lemon
  - Strawberry Peach Mint
  - Pina Colada
  - Gum Mint
  - Lush Ice
  - Banana Mint
  - Strawberry Cream
  - Cherry Cola
  - Vanilla Tobacco
  - Bubble Gum Freeze
  - Pom Berry Mint
  - Blue Raspberry

## Consumer Experience:

As far as disposables go, the Breeze Pro Disposable Vape Pen offers a sleek, well packaged product that, thanks to its mesh coils, delivers intense flavor throughout, making it one of the best vaping disposable experiences in terms of flavor available on today's market. And this is perhaps the 'it factor' that makes this disposable attractive to today's consumer.

As the big brother, and really the evolved Breeze Plus, the Breeze Pro comes with almost double the puff count, whereas the Breeze Plus only had 800 puffs, the Pro comes with 2000. This high puff count serves to further enhance the glowing reputation this disposable has among vapers, since not only does it taste incredible, it will also last for a few weeks.

And while it's not rechargeable, a feature that most modern disposables come with, the fact that it comes with mesh coils, which not all rechargeable disposables come with, evens things out, since it's our guess that it's the mesh coils which give this disposable its incredible intensity of flavors.

And talking about flavors, this disposable has a large quantity of flavors, 20 to be exact, that range from mint to fruit medleys to even Anejo, a red bull imitation that's better than the real drink. This brand should also be applauded for the simple fact that they have various flavor categories; it's not just menthol and fruit combinations, there's plenty of different categories including a dessert flavor (Strawberry Cream).

Another thing we noticed with this disposable is that the draw is strong and immediate, right away you get a large amount of vapor that we think adds to the allure of its delicious and intense flavor. This might be a benefit from the quality of the batteries which not only last super long but keep the disposable working in top performance to the very last drop.

Speaking of the battery, we should also say that it will last until the 6ml of e-liquid is exhausted, something that not all disposables can claim. However, this is seen less and less in a market where rechargeables are taking hold.

Which brings us to our one and only pain point, for a battery that lasts so long, we hope that in the future they increase the puff count, since to us it seems like it could last way longer and could come equipped with more ejuice. But our bet is that if they do improve on the design, the puff count might be the first thing they address.

However, when it comes to the design, we have no complaints. The package is elegant and carefully made, it comes in a coffin style plastic case and the vape itself is stylish and sleek. It's also quite sturdy and feels great, which only proves that this is in fact not your run of the mill disposable but a thoughtfully made and crafted piece of vaping hardware that will give you a premium experience.

Since the Breeze Pro is constructed and performs so well, we think the higher price point is justified, which for a 10-pack currently (as of the time of this writing) is only $179.99.

We are certain the Breeze Pro will provide vapers with a more than satisfying experience that although lacks some modern features (like rechargeability), is powered by an intense draw, incredible flavors, and a powerful battery that will get you every millimeter of vape juice as advertised.

*EjuiceDB articles and blogs are meant to entertain and educate. However, we are not medical professionals and do not intend to give medical advice through them. Furthermore, Vaping products and nicotine use are only meant for persons over the age of 21.*

*Children, breastfeeding and pregnant women, persons with risk of heart disease, high blood pressure, diabetes, or that take medications especially for depression or asthma should not use nicotine or vaping products. Always consult a licensed physician prior to use.*

‹ **Previous article**

*Well Versed Octaverse Disposable Vape Pen Review*

**Next article** ›

*Pod Juice Freebase Vape Juices Review*



**Andres Roman**

*Andres Roman is a content writer with 3+ years of experience, a former 3 pack a week smoker who used vaping to kick the habit, he now wants to educate the world about vaping. You can find him on Linkedin and Twitter.*

## Stay in touch!

Get special offers and find out what's new in the store.

Enter your Name Here

Enter your Email address

**SIGN ME UP**