# EXHIBIT

# H

**THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.**

W TALK ((•)) WIRELESS CHARGING PILLOW TALK ((•)) WIRELESS CHARGING PILLOW TALK

**MIDWEST** 120

#1 Distributor For Vape & Smoke

Search for the products here...

1-630-912-2673

New In Stock    Disposables    Devices    E-Liquids    Pod Systems    Glass    Clearance Disposables    Brands    Contact Us    My Cart (0)

Home    In Stock New Arrivals    North 10ML 5000 Puffs 550mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-Liquid & Battery Indicator - Display Of 10 (MSRP $25.00 Each)





### North 10ML 5000 Puffs 550mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator - Display of 10 (MSRP $25.00 Each)

**North Vape**

No reviews yet    Write a Review

**SKU:**    SKU-102630419

**CASE QTY:**    20

SIGN IN

ADD TO WISHLIST



Midwest Goods Rewards



---

**PRODUCT DESCRIPTION**

**North 10ML 5000 Puffs 550mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator - Display of 10**

The North Disposable device comes prefilled with 10ml of e-liquid which provides up to 5000 puffs and has a battery capacity of 550 mAh for a long-lasting

vaping experience. It features a premium mesh coil and an indicator for both e-liquid capacity and battery life. Additionally, it includes overcharge protection for added safety.

**Features:**
E-liquid Indicator
Battery Indicator
Premium Mesh Coil
Overcharge Protection
Full Charged & Rechargeable
Puffs: ~5000
E-Liquid Capacity: 10ml
Battery Capacity: 550mAh
Nicotine Salt: 5%

**Included:**
10 x North 10ML 5000 Puffs 550mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator

**23 Available Flavors:**
Blue Raspberry | Cherry Cola | Cherry Lemon | Gum Mint | Kiwi Strawberry Ice | Lush Ice | Mighty Mint | Orange Mango Watermelon | Pina Colada | Strawberry Banana | Tropical Summer | Vanilla Tobacco | Coconut Banana (NEW) | Pineapple Passion (NEW) | Raspberry Mint (NEW) | Blueberry Mint (NEW) | Blueberry Watermelon (NEW) | Grape Soda (NEW) | Raspberry Lemon (NEW) | Bubble Gum Freeze (NEW) | Mocha Frappe (NEW) | Mango Freeze (NEW) | Strawmelon (NEW)





Advanced User Item. Use at Your Own Risk!

NOTE: Descriptions, specifications, and claims are based on manufacturer information. Information listed and provided are to be used at the sole discretion of the consumer and are not representative of analysis, testing, and verification by Midwest Goods Inc. and any and all of Midwest Goods Inc's parent and subsidiary companies. There is an inherent risk with the use of any and all rechargeable batteries in any circumstance. Midwest Goods Inc. and any and all of Midwest Goods Inc's parent and subsidiary companies are not responsible for damage if there is any modification of the batteries/chargers in any form or shape (including pack making). Midwest Goods Inc. and any and all of Midwest Goods Inc's parent and subsidiary companies are not responsible for any damage caused by the misuse and/or mishandling of Li-ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable batteries and chargers.

Use special caution when working with Li-ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable cells, as they are very sensitive to charging characteristics and may explode or burn if mishandled. Make sure the user has enough knowledge of Li-Ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable cells in charging, discharging, assembly and storage before use. Always charge in/on a fire-proof surface. Never leave charging batteries unattended. Do not use any rechargeable battery as well as any battery charger if any visible damage is present, as well as if the cell or charger has been stressed through mishandling, accidental or otherwise, even if damage may not be visible. Always store and transport rechargeable cells in a safe, non-conductive container in a controlled environment. Dispose of all battery cells and chargers in accordance to local laws and mandates.

Midwest Goods Inc. will not be held responsible or liable for any injury, damage, or defect, permanent or temporary that may be caused by the improper use of a Li-ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable battery/batteries. Please have a basic understanding of the batteries you are using and how to care for them properly.

All pictures are based on practicality, copyright reserved.

## Customers Also Viewed









Tyson 2.0 Heavy Weight 15ML 550mAh 7000 Puffs Prefilled Nicotine Salt Disposable Device With Mesh Coil & USB-C Included - Display of 10 (MSRP $24.99 Each)

Pillow Talk 13ML 8500 Puffs 550mAh Prefilled Nicotine Salt Mesh Coil Wireless Charging Disposable Vape Device With E-liquid & Battery Screen - Display of 10 (MSRP $25.00 Each)

Lost Vape Orion Bar Sparkling Edition 18ML 7500 Puffs 650mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device - Display of 10 (MSRP $24.99 Each)

Lost Vape Orion Bar Cold Classic Edition 18ML 7500 Puffs 650mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device - Display of 10 (MSRP $24.99 Each)

| Sign In | | Sign In | | Sign In | | Sign In | |

## Related Products









KROS Wireless 17ML 9000 Puffs 550mAh Wireless Charging Prefilled Nicotine Salt Disposable Vape With Integrated Screen & Corex ECO Mesh Coil - Display of 10 (MSRP $25.00 Each)

Air Bar ATRON 10ML 5000 Puffs 600mAh Prefilled Nicotine Salt Disposable Device With E-Liquid & Battery Indicator - Display of 10 (MSRP $25.00 Each)

Puffmi MeshBox Mini 3.5ML 1200 Puffs 550mAh Prefilled Nicotine Salt Disposable Vape Device With Mesh Coil - Display of 10 (MSRP $15.00 Each)

PYNE POD BOOST 10ML 8500 Puffs 550mAh Smart Vaping Prefilled Nicotine Salt Rechargeable Disposable Device With Battery & Liquid Display - Display of 5 (MSRP $24.99 Each)

| Sign In | | Sign In | | Sign In | | Sign In | |



## QUICK LINKS

Contact Us

About Us

Meet Our Team

Job Opportunities

Shipping Information

Warehouse Tour

Terms & Conditions

Privacy Policy

Product Requests

Midwest Events

Update Business License

## CUSTOMER SERVICES

Help Center

Sign Up?

Stock Updates

Sell Here

USPS Form

Excise Tax By State

Tax Information

Wholesale Vaping & E-liquid / E-cig Supply

Wholesale HeadShop, Smoke Shop, & Dispensary Supplies

Midwest Distribution Illinois USA. 1001 Foster Ave, Bensenville, Illinois 60106.

Customer Service (630)912-2673 #1
Sales Direct (630)912-2673 #2
FAX: (630)422-1129

Support@midwestgoods.com
Sales@midwestgoods.com

Cash & Carry - Mon-Fri: 9am - 6pm & Sat: 10am - 4pm (CST)
Sun: Closed
Customer Support - Mon-Fri: 8am - 7pm (CST)
Sat & Sun: Closed











© 2023 Midwest Goods Inc. All Rights Reserved.

NOT FOR SALE TO MINORS | CALIFORNIA PROPOSITION 65 - Warning: This product contains nicotine, a chemical known to the state of California to cause birth defects or other reproductive harm. Midwest Goods products are not smoking cessation products and have not been evaluated by the Food and Drug Administration, nor are they intended to treat, prevent or cure any disease or condition. KEEP OUT OF REACH OF CHILDREN AND PETS. All product names, trademarks and images are the property of their respective owners, which are in no way associated or affiliated with Midwest Goods Inc. Product names and images are used solely for the purpose of identifying the specific products. Use of these names does not imply any co-operation or endorsement.

WARNING: This product contains nicotine. Nicotine is an addictive chemical.



Search Product Name / Type or Brand 🔍

Home / New Products / NORTH 5000 PUFFS 550MAH RECHARGEABLE DISPOSABLE DISPLAY OF 10



# NORTH 5000 PUFFS 550MAH RECHARGEABLE DISPOSABLE DISPLAY OF 10

🤍🤍🤍🤍🤍     No reviews yet     Write a Review

Log in for pricing

| OPTION | IN STOCK | PRICE | QTY |
|---|---|---|---|
| BLACK ICE<br>SKU: 840395800416 | 2 in Stock | Log in for pricing | |
| BLUE RASPBERRY<br>SKU: 701980365874 | 35 in Stock | Log in for pricing | |
| BLUEBERRY MINT<br>SKU: 6975199971254 | 22 in Stock | Log in for pricing | |
| BLUEBERRY WATERMELON<br>SKU: 6975199971278 | 16 in Stock | Log in for pricing | |
| BUBBLE GUM FREEZE<br>SKU: 6975199971292 | 16 in Stock | Log in for pricing | |
| CHERRY COLA<br>SKU: 701980365836 | 17 in Stock | Log in for pricing | |
| CHERRY LEMON<br>SKU: 701980365850 | 25 in Stock | Log in for pricing | |

Rewards

| OPTION | IN STOCK | PRICE | QTY |
|---|---|---|---|
| COCONUT BANANA<br>SKU: 6975199971315 | 12 in Stock | Log in for pricing | |
| GRAPE SODA<br>SKU: 6975199971339 | 8 in Stock | Log in for pricing | |
| GUMMY BEAR<br>SKU: 840395800430 | 15 in Stock | Log in for pricing | |
| HONEYDEW APPLE<br>SKU: 840395800409 | 12 in Stock | Log in for pricing | |
| KIWI STRAWBERRY ICE<br>SKU: 701980365867 | 22 in Stock | Log in for pricing | |
| LEMON MINT<br>SKU: 840395800423 | 19 in Stock | Log in for pricing | |
| LUSH ICE<br>SKU: 701980365812 | 13 in Stock | Log in for pricing | |
| MANGO FREEZE<br>SKU: 6975199971377 | 18 in Stock | Log in for pricing | |
| MIGHTY MINT<br>SKU: 701980365881 | 21 in Stock | Log in for pricing | |
| MOCHA FRAPPE<br>SKU: 6975199971452 | 8 in Stock | Log in for pricing | |
| PEACH BERRY<br>SKU: 840395800379 | 20 in Stock | Log in for pricing | |
| PEACH ICE<br>SKU: 840395800355 | 20 in Stock | Log in for pricing | |
| PINA COLADA<br>SKU: 701980365829 | 19 in Stock | Log in for pricing | |
| PINEAPPLE PASSION<br>SKU: 6975199971353 | 17 in Stock | Log in for pricing | |
| PINK LEMONADE<br>SKU: 840395800386 | 8 in Stock | Log in for pricing | |
| POLAR MINT<br>SKU: 840395800393 | 8 in Stock | Log in for pricing | |
| RASPBERRY MINT<br>SKU: 6975199971445 | 2 in Stock | Log in for pricing | |
| STRAWBERRY BANANA<br>SKU: 701980365843 | 14 in Stock | Log in for pricing | |
| STRAWMELON<br>SKU: 6975199971414 | 13 in Stock | Log in for pricing | |
| TROPICAL SUMMER<br>SKU: 701980365898 | 2 in Stock | Log in for pricing | |
| VANILLA TOBACCO<br>SKU: 701980365904 | 24 in Stock | Log in for pricing | |
| WATERMELON KIWI<br>SKU: 840395800362 | 16 in Stock | Log in for pricing | |

| OPTION | IN STOCK | PRICE | QTY |
|---|---|---|---|
| GUM MINT<br>SKU: 701980365911 | [Out Of Stock] | Log in for pricing | |
| ORANGE MANGO WATERMELON<br>SKU: 701980365805 | [Out Of Stock] | Log in for pricing | |
| RASPBERRY LEMON<br>SKU: 6975199971407 | [Out Of Stock] | Log in for pricing | |

Ask Questions?

DESCRIPTION    PRODUCT REVIEWS

Introducing the North 10ML 5000 Puffs: Elevate Your Vaping Experience with Wisemen Wholesale!

**Features:**

- 10ml prefilled e-liquid for 5000 puffs
- 550mAh battery for lasting vaping pleasure
- Premium mesh coil for smooth draws
- E-liquid and battery indicators for convenience
- Overcharge protection for added safety

**12 Available Flavors:**

1. Blue Raspberry
2. Cherry Cola
3. Cherry Lemon
4. Gum Mint
5. Kiwi Strawberry Ice
6. Lush Ice
7. Mighty Mint
8. Orange Mango Watermelon
9. Pina Colada
10. Strawberry Banana
11. Tropical Summer
12. Vanilla Tobacco

Discover the epitome of vaping luxury with the North 10ML 5000 Puffs, available exclusively at wholesale parices at Wisemen Wholesale. Each device is prefilled with 10ml of delicious e-liquid, offering 5000 puffs of pure pleasure. Enjoy smooth draws with the premium mesh coil and stay informed with e-liquid and battery indicators. Choose from a variety of 12 delightful flavors and experience the ultimate vaping journey today!

# Related Products



OUT OF STOCK



SALE 19%







ELF BAR 5000 PUFF DISPOSABLE DISPLAY OF 10

**In Stock: 0 Left**

Log in for pricing

GEEK BAR 5000 PUFF MESH COIL DISPOSABLE DISPLAY OF 10

Log in for pricing

LOST VAPE ORION BAR 7500 PUFF DISPOSABLE VAPE DISPLAY OF 10

Log in for pricing

ELFBAR PI9000 5% NIC RECHARGEABLE DISPOSABLE 9000 PUFF DISPLAY OF 10

Log in for pricing

POD KING X ELFBA... DISPOSABLE DI...

Log in for p...

## Customers Also Viewed



LOST MARY SPACE EDITION 5000 PUFF DISPOSABLE DISPLAY OF 10

Log in for pricing



LOST MARY MO5000 EDITION BY ELF BAR 5000 PUFF DISPOSABLE DISPLAY OF 5

Log in for pricing

OUT OF STOCK



BREEZE SMOKE PRO 2000 PUFF DISPOSABLES DISPLAY OF 10

**In Stock: 0 Left**

Log in for pricing



FUNKY REPUBLIC TI7000 BY ELFBAR 7000 PUFFS DISPOSABLES DISPLAY OF 5

Log in for pricing



LOST MARY LUSTER ED... VAPE OS5000 5000 PU...

Log in for p...



Your email address

Subscribe our newsletter

### Contact Us

Wisemen Wholesale INC
857 Industrial Dr
Bensenville, IL 60106
Distributor License: TP-01105

Call us: (630) 501-1512

Info@WisemenWholesale.com

Navigate

Categories

Customer Service

Privacy & Policy

Terms & Conditions

Shipping & Returns

FAQs

Account Status

Contact Customer Service

© 2023 Wisemen Wholesale.

  

