# EXHIBIT

# I







3:35   📞 10m

Midwest Disposable Top Seller!!!
Promo Alert!! North Disposable!!

**Inbox**

**Phillip Rogman**  Oct 30
Good Afternoon, I hope you are doing well. Just for you...

**me**  12:48 AM
Is north the new breeze?

**Phillip Rogman**  10:16 AM
to me ⌄

Hello Safaa,

North is similar to the breeze in flavors, it has a higher puff count at 5,000 puffs, and a smoother air flow.   The deal we are running is  for the 1st order when you get 12 displays you  will get a free a display, and free shipping, total cost is $870. This does not include taxes if applicable. Plus we can always get you some samples too.

✓✓  Sender notified by
**Mailtrack**

• • •

| Thank you, I will let you know. | What is the price? | How much is shipping? |

| ↩ Reply | ↪ Forward |