**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Midwest Goods Inc.

               Plaintiff,

v.

                                        Case No.: 1:23−cv−05406
                                        Honorable Thomas M. Durkin

Breeze Smoke LLC

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 28, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision. The Court has reviewed the parties' Rule 26(f) planning report [50] and sets the following deadlines: 1) Rule 26(a)(1) Initial Disclosures to be exchanged by 1/10/24; 2) initial written discovery requests to be issued by 1/19/2024; 3) If expedited discovery is needed with respect to preliminary injunction proceedings, the parties shall meet and confer regarding the same and advise the Court as to agreed or respective positions regarding such expedited discovery by no later than 2/9/24. A telephonic status hearing is set for 2/29/2024 at 11:45 a.m. to report on discovery progress. To join the status conference by phone, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.