MIDWEST GOODS INC., d/b/a MIDWEST )
DISTRIBUTION ILLINOIS, )
        Plaintiff, )
         )
    v. )
         )   Case No. 1: 23-cv-05406
BREEZE SMOKE LLC, )
        Defendant. )
_____ )
         )   Hon. Thomas M. Durkin
BREEZE SMOKE LLC, )
        Counter-Plaintiff, )
         )
    v. )
         )
MIDWEST GOODS INC., d/b/a MIDWEST )
DISTRIBUTION ILLINOIS; WISEMEN )
WHOLESALE, INC; SPEED WHOLESALE, INC; )
WORLD WHOLESALE, INC; LIGHT VIEW LLC,)
        Counter-Defendants. )

### WISEMEN WHOLESALE, INC AND WORLD WHOLESALE, INC'S UNOPPOSED MOTION TO JOIN MIDWEST GOODS INC'S MOTION TO DISMISS AND RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

Counter-Defendants WISEMEN WHOLESALE, INC. ("Wisemen") and WORLD WHOLESALE, INC. ("World"), by and through their undersigned counsel, Cole Sadkin, LLC, move this Court for leave to join Counter-Defendant's, MIDWEST GOODS INC ("Midwest"), Motion to Dismiss and Response to Motion for Preliminary Injunction, and in support thereof, Wisemen and World state as follows:

1.    Counter-Plaintiff, BREEZE SMOKE LLC ("Breeze") filed its Amended Counterclaim against Wisemen and World (among other parties) on November 22, 2023. [ECF 37].

2. On December 21, 2023, Midwest filed a Motion to Dismiss for Failure to State a Claim and an accompanying Memorandum (collectively the "Motion to Dismiss"). [ECF 57, 58].

3. Wisemen and World seek to join in on Midwest's Motion to Dismiss.

4. On December 21, 2023, Breeze filed a Renewed Motion for Preliminary Injunction and accompanying Memorandum (collectively the "Motion for Preliminary Injunction"). [ECF 52, 53].

5. The Court previously set a briefing scheduling whereby Midwest, Wisemen, and World would respond to the Motion for Preliminary Injunction by February 22, 2024. [ECF 48].

6. Wisemen and World seek to proactively join in on Midwest's Response to the Motion for Preliminary Injunction.

7. By granting leave for Wisemen and World to join Midwest's Motion to Dismiss and Response to Motion for Preliminary Injunction, judicial economy may be promoted as additional briefs from Wisemen and World will not need to be considered.

8. Wisemen and World agree to fully abide by the Court's determination as to the Motion for Preliminary Injunction.

9. This requested relief will not prejudice any party to this action. To the contrary, both motions will be more streamlined as they will be between the primary parties to this action.

10. This motion is brought in good faith and not for the purposes of delay.

11. Midwest does not oppose the relief sought in this Motion.

12. Breeze does not oppose Wiseman and World joining Midwest's Motion to Dismiss and Breeze will respond to Midwest's motion on or before the deadline previously ordered by the Court.

WHEREFORE, Counter-Defendants WISEMEN WHOLESALE, INC and WORLD WHOLESALE, INC respectfully request that this Honorable Court grant them leave to join Midwest's Motion to Dismiss and Response to Motion for Preliminary Injunction (which will be filed on or before February 22, 2024), and for any such further relief as this Honorable Court deem equitable, just, and appropriate.

Date: January 10, 2024                                                 Respectfully submitted,

                                                                                         */s/ Anthony F. Scarpiniti*

**Cole Sadkin, LLC**
Mason S. Cole (ARDC No. 6307727)
Anthony F. Scarpiniti (ARDC No. 6342607)
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
(312) 548-8610
mcole@colesadkin.com
ascarpiniti@colesadkin.com
*Counsel for Counter-Defendants*
*Wisemen Wholesale Inc and World Wholesale Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2024, he electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

                                                                                         */s/ Anthony F. Scarpiniti*