**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MIDWEST GOODS INC., dba MIDWEST DISTRIBUTION ILLINOIS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BREEZE SMOKE LLC,** <br><br> **Defendant.** <br><br> **BREEZE SMOKE LLC,** <br><br> **Counterclaim Plaintiff,** <br> v. <br><br> **MIDWEST GOODS INC., dba MIDWEST DISTRIBUTION ILLINOIS, *et al.*,** <br><br> **Counterclaim Defendants.** | **CASE NO: 1:23-CV-05406** <br><br> **HONORABLE THOMAS M. DURKIN, BETH W. JANTZ, PRESIDING** <br><br> **JURY TRIAL DEMANDED** |

**<u>DECLARATION OF THOMAS J. MARONICK, DBA, JD</u>**

Exhibit

3

1.      My name is Thomas J. Maronick.

2.      I am an Emeritus Professor of Marketing in the School of Business and Economics at Towson University in Towson, Maryland. I have a Master of Science in Business Administration from the University of Denver with a concentration in Marketing, a Doctorate in Business Administration from the University of Kentucky with a concentration in Marketing, and a Juris Doctor from the University of Baltimore School of Law.

3.      Counsel for Plaintiff Midwest Goods Incorporated in *Midwest Goods Inc., dba Midwest Distribution Illinois v. Breeze Smoke LLC*, No. 1:23-cv-05406 (N.D. Ill.) ("the Litigation") retained me to design and conduct online surveys to assess the extent to which, if at all, there is a likelihood of confusion between its NORTH vape products and/or package and Defendant Breeze Smoke LLC's BREEZE (PRO)[1] vape product and/or package.

4.      I designed and conducted two surveys to assess whether there is a likelihood of confusion between the NORTH and BREEZE products and packaging I am informed are at issue in the Litigation.

5.      A complete statement of the opinions I formed as a result of these surveys and the basis and reasons for them, along with the facts or data I considered in forming them, any exhibits that will be used to summarize or support them, my qualifications, including a list of all publications authored in the last 10 years, and a list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition, are contained in my expert report and exhibits thereto, titled "Expert Report of Thomas J. Maronick, DBA, JD in the Matter of Midwest Goods Inc. v. Breeze Smoke LLC" ("Maronick Report"). A true and correct copy of the Maronick Report is attached hereto as Exhibit 1.

---

[1] References to the "Breeze" or "BREEZE" products or packaging refer to the "BREEZE PRO" products and packaging depicted in the images of the Maronick Report (Exhibit 1 hereto).

6.    The results of the two surveys I conducted demonstrate there is no likelihood of confusion between the NORTH vape products or the NORTH package and either the BREEZE vape product or the BREEZE vape package among consumers in the target market for vape products.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2024.

By: _____

Thomas J. Maronick

3

**Expert Report of Thomas J. Maronick, DBA, JD
in the Matter of
Midwest Goods Inc. v. Breeze Smoke LLC**

**Prepared for:
Carrington Coleman
Dallas, TX**

**Thomas J. Maronick, DBA, JD
5911 Charlesmead Road
Baltimore, MD 21212**

**February 2024**

Midwest Vape-1

**Exhibit**

**1**

to Maronick Dec.

exhibitsticker.com

## I.   Overview

The plaintiff Midwest Goods asserts that the brand name and packages of its North brand vape products are not likely to cause confusion with the defendant's Breeze brand vape products and packages.  Counsel for the Midwest Goods has retained me to design and conduct an online survey to assess the extent to which, if at all, there is a likelihood of confusion between its North vape brand and/or package and the defendant's Breeze vape products among consumers who purchase vape products.  In order to accomplish the assignment of determining whether a likelihood of confusion between the brands and/or packages exists, I designed two surveys.  The first survey tested the likelihood of confusion between both the competing vape devices (i.e., vape pens) and the products' packages.  The second survey was a follow-up survey testing consumers' perceptions of the vape packages and the extent to which, if at all, Breeze and North vape packages may be seen as from the same company or companies that are affiliated or associated.

In designing the likelihood of confusion surveys, I relied on my educational, academic, and teaching background, particularly my background teaching retailing and brand strategy, and my professional experience designing consumer surveys for research and litigation. My work in connection with these surveys and report is being compensated at $650.00 per hour, and my compensation is not contingent on my opinions or the outcome of this litigation. A summary of documents considered is attached as **Exhibit C.**

## II.   Summary of Findings

The results of the two studies reported here demonstrate there is no likelihood of confusion between North vape products or the North package and either the Breeze vape/pen or the Breeze vape package among consumers in the target market for vape products.

### III.   Qualifications

I am an Emeritus Professor of Marketing in the School of Business and Economics at Towson University in Towson, Maryland. I have a Master of Science in Business Administration from the University of Denver with a concentration in Marketing, a Doctorate in Business Administration ("DBA") from the University of Kentucky with a concentration in Marketing, and a Juris Doctor from the University of Baltimore School of Law. I am an inactive member of the Maryland Bar.

At Towson University, I taught undergraduate and graduate courses in strategic marketing, consumer behavior, retailing and brand strategy, and marketing research, among others. I have also taught graduate and executive development courses on strategic marketing and marketing research at a number of universities in the Baltimore and Washington, D.C. area.

My professional background includes serving as the Director of Impact Evaluation in the Bureau of Consumer Protection at the Federal Trade Commission (FTC) from 1980 through 1997. In that capacity, I was the in-house marketing expert for all divisions of the Bureau, advising attorneys and senior management on marketing aspects of cases being considered or undertaken by the FTC. I was also responsible for the evaluation of research submitted by firms being investigated by the FTC and for the design and implementation of all consumer research undertaken by the Bureau during that period. Since leaving the FTC in 1997, I have served as an expert witness in federal and state courts in cases involving trademark, advertising, and competition matters.

3

A copy of my *curriculum vitae* is attached as **Exhibit A** to this report, which includes a list of my publications I authored in the last ten years. A list of cases where I have testified as an expert at trial or by deposition in the last four years is attached as **Exhibit B.**

## IV. Methodology

### A. Sampling

The sample of panelists for each survey was provided by Vanguard Research, LLC, a supplier of online samples for surveys. I have worked with Vanguard on previous surveys and have found their procedures and panels to be reliable. Vanguard's panels are comprised of individuals across the United States who have agreed to participate in online surveys on a periodic basis. To ensure quality, Vanguard uses proprietary technology to verify the authenticity of each respondent, including digital fingerprinting, and unique key encryption access codes assigned to each respondent. For each of these surveys, following Vanguard's standard practice, panelists were sent an email inviting them to participate in an online survey by clicking on a link in the email. There was no mention of the subject of the survey in any email sent to prospective respondents.

Table 1 displays the demographic profile of those respondents who, after answering the screening questions discussed in Part C below, qualified for and completed each of the surveys. As noted in Table 1, over 60% of respondents in each survey were between 30 and 50 years of age and over 60% of respondents in each survey had at least some college.

**Table 1**
**Demographic Profile of Respondents**

|  |  | Study 1 | Study 2 |
|---|---|---|---|
| **Gender** | Male | 183 (41.8%) | 95 (47.5%) |
|  | Female | 255 (58.2%) | 105 (52.5%) |
|  |  | 438 | 200 |
| **Age** | 21-29 | 64 (14.6%) | 28 (12.0%) |
|  | 30-39 | 159 (36.3%) | 103 (44.0%) |
|  | 40-49 | 134 (30.6%) | 54 (23.1%) |
|  | 50-59 | 54 (12.3%) | 31 (13.2%) |
|  | 60 or older | 27 (6.2%) | 18 (7.7%) |
|  |  | 438 | 234 |
| **Education** | High school or less | 118 (26.9%) | 36 (18.0%) |
|  | Some college | 124 (28.3%) | 47 (23.5%) |
|  | 2 year college | 69 (15.6%) | 27 (13.5%) |
|  | 4 year college | 75 (17.2%) | 43 (21.5%) |
|  | Graduate school | 52 (11.9%) | 47 (23.5%) |
|  |  | 438[1] | 200 |

## B.      Quality Control

The surveys were conducted from November 15 through December 10, 2023, using Qualtrics's online survey platform. Qualtrics is a leading company in online consumer research. I have used Qualtrics survey platform in numerous surveys and have found their procedures and platform to be reliable.  I personally designed all the survey questions in each questionnaire using Qualtrics's  survey platform. I tested the programmed survey questionnaires prior to any potential respondents receiving an invitation to participate in the survey. The surveys were administered under "double-blind" conditions, in that the potential respondents and vendors facilitating this survey (Vanguard and Qualtrics) were unaware of the purpose or sponsorship of the survey.

In addition to Vanguard and Qualtrics's own quality control measures, I used other quality control measures to ensure valid and reliable results. Before the potential respondents

---

[1] The confidence interval surrounding a sample of 438 is +/- approximately 4.7% and the confidence interval surrounding a sample of 200 is =/- 6.3% based on the formula n=z (pq)/e. Thus, at the $\alpha$=.05 level, if the survey were repeated 100 times, 95 out of 100 times, the results would be within the margin of error.

5

answered any questions, they were provided with the following instructions and asked if they agreed to them:

-If you wear glasses or contact lenses when shopping, put them on/in.
-Take the survey in one session.
-Do not visit any other website or refer to any website for help in answering the survey questions.
-Do not open any other windows or tabs on your computer.
-Do not refer to any other material or ask anyone for help in answering the survey questions.

Only those potential respondents who agreed to the instructions were permitted to proceed to the next survey question.

Potential respondents were also asked what device they were using to take the survey. Potential respondents who identified a PC, laptop, iPad, tablet, or smartphone were permitted to proceed to the next survey question. Finally, to be assured that a live person was taking the survey a captcha was included in the initial screening questions. [2]

### C. Universe

The universe for each survey was U.S. residents ages twenty-one or older who have vaped a disposable e-cigarette/vaped in the previous two months. The screening question below ensured that each survey sample was comprised of respondents from the appropriate universe. All respondents were first asked:

*Which of the following, if any, have you done in the past two months? [CHECK ALL THAT APPLY]*

As noted in Table 2, 444 respondents qualified for Survey 1 and 203 qualified for Survey 2.

---

[2] The complete survey questionnaires for Surveys 1 and 2 are attached as **Exhibits D** and **E**, respectively; the Midwest Vape Pen Final Data Report (study 1) is attached as **Exhibit F**, and the Package Survey Data Report (study 2) is attached as **Exhibit G**.

**Table 2**
**Activities in the Past Two Months**

|  | Study 1 [Pen & Package] | Study 2 [Package follow-up] |
|---|---|---|
| Smoked 10 or more cigarettes | 767 (32.0%) | 331 (30.7%) |
| **Vaped using a disposable e-cigarette/vape** | **444 (18.5%)** | **203 (18.8%)** |
| Consumed 6 or more cans/bottles of a craft beer | 356 (14.9%) | 172 (16.0%) |
| Smoked marijuana | 436 (18.2%) | 193 (17.9%) |
| Drank four or more glasses of red wine | 309 (12.9%) | 150 (13.9%) |
| None of the above | 83 (3.5%) | 29 (2.7%) |

*Response options randomized; Multiple responses accepted

## V.    Study 1

**A.**  Design. For Study 1, I used a "two-room," *Squirt* design with an image of the Breeze vape/pen or package in Room 1 and an array of competing brands in Room 2. This design is well-accepted by the courts for assessing whether there is a likelihood of confusion and is appropriate here because the defendant Breeze claims that the plaintiff's North's vape mark and package are confusingly similar to both Breeze's vape/pen mark and to its package and both companies compete in the marketplace for the same vape consumers using the same channels of distribution, i.e., retail stores and on-line.  The use of an array of other vape marks in the "two-room" *Squirt* design reduces any artificial "spotlighting" on the allegedly infringing product.[3]

The 444 qualified survey respondents in Study 1were randomly assigned to one of four groups:  vape device/pen Test or Control group and vape package Test or Control group. No

---

[3] *See* Jerre B. Swann, Likelihood of Confusion, in Trademark and Deceptive Advertising Surveys: Law, Science, and Design (Shari Seidman Diamond and Jerre B. Swann, eds.), at 53-78 (2012).

7

respondent was assigned to more than one of the four groups. Respondents in each Group (Test or Control) for the vape/pen or the package were first shown images of the Breeze device/pen or the Breeze package [Room One Images]:[4]

**B.** Images [Room 1]





**BREEZE VAPE/PEN**            **BREEZE PACKAGE**

These images are proper Room 1 Test stimuli because each exposes respondents to how the Breeze vape products appear in the marketplace.

After viewing the images of the defendant's products, respondents in the Pen Test Group were then shown the array of vape pens of five other vape brands: Mr. Vapor, Cube, Zalic,

---

[4] A pause was incorporated into the survey when respondents were shown the images of the plaintiff's brand to ensure respondents sufficiently reviewed the image before proceeding to the next question.

Blueberry, and Midwest Good's North product [Room 2 Test]:[5]

While the two-room, *Squirt* survey format is a well-accepted survey design, it is sometimes criticized as being suggestive because it places the parties' marks in close proximity and asks questions which may cause respondents to assume there is a connection between them. Respondents thus may assume there is a connection between the products shown in each Room in the survey based on similarities that may or may not be likely to cause confusion in the marketplace. This scenario, known as noise, is controlled using a control image.

After viewing the image of the Breeze mark in Room 1, the Pen Control Group respondents were then shown the same array of images of the four vape pens as the as the Test Group, with exception that a control image which replaced the North vape/pen with another vape pen brand (SEA), as shown below:

---

[5] The images for these marks were taken from websites of the different brands. All brands were identified by plaintiff as competitors.

**C.** Images [Room 2]



**TEST IMAGES**                                  **CONTROL IMAGES**

The "SEA" brand vape/pen is a proper control because it is similar in shape to the North vape/pen and is also marketed using the same channels of distribution as both the Breeze and the North vape products. Thus, the use of the Control image in Room Two of the *Squirt* format helps account for "noise," such as "yea-saying."

After viewing the array of five images in Room Two, respondents in the Test Group and Control Group were then asked[6]:

> *Do you think any of the vapes above came from the <u>same maker or company</u> as the e-cigarette/vape I first showed you?*  with response options "Yes, No, or Don't know/Not sure"

---

[6] A pause was incorporated into the survey when respondents were shown the images of the five vape products and when they viewed the vape packages to ensure respondents sufficiently viewed the images before proceeding to the next question.

Those respondents who answered "Yes," were then asked the following question:

*Which vape or vapes come from the <u>same maker or company</u> as the company that makes the e-cigarette/vape I first showed you?* [CHECK ALL THAT APPLY].

Respondents were presented with blocks to check for each/or any of the vape pens they believed were from the same maker or company as the first image, i.e., the Breeze vape/pen. Finally, all respondents in both the Test and Control groups who indicated that one or more of the brands in Room 2 were from the same maker or company as the Breeze product in Room 1 were then asked, "*Why do you say that*?" with their verbatim responses recorded.

Respondents in the Test Group or Control Group were then shown the vape/pen images again and asked:

*Do you think any of the vapes above came from a <u>company associated with or affiliated with the company</u> that makes the e-cigarette/vape I first showed you?* with response options "Yes, No, or Don't know/Not sure"

Those respondents who answered "Yes," were then asked the following question:

*Which vape or vapes come from a company associated or affiliated with the company that makes the e-cigarette/vape I first showed you?* [CHECK ALL THAT APPLY].

As was the case with the "same company" questions, respondents were presented with blocks to check for each/or any of the vape pens they believed were from a company associated or affiliated with the first [Room 1] first image, i.e., the Breeze vape/pen. Also, like the "same company" series, all respondents in both the Test and Control groups who indicated that one or more of the brands in Room 2 were from a company associated or affiliated with the maker of the Breeze vape/pen were then asked, "*Why do you say that*?" with their verbatim responses recorded.

11

**PEN SURVEY**

**FINDINGS – VAPE/PEN SURVEY**

**A.** <u>Same Company.</u> As noted in Table 3, 6.9% more respondents in Test Group than in the Control Group believe one or more of the vapes/pens in Room 2 are from the same company or maker as the Breeze vape/pen in Room 1.

**Table 3**
**Vapes [Room 2] from Same Company as Breeze [Room 1]**

|  | Test | Control | Difference |
|---|---|---|---|
| Yes | 61 (55.4%) | 54 (48.6%) | 6.9% |
| No | 29 (26.4%) | 27 (24.3%) | 2.1% |
| Don't know | 20 (18.2%) | 30 (27.0%) | (8.8%) |
|  | 110 | 111 |  |

However, as noted in Table 4, when looking at responses to the question as to which of the vapes/pens respondents believe came from a company associated or affiliated with the maker of the Breeze vape/pen, 33.6% of all respondents in the Test Group said the North vape/pen came from the same company or maker as the Breeze vape/pen, while 27.0% of all respondents in the Control Group said that the Control vape/pen (i.e., SEA) was from the same company or maker as the Breeze vape/pen, a non-significant difference of 6.6%. This suggests there is no likelihood of confusion between the Breeze vape/pen (in Room 1) and the North vape/pen.

**Table 4**
**Differences Between Breeze [Room 1] and Other Brands [Room 2]\***
**[Same Company or Maker]**

| Brand | Test (North) | Control (SEA) | Net Difference |
|---|---|---|---|
| A -- Mr. Vapor | 17 (15.4%) | 10 (9.0%) | 5.4% |
| B – CUBE | 25 (22.7%) | 24 (21.6%) | 1.1% |
| **C – North/SEA** | **37 (33.6%)** | **30 (27.0%)** | **6.6%\*\*** |
| D – Zalic | 18 (16.4%) | 20 (18.0%) | (1.6%) |
| E -- Blueberry | 16 (14.5%) | 19 (17.1%) | (2.6%) |

\*Percentages based on total respondents
\*\*Difference not significant at α=.05[7]

<u>Why Say That? Test v. Control.</u>  As noted in the methodology, respondents who said vape/pen(s) in Room 2 were from the same company as the vape/pen in Room 1 were asked "*Why do you say that?*" with their verbatim responses recorded.  As noted in Table 5, over 50% of respondents in both the Test and Control Groups said the reason they thought the vapes/pens were from the same company is because "they look similar" or "vapes all look the same."

**Table 5**
**Why Say Breeze and Other Brands [Room 2] from Same Company**
**[Verbatim Responses][8]**

| | Test | Control | Difference\* |
|---|---|---|---|
| Similar label | 3 (4.8%) | 6 (10.5%) | (5.7%) |
| Similar package/packaging | -- | 9 (15.8%) | (15.8%) |
| Looks the same/similar | 18 (28.6%) ⌉ 57.4% | - ⌉ 52.6% | 4.8% |
| Vapes all look the same | 20 (31.8%) ⌋ | 30 (52.6%) ⌋ | |
| Flavor/colors | 3 (4.8%) | 1 (1.8%) | |
| Experience/Familiar | | 2 (3.5%) | |
| Other | | | |
| Miscellaneous | 18 (28.6%) | | |
| TOTAL | 63 | 57 | |

\*Differences not significant at α=.05

---

[7] Test of significance of difference: $Z = p_1 - p_2 / \sqrt{(p_1)(q_1)/n_1 + (p_2)(q_2)/n_2}$ where $p_1$= test percentage; $q_1 = 1 - p_1$ and $p_2$=control percentage; $q_2 = 1 - p_2$
[8] Examples of responses include: "Because of the shape and also the word Sea on one and Breeze on the other" [Breeze and Sea from same company]; "All have a similar body shape and style" [Breeze and multiple other brands in Room 2 from the same company]; "Look similar/same shape" [Breeze and North from the same company]

13

**B.**     Affiliated or Associated Company.  As noted in Table 6, 2.6% fewer respondents in the Test Group compared to the Control Group believe one or more of the vapes/pens in Room 2 are from a company affiliated or associated with the company making the Breeze vape/pen.

**Table 6**
**Vapes [Room 2] from Same Company as Breeze [Room 1]**

|            | Test        | Control     | Difference |
|------------|-------------|-------------|------------|
| Yes        | 65 (59.6%)  | 69 (62.2%)  | (2.6%)     |
| No         | 19 (17.4%)  | 13 (11.7%)  | 5.7%       |
| Don't know | 25 (22.9%)  | 29 (26.1%)  | (3.2%)     |
|            | 109         | 111         |            |

Also, as  noted in Table 7 , the responses to the question as to which of the vapes/pens respondents believe were from a company associated or affiliated with the Breeze vape/pen show that 40.3% of all respondents in the Test Group seeing the array of vapes/pens in Room 2 said the North vape/pen came from a company affiliated or associated with the company making the Breeze vape/pen compared with 36.0% of all respondents who said that the Control Group image (i.e., SEA vape/pen) was from a company affiliated or associated company as the Breeze vape/pen.  This non-significant difference of 4.3% again supports an argument that there is no likelihood of confusion between the Breeze vape/pen (in Room 1) and the North vape/pen or, for that matter, between the Breeze vape/pen and any company affiliated or associated with any of the brands of vapes/pens in Room 2.

**Table 7**
**Differences Between Breeze [Room 1] and Other Brands [Room 2]***
**[Associated or Affiliated Company]**

| Brand             | Test (North) | Control (SEA) | Net Difference |
|-------------------|--------------|---------------|----------------|
| A -- Mr. Vapor    | 19 (17.4%)   | 17 (15.3%)    | 2.1%           |
| B – CUBE          | 23 (21.1%)   | 21 (18.9%)    | 2.1%           |
| **C – North/SEA** | **44 (40.3%)** | **40 (36.0%)** | **4.3%****    |
| D – Zalic         | 16 (14.6%)   | 28 (25.2%)    | (10.6%)        |
| E -- Blueberry    | 19 (17.4%)   | 24 (21.6%)    | (4.2%)         |

*Percentages based on total sample; **Difference not significant at $\alpha=.05$

14

Why Say That? Test v Control.  As noted in the methodology, respondents who said vape/pen(s) in Room 2 were from companies associated or affiliated or associated with the company that make the vape/pen in Room 1 (Breeze) were asked "*Why do you say that?*" with their verbatim responses recorded.  As noted in Table 8, 49.6% of respondents in the Test and a higher percentage in the Control Group (i.e., 62.9%) said the reason they thought the vapes/pens were from companies associated or affiliated with the company that makes the Breeze vape/pen is because "they look similar" or "vapes all look the same."  In other words, the verbatim responses suggest there is no perceived difference between the Breeze vape/pen and any of the other vapes/pens in Room 2.

**Table 8**
**Why Say Breeze and Other Brands [Room 2] from Company**
**Affiliated/Associated with Breeze Company [Room 1]**
**[Verbatim Responses]**

| | Test | | Control | | Difference* |
|---|---|---|---|---|---|
| Similar label | 3 (4.5%) | | 4 (5.7%) | | |
| Similar package/packaging | 1 (7.5%) | | | | |
| Looks the same/similar | 16 (23.9%) | 49.6% | 18 (25.7%) | 62.9% | 13.3%* |
| Vapes all look the same | 21 (31.3%) | | 26 (37.2%) | | |
| Flavor/colors | 3 (4.5%) | | 3 (4.3%) | | |
| Experience/Familiar | 3 (4.5%) | | 3 (4.3%) | | |
| Other | | | | | |
| Miscellaneous | 19 (28.4%) | | 16 (22.9%) | | |
| TOTAL | 67 | | 70 | | |

*Differences not significant at α=.05

**FINDINGS -- PACKAGE SURVEY**

**A.** <u>Design.</u> The package study followed the same *Squirt* design format as the vape/pen survey, including respondents randomly assigned to either a Test or Control Group.  In the Test Group, respondents were shown the Breeze package [Room 1] and then an array of other vape packages including the North package (Test Group).  In the Control Group respondents were shown the same array of packages as the Test Group but with a Shmizz

15

package replacing the North package.

**B.**     Images [Room 2]



TEST PACKAGES                    CONTROL PACKAGES

As was the case of "SEA" brand was a proper control for the vape/pen *Squirt* survey, the Shmizz

package is a proper control in the package survey since, like three of the four packages in Room

2, the vape/pens are shown through a clear package.  Also, the Shmizz vape product is marketed

using the same channels of distribution as both the Breeze and the North vape products. Thus,

the use of Shmizz package as the Control image in Room Two of the *Squirt* format helps account

for "noise," such as "yea-saying."

16

After viewing the array of five images in Room Two, respondents in the Test Group and Control Group were then asked, like the vape/pen survey,[9]

*Do you think any of the vapes above came from a company associated or affiliated with the company that makes the e-cigarette/vape I first showed you?* with response options "Yes, No, or Don't know/Not sure"

Those respondents who answered "Yes," were then asked the following question:

*Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I first showed you?* [CHECK ALL THAT APPLY].

Respondents were presented with blocks to check for each/or any of the vape packages they believed were from a company associated with or affiliated with the company as the first image, i.e., the Breeze vape package. Finally, all respondents in both the Test and Control groups who indicated that one or more of the brands in Room 2 were from a company associated with or affiliated with the same company as the Breeze package in Room 1 were then asked, "*Why do you say that*?" with their verbatim responses recorded.

As was the case in the vape/pen section of the survey, respondents in the Test Group or Control Group were then shown the package images again and asked:

*Do you think any of the vapes above came from a <u>company associated with or affiliated with the company</u> that makes the e-cigarette/vape I first showed you?* with response options "Yes, No, or Don't know/Not sure"

Those respondents who answered "Yes," were then asked the following question:

*Which vape or vapes come from a company associated or affiliated with the company that makes the e-cigarette/vape I first showed you?* [CHECK ALL THAT APPLY].

As was the case with the "same company" questions, respondents were presented with blocks to check for each/or any of the vape pens they believed were from a company associated or

---

[9] A pause was incorporated into the survey when respondents were shown the images of the five vape products to ensure respondents sufficiently viewed the images before proceeding to the next question.

affiliated with the first [Room 1] first image, i.e., the Breeze package. Also, like the "same company" series, all respondents in both the Test and Control groups who indicated that one or more of the brands in Room 2 were from a company associated or affiliated with the maker of the Breeze vape/pen were then asked, "*Why do you say that*?" with their verbatim responses recorded.

**Findings – Package**

A.      Same Company.  As noted in Table 9, 49.1% of respondents seeing the packages in the Test Group (Room 2) said one or more of the packages in Room 2 were from the same company as the Breeze vape package, they had viewed in Room 1. This compares with 46.8% of respondents in the Control Group, a net difference of a non-significant 2.3%.

**Table 9**
**Vape Packages [Room 2] from Same Company as Breeze Package [Room 1]**

|  | Test | Control | Difference |
|---|---|---|---|
| Yes | 54 (49.1%) | 52 (46.8%) | 2.3% |
| No | 34 (30.9%) | 37 (33.3%) | (2.4%) |
| Don't know | 22 (20.0%) | 22 (19.8%) | 0.8% |
|  | 110 | 111 |  |

Moreover, as  noted in Table 10, the responses to the question as to which of the vape packages respondents believe were from the same company as the Breeze package shows that 20.07% of respondents in the Test Group said the North package came from the same company as the Breeze vape package, compared with 17.15% said that the Shmizz package was from the same company as the Breeze vape/pen, a non-significant difference of 2.9%. This suggests there is no likelihood of confusion between the Breeze package (in Room 1) and the North package.

**Table 10**
**Differences Between Breeze [Room 1] and Other Brands [Room 2]***
**[Same Company]**

| Brand | Test (North) | Control (Shmizz) | Net Difference |
|---|---|---|---|
| A -- Posh | 14 (12.7%) | 15 (13.5%) | (0.8%) |
| B – Hyde | 16 (14.5%) | 13 (11.7%) | 2.8% |

18

| C – North/Shmizz | 22 (20.0%) | 19 (17.1%) | 2.9%** |
|---|---|---|---|
| D – Geek Barr | 20 (18.2%) | 24 (21.6%) | (3.4%) |
| E – Mr. Vapor | 24 (21.8%) | 22 (19.8%) | 2.0% |

*Percentages based on total sample; **Difference not significant at α=.05

As noted in the methodology, respondents who said vape packages in Room 2 were from same company as the company that make Breeze in Room 1 were asked "*Why do you say that?*" with their verbatim responses recorded. As noted in Table 11, 32.2% of respondents in the Test Group and a higher percentage in the Control Group (i.e., 41.4%) said the reason they thought the package in Room 2 were from the same company as the company that makes the Breeze package is because "they look similar" or "vapes all look the same." In other words, there is no perceived difference in the packages between the Breeze package and any of the other packages in Room 2.

**Table 11**
**Why Say Breeze and Other Brands [Room 2] from the**
**Same Company as the Maker of Breeze [Room 1]**
**[Verbatim Responses][10]**

|  | Test | Control | Difference* |
|---|---|---|---|
| Similar label | 1 (1.8%) ⌉ 33.9% | 4 (6.9%) ⌉ 25.8% | 8.1% |
| Similar package/packaging | 18 (32.1%) ⌋ | 11 (18.9%) ⌋ |  |
| Looks the same/similar | 7 (12.5%) ⌉ 32.2% | 7 (12.1%) 41.4% | (9.2%) |
| Vapes all look the same | 11 (19.7%) ⌋ | 17 (29.3%) |  |
| Flavor/colors | 5 (8.9%) | 4 (6.9%) |  |
| Experience/Familiar | 1 (1.8%) |  |  |
| Other |  |  |  |
| Miscellaneous | 13 (23.2%) | 15 (25.9%) |  |
| TOTAL | 56 | 58 |  |

*Differences not significant at α=.05

**B.** <u>Affiliated or Associated Company.</u> As noted in Table 12, 15.0% more

---

[10] Examples of responses include "Style of package look very similar" –Same company as Breeze [Posh and North]; "Packaging looks similar" Same company as Breeze [Geek Bar]; "It has a similar generic style to it. Often, you'll see similar templates used by the same companies" Same company as Breeze [North].

19

respondents in Test Group than in the Control Group believe one or more of the vape packages in Room 2 are from a company affiliated or associated with the Breeze package.

**Table 12**
**Vape Package [Room 2] from Affiliated or Associated Company as Breeze [Room 1]**

|  | Test | Control | Difference |
|---|---|---|---|
| Yes | 78 (70.9%) | 62 (55.9%) | 15.0% |
| No | 21 (19.1%) | 23 (20.7%) | (1.6%) |
| Don't know | 11 (10.0%) | 26 (23.4%) | (13.4%) |
|  | 110 | 111 |  |

Also, as noted in Table 13, responses to the question as to which of the vape packages respondents believe were from a company associated or affiliated with the Breeze package, 39.0% of all respondents in the Test Group believe the North package in Room 2 came from a company affiliated or associated with the Breeze package compared to 24.3% of all respondents seeing the Control (i.e., Shmizz) package, a non-significant difference of 14.7%.

**Table 13**
**Differences Between Breeze Package [Room 1] and Other Brands [Room 2]***
**[Affiliated Associated Company]**

| Brand | Test (North) | Control (Shmizz) | Net Difference |
|---|---|---|---|
| A -- Posh | 22 (20.0%) | 22 (19.8%) | 0.2% |
| B – Hyde | 21 (19.1%) | 20 (18.0%) | (1.1%) |
| C – North/Shmizz | **43 (39.0%)** | **27 (24.3%)** | **14.7%**** |
| D – Geek Barr | 32 (29.0%) | 24 (21.6%) | 7.4% |
| E – Mr. Vapor | 29 (26.4%) | 26 (23.4%) | 3.0% |

*Percentages based on total sample; **Difference not significant at α=.05

Why Say That – Test v. Control. As noted in the methodology, respondents were asked "*Why do you say that?*" in response to their perception as to any association between the Breeze package in Room 1 and any or all the vape packages in Room 2. As noted in Table 14, 53.7% of respondents in the Test Group said the reason they believe the North vape package is from a company associated or affiliated with the Breeze package is because the packages "look the same," the packages are "similar," or because of the "packaging (general)." The verbatim

20

reasons for respondents' belief that the Control package (i.e. Shmizz) is from a company associated or affiliated with the company making the Breeze vape show that 56.4% believe it is because of the "look of the package," the "similarity" of the packages, or because of "packaging" in general. Moreover, because the net difference between the verbatim responses of the Test Group and the Control Group (i.e., 2.7%) are not significant, one cannot draw a conclusion that there is a likelihood of confusion between the North vape package and any company associated or affiliated with the maker of Breeze vape products.

**Table 14**
**Why Say Package are From Companies Affiliated-Associated with Breeze?**
**[Verbatim Responses]**

| | Test (North) | | Control (Shmizz) | | Net Difference |
|---|---|---|---|---|---|
| Similar Label | 4 (0.6%) | | 1 (1.6%) | | (1.0%) |
| Looks the same (gen) | 18 (23.0%) | | 20 (32.2%) | | |
| Similar package | 20 (25.6%) | 30.7% **53.7%** | 9 (14.5%) 24.2% **56.4%** | | (2.7%)* |
| Packaging (gen) | 4 (5.1%) | | 6 (9.7%) | | |
| All vapes look the same | 8 (10.3%) | | -- | | |
| Other responses | 9 (11.3%) | | 9 (14.5%) | | |
| Miscellaneous | 16 (20.5%) | | 16 (25.8%) | | |
| Total | 78 | | 62 | | |

*Percentages based on number of respondents saying an association exists (Table 9)
**Difference not significant at $\alpha=.05$

**STUDY 2**

    **A.**    <u>Design.</u> Study 2 was Study 2 was designed as a follow-up to the package study in Study 1 to assess the extent to which, if at all, there is a likelihood of confusion as to the companies or affiliates of the companies that make or put out the North vape package and the Breeze vape package when both are viewed together. To that end, respondents were randomly assigned to either a Test Group or a Control Group. Respondents in the Test Group were shown an array of six vape packages, including both a Breeze vape package and a North vape package, along with four other vape packages. Respondents in the Control Group were shown an array of the same six vape packages, only with an alternative to the North vape package (i.e., Shmizz) substituted for the North vape package. Below are the images of the packages in Study 2.

    **B.**    <u>Images</u>



**TEST ARRAY**              **CONTROL ARRAY**

22

After reviewing the array in either the Test or the Control Group, utilizing a questionnaire format similar to that used in *Squirt* surveys, respondents were asked: *"Do you think any of the vapes above came from the same maker or company or an associated or affiliated company?"* with response options "Yes, No, Don't know/Not sure." Those respondents who said "Yes" were then asked: *"Which vapes come from the same maker or company or an affiliated or associated company?"* with blocks lettered A-F[11]. Finally, respondents were asked: *"Why do you say that?"* with their verbatim responses recorded.

**Findings.**

As noted in Table 15, there are no significant differences between the respondents seeing the array that included both the Breeze and North packages in the Test Group (52.5%) and those seeing the Breeze and Shmizz packages in Control Group (56.0%).

**Table 15**
**Vape Package from Same or Affiliated or Associated Companies**

|            | Test        | Control     | Difference* |
|------------|-------------|-------------|-------------|
| Yes        | 53 (52.5%)  | 56 (56.0%)  | (3.5%)      |
| No         | 22 (21.8%)  | 16 (16.0%)  | 5.8%        |
| Don't know | 26 (25.7%)  | 28 (28.0%)  | (2.3%)      |
|            | 101         | 100         |             |

*Differences not significant at $\alpha$=.05 level

Like the methodology used in Study 1, respondents in each Group were asked to indicate which of the packages they believed were from the same company or from an affiliated or associated company. As noted in Table 16, in all cases a higher percentage of respondents believed two or more of the packages were from the same company or an affiliated or associated

---

[11] A pause was incorporated into the survey when respondents were shown the images of the six vape packages to ensure respondents sufficiently viewed the images before proceeding to the next question.

23

company after viewing the images in the Control Group than those viewing the images in the Test Group.  Importantly, as noted in Table 16 the difference in percent of respondents in the Test Group who believe Breeze and North are from the same company or affiliated companies (i.e., 4.1%) vs those in the Control Group (i.e.,7.0%) is not significant, suggesting there is no likelihood of confusion based on the packages between the Breeze and the North packages.

**Table 16**
**Differences Between Breeze Package and Other Packages\*\***

| Brand | Test | Control | Net Difference |
|---|---|---|---|
| A – Hyde | 20 (19.8%) | 22 (22.0%) | (2.2%) |
| B – Breeze | 18 (17.8%) | 25 (25.0%) | (7.2%) |
| C – Mr. Vapor | 37 (36.6%)  4.1%* | 38 (38.0%)  7.0%* | (1.2%) |
| D – North/Shmizz | 14 (13.7%) | 17 (17.0%) | (3.3%) |
| E – Mr. Vapor 2 | 27 (26.7%) | 35 (35.0%) | (8.3%) |
| F – Geek Bar | 11 (10.9%) | 17 (17.0%) | (6.1%) |

\*\*Percentages based on total sample; \*Difference not significant at $\alpha=.05$

As noted in the methodology, respondents were asked "*Why they believed some of the packages were from the same or associated/affiliated companies,*" with their verbatim responses recorded.  As noted in Table 17, the difference in verbatim response perceptions based on the package between respondents in the Test Group (which had the Breeze and North packages) and the Control Group (which had the Breeze and an alternative package) is 10.2%, a non-significant difference.

24

**Table 17**
**Why Say Package are From the Same Company or Affiliated-Associated Companies**
**[Verbatim Responses]**

| | Test | | Control | | Net Difference |
|---|---|---|---|---|---|
| Similar Label | 1 (1.9%) | | 1 (1.8%) | | |
| Looks the same (gen) | 4 (7.5%) | | 5 (9.1%) | | |
| Similar package | 8 (15.1%) | 22.5% | 11 (20.0%) | 32.7% | (10.2%)* |
| Packaging (gen) | | | 2 (3.6%) | | |
| Same Name – Mr. Vapor | 13 (24.5%) | | 10 (18.2%) | | |
| Other responses | | | 5 (9.0%) | | |
| Miscellaneous | 23 (43.4%) | | 21 (38.2%) | | |
| Total | 53 | | 55 | | |

*Percentages based on number of respondents saying an association exists (Table 11)
**Difference not significant at α=.05

In order to assess the perceived relationship between the Breeze vape package and the other vape packages, the verbatim responses were analyzed for all respondents who gave a reason why they believed the any of the packages, including the North (Test) and the Shmizz (Control) packages, was from the same company or a company associated or affiliated with the maker of Breeze vape products. As noted in Table 18(A), four of the ten respondents who said Breeze and North were from the same company or an affiliated or associated company said it was because the packages "looked the same" or were "similar," while, as noted in Table 18(B), none of the respondents said they perceived a relationship between the Control package, i.e., Shmizz and a company associated or affiliated with the maker of Breeze vape products. However, a review of verbatim responses for the other packages shows similar results, indicating there is no clear perception of a likelihood of confusion between the Breeze package and the North package, or between the any of the other vape packages and any company affiliated with or associated with Breeze vape products.

25

**Table 18 (A)**
**Basis for Perceived Relationship Between Breeze and Other Vape Packages***
**[Verbatim Responses]**

| TEST Breeze vs: | North | Hyde | Mr. Vapor | Mr. Vapor 2 | Geek Bar |
|---|---|---|---|---|---|
| Packages look the same | 2 | 1 | 2 | 1 | 1 |
| Similar package | 2 | 1 | 1 | 4 | |
| Package (general) | | | | | |
| Same name | 2 | 1 | | | 1 |
| Other answers | 5 | 4 | 4 | 4 | 4 |
| TOTAL | 10 | 7 | 7 | 9 | 6 |

*Caution should be exercised in interpreting these data since the sample size is low.

**Table 18 (B)**
**Basis for Perceived Relationship Between Breeze and Other Vape Packages**
**[Verbatim Responses]**

| CONTROL Breeze vs: | Shmizz | Hyde | Mr. Vapor | Mr. Vapor 2 | Geek Bar |
|---|---|---|---|---|---|
| Packages look the same | | 1 | | 1 | |
| Similar package | | 4 | 6 | 5 | 2 |
| Package (general) | | 2 | 2 | 2 | 1 |
| Same name | | | | | |
| Other answers | 10 | 5 | 8 | 9 | 7 |
| TOTAL | 10 | 12 | 16 | 17 | 10 |

## CONCLUSION

The results of the two studies reported here demonstrate there is no likelihood of confusion between North vape products or the North package and either the Breeze vape/pen or the Breeze vape package among consumers in the target market for vape products.

Signed this 2nd day of February 2024 in Baltimore, Maryland.

Thomas J. Maronick, DBA, JD
Emeritus Professor of Marketing/Consultant

26

# **EXHIBIT A**

**CURRICULUM VITAE**
**THOMAS JOSEPH MARONICK**

**PERSONAL INFORMATION**
5911 Charlesmead Avenue
Baltimore, Maryland 21212
(410) 435-8387
FAX (410) 532-2904
e-mail maronick@verizon.net
e-mail tmaronick@towson.edu

**EDUCATION**
Juris Doctor
University of Baltimore School of Law, Baltimore, Maryland
    -Emphasis on Corporate/Business and Consumer Law
    -Admitted to the Bar, State of Maryland

Doctor of Business Administration
University of Kentucky, Lexington, Kentucky
    -Major in Marketing; Minor in Management and Org. Behavior
    -Dissertation: "A Multivariate Analysis of Organizational Climate
        in the Channel of Distribution"

Master of Science in Business Administration
University of Denver, Denver, Colorado
    -Major in Marketing

Bachelor of Arts
St. Thomas Seminary, Kenmore/Seattle, Washington
    -Major in Philosophy

**ACADEMIC APPOINTMENTS**
Emeritus Professor of Marketing [Present]
Professor of Marketing 1987- 2017
Towson University College of Business and Economics, Towson, MD.
    -Responsible for teaching courses in Marketing Management,
     Marketing Strategy, Marketing Research, Marketing Seminar, Ethics/Public Policy

Associate Professor of Marketing 1974-1980
University of Baltimore School of Business, Baltimore, MD
    -Responsible for teaching undergraduate and graduate courses
     in Marketing, Marketing Management, Marketing Research,
     Consumer Behavior, Business Policy & Strategy, Small Business Strategy

Instructor of Business Administration
Virginia Commonwealth University, Richmond, VA
    -Responsible for teaching undergraduate and graduate course in Management

**NON-ACADEMIC EMPLOYMENT**
Director--Office of Impact Evaluation, Federal Trade Commission 1980 -- 1997
Bureau of Consumer Protection, 1980 -- 87 [Full-time]; 1987 -- 97 [Part-time]
    -Served as the FTC's in-house expert on marketing and survey matters.
    -Responsible for the design and implementation of over 300 marketing and consumer
        surveys undertaken by Commission as part of policy-making and litigation activities.
    -Provided expert advice/testimony to staff on marketing & consumer behavior issues

<u>Marketing Consultant</u>, 1997 -- present
-Provide expert advice/guidance on marketing strategy and consumer research issues as part of litigation support teams for plaintiff and defendant clients
-Serve as testifying expert witness (deposition, hearing, trial) over 150 times in consumer-related litigation, class-action certification, deceptive advertising, Lanham Act issues, and/or consumer survey research
-Have undertaken over 300 survey research projects for plaintiff and defendant clients in litigation-related matters, including advertising and trademark/trade-dress issues
-Have testified on marketing, advertising, trademark matters before the: FTC, ITC, PTO, NAD, and Federal and State Courts throughout the US.

## FIELDS OF SPECIAL INTEREST

Marketing Mgt./Strategic Planning
Marketing/Advertising Research
Expert Witness/Lanham Act Matters

Trademark, Trade Dress, Likelihood
      of Confusion
Class Action Litigation

## EXPERT WITNESS/LITIGATION SUPPORT

**<u>AREAS</u>**:  Class Action Litigation
Marketing/Marketing Practices
Advertising/Deceptive Advertising
Trademark/Trade Dress/Consumer Confusion
Consumer Behavior
Survey Research/Advertising Research/Copy Testing

**<u>MATTERS</u>**:  Advertising:  Country of Origin
Consumer goods/services
Misleading/Deceptive claims
Target Markets
Retailing:  Pricing
Advertising
Warranties
Package Goods:
Deceptive Claims
Deceptive Labeling
Direct Marketing:
Advertising/Promotion
Target Markets
Trademark/Trade Dress:
Consumer Confusion
Genericness
Consumer Surveys:
Design/Implementation
On-line/Internet panel-based
Analysis/Critique
Independent Monitor (Team Member):
Corinthian College/Zenith Education Group
Ferguson Police Department

**<u>WEBSITE</u>:  adexpert.net**

**PAPERS AND PUBLICATIONS**
(previous 20 years)

"A Review of Direct-to-Consumer (DTC) Advertising and Sales of Prescription Drugs:  Does DTC Advertising Increase Sales and Market Share? (with Riva Kahn) Journal of Pharmaceutical Marketing & Management, Vol. 13 (4) (Nov., 2001).

"Extended Warranties:  Consumer Misperceptions of Retailer Claims" Proceedings, European Institute of Retailing and Services Studies, Prague, Czech Republic (July, 2004)

"Celebrity v. Company President as Endorsers of High Risk Products for Elderly Consumers@ Journal of Promotion Management Vol. 11, (4), (Nov., 2005).

"Impact of a Festival Market on Downtown Shopping Behavior" Proceedings, AMS/Korean AMS CPM Conference, Seoul, Korea (July, 2006)

"Consumer Perceptions of Extended Warranties" Journal of Retail and Consumer Services, Vol. 14 (2) (May 2007).

"Specialty Retail Center's Impact on Downtown Shopping, Dining, and Entertainment:  A Longitudinal Analysis" International Journal of Retail and Distribution Management, Vol. 35 (7) (Nov., 2007).

"The Role of the Internet in Survey Research:  Guidelines for Researchers and Experts" Proceedings, Global Business and Technology Association Conference, Madrid, Spain (July, 2008).

"Country of Origin – Does It Matter Anymore?"  Proceedings, Academy of Marketing Science 2009 World Marketing Congress, Oslo, Norway (July, 2009)

"The Role of the Internet in Survey Research:  Guidelines for Researchers and Experts" Journal of Global Business and Technology, Vol. 5 (1), (Spring, 2009).

"Pitting the Mall and the Internet in Advertising-Research Competition" Journal of Advertising Research. Vol. 51 (1) (March, 2011).

"Do Consumers Read Terms of Service Agreements When Installing Software – An Empirical Analysis" Proceedings, Athens Institute for Educational Research, Athens, Greece (July, 2011)

"Do Consumers Read Terms of Service Agreements When Installing Software – A Two-Study Empirical Analysis" International Journal of Business and Social Research Vol. 4 (4) (June, 2014)

"The Role of Board Certification as a Cue to Competence of Eye Care Providers:  An Empirical Analysis." Global Journal of Management and Business Research Vol. 16 (1) (2016)

"Empirical Analysis of Consumers' Understanding of 'All Natural' and Its Relationship to Genetically Modified Organisms (GMOs). International Journal of Business and Social Research Vol. 7 (6) (2016).

"The Effectiveness of Audio Branding:  An Empirical Analysis."  Journal of Business and Social Science Review, Vol 1 (12) (December, 2020.

# EXHIBIT B

**TESTIMONY SUMMARY – 2019-2024**
**Trial, Hearing, or Deposition**
**Thomas J. Maronick, DBA, JD**

1.    **Airhawk International, LLV v. Ontel Products Corporation \*\***
            U.S. District Court, Southern District of California
            May, 2019 (Deposition)
            --For Defendants

2.    **Matter of Certain Electronic Delivery Systems & Components \*\***
            International Trade Commission, Washington, DC
            June, 2019 (Deposition)
            August, 2019 (Hearing)
            September, 2019 (Hearing)
            --For Defendants

3.    **Opportune LLP v. Oportun, Inc.**
            U.S. District Court, Southern District of Texas
            August, 2019 (Deposition)
            --For Defendant

4    **Steve Oddo, et al. v. Arcoaire Air Conditioning & Carrier, Corp. \*\***
            U.S. District Court, Central District of California
            August, 2019 (Deposition)
            --For Plaintiff

5.    **Federal Trade Commission v. University of Phoenix/Apollo Educ. Group\*\***
            Federal Trade Commission, Washington, DC.
            September, 2019 (Hearing)
            --For Defendant

6.    **Susan Tran, et. al. v. Sioux Honey Association, Cooperative \*\***
            U.S. District Court, Central District of California
            January, 2020 (Deposition)
            --For Plaintiff

7.    **Richard Sotelo, et. al. v.  Rawlings Sporting Goods Company \*\***
            U.S. District Court, Central District of California
            February, 2020 (Deposition)
            --For Plaintiff

8.    **Consumer Financial Protection Bureau v. Navient Corporation**
            U.S. District Court, Middle District of Pennsylvania
            February, 2020 (Deposition)
            --For Defendant

9.     **Snap Lock Industries v. Swisstrax Corporation \*\***
        U.S. District Court, District of Nevada
        February, 2020 (Deposition)
        --For Defendant

10.     **Bill Schepler and Adrian Garcia et. al. v. American Honda Motor Co. \*\***
        U.S. District Court, Central District of California
        May, 2020 (Deposition)
        --For Plaintiffs

11.     **In the Matter of Interior Molded Doors Anti-trust Litigation**
        U.S. District Court, Eastern District of Virginia
        July, 2020 (deposition)
        --For Plaintiffs

12.     **National Presto Industries v. U.S. Merchants Group, Inc.**
        U.S. District Court, District of Minnesota
        November, 2020 (Deposition)
        --For Plaintiffs

13.     **Republic Technologies v. BBK Tobacco & Foods\*\***
        U.S. District Court, Northern District of Illinois
        June, 2021 (Trial)
        --For Plaintiffs

14.     **Youngsuk Kim, et.al. v. Benihana, Inc.\*\***
        U.S. District Court, Central District of California
        July, 2021 (Deposition)
        --For Plaintiffs

15.     **Pam LaFosse, et.al. v. Sanderson Farms, Inc.**
        U.S. District Court, Northern District of California
        October, 2021 (Deposition)
        --For Plaintiffs

16.     **Joseph Mier, et.at. v. CVS Health \*\***
        U.S. District Court, Central District of California
        October, 2021 (Deposition)
        --For Plaintiffs

17.     **RBG Plastic LLC v. The Webstaurant Store \*\***
        U.S. District Court, Northern District of Illinois
        October, 2021 (Deposition)
        --For Defendants

18. **CFPB v. Progrexion Marketing, Inc et.al.**
    U.S. District Court, District of Utah
    December, 2021 (Deposition)
    --For Defendants

19. **Custom Officials Wear LLC v. Score 451 Sports LLC**
    Jefferson County (KY) Circuit Court
    February 2022 (Deposition)
    --For Defendants

20. **Ripple Analytics v. People Center, Inc.\*\***
    U.S. District Court, Eastern District of New York
    March 2022 (Deposition)
    --For Plaintiff

21. **Toxin Free USA v. J.M. Smucker Company \*\***
    Superior Court of the District of Columbia
    April 2022 (Deposition)
    --For Plaintiff

22. **Sarah Hogan, et at v. Ulta Salon, Cosmetics & Fragrance, Inc**
    Supreme Court of the State of New York
    May 2022 (Deposition)
    --For Defendant

23. **Diana Ismailyan, et al v. Apple, Inc \*\***
    Superior Court for State of California, County of Los Angeles
    May 2022 (Deposition)
    --For Plaintiffs

24. **Weems Industries v. Teknor Apex Company \*\***
    U.S. District Court for Northern District of Iowa – Eastern Division
    May 2022 (Deposition)
    --For Defendant

25. **Holly Blaine Vanzant, et. al., v. Hill's Pet Nutrition, Inc. and Petsmart, Inc.**
    U.S. District Court, Northern District of Illinois
    November 2022 (Deposition)
    --For Plaintiffs

26. **Cielo Gibson, et. al., v. RSB Holdings, LLC D/B/A Capital Cabaret \*\***
    U.S. District Court, Northern District of North Carolina
    December 2022 (Deposition)
    --For Plaintiffs

27. **Smoothie King Franchises v. Best Smoothie, Inc\*\***
U.S. District Court for Northern District of Georgia
January 2023 (Deposition)
--For Defendants

28. **Forest River, Inc. v. InTech Trailers, Inc.**
U.S. District Northern District of Indiana
February 2023 (Deposition)
--For Defendants

29. **Rachford v. Orange Lantern, Inc. \*\***
U.S. District Court for Massachusetts – Boston Division
February 2023 (Deposition)
--For Plaintiffs

30. **Nike, Inc. v. Customs by Ilene, Inc., et al**
U.S. District Court, Central District of California
May 2023 (Deposition)
--For Defendants

31. **Tamara Moore, et. al. v. Mars Petcare US, Hills Pet Nutrition, Inc and Royal Canin, USA**
U.S. District Court for the Northern District of California
May 2023 (Deposition)
--For Plaintiffs

32. **Mobile Emergency Housing Corp. et. al. v. HP Inc. d/b/a HP Computing and Printing, Inc. \*\***
U.S. District Court for the Northern District of California
August 2023 (Deposition)
--For Plaintiffs

33. **Hawaii Foodservice Alliance, LLC v. Meadow Gold Dairies, Hawaii, LLC et. al. \*\***
U.S. District Court for the District of Hawaii
August 2023 (Deposition)
--For Plaintiffs

34. **Weems Industries v. Teknor Apex Company \*\***
U.S. District Court for the Northern District of Iowa – Eastern Division
September 2023 (Trial)
--For Defendant

35. **Lopez v. Meyers' GM Enterprises et. al. dba Cajun Club\*\***
U.S. District Court for the Western District of Wisconsin
September 2023 (Trial)
--For Plaintiffs

36. **Brooke Johnson et al. v. J.P. Parking, Inc. d/b/a Beach Girls\*\***
U.S. District Court for the Southern District of Iowa
October 2023 (Deposition)
--For Plaintiffs

37. **Antonio McKinney et.al. v. Corsair Gaming, Inc. \*\***
U.S. District Court, Northern District of California
January 2024 (Deposition)
--For Plaintiffs

\*\* Surveys

# EXHIBIT C

**MIDWEST GOODS V. BREEZE SMOKE**

**Materials Considered**

1. Complaint (Dkt. # 1)
2. Defendant/Counterclaim Plaintiff Breeze Smoke's First Amended Answer and Counterclaims (Dkt. # 37)
3. Breeze vape/pen and package images included in my report and/or Surveys 1 and 2
4. North vape/pen and package images included in my report and/or Surveys 1 and 2
5. Other brands of vape/pen and package images included in my report and/or Surveys 1 and 2
6. Midwest Vape Pen Final Data Report (study 1)
7. Package Survey Data Report (study 2)
8. Vape Excel 1X (study 1)
9. Vape Package Excel 2X (study 2)
10. Any other materials identified or cited in my report or the Exhibits thereto.

# EXHIBIT D

Tools ⌄    Saved Dec 6, 2023 at 10:13 AM    Published          🔍    Preview    Publish

Vape-1X

▾    Default Question Block

**Q1**

Thank you for taking this short survey.  If you're not sure of an answer, please indicate "Don't know/Not sure."  Please don't gue

------------------------------------------------ Page Break ------------------------------------------------

**Q2**

▾    Skip to

End of Survey  if  Other (specify)  Is Selected

What type of device are you using to answer this survey?

○ PC or laptop
○ Tablet
○ Smart phone
○ Other (specify)

------------------------------------------------ Page Break ------------------------------------------------

**Q3**

▾    Skip to

End of Survey  if  An advertising or public re...  Is Selected

▾    Skip to

End of Survey  if  A marketing research company  Is Selected

▾    Skip to

End of Survey  if  An advertising or public re...  Is Selected

Do you or does any member of your household work for or in...

☐ An advertising or public relations firm
☐ A law firm
☐ A marketing research company
☐ A company that makes/sell/distributes office equipment
☐ A retail store selling electronic cigarettes/vapes or supplies
☐ A new or used car/truck dealership
☐ None of the above

------------------------------------------------ Page Break ------------------------------------------------

Q4

▼ Skip to

End of Survey if Under 21 Is Selected

Age?

○ Under 21

○ 21 - 29

○ 30-39

○ 40-49

○ 50-59

○ 60 or older

-------------------------------------------------- Page Break --------------------------------------------------

Q5

▼ Skip to

End of Survey if Yes Is Not Selected

Before continuing with the survey, please read these instructions.
-Take the survey in one session.
-While taking the survey, do not at any time open any other windows or access any other written or electronic sources or materi
-While taking the survey, do not consult with or talk to anyone, whether in person, through social media, or otherwise.

Do you agree to abide by these instructions?

○ Yes

○ No

○ Don't know

-------------------------------------------------- Page Break --------------------------------------------------

Q6

Check to show you're not a robot.

□ I'm not a robot    reCAPTCHA
                     Privacy - Terms

-------------------------------------------------- Page Break --------------------------------------------------

Q7    50 States, D.C. and Puerto Rico

In which state do you currently reside?

| Alabama ⌄ |
|---|

-------------------------------------------------- Page Break --------------------------------------------------

Q8

▼ Skip to

End of Survey if Vaped using a disposable e-... Is Not Selected

Which of the following, if any, have you done in the past two months? [CHECK ALL THAT APPLY]

☐ Smoked 10 or more cigarettes

☐ Vaped using a disposable e-cigarette/vape

☐ Consumed six or more cans/bottles of a craft beer

☐ Smoked marijuana

☐ Drank four or more glasses of a red wine

☐ None of the above

-------------------------------------------------- Page Break --------------------------------------------------

Q9

Where do you buy your disposable e-cigarettes/vapes?

○ Retail store (convenience store, gas station) only

○ On-line only

○ Both on-line and retail stores

○ Other (specify)

Add Block

▼ Package block - TEST

Q10

On the next page is the image of package containing a disposable e-cigarette/vape. Please review it as you would if you were buying it for yourself.

-------------------------------------------------- Page Break --------------------------------------------------

Q11

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q12



------------------------------------------------ Page Break ------------------------------------------------

Q13

On the next page are images of packages of other e-cigarettes/vapes.  Please review them as you would if you were buying a d

------------------------------------------------ Page Break ------------------------------------------------

Q14



A    B    C

D    E

Q15

▼  Skip to

Here are the vape packages again.  if  Yes  Is Not Selected

Do you think any of the vapes above came from the <u>same maker or company</u> as the e-cigarette/vape I first showed you?

○ Yes

○ No

○ Don't know/Not sure

---------------------------------------------------------------------------------- Page Break ----------------------------------------------------------------------------------

Q16

Which vape or vapes came from the <u>same maker or company</u> as the company that makes the e-cigarette/vape I first showed yo
<u>Feel free to review the images below before answering.</u>

☐ A

☐ B

☐ C

☐ D

☐ E

Q17



A      B      C

D      E

-------------------------------------------------- Page Break --------------------------------------------------

Q18

Why do you say that? [PLEASE SPECIFY]

-------------------------------------------------- Page Break --------------------------------------------------

Q19

Skip destination

Here are the vape packages again.

A                    B                    C

D          E

Q20

▼     Skip to

End of Block if Yes Is Not Selected

Do you think any of the vapes above came from a company <u>associated with or affiliated with the company</u> that makes the e-cig

○ Yes

○ No

○ Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q21

Which vape or vapes came from a company <u>associated with or affiliated with the company</u> that makes the e-cigarette/vape I firs APPLY] -- <u>Feel free to review the images below before answering.</u>

☐ A

☐ B

☐ C

☐ D

☐ E

Q22



A          B          C

D          E

---------------------------------------- Page Break ----------------------------------------

Q23

Why do you say that? [PLEASE SPECIFY]

Add Block

Package Block - CONTROL

Q24

On the next page is the image of package containing a disposable e-cigarette/vape.  Please review it as you would if you were t
yourself.

---------------------------------------- Page Break ----------------------------------------

Q25

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q26



-------------------------------------------- Page Break --------------------------------------------

Q27

On the next page are images of packages of other e-cigarettes/vapes.  Please review them as you would if you were buying a d

-------------------------------------------- Page Break --------------------------------------------

Q28



Q29

▼    Skip to

Here are the vape packages again.  if  Yes  Is Not Selected

Do you think any of the vapes above came from the _same maker or company_ as the e-cigarette/vape I first showed you?

○  Yes

○  No

○  Don't know/Not sure

-------------------------------------------------------------- Page Break --------------------------------------------------------------

Q30

Which vape or vapes came from the _same maker or company_ as the company that makes the e-cigarette/vape I first showed yo
to review the images below before answering.

☐  A

☐  B

☐  C

☐  D

☐  E

Q31



A        B        C

D        E

------------------------------------ Page Break ------------------------------------

Q32

Why do you say that? [PLEASE SPECIFY]

------------------------------------ Page Break ------------------------------------

Q33

Skip destination

Here are the vape packages again.

Q34

Skip to

End of Block if Yes Is Not Selected

Do you think any of the vapes above came from a company associated with or affiliated with the company that makes the e-cig.

○ Yes

○ No

○ Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q35

Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I firs APPLY] Feel free to review the images below before answering.

☐ A

☐ B

☐ C

☐ D

☐ E

Q36



--------------------------------------------------- Page Break ---------------------------------------------------

Q37

Why do you say that? [PLEASE SPECIFY]

Add Block

Pen Block - Test

Q38

On the next page is the image of a disposable e-cigarette/vape.  Please review it as you would if you were buying a disposable

--------------------------------------------------- Page Break ---------------------------------------------------

Q39

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q40



------- Page Break ---------

Q41

On the next page are images of other e-cigarettes/vapes. Please review them as you would if you were buying a disposable e-c

------- Page Break ---------

Q42



Q43

▼   Skip to

Here are the images of the vapes again.  if  Yes  Is Not Selected

Do you think any of the vapes above came from the <u>same maker or company</u> as the e-cigarette/vape I first showed you?

○  Yes

○  No

○  Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q44

Which vape or vapes came from the <u>same maker or company</u> as the company that makes the e-cigarette/vape I first showed yo <u>Feel free to review the images before answering.</u>

☐  A

☐  B

☐  C

☐  D

☐  E

Q45



A          B          C

D          E

------------------------------------------- Page Break -------------------------------------------

Q46

Why do you say that? [PLEASE SPECIFY]

------------------------------------------- Page Break -------------------------------------------

Q47

Skip destination

Here are the images of the vapes again.



Q48

▼     **Skip to**

End of Block   if   Yes   Is Not Selected

Do you think any of the vapes above came from a company <u>associated with or affiliated with the company</u> that makes the e-cig

○ Yes

○ No

○ Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q49

Which vape or vapes came from a company<u> associated with or affiliated with the company</u> that makes the e-cigarette/vape I firs APPLY] <u>Feel free to review the images below before anwering.</u>

☐ A

☐ B

☐ C

☐ D

☐ E

Q50



A    B    C

D    E

-------- Page Break --------

Q51

Why do you say that? [PLEASE SPECIFY]

Add Block

Pen Block - Control

Q52

On the next page is the image of a disposable e-cigarette/vape.  Please review it as you would if you were buying a disposable

-------- Page Break --------

Q53

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q54



----------------------------------------------------------------- Page Break -----------------------------------------------------------------

Q55

On the next page are images of other e-cigarettes/vapes.  Please review them as you would if you were buying a disposable e-c

----------------------------------------------------------------- Page Break -----------------------------------------------------------------

Q56



A       B       C

D       E

Q57

▾     Skip to

Here the images of the vapes again.  if  Yes  Is Not Selected

Do you think any of the vapes above came from the <u>same maker or company</u> as the e-cigarette/vape I showed you?

○  Yes

○  No

○  Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q58

Which vape or vapes came from the<u> same maker or company</u> as the company that makes the e-cigarette/vape I first showed yo
<u>Feel free to review the images before answering</u>.

☐  A

☐  B

☐  C

☐  D

☐  E

Q59



A        B        C

D        E

------------------------------------------------------- Page Break -------------------------------------------------------

Q60

Why do you say that? [PLEASE SPECIFY]

------------------------------------------------------- Page Break -------------------------------------------------------

Q61

Skip destination

Here the images of the vapes again.

A     B     C

D     E

Q62

Skip to

End of Block if Yes Is Not Selected

Do you think any of the vapes above came from a company associated with or affiliated with the company that makes the e-cig

○ Yes

○ No

○ Don't know/Not sure

------------------------------------------------ Page Break ------------------------------------------------

Q63

Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I firs APPLY] Feel free to review the images below before answering.

☐ A

☐ B

☐ C

☐ D

☐ E

Q64



A              B              C

D            E

-------- Page Break --------

Q65

Why do you say that? [PLEASE SPECIFY]

Add Block

Demographics

Q66

Gender?

○ Male

○ Female

-------- Page Break --------

Q67

Education?

○ High school or less

○ Some college/technical school

○ 2-Yr College degree

○ 4-Yr College degree

○ Graduate school/degree

-------------------------------------------------- Page Break --------------------------------------------------

Add Block

End of Survey

*(Respondents will be redirected to https://supply.audience-align.com/newdesign/site/audiencealign/surveyresult.php?projectid=Q2253-C&TMark*

# EXHIBIT E

Tools ∨    Saved Dec 14, 2023 at 2:45 PM    Published

🔍    Preview    Publish

## Vape Package 2X

💡 ExpertReview

▼    Default Question Block

**Q1**

Thank you for taking this short survey.  If you're not sure of an answer, please indicate "Don't know/Not sure." _Please don't gue_

-------- Page Break --------

**Q2**                                                                                                      ✱

▼    Skip to

End of Survey  if  Other (specify)  Is Selected

What type of device are you using to answer this survey?

○  PC or laptop
○  Tablet
○  Smart phone
○  Other (specify)

-------- Page Break --------

**Q3**                                                                                              ✱  ⤨

▼    Skip to

End of Survey  if  A retail store selling elec...  Is Selected

Do you or does any member of your household work for or in...

☐  An advertising or public relations firm
☐  A law firm
☐  A marketing research company
☐  A company that makes/sell/distributes office equipment
☐  A retail store selling electronic cigarettes/vapes or supplies
☐  A new or used car/truck dealership
☐  None of the above

-------- Page Break --------

Q4

▼      Skip to

End of Survey  if  Under 21  Is Selected

Age?

○  Under 21

○  21 - 29

○  30-39

○  40-49

○  50-59

○  60 or older

-------------------------------------------------- Page Break --------------------------------------------------

Q5

▼      Skip to

End of Survey  if  Yes  Is Not Selected

Before continuing with the survey, please read these instructions.
-Take the survey in one session.
-While taking the survey, do not at any time open any other windows or access any other written or electronic sources or materials.
-While taking the survey, do not consult with or talk to anyone, whether in person, through social media, or otherwise.

Do you agree to abide by these instructions?

○  Yes

○  No

○  Don't know

-------------------------------------------------- Page Break --------------------------------------------------

Q6

Check to show you're not a robot.

☐  I'm not a robot      reCAPTCHA
                        Privacy - Terms

-------------------------------------------------- Page Break --------------------------------------------------

Q7   50 States, D.C. and Puerto Rico

In which state do you currently reside?

Alabama                          ▼

-------------------------------------------------- Page Break --------------------------------------------------

Q8

▼     Skip to

End of Survey  if  Vaped using a disposable e-...  Is Not Selected

Which of the following, if any, have you done in the past two months? [CHECK ALL THAT APPLY]

☐ Smoked 10 or more cigarettes

☐ Vaped using a disposable e-cigarette/vape

☐ Consumed six or more cans/bottles of a craft beer

☐ Smoked marijuana

☐ Drank four or more glasses of a red wine

☐ None of the above

------------------------------------------------ Page Break ------------------------------------------------

Q9

Where do you buy your disposable e-cigarettes/vapes?

○ Retail store (convenience store, gas station) only

○ On-line only

○ Both on-line and retail stores

○ Other (specify)

Import from library     Add ne

**Add Block**

▼   Package block - TEST

Q10

On the next page are images of packages of e-cigarettes/vapes. Please review them as you would if you were buying a disposable e-cigarette/vape for yourself.

------------------------------------------------ Page Break ------------------------------------------------

Q11

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q12



A      B      C

D      E      F

Q13      *

▼   Skip to

End of Block if Yes Is Not Selected

Do you think any of the vapes above came from the <u>same maker or company or an associated or affiliated company?</u>

○ Yes

○ No

○ Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q14

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q15

Which vapes came from the <u>same maker or company or an affiliated or associated company?</u> [CHECK ALL THAT APPLY] <u>Feel free to review the images below before answering.</u>

☐ A

☐ B

☐ C

☐ D

☐ E

☐ F

Q16

A      B      C

D      E      F

-------- Page Break --------

Q17

Why do you say that? [PLEASE SPECIFY]

[                                    ]

Import from library     Add new

Add Block

Package Block - CONTROL

Q18

On the next page are images of packages of e-cigarettes/vapes. Please review them as you would if you were buying a disposable e-cigarette/vape for yourself.

---------------------------------------------------------------- Page Break ----------------------------------------------------------------

Q19

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q20





A  B  C





D  E  F

Q21

*

▾   Skip to

End of Block  if  Yes  Is Not Selected

Do you think any of the vapes above came from the _same maker or company or an affiliated or an associated company_?

○ Yes

○ No

○ Don't know/Not sure

-------------------------------------------------- Page Break --------------------------------------------------

Q22

This question lets you record and manage how long a participant spends on this page. This question will not be displayed to the participant.

Q23

*

Which vapes came from the _same maker or company or an affiliated or associated company_? [CHECK ALL THAT APPLY]. _Feel free to review the images below before answering._

☐ A

☐ B

☐ C

☐ D

☐ E

☐ F

Q24



A          B          C

D          E          F

-------------------------------------------------- Page Break --------------------------------------------------

Q25                                                                                                    ✱

Why do you say that? [PLEASE SPECIFY]

Import from library          Add ne

Add Block

Demographics

Q26                                                                                                    ✱

Gender?

○ Male

○ Female

-------------------------------------------------- Page Break --------------------------------------------------

Q27

Education?

○ High school or less

○ Some college/technical school

○ 2-Yr College degree

○ 4-Yr College degree

○ Graduate school/degree

-------------------- Page Break --------------------

⬛ Import from library        Add ne

Add Block

End of Survey

*(Respondents will be redirected to https://prescan.audience-align.com/survey/thankyou?status=7126212329&uid=${e://Field/id})*

Case: 1:23-cv-05406 Document #: 66-3 Filed: 02/02/24 Page 77 of 125 PageID #:2749

# EXHIBIT F

# Midwest Vape Data Summary Report

*Vape-1X*

**November 30th 2023, 10:00 am EST**

## Q2 - What type of device are you using to answer this survey?

| # | Answer | % | Count |
|---|---|---|---|
| 1 | PC or laptop | 18.88% | 222 |
| 2 | Tablet | 5.53% | 65 |
| 3 | Smart phone | 75.00% | 882 |
| 4 | Other (specify) | 0.60% | 7 |
| | Total | 100% | 1176 |

## Q3 - Do you or does any member of your household work for or in...

| # | Answer | % | Count |
|---|---|---|---|
| 1 | An advertising or public relations firm | 2.35% | 29 |
| 2 | A law firm | 1.54% | 19 |
| 3 | A marketing research company | 2.02% | 25 |
| 4 | A company that makes/sell/distributes office equipment | 2.27% | 28 |
| 5 | A retail store selling electronic cigarettes/vapes or supplies | 4.77% | 59 |
| 6 | A new or used car/truck dealership | 3.24% | 40 |
| 7 | None of the above | 83.82% | 1036 |
| | Total | 100% | 1236 |

**Q4 - Age?**

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | Under 21 | 0.18% | 2 |
| 2 | 21 - 29 | 10.39% | 116 |
| 3 | 30-39 | 27.15% | 303 |
| 4 | 40-49 | 26.25% | 293 |
| 5 | 50-59 | 17.29% | 193 |
| 6 | 60 or older | 18.73% | 209 |
| | Total | 100% | 1116 |

**Q5 - Before continuing with the survey, please read these instructions.  -Take the survey in one session.  -While taking the survey, do not at any time open any other windows or access any other written or electronic sources or materials.  -While taking the survey, do not consult with or talk to anyone, whether in person, through social media, or otherwise.   Do you agree to abide by these instructions?**

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | Yes | 98.20% | 1091 |
| 2 | No | 1.35% | 15 |
| 3 | Don't know | 0.45% | 5 |
| | Total | 100% | 1111 |

## Q7 - 50 States, D.C. and Puerto Rico

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | Alabama | 1.86% | 20 |
| 2 | Alaska | 0.19% | 2 |
| 3 | Arizona | 1.86% | 20 |
| 4 | Arkansas | 1.30% | 14 |
| 5 | California | 5.49% | 59 |
| 6 | Colorado | 1.12% | 12 |
| 7 | Connecticut | 0.47% | 5 |
| 8 | Delaware | 0.56% | 6 |
| 9 | District of Columbia | 0.56% | 6 |
| 10 | Florida | 7.91% | 85 |
| 11 | Georgia | 4.19% | 45 |
| 12 | Hawaii | 0.37% | 4 |
| 13 | Idaho | 0.28% | 3 |
| 14 | Illinois | 4.19% | 45 |
| 15 | Indiana | 2.60% | 28 |
| 16 | Iowa | 0.93% | 10 |
| 17 | Kansas | 0.84% | 9 |
| 18 | Kentucky | 3.63% | 39 |
| 19 | Louisiana | 1.40% | 15 |
| 20 | Maine | 0.28% | 3 |
| 21 | Maryland | 1.58% | 17 |
| 22 | Massachusetts | 1.30% | 14 |
| 23 | Michigan | 3.26% | 35 |
| 24 | Minnesota | 1.30% | 14 |
| 25 | Mississippi | 0.84% | 9 |
| 26 | Missouri | 2.23% | 24 |
| 27 | Montana | 0.28% | 3 |
| 28 | Nebraska | 0.28% | 3 |

| 29 | | Nevada | 0.93% | 10 |
|---|---|---|---|---|
| 30 | | New Hampshire | 0.37% | 4 |
| 31 | | New Jersey | 1.86% | 20 |
| 32 | | New Mexico | 0.28% | 3 |
| 33 | | New York | 8.74% | 94 |
| 34 | | North Carolina | 3.16% | 34 |
| 35 | | North Dakota | 0.09% | 1 |
| 36 | | Ohio | 5.30% | 57 |
| 37 | | Oklahoma | 1.77% | 19 |
| 38 | | Oregon | 1.02% | 11 |
| 39 | | Pennsylvania | 4.28% | 46 |
| 40 | | Puerto Rico | 0.00% | 0 |
| 41 | | Rhode Island | 0.37% | 4 |
| 42 | | South Carolina | 2.05% | 22 |
| 43 | | South Dakota | 0.00% | 0 |
| 44 | | Tennessee | 2.88% | 31 |
| 45 | | Texas | 8.37% | 90 |
| 46 | | Utah | 0.09% | 1 |
| 47 | | Vermont | 0.19% | 2 |
| 48 | | Virginia | 2.42% | 26 |
| 49 | | Washington | 1.30% | 14 |
| 50 | | West Virginia | 1.30% | 14 |
| 51 | | Wisconsin | 2.14% | 23 |
| 52 | | Wyoming | 0.00% | 0 |
| 53 | | I do not reside in the United States | 0.00% | 0 |
| | | Total | 100% | 1075 |

## Q8 - Which of the following, if any, have you done in the past two months?  [CHECK ALL THAT APPLY]

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Smoked 10 or more cigarettes | 32.03% | 767 |
| 2 | Vaped using a disposable e-cigarette/vape | 18.54% | 444 |
| 3 | Consumed six or more cans/bottles of a craft beer | 14.86% | 356 |
| 4 | Smoked marijuana | 18.20% | 436 |
| 5 | Drank four or more glasses of a red wine | 12.90% | 309 |
| 6 | None of the above | 3.47% | 83 |
| | Total | 100% | 2395 |

## Q9 - Where do you buy your disposable e-cigarettes/vapes?

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Retail store (convenience store, gas station) only | 60.95% | 270 |
| 2 | On-line only | 3.84% | 17 |
| 3 | Both on-line and retail stores | 31.15% | 138 |
| 4 | Other (specify) | 4.06% | 18 |
| | Total | 100% | 443 |

## Q15_4_TEXT - Other (specify)

| Other (specify) - Text |
|---|
| Vape shop |
| Vape store |
| Smoke shop |
| Tobacco store |
| Smoke shop |
| Vape store |
| Smoke shop |

vape shop

Tobacco store

Vape shop

Retail store only

Smoke shop

vape store

I borrow and smoke from other people's vapes

Vape/tobacco store

Reservation

**Q11 – Timing  PACKAGE -- TEST**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.00 | 12.21 | 2.64 | 2.37 | 5.62 | 110 |
| 2 | Timing - Last Click | 0.00 | 27.68 | 5.23 | 4.55 | 20.74 | 110 |
| 3 | Timing - Page Submit | 5.77 | 46.58 | 9.78 | 5.79 | 33.52 | 110 |
| 4 | Timing - Click Count | 0.00 | 24.00 | 2.95 | 3.45 | 11.92 | 110 |

**Q15 - Do you think any of the vapes above came from the same maker or company as the e-cigarette/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 49.09% | 54 |
| 2 | No | 30.91% | 34 |
| 3 | Don't know/Not sure | 20.00% | 22 |
|  | Total | 100% | 110 |

**Q16 - Which vape or vapes came from the same maker or company as the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY]  Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 14.58% | 14 |
| 2 | B | 16.67% | 16 |
| 3 | C | 22.92% | 22 |
| 4 | D | 20.83% | 20 |
| 5 | E | 25.00% | 24 |
|  | Total | 100% | 96 |

## Q18 - Why do you say that? [PLEASE SPECIFY]

| Why do you say that? [PLEASE SPECIFY] |
| --- |
| Because of the flavor |
| Nice |
| They resemble each other |
| They look the same |
| Personal preference |
| Just because its true |
| It looks similar |
| Looks like it |
| Same company that makes them |
| Packaging seems simular |
| They have the same look |
| The packaging looks really similar to the other one I saw. |
| Not sure they just look similar |
| Look similar and package compares |
| Good how |
| None but |
| It's cool |
| The similarities in the packaging, as well as the build of the vape. |
| These companies are so big and have so many products it's very likely a few are from the same |
| similar casing similar style |
| Packaging looks similar |
| The flavors offered |
| Look alike |
| the flavor |
| The box |
| Simpilar packaging |
| The package and description are similar. |

Because it's very nice

Packaging

Packaging looks the same

Looks like the same packaging

Looks alike

They all have the same mouth piece

They look like the same

The packaging looks similar

Packing looked similar

Color

Because I patronize it

I have knowledge and I even interested about those one

Same shape

The packaging

More appealing

The brand looks the same

Bc they are the same structures

Box and flavor seems similar to me

It has a similar generic style to it. Often you'll see similar templates used by the same companies.

These look good for my girlfriend to use.

Same package

The shape of the product looked similar.

The style of the packaging is very similar

package looks very similar

I am very happy

Good quality

The packaging looks very similar

**Q20 - Do you think any of the vapes above came from a company associated with or affiliated with the company that makes the e-cigarettes/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 70.91% | 78 |
| 2 | No | 19.09% | 21 |
| 3 | Don't know/Not sure | 10.00% | 11 |
| | Total | 100% | 110 |

**Q21 - Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY] -- Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 14.97% | 22 |
| 2 | B | 14.29% | 21 |
| 3 | C | 29.25% | 43 |
| 4 | D | 21.77% | 32 |
| 5 | E | 19.73% | 29 |
| | Total | 100% | 147 |

**Q23 - Why do you say that? [PLEASE SPECIFY]**

| Why do you say that? [PLEASE SPECIFY] |
|---|
| Because looks better |
| Because of the color |
| Move |
| I thought they were from the same maker because of the names |
| Similar labeling |
| Because it has similar packages |
| No reason in particular |
| Wouldn't they all come from one? |

It looked similar

Design of the vape products

They look the same

Brand preferences

They're similar in appearance

Just because its true

Looks similar

They sound similar to each other

They look similar

packaging looked similar

Packaging

It looks like it

All look the same

Again, packaging looks simular

They have the same look

The packaging looks really similar to the first one.

Similar products

Looks the same

similar packaging

None

It's nice

The similarities in the design of the box, and the build of the vapes.

Kind of a guess to be honest

similarities

The packaging  looks similar

Package looks similar

Package kinda similar

Similar packaging

They have writing on the package

They look alike

the flavors

The box

It looks similar in the package and descriptions but has a different name

They look similar in style

Because it's very nice

Looks like the brand

Packaging and package colors

guessing

Packaging looks the same

Look alike

Vapes are all the same really

They look alike

They both have candy flavors.

They all share similar mouth pieces

They look like their the same

The packaging looks similar

The packaging looks similar

Packing looks similar

Colors

Because it's so great and amazing for me

Packaging looks similar

As I said it early I sometimes use to know more about both through social media or brand websites

Because of the shape of the vape

Same shape

The packaging

Same mouth shape

More appealing

They look similar to the first product.

I like this color for my girlfriend.

Name and package match.

They have a similar product design and packaging.

Because i have seen it advert recently and I am not going for it is very hard

The shape seemed similar to me.

The style of packaging are similar

they all look very similar

I am very happy

It's because of the brand uniqueness and Ingredients used

Nothing is wrong

Again the packaging looked very similar

Looks like the same

**Q25 – Timing PACKAGE -- CONTROL**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.00 | 42.48 | 3.37 | 4.76 | 22.64 | 112 |
| 2 | Timing - Last Click | 0.00 | 216.32 | 7.42 | 20.53 | 421.66 | 112 |
| 3 | Timing - Page Submit | 5.70 | 217.55 | 12.00 | 21.14 | 447.02 | 112 |
| 4 | Timing - Click Count | 0.00 | 12.00 | 2.71 | 2.32 | 5.36 | 112 |

**Q29 - Do you think any of the vapes above came from the same maker or company as the e-cigarette/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 46.85% | 52 |
| 2 | No | 33.33% | 37 |
| 3 | Don't know/Not sure | 19.82% | 22 |
| | Total | 100% | 111 |

**Q30 - Which vape or vapes came from the same maker or company as the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY] Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 16.13% | 15 |
| 2 | B | 13.98% | 13 |
| 3 | C | 20.43% | 19 |
| 4 | D | 25.81% | 24 |
| 5 | E | 23.66% | 22 |
| | Total | 100% | 93 |

## Q32 - Why do you say that? [PLEASE SPECIFY]

| Why do you say that? [PLEASE SPECIFY] |
| --- |
| Because they the same type of product |
| The packaging is similar |
| They look very similar |
| i think it was an good flover |
| The name iand packaging look similar to me |
| The tasting |
| Look similar |
| Looks the same |
| Because they look similar |
| Looks the same |
| I like the color |
| It's similar design |
| Same packaging jusr diferent literature |
| Because of the packaging |
| Packaging |
| They look alike |
| They are listed on the ad |
| The look is very similar |
| Look similar |
| Even if you don't want to go and get it again that is a good idea to get a |
| Na |
| It looks similar |
| Vapes and packaging and labels all look similar. |
| Package and shape |
| Same kind of packing and shape of vape |
| Just wanted you to come by and take a talk with her about it and see if it works best for you and your team for a bit but I don't know what you are talking about the same thing as you know that we are not going on |

The packaging looks a lot

Because it looks like the same logo.

They are very similar

The look similar

They look like them exactly

I think they have a similar look to them

My child grabbed my phone out of my hand before I could see the second one

easy catching product

it's cool

Because of the mouth peice design

Just a guess

Very interested

Because it is more important

Smooth taste and flavor

The product description and information on the packaging looks same

Good and nice

Greatness

Amazing amsom

Made by breeze

Better taste

The packaging and the design of the product

Scan code looked the same.

They seem similar

They look like they were maybe made by the same manufacturer

Liked it

Similar packaging

**Q34 - Do you think any of the vapes above came from a company associated with or affiliated with the company that makes the e-cigarettes/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 55.86% | 62 |
| 2 | No | 20.72% | 23 |
| 3 | Don't know/Not sure | 23.42% | 26 |
| | Total | 100% | 111 |

**Q35 - Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY] Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 18.49% | 22 |
| 2 | B | 16.81% | 20 |
| 3 | C | 22.69% | 27 |
| 4 | D | 20.17% | 24 |
| 5 | E | 21.85% | 26 |
| | Total | 100% | 119 |

**Q37 - Why do you say that? [PLEASE SPECIFY]**

| Why do you say that? [PLEASE SPECIFY] |
|---|
| It has the same feel of the others |
| It is good |
| Because the package looks similar. |
| The plastic case and the warning labels are substantially the same |
| It is a great value |
| Packaging |
| it was a nice brand people love the brand so much and i also love it so i say that it was a good brand |

Flavors

I like the colors

They look alike

They look the same

Packaging and flavor appearance

Packaging looks similar

They look similar

The packaging is similar. Even though the brand names are different, i think they manufactured by a similar company.

Same type vape/ package

They are the same pretty much

They are listed and discribed

Same type of packaging

Look similar

It is looked same

They look the same

Ready to go and get it again that is a good idea to get a good idea to get a good idea to get a good idea to

Na

They look similar

Same shape

Because of the colors

Just let me know when you're on your own and then I will be able to make it in today but I don't know what to do with it but it is a good thing I will be in touch soon to be after I

Just looked similar

From the packaging

Because the package and logo looks the same.

They are very similar

they look similar

They look very similar

The package seems similar

They're the exact same

You have me so confused because it keeps asking me the same question over and over again—- I didn't see because the photo disappeared too soon for me to see so I'm guessing

| |
|---|
| easy process |
| it's the best |
| Again, the mouth peice design |
| Again I think the package is familiar |
| Very interested |
| Because it is a very nice |
| Bubbly package, just seems similar |
| There designs looks similar |
| Light tasting flavor |
| Disposable vape packaged within |
| Good and nice |
| Greatness |
| Amazing amsom |
| they look similar |
| Better |
| The packaging looks similar |
| The products look like they come from the same company maker and as they package seems similar. |
| look similar |
| Package look very similar. |
| Just my best guess because they look like they were made by the same manufacturer |
| Just looks familiar with the e-cigarette |
| Liked it |
| Packaging is similar, and vape size is similar |

**Q39 – Timing PEN -- TEST**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.00 | 11.41 | 2.60 | 2.24 | 5.00 | 110 |
| 2 | Timing - Last Click | 0.00 | 24.81 | 4.81 | 3.57 | 12.78 | 110 |
| 3 | Timing - Page Submit | 5.69 | 176.51 | 9.99 | 16.33 | 266.83 | 110 |
| 4 | Timing - Click Count | 0.00 | 14.00 | 2.76 | 2.67 | 7.13 | 110 |

**Q43 - Do you think any of the vapes above came from the same maker or company as the e-cigarette/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 55.45% | 61 |
| 2 | No | 26.36% | 29 |
| 3 | Don't know/Not sure | 18.18% | 20 |
| | Total | 100% | 110 |

**Q44 - Which vape or vapes came from the same maker or company as the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY]  Feel free to review the images before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 15.04% | 17 |
| 2 | B | 22.12% | 25 |
| 3 | C | 32.74% | 37 |
| 4 | D | 15.93% | 18 |
| 5 | E | 14.16% | 16 |
| | Total | 100% | 113 |

## Q46 - Why do you say that? [PLEASE SPECIFY]

Why do you say that? [PLEASE SPECIFY]

Just the style they look very similar

They look very similar and like they are the same

It's a very good unique and reliable source and brand

They are almost identical

I just think so

The shape looks the same

I think they are

Same design

Shape

I get real curious

Same shape

It looks very simular.

They have similar shapes and design

Because it's just a different mechanism all together

Its very good

It looks the best

The images look the sane

Looks of the container

great design

Same shape sort of

you too baby girl I love you too

Good looking

They look the same

Well it's okay but cool and do what I know

I was not paying attention

Looks similar

Looks similar

Same shape

Same color and have bought before

The The Big Bang Theory is the first one that comes out in a couple years

They look similar

Looks

They look relatively similar

They looksimilar

They look similar in styles

I use the breeze and its the exact same shape

Looked similar

Choice

The vapes all look similar

Thwir flavors and brands

Look similar

Looks similar

The design of the cape

It looks similar

I am not sure

It's portable

The lettering and design are similar.

The shape and size of the vapes are extremely similar and look like they would be made by the same company

Just seems like it

Just the shape of it and the font on it kinda gave it away.

It has same brand color

I'm not sure I just feel they are similar

Same shape

They look similar

The letering

Not sure

a less harmful alternative

Great design fit all's

| Look alike |
|---|
| They all look the same |
| looks similar |

**Q48 - Do you think any of the vapes above came from a company associated with or affiliated with the company that makes the e-cigarettes/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 59.63% | 65 |
| 2 | No | 17.43% | 19 |
| 3 | Don't know/Not sure | 22.94% | 25 |
| | Total | 100% | 109 |

**Q49 - Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY] Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 15.70% | 19 |
| 2 | B | 19.01% | 23 |
| 3 | C | 36.36% | 44 |
| 4 | D | 13.22% | 16 |
| 5 | E | 15.70% | 19 |
| | Total | 100% | 121 |

## Q51 - Why do you say that? [PLEASE SPECIFY]

| Why do you say that? [PLEASE SPECIFY] |
| --- |
| Looks similar as well |
| I think they look very similar and alike in ways |
| It's a very good unique and reliable source and brand |
| It looks like it |
| The styling of the vape looks similar to the first one in coloration and font choice |
| It looks the same |
| the shape looks the same |
| It seems like it |
| Same style |
| Shape |
| Mostly shape |
| Looks familiar |
| Looks like the same brand but not totally sure. |
| They have a similar design and color |
| It reminds me of my first one |
| Very good |
| It's the best |
| From what I can remember, it has somewhat of a similar boxy black design |
| Same container |
| very good design |
| They sort of have the same shape |
| how to get rid of a great day today |
| B is plain |
| Same colors shown as the first vape |
| similar quality znd sesun |
| They look similar |
| Well it's okay but cool and do what I know |

They look alike

Similar

Same shape

Bought them before and same flavor

The only way I would have ever considered it is to have the

The reason why is because of the design and because of the brand

They do not look like they have an inter dimensional pod system

They look similar

The shape

They look relatively similar

Same shape

Similar design

They kinda have the same design

Choice

The vapes all look similar

Experience

Because they look similar to it

Look similar

Similarities

It looks pretty similar

I just guess the answer

The design of the device.

Looks the same

It has brands that are well known

The font and design are alike.

Because the vapes look so similar int he shape and the mouth piece

Trick question

They just have a similar style to the first one shown

I think it's the one cause of the size and shape, also the font

It looks similar

Look similar

The sizr

Not sure

they are easy on the lungs

Great smoking benefits

Just because

got me feeling yuh

**Q53 – Timing  PEN -- CONTROL**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.00 | 11.80 | 2.39 | 2.33 | 5.43 | 111 |
| 2 | Timing - Last Click | 0.00 | 60.36 | 5.22 | 6.79 | 46.04 | 111 |
| 3 | Timing - Page Submit | 5.83 | 370.62 | 13.73 | 35.20 | 1239.03 | 111 |
| 4 | Timing - Click Count | 0.00 | 11.00 | 2.62 | 2.51 | 6.29 | 111 |

**Q57 - Do you think any of the vapes above came from the same maker or company as the e-cigarette/vape I showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 48.65% | 54 |
| 2 | No | 24.32% | 27 |
| 3 | Don't know/Not sure | 27.03% | 30 |
| | Total | 100% | 111 |

**Q58 - Which vape or vapes came from the same maker or company as the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY]  Feel free to review the images before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 9.71% | 10 |
| 2 | B | 23.30% | 24 |
| 3 | C | 29.13% | 30 |
| 4 | D | 19.42% | 20 |
| 5 | E | 18.45% | 19 |
| | Total | 100% | 103 |

## Q60 - Why do you say that? [PLEASE SPECIFY]

Why do you say that? [PLEASE SPECIFY]

I love taste

I enjoy the concept of the content provided by the company services provided

They look the same

Same style

They look similar

The shape of the cartridge

They're similar in size and shape

Shape

Shape and type

They look similar in shape

Because it is true that is where it comes from

They look similar

The style of the vape.

I seen the name

They have the same shape

They're the same shape and looks to be about the same size as well.

Design

Shape

It a great brand

Like design

I think I remember seeing this one on the list

Because good and perfect and cool

Shape

The mouthpiece looks the same

The build looks similar

They way the are made and look are very similar

The mouth piece

I think it lookednlike the same company

the look is eight

They look a lot alike

They look similar.

They look similar

The shape

So eye catching

Great taste

It's shape

Like the style

I smoke them

Because they all look similar to one another

They have the same design of the carriage

The blue writing

Different styles but they come from the same company

They have a similiar look

They look alike

They look very similar, especially the mouth part.

Looks the same and has a similar name

Because of the size

They look similar and the font is the same

They are from the same brands

Sea breeze

Look like same brand

Looks same

Size, shape and design

Because of the shape and also the word sea on one and breeze on the other one

**Q62 - Do you think any of the vapes above came from a company associated with or affiliated with the company that makes the e-cigarettes/vape I first showed you?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 62.16% | 69 |
| 2 | No | 11.71% | 13 |
| 3 | Don't know/Not sure | 26.13% | 29 |
| | Total | 100% | 111 |

**Q63 - Which vape or vapes came from a company associated with or affiliated with the company that makes the e-cigarette/vape I first showed you? [CHECK ALL THAT APPLY] Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A | 13.08% | 17 |
| 2 | B | 16.15% | 21 |
| 3 | C | 30.77% | 40 |
| 4 | D | 21.54% | 28 |
| 5 | E | 18.46% | 24 |
| | Total | 100% | 130 |

## Q65 - Why do you say that? [PLEASE SPECIFY]

| Why do you say that? [PLEASE SPECIFY] |
| --- |
| Looks like it |
| Trust |
| They look similar |
| Shape |
| Shape |
| The shape |
| Mr vapor sounds like the company |
| Shape n type |
| They look similar in shape |
| They're the dame |
| The shape of the device |
| They are shaped the same |
| Great looking style. |
| They are all Vapes and they're all black and they all look the same style |
| Special |
| They have the same shape |
| From what I remember, it looked almost identical. |
| They seem similar |
| They look alike |
| Again,  they appear to be the same size |
| Shape |
| It a good brand |
| Flavor |
| Because good and perfect |
| Shape of vape |
| By the shape |
| Because the company will make more money with different products |

The mouthpiece looks the same

The build looks similar

They have the same shape

They look cool

Because they all have to originally come from one place

Not sure

Because they look a lot alike

They look similar

Not sure

They look similar to each other

It looks familiar

Well i don't remember the 1st ones brand but I do believe they were similar looking?

Looking great

Very good

Its my second choice

The shape and the lettering

I smoke them.

I recognize the name on the bottom or seen the name

Because I've used both of them

Similar look

The design is the same

The blue writing

Same shape and style just different flavors

I just feel they look the same

It's the most similar

Because is the automatic transmission I usually observe and obtain a minimum number for a car with the correct date and date and the correct time of arrival and the correct age and the date for the car to be wwww. The only reason why the automatic is a different car with the date and time is that the automatic transmission

looks

just a guess

They look the same

| LOOKS SIMILISR |
| --- |
| They look similiar |
| They look alike. |
| Because they alll have a similar body shape and style |
| It's because of the overall shape. |
| Blue colored font |
| They are from the same brand |
| Same answer |
| Looks like same brand |
| They look alike |
| Brand design |
| It's kind of shaped the same way |
| Because of the shape and the word sea on one of them and breeze on the other one |

## Q66 - Gender?

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Male | 41.78% | 183 |
| 2 | Female | 58.22% | 255 |
|   | Total | 100% | 438 |

## Q67 - Education?

| # | Answer | % | Count |
|---|---|---|---|
| 1 | High school or less | 26.94% | 118 |
| 2 | Some college/technical school | 28.31% | 124 |
| 3 | 2-Yr College degree | 15.75% | 69 |
| 4 | 4-Yr College degree | 17.12% | 75 |
| 5 | Graduate school/degree | 11.87% | 52 |
|   | Total | 100% | 438 |

# **EXHIBIT G**

# Vape Package Survey Data Report

*Vape Package 2X*

**December 9th 2023, 7:54 pm EST**

## Q2 - What type of device are you using to answer this survey?

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | PC or laptop | 16.23% | 81 |
| 2 | Tablet | 6.41% | 32 |
| 3 | Smart phone | 76.15% | 380 |
| 4 | Other (specify) | 1.20% | 6 |
| | Total | 100% | 499 |

## Q3 - Do you or does any member of your household work for or in...

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | An advertising or public relations firm | 2.33% | 12 |
| 2 | A law firm | 2.14% | 11 |
| 3 | A marketing research company | 1.94% | 10 |
| 4 | A company that makes/sell/distributes office equipment | 1.94% | 10 |
| 5 | A retail store selling electronic cigarettes/vapes or supplies | 3.88% | 20 |
| 6 | A new or used car/truck dealership | 2.52% | 13 |
| 7 | None of the above | 85.24% | 439 |
| | Total | 100% | 515 |

**Q4 - Age?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Under 21 | 0.64% | 3 |
| 2 | 21 - 29 | 10.49% | 49 |
| 3 | 30-39 | 36.83% | 172 |
| 4 | 40-49 | 21.20% | 99 |
| 5 | 50-59 | 14.56% | 68 |
| 6 | 60 or older | 16.27% | 76 |
| | Total | 100% | 467 |

**Q5 - Before continuing with the survey, please read these instructions. -Take the survey in one session. -While taking the survey, do not at any time open any other windows or access any other written or electronic sources or materials. -While taking the survey, do not consult with or talk to anyone, whether in person, through social media, or otherwise. Do you agree to abide by these instructions?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 97.84% | 452 |
| 2 | No | 1.52% | 7 |
| 3 | Don't know | 0.65% | 3 |
| | Total | 100% | 462 |

## Q7 - 50 States, D.C. and Puerto Rico

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Alabama | 2.02% | 9 |
| 2 | Alaska | 0.22% | 1 |
| 3 | Arizona | 2.02% | 9 |
| 4 | Arkansas | 1.57% | 7 |
| 5 | California | 4.49% | 20 |
| 6 | Colorado | 1.12% | 5 |
| 7 | Connecticut | 1.80% | 8 |
| 8 | Delaware | 0.00% | 0 |
| 9 | District of Columbia | 0.00% | 0 |
| 10 | Florida | 5.84% | 26 |
| 11 | Georgia | 4.04% | 18 |
| 12 | Hawaii | 0.00% | 0 |
| 13 | Idaho | 0.00% | 0 |
| 14 | Illinois | 3.15% | 14 |
| 15 | Indiana | 1.57% | 7 |
| 16 | Iowa | 0.67% | 3 |
| 17 | Kansas | 0.22% | 1 |
| 18 | Kentucky | 3.37% | 15 |
| 19 | Louisiana | 0.45% | 2 |
| 20 | Maine | 0.67% | 3 |
| 21 | Maryland | 0.45% | 2 |
| 22 | Massachusetts | 2.70% | 12 |
| 23 | Michigan | 3.15% | 14 |
| 24 | Minnesota | 1.12% | 5 |
| 25 | Mississippi | 0.45% | 2 |
| 26 | Missouri | 2.70% | 12 |
| 27 | Montana | 0.22% | 1 |
| 28 | Nebraska | 0.00% | 0 |

| | | | |
|---|---|---|---|
| 29 | Nevada | 0.22% | 1 |
| 30 | New Hampshire | 0.45% | 2 |
| 31 | New Jersey | 1.35% | 6 |
| 32 | New Mexico | 0.67% | 3 |
| 33 | New York | 9.89% | 44 |
| 34 | North Carolina | 4.94% | 22 |
| 35 | North Dakota | 0.45% | 2 |
| 36 | Ohio | 6.52% | 29 |
| 37 | Oklahoma | 2.02% | 9 |
| 38 | Oregon | 0.22% | 1 |
| 39 | Pennsylvania | 4.49% | 20 |
| 40 | Puerto Rico | 0.00% | 0 |
| 41 | Rhode Island | 0.45% | 2 |
| 42 | South Carolina | 2.70% | 12 |
| 43 | South Dakota | 0.67% | 3 |
| 44 | Tennessee | 2.47% | 11 |
| 45 | Texas | 12.81% | 57 |
| 46 | Utah | 0.45% | 2 |
| 47 | Vermont | 0.00% | 0 |
| 48 | Virginia | 2.47% | 11 |
| 49 | Washington | 0.67% | 3 |
| 50 | West Virginia | 0.22% | 1 |
| 51 | Wisconsin | 1.80% | 8 |
| 52 | Wyoming | 0.00% | 0 |
| 53 | I do not reside in the United States | 0.00% | 0 |
| | Total | 100% | 445 |

## Q8 - Which of the following, if any, have you done in the past two months?  [CHECK ALL THAT APPLY]

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Smoked 10 or more cigarettes | 30.71% | 331 |
| 2 | Vaped using a disposable e-cigarette/vape | 18.83% | 203 |
| 3 | Consumed six or more cans/bottles of a craft beer | 15.96% | 172 |
| 4 | Smoked marijuana | 17.90% | 193 |
| 5 | Drank four or more glasses of a red wine | 13.91% | 150 |
| 6 | None of the above | 2.69% | 29 |
| | Total | 100% | 1078 |

## Q9 - Where do you buy your disposable e-cigarettes/vapes?

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Retail store (convenience store, gas station) only | 53.96% | 109 |
| 2 | On-line only | 3.96% | 8 |
| 3 | Both on-line and retail stores | 38.61% | 78 |
| 4 | Other (specify) | 3.47% | 7 |
| | Total | 100% | 202 |

**TEST ARRAY**

**Q11 - Timing**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.25 | 694.48 | 11.48 | 68.51 | 4694.15 | 101 |
| 2 | Timing - Last Click | 2.94 | 696.86 | 24.59 | 68.24 | 4656.59 | 101 |
| 3 | Timing - Page Submit | 10.80 | 697.28 | 26.43 | 68.01 | 4624.88 | 101 |
| 4 | Timing - Click Count | 1.00 | 43.00 | 7.30 | 5.28 | 27.89 | 101 |

**Q13 - Do you think any of the vapes above came from the same maker or company or an associated or affiliated company?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 52.48% | 53 |
| 2 | No | 21.78% | 22 |
| 3 | Don't know/Not sure | 25.74% | 26 |
| | Total | 100% | 101 |

**Q14 - Timing**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.89 | 52.89 | 6.78 | 9.48 | 89.89 | 53 |
| 2 | Timing - Last Click | 2.35 | 73.26 | 22.56 | 16.77 | 281.27 | 53 |
| 3 | Timing - Page Submit | 10.87 | 74.75 | 24.48 | 16.15 | 260.72 | 53 |
| 4 | Timing - Click Count | 3.00 | 27.00 | 10.04 | 5.70 | 32.49 | 53 |

**Q15 - Which vapes came from the same maker or company or an affiliated or associated company? [CHECK ALL THAT APPLY]  Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | A  HYDE | 15.75% | 20 |
| 2 | B BREEZE | 14.17% | 18 |
| 3 | C MR. VAPOR | 29.13% | 37 |
| 4 | D NORTH | 11.02% | 14 |
| 5 | E MR. VAPOR 2.0 | 21.26% | 27 |
| 6 | F GEEK BAR | 8.66% | 11 |
| | Total | 100% | 127 |

[NOTE:  BRAND NAMES WERE NOT IN THE QUESTIONNAIRE]

**Q17 - Why do you say that? [PLEASE SPECIFY]**

| Why do you say that? [PLEASE SPECIFY] |
|---|
| Because is very nice great and amazing |
| Excited to see you guys in our area of a triangle is |
| Same make or brand |
| I love the design and the design |
| I love this brand |
| they all look the same even the box |
| Many people are still in shock 😳 and |
| I love this brand |
| Because it is so good |
| Because they have to be a friend and I am not going back in |
| Great |
| I think they look alike even package |
| The packages look similar. |
| They feel. Same |
| I love it |

Similar packaging

The font on the packaging looks similar

because they all are packaged relatively the same exact shapes/ways...?

Same warning printing

Because they both say mr vipor on them they are the only two alike

Both dau Mr Vapor

It's better to use

they both have the same name brand

The package and design are very similar

I love them

They are similar in size and shape.

They are of same company

Because the other one was the same as mine but the one I had in my house is the same size and the one

The name on the case

Cause they both come from Mr.vapeworld

They are both a mr.vapor brand

Because it very nice and perfect and you have the right idea to go out there with your family to do something with you

Because I have purchased some before

Everything

Safety

Because it says it on the box

Because they look like a big brand

They are the same company

Because they seem very unique and special

Same company name

They seems to have the same energy and name brand as the others

I vape alot

Very interesting

All possible ways

Laptop

The brand

Cherry cola

Because is my favorite

cause why not?

I feel great and amazing

Greatness

Awes I'm going home now

Bc they both say, 'Mr Vapor on them

**CONTROL ARRAY**

**Q19 - Timing**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.15 | 465.65 | 9.74 | 47.08 | 2216.58 | 100 |
| 2 | Timing - Last Click | 1.50 | 472.70 | 27.11 | 53.15 | 2824.40 | 100 |
| 3 | Timing - Page Submit | 10.70 | 474.04 | 30.93 | 55.58 | 3088.97 | 100 |
| 4 | Timing - Click Count | 1.00 | 50.00 | 7.80 | 6.24 | 38.98 | 100 |

**Q21 - Do you think any of the vapes above came from the same maker or company or an affiliated or an associated company?**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 56.00% | 56 |
| 2 | No | 16.00% | 16 |
| 3 | Don't know/Not sure | 28.00% | 28 |
|  | Total | 100% | 100 |

**Q22 - Timing**

| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | Timing - First Click | 0.84 | 46.37 | 5.73 | 6.97 | 48.55 | 55 |
| 2 | Timing - Last Click | 5.35 | 110.56 | 22.62 | 19.10 | 364.88 | 55 |
| 3 | Timing - Page Submit | 10.78 | 111.88 | 24.51 | 18.60 | 346.09 | 55 |
| 4 | Timing - Click Count | 1.00 | 84.00 | 12.64 | 11.31 | 128.01 | 55 |

**Q23 - Which vapes came from the same maker or company or an affiliated or associated company? [CHECK ALL THAT APPLY]. Feel free to review the images below before answering.**

| # | Answer | % | Count |
|---|---|---|---|
| 1 | A HYDE | 14.29% | 22 |
| 2 | B BREEZE | 16.23% | 25 |
| 3 | C MR. VAPOR | 24.68% | 38 |
| 4 | D SHIMZZ (CONTROL) | 11.04% | 17 |
| 5 | E MR. VAPOR 2.0 | 22.73% | 35 |
| 6 | F GEEK BAR | 11.04% | 17 |
| | Total | 100% | 154 |

[NOTE: BRAND NAMES WERE NOT IN THE QUESTIONNAIRE]

**Q25 - Why do you say that? [PLEASE SPECIFY]**

| Why do you say that? [PLEASE SPECIFY] |
|---|
| Because i know yhis.brand alot and i have use it in person |
| Excited to see the new one that has been |
| Excited to see you all soon as I get back |
| I love the brand |
| Excited to be a part of the day today I |
| They both have Mr vapor |
| I saw them |
| I love this brand |
| They both said Mr freeze I believe...idk but they are the same exact brand name is why I said it |
| The containers and the packaging look like they're all from the same company |
| BEACUSE they look alike |
| They look similarly and 2 of the are a mr. Vape |
| I like it |
| Looking at the packaging of the product that's what I'm going by |
| The bramd os on both packs |

The name is on the. Box

Im going off of the package that there in

They look the same

Naming and packaging are similar

it says the same name on both

Because its true

The products look similar.

Mango smoke

The look more attractive

Because they are similar

This has the best flavor

Last week and the first day I had to get my car serviced because my insurance was going out and they said that they were not paying for

They have similar font and design

I meant to put c and f they have the same logo

Geek Bar sounds like a company that's already up and going

Like it

similar design

Great design battery powered

Because they were both from Mr vape I believe it's the same people

Had it 1 time

Packaging is similar

Me vapor

I don't know

They look similar

Nah I think it's a new

They have a similar style

i say that because all of these vapes have similar characteristics

Same name on packaging

It is very reasonable and unique

Because theyre the sane brand just different types

Very good

clearly seeing those image

Amazon

Packages very similar

The containers look similar

Thanks and I don't want you too I don't know what

Its interesting survey

Similar packaging. Similar way information was placed in the packaging

They look alike

Because i just bought the geek bar

## Q26 - Gender?

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | Male | 47.50% | 95 |
| 2 | Female | 52.50% | 105 |
| | Total | 100% | 200 |

## Q27 - Education?

| # | Answer | % | Count |
|---|--------|---|-------|
| 1 | High school or less | 18.00% | 36 |
| 2 | Some college/technical school | 23.50% | 47 |
| 3 | 2-Yr College degree | 13.50% | 27 |
| 4 | 4-Yr College degree | 21.50% | 43 |
| 5 | Graduate school/degree | 23.50% | 47 |
| | Total | 100% | 200 |