| | |
|---|---|
| MIDWEST GOODS INC., dba MIDWEST DISTRIBUTION ILLINOIS,<br><br>          **Plaintiff,**<br><br>v.<br><br>BREEZE SMOKE LLC,<br><br>          **Defendant.**<br><br>BREEZE SMOKE LLC,<br><br>          **Counterclaim Plaintiff,**<br><br>v.<br><br>MIDWEST GOODS INC., dba MIDWEST DISTRIBUTION ILLINOIS, WISEMAN WHOLESALE, INC., SPEED WHOLESALE, INC., WORLD WHOLESALE, INC., LIGHT VIEW LLC,<br><br>          **Counterclaim Defendants.** | **CASE NO: 1:23-CV-05406**<br><br>**HONORABLE THOMAS M. DURKIN, PRESIDING**<br><br>**HONORABLE BETH W. JANTZ, PRESIDING**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT OF THE PARTIES

COMES NOW Plaintiff/Counterclaim Defendant Midwest Goods Inc., d/b/a Midwest Distribution Illinois ("Midwest"), Defendant/Counterclaim Plaintiff Breeze Smoke LLC ("Breeze"), Counterclaim Defendants Wiseman Wholesale, Inc. ("Wiseman"), World Wholesale, Inc. ("World"), and Light View LLC ("Light View"), who are the only parties to this action who have entered appearances of counsel to date (the "Parties"), by and through their undersigned attorneys, and pursuant to Magistrate Judge Jantz's Order of March 7, 2024 (Dkt. #81) and applicable Rules, hereby state the following:

1

1. On March 7, 2024, the Parties' counsel participated in an in-person status hearing with Judge Jantz that was addressed to expedited discovery that may be needed and/or of relevance to the pending preliminary injunction motion filed by Breeze, as well as certain issues regarding the collection, review and production of electronically-stored information ("ESI").

2. Following the hearing, the Parties have continued to progress with discovery.

3. More particularly, with respect to the specific items Judge Jantz asked the Parties to address in this joint status report, the Parties report as follows:

   a. On April 2, 2024, Midwest made a second production of documents that included, *inter alia*: (1) documents considered and/or relied on by Dr. Maronick (a Midwest expert); (2) a single page summary document respecting sales of the allegedly infringing Product without supporting documents; and (3) additional documents evidencing Midwest and third party vape products and publications. Further, with respect to documents considered or relied on by declarant Yasin, as Midwest advised Breeze all responsive, non-privileged documents in this regard are already in the possession of Breeze as they were either made exhibits to that declaration or referenced therein.

   b. On April 5, 2024, Breeze sent a letter to Midwest to commence the meet-and-confer process with respect to disputes it has with respect to the production of sales information to date, and, the parties have agreed to have a follow-up call regarding this and other issues on Thursday, April 11, 2024.

   c. Subsequent to the March 7, 2024 status hearing, Midwest has provided Breeze with additional information respecting potential ESI custodians, and

Breeze has to date identified nine specific custodians whose ESI it believes should be collected, reviewed and produced. In addition, Midwest has identified six specific custodians whose ESI it believes should be collected, reviewed and produced, and conversations are continuing with respect to the identification of additional custodians. Midwest has engaged an e-discovery vendor and commenced the collection process with respect to identified custodians, and Breeze has engaged an e-discovery vendor, is investigating the proposed custodians, and has begun the collection process. Breeze also previously produced over 1000 documents to counterclaim defendants.

4. On Monday, April 8, 2024, Breeze and Midwest participated in a brief telephone conference respecting issues for this joint status report and related matters.

5. In addition to the foregoing, the parties have exchanged letters initiating the meet-and-confer process with respect to written discovery, and they have scheduled a further follow-up call on Thursday, April 11, 2024.

Dated: April 9, 2024

Respectfully submitted,

/s/  Drew G.A. Peel

Drew G.A. Peel
**RACHLIS DUFF & PEEL, LLC**
542 South Dearborn Street, Suite 900
Chicago, IL 60605
(312) 275-0337 (direct)
dpeel@rdaplaw.net

Stephen L. Levine (admitted *pro hac vice*)
Kelli M. Hinson (admitted *pro hac vice*)
Mark C. Howland (admitted *pro hac vice*)
**CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000 (gen.)
slevine@ccsb.com
khinson@ccsb.com
mhowland@ccsb.com

*Counsel for Midwest Goods Inc., dba
Midwest Distribution Illinois*

/s/  Vikram A. Mathrani

Vikram A. Mathrani
William B. Berndt
Jenna E. Saunders
David J. Roulo
**HONIGMAN LLP**
155 N Upper Wacker Dr. Ste 3100
Chicago, IL 60606-1734
vmathrani@honigman.com
wberndt@honigman.com
jsaunders@honigman.com
droulo@honigman.com

Jeffrey K. Lamb
**HONIGMAN LLP**
660 Woodward Avenue, Ste 2290
Detroit, MI 48226-3506
jlamb@honigman.com

*Counsel for Breeze Smoke LLC*

/s/   Anthony Scarpiniti

Mason S Cole
Anthony Scarpiniti
**COLE SADKIN, LLC**
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
mcole@colesadkin.com

*Counsel for Wiseman Wholesale, Inc.,
Worldwide Wholesale, Inc. & Light View,
LLC*