# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Midwest Goods Inc.

                Plaintiff,

v.

                                        Case No.: 1:23−cv−05406
                                        Honorable Thomas M. Durkin

Breeze Smoke LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: SThe Court has reviewed the parties' joint status report [92] which raises a number of brewing discovery disputes, some of which may require court intervention. The Court believes that a status hearing to discuss those issues with the Court may benefit the parties and the Court. An in−person status hearing in courtroom 1838 is set for 5/29/24 at 10:15 a.m. At the hearing, the parties should be prepared to discuss their respective positions on the outstanding discovery issues, including which ones have reached impasse and which may benefit from additional meet and confers. The parties are ordered not to file any discovery motions (including on phasing) prior to the status hearing, and are strongly encouraged to continue the meet and confer process ahead of the hearing to narrow the issues needing Court attention. By the time of the hearing, Midwest is to have set firm dates for its identified custodians for the collection and imaging of their cell phone data. Additionally, Midwest is to continue working with its e−discovery vendor so that it can provide an update to the Court on the issues identified in paragraph 13 of the JSR. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.