| | |
|---|---|
| **MIDWEST GOODS INC., dba MIDWEST DISTRIBUTION ILLINOIS,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**BREEZE SMOKE LLC,**<br><br>     **Defendant.** | **CASE NO: 1:23-CV-05406**<br><br>**HONORABLES THOMAS M. DURKIN & BETH W. JANTZ, PRESIDING**<br><br>**JURY TRIAL DEMANDED** |
| **BREEZE SMOKE LLC,**<br><br>     **Counterclaim Plaintiff,**<br>**v.**<br><br>**MIDWEST GOODS INC., dba MIDWEST DISTRIBUTION ILLINOIS,** *et al.***,**<br><br>     **Counterclaim Defendants.** | |

## MIDWEST GOOD'S FIRST OMNIBUS DISCOVERY MOTION

COMES NOW Plaintiff/Counterclaim Defendant Midwest Goods Inc., dba Midwest Distribution Illinois ("Midwest"), by and through its undersigned attorneys, and for its First Omnibus Discovery Motion, states as follows:

1.      On June 10, 2024, Judge Jantz issued an Order directing the parties to meet-and-confer as to certain discovery disputes, and, if unable to resolve disagreements, to file a single, omnibus discovery motion on or before July 10, 2024, addressing those ripe discovery disputes that a party wished for the Court to hear and decide. (*See* Dkt. No. 109)

2.      Thereafter the parties met-and-conferred via Zoom conferences and through

exchanges of emails, but, notwithstanding this, the parties were unable to reach agreement as to two issue that are currently ripe for adjudication and for which Midwest Goods hereby seeks relief.

3. Specifically, Midwest moves for: (a) a temporary and partial discovery stay, tailored to relief-related information sought by each party, whether damages or equitable, that implicates competitively-sensitive information (*e.g.*, the identities and other competitively-sensitive information regarding Midwest's more than 1200 customers); and (b) a temporary moratorium on third-party discovery addressed to Midwest's customers, and further threats of litigation, and/or filing of litigation against those customers.

4. For the reasons set forth in the Brief being filed contemporaneously with this Motion and incorporated herein by this reference, relief-related discovery should be temporarily stayed, and third-party discovery and other activities addressed to Midwest's customers by Defendant Breeze Smoke LLC should be temporarily stayed.

**WHEREFORE**, Midwest respectfully requests First Omnibus Discovery Motion be granted in whole and/or in part, and that Court award Midwest any and all further relief to which it deems Midwest entitled.

Dated: July 10, 2024            Respectfully submitted,

           */s/ Drew G.A. Peel*
Drew G.A. Peel (ARDC# 6209713)
**RACHLIS DUFF & PEEL, LLC**
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Tel: (312) 275-0337
Fax: (312) 733-3952
dpeel@rdaplaw.net

Stephen L. Levine (admitted *pro hac vice*)
Kelli M. Hinson (admitted *pro hac vice*)
Mark C. Howland (admitted *pro hac vice*)
Andrea C. Reed (admitted *pro hac vice*)
**CARRINGTON, COLEMAN, SLOMAN**
 **& BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, TX  75202
Tel: (214) 855-3000
slevine@ccsb.com
khinson@ccsb.com
mhowland@ccsb.com
areed@ccsb.com

*Attorneys for Midwest Goods, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Drew G.A. Peel*
Drew G.A. Peel