Midwest Goods Inc.

               Plaintiff,

v.

Breeze Smoke LLC

               Defendant.

Case No.: 1:23−cv−05406
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of the parties' motions to compel [122, 126], which are taken under advisement. Per the Court's previous Order [109], response briefs are due by 7/26/24. The Court has also reviewed the parties' joint status report [125]. The parties report that they have agreed to move forward with litigating Breeze's trade dress claims related to SOUTH products, but dispute whether design patent claims related to SOUTH products may be added to the Breeze's amended counterclaims. In light of the new SOUTH trade dress claims, the scope of ESI and discovery for both parties has been significantly expanded and they seek an extension to produce all relevant and responsive documents and ESI in their possession, custody, and control from 7/29/24 to 9/30/24, which the Court GRANTS. The parties further report that they have completed the cell phone imaging ordered by the Court. Additionally, Midwest served subpoenas on third parties KMT Services and Capital Sales on 6/14/24, as previously discussed, and those third parties served responses and objections on 6/28/24; they are attempting to resolve disputes related to the subpoenas. As ordered by the Court [109], Midwest served a second set of interrogatories aimed at Breeze's trade dress claims, which Breeze responded to on 7/8/24; the parties are to meet and confer regarding those interrogatories by 8/6/24. Given the volume of the parties' discovery disputes, any future discovery motions will require leave from the court before filing. A telephonic status hearing is set for 9/17/24 at 11:15 a.m. to discuss the progress on all of the above. TTo join the hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.