# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Midwest Goods Inc.

                Plaintiff,

v.

                                          Case No.: 1:23−cv−05406

                                          Honorable Thomas M. Durkin

Breeze Smoke LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court previously denied Midwest's motion to dismiss Breeze Smoke's design patent and trade dress claims regarding Midwest's product called "North." In discovery, Breeze Smoke learned of an additional Midwest product called "South" that shares many similar design elements with the North product. Breeze Smoke seeks leave to amend its complaint to add design patent and trade dress claims regarding the South product. Midwest does not oppose amendment to include trade dress claims. Midwest, however, opposes the new design patent claims based on largely the same arguments the Court rejected in denying Midwest's initial motion to dismiss. As Breeze Smoke argues, "courts frequently grant motions to amend in situations like this, where the motion is based on information that was learned after the initial pleadings were filed." R. 101 at 10 (citing *Saint Anthony Hospital v. Whitehorn*, 100 F.4th 767, 795 (7th Cir. 2024) ("Courts should not be surprised, and should not respond rigidly, when discovery in a complex case turns up evidence to support a new theory for relief or defense.")). Midwest does not dispute that Breeze Smoke learned of the South product in discovery. And the Court finds that Breeze Smoke's claim regarding the South product is not futile for the same reasons the Court denied Midwest's prior motion to dismiss [99]. So, because "the underlying facts [are] a proper subject of relief," Breeze Smoke should "be afforded an opportunity to test [its] claim on the merits." See *Foman v. Davis*, 371 U.S. 178, 182 (1962). Therefore, Breeze Smoke's motion to amend [100] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.