Midwest Goods Inc.

Plaintiff,

v.

Case No.: 1:23–cv–05406
Honorable Thomas M. Durkin

Breeze Smoke LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2025:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 12/11/25 and continued to 12/23/25 at 10:30 a.m. In light of the representation in the parties' most recent joint status report [219] that at least some of the parties may be open to settlement discussions, the Court inquired about the status of any settlement talks and the parties' current interest. Counsel indicated that they have been attempting to put their clients' principals in touch, but it is clear that additional time is needed for counsel to confer with their clients and each other about whether there is mutual interest in further exploring settlement at this time. Additionally, the Court informed the parties that it is considering the appointment of a Special Master, at the parties' expense, given the abnormal volume of discovery disputes that remain ongoing in this case. Prior to the next status hearing, the parties are to confer with their clients, as well as each other, regarding: (1) whether the parties are in favor of appointing a Special Master, or whether there are any objections; and (2) whether the parties would prefer to jointly propose a candidate or list of candidates (with experience as a Special Master in federal court), or whether they would like the Court to present a potential slate of candidates to the parties. The parties should be prepared to discuss their position(s) on these issues at the 12/23/25 status hearing, after consulting with their clients and each other. Pursuant to Federal Rule of Civil Procedure 53(b)(4), the Court's raising of this issue at the 12/12/25 status hearing, including allowing the parties to weigh in on their positions at the 12/23/25 status hearing, serves as notice to the parties that the Court may refer discovery issues to a Special Master. To join the hearing by phone, dial 1–650–479–3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.