# EXHIBIT 3












