# EXHIBIT 4

Welcome to our store!









**WARNING:** These Products Contain Nicotine. Nicotine is an addictive chemical.

Links ⌄



# HQD Cuvie Plus Disposable Vape Device - 3PK

Vendor: HQD    |    SKU: HQD Cuvie Plus 3pk

## $35.00 $49.99

Shipping calculated at checkout.

**Choose any 3 Flavors:**



| | | | | | |
|---|---|---|---|---|---|
| Apple Peach | − 0 + | | Banana Ice | − 0 + |
| Black Freeze | − 0 + | | Blueberry | − 0 + |
| Blueberry Lemonade | − 0 + | | Blueberry Raspberry | − 0 + |
| Candy | − 0 + | | Cantaloupe | − 0 + |
| Cherry Pomegranate | − 0 + | | Chocolate Mint | − 0 + |
| Coconut Grove | − 0 + | | Cotton Candy | − 0 + |
| Energy Drink | − 0 + | | Fruit Fusion | − 0 + |
| Gracurrant | − 0 + | | Grapey | − 0 + |

**FREE Shipping on all orders**

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**



**Q** Search

Account     Track Order          IL 🛒 Cart

**Q**

Account | Track Order                    IL

**VAPOR**

Search our store

**DISPOSABLE VAPES**     **SHOP BY BRAND**     **SHOP VAPE FLAVORS**     **E-LIQUIDS**     **HARDWARE**     **LOCATIONS**     **ABOUT**

HOME  ›  ELF BAR BC5000 DISPOSABLE VAPE (5000 PUFF)

BLUEBERRY POM ICE - $12.99

ADD TO CART

Share



## Elf Bar BC5000 Disposable Vape (5000 Puff)

⭐⭐⭐⭐⭐ 8,874 reviews

**$19.99** $12.99

🚚 Free Shipping available

PICK YOUR FLAVOR    QUANTITY

BLUEBERRY POM ICE    −  1  +

ADD TO CART

ORDER 10 & SAVE 5%





ADD TO CART

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Welcome fall with vape deals! Orders $50+ coupon: SPR10



    

Subscribe now!

Hyde

# Hyde X 3000 Disposable Vape

★★★★★ 1 Review

$13.99

**FLAVORS**

Apple Peach Watermelon

**QUANTITY**

− 1 +

Add to Cart

| Description | Shipping |

**Hyde X 3000 Vape:**

- pre-filled with 7mL of e-liquid
- 5% salt nicotine concentration
- 950mAh battery capacity
- 3000 Puffs per 1 disposable pen
- Mesh Coil

ZiipStock is the provider of the Hyde X 3000 Disposable Vape Device. Discover the Hyde X disposable vape pen, an aesthetically attractive device with an integrated 950mAh battery that produces rich flavors everywhere you go. The Hyde X LED light may be turned on or off by pressing the light activation button located at the device's base. The Hyde X Vape can produce around 3000 puffs before being discarded.

When the button is pushed, the LED lights of the Hyde X Disposable illuminate, and as soon as the user begins to use the device, the light colors change in a gradient pattern.

**Hyde X Flavors:**

Apple Peach Watermelon

Banana Papaya

Cool Mint

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Disposables          0% Nicotine          Salt Nic eLiquid          Clearance                                                          Account

Welcome fall with vape deals! Orders $50+ coupon: SPR10





Subscribe now!

Hyde

# Hyde ID Recharge Vape

★★★★⯪ 10 Reviews

Clearance  Sale  $11.99  ~~$16.99~~

**FLAVORS**

Blue Razz Ice

**QUANTITY**

− 1 +

Add to Cart

| Description | Shipping |
|---|---|

**Hyde ID Recharge Vape:**

- pre-filled with 10mL of e-liquid
- 5% salt nicotine concentration
- 650mAh (rechargeable) battery capacity
- 4500 Puffs per 1 disposable bar
- Charging: Micro USB Charger (not included)

**Hyde I.D. Flavors:** Cali Melon | Peach Lemon | Philippine Mango | Raspberry Orange Lemonade | Strawberry B-Day | Strawberry Ice | Strawberry Pina Colada | Watermelon Ice Cream | Blue Razz Ice | Lemon Cookies | Peach Mango Pineapple Strawberry | Dragon Fruit Lemonade | Lemon Iced Tea | Fuji Apple | Cool Mint | Strawberry Blackberry Lemonade | Pina Colada | Rainbow | Peach Mango Watermelon | Raspberry Watermelon | Sour Apple Ice | Strawberry Ice Cream

**How many hits is an Hyde ID Recharge Vape?**
- Each Hyde ID Disposable Vape features an estimated 4500 puffs

**Are Hyde I.D. Recharge Vape safe?**
you vape with the Hyde within limits, then it is safer than a cigarette

**you recharge a Hyde ID 4500?**
e Hyde I.D Recharge retains its original formatted size but now brings you the ability to recharge, effectively increasing the e-liquid capacity and the puff count!

WARNING: This product contains nicotine. Nicotine is an addictive chemical.

NOTIFY WHEN AVAILABLE

Welcome fall with vape deals! Orders $50+ coupon: SPR10



   

Subscribe now!



Hyde

# Hyde Disposable Pen Straw Melon Apple

★★★★⯨ 2 Reviews

$7.49

NOTIFY WHEN AVAILABLE

| NICOTINE CONCENTRATION | QUANTITY | |
|---|---|---|
| 5% | − 1 + | Sold Out |

**NOTIFY WHEN AVAILABLE**

## Looking for an Alternative?






Subscribe now!

**WARNING: This pro** **ddictive chemical.**

Just one more step!

Subscribe to get updates on our new products and exclusive promotions

Later          Allow

Disposables          0% Nicotine          Salt Nic eLiquid          **Clearance**                    Account

Welcome fall with vape deals! Orders $50+ coupon: SPR10











Subscribe now!



**Just one more step!** 🛍️

Subscribe to get updates on our new products and exclusive promotions

Hyde

# Hyde Edge RAVE Vape

$16.99

| FLAVORS | QUANTITY | | | |
|---|---|---|---|---|
| Banana Ice | − | 1 | + | Add to Cart |

| Description | Shipping |
|---|---|

**Hyde Edge RAVE Vape:**

- pre-filled with 10mL of e-liquid
- 5% salt nicotine concentration
- 600mAh (rechargeable) battery capacity
- 4000 Puffs per 1 disposable pen
- adjustable airflow
- Charging: Micro USB Charger (not included)

**Edge RAVE Recharge Vape Flavors:** Peach Mango Watermelon | Banana Ice | Blue Razz Ice | Bananas & Cream | Strawberry Kiwi | Tropical | Minty O's | Summer LUV | Cherry Peach Lemonade | OJ | Mango Peaches & Cream | Energize | Caribbean Colada | Blue Razz Lemonade | Peach Gummy | Brazmallows | Dewberry | Strawberry Ice Cream | Loops | Philippine Mango | Peach | Raspberry Watermelon | Sour Apple Ice

**How many hits is an Hyde EDGE RAVE Airflow Vape?**
- Each Rave Disposable Device features an estimated 4000 puffs

**Are Edge 4000 Rave Vape safe?**
ou vape with the Hyde within limits, then it is safer than a cigarette

**you recharge a Hyde Rave 4000?**
- The Edge Rave Recharge retains its original formatted size but now brings you the ability to recharge, effectively increasing the e-liquid capacity and the puff count!

Buy **2** Get **$2** Off!

Buy **4** Get **$3** Off!

HOME  >  SMOKE  >  VAPE  >  HYPPE MAX FLOW DISPOSABLE VAPE 5...

# HYPPE MAX FLOW DISPOSABLE VAPE 5% NICOTINE



$19.99

Flavors  -  Strawberry Guava                                                                                         ⌄

Quantity                                                                    −  |  1  |  +

ADD TO CART  +

f   🐦   ✉

BUY AT DISCOUNTED PRICES

⭐ FLY Rewards

Buy **2** Get **$2** Off!

Buy **4** Get **$3** Off!





WARNING: THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.

Q ☰          Disposable Vapes   Sale   VCG Customs   ⬡ VAPECENTRAL GROUP   Vape Shop   Smoke Shop   You Account          👤 Q 🛍



Home /                                                                                                    ›

KANGVAPE ONEE STICK 1900 PUFFS - STARTING $4.95 - DISPOSABLE VAPE PEN

**$13.95**
★★★★★ 1 Review

Shipping calculated at checkout.

FLAVOR

| Devine |

QUANTITY

| - | 1 | + |

ADD TO CART

f Share      🐦 Tweet      📌 Pin it

**KANGVAPE ONEE STICK PLUS 1900 PUFF**

**DISPOSABLE VAPE**

**DESCRIPTION:**

KangVape - Onee Stick 1900 Puffs - Disposable Vape is a pre-filled salt nic vaping system that is convenient and compact. Draw-activated, lasts for about 1900 puffs and has a powerful 1200mAh battery to support that. It contains 6.2ML of 50MG (5%) of salt nic juice and comes in a variety of flavors.

**Each Kangvape Onee Stick Plus 1900 Puff Disposable Vape Features:**

- 5.0% (50MG) Nicotine by Volume.
- 7.0ml E-Liquid Per Device.
- 1200mAh Battery.
- Approximately 1900 Puffs Per Device.

Flavor profiles:

- Vintage: Grape Ice.
- Melontine: Melon Ice.
- Creamy Float: Cola Ice.
- Banberry: Banana Strawberry Ice.
- Yellow Breeze: Pineapple.
- Devine: Energy Drink.
- Tutty Fruity: Mixed Fruit.
- Blue Cloud: Blueberry lemon.
- Orange Soda.
- Cool Mint.
- Josh Ice.
- Pitchy Delight: Peach Ice.
- Classic Custard: Banana Ice.
- Tropical Ice Cream: Mango Ice.
- Blue razz Ice.
- Musky: Guava Ice.
- Red Ice: Strawberry Ice.

REVIEWS

## OTHER TOP RATED PRODUCTS



| PACKWOODS Packspod ... | HQD Cuvie Mars (8000 P... | Tyson 2.0 Heavy Weight ... | Good Ol' Custard by Big ... | Cali UL8000 Smart Dispo... | Chillax 0% AND 2% Nicot... | HQD Cuvie Air Disposabl... | Bom... |
|---|---|---|---|---|---|---|---|
| ★★★★★(3) | ★★★★★(3) | ★★★★★(13) | ★★★★★(17) | ★★★★★(1) | ★★★★★(4) | ★★★★★(6) | ★★ |
| $18.95 | $15.99 | $15.95 | $15.95 | $16.90 | $14.95 | $18.85 | $13. |

Powered by

★★★★★ 1 Review

| ★★★★★ | (1) |
|---|---|
| ★★★★☆ | (0) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |

☑ WRITE A REVIEW

### Reviews(1)

M  **Mary P.** Verified Buyer                                                                 05/14/21
✓ ★★★★★

**Best ever!**
I have been vaping for a while and was using a cape you refill and it was ok but then I tried these and love them! The flavor is so rich and it's just what I didn't know I needed.

↗ Share |                                                                     Was This Review Helpful?  👍 3  👎 1

KANGVAPE ONEE STICK 1900 PUFFS - Starting $4.95 - DISPOSABLE VAPE PEN has a rating of 5.0 stars based on 1 reviews.

## YOU MAY ALSO LIKE



**GENERAL LINKS**

MAIN MENU

DISPOSABLE VAPES
SALE
VCG CUSTOMS
VAPE SHOP
SMOKE SHOP
YOUR ACCOUNT

**HELP**

COMPANY & INFO

About us

Free shipping on orders over $50

WARNING: This product contains nicotine. Nicotine is an addictive chemical



Hi. Need any help?

THE LOON REWARDS

Free shipping on orders over $50



‹   1/1   ›

THE LOON

THE LOON REWARDS

Free shipping on orders over $50

Quantity

| − | 1 | + |

Add to cart

**DISPOSABLE. 2000+ PUFFS**

DELICIOUS FRUITY FRESH MANGO WITH OUR FAN FAVORITE FIZZY POP PEACH FUSED TOGETHER FOR A BLAST OF FLAVOR

**INGREDIENTS:** Glycerol, Nicotine, Propylene Glycol, Premium Flavoring

**COMES IN 60MG NICOTINE SALT**

**6.5ML**

Nicotine Salts is for those desiring an even smoother vaping experience.

**Nicotine Salt,** also known as Nic **Salt,** is a type of processed **nicotine** used in our pods. The purpose of the Nicotine Salt itself is to enhance your vaping experience by utilizing increased strengths of nicotine while having little to no harshness at all.

| Materials | ⌄ |
| Shipping & Returns | ⌄ |
| Dimensions | ⌄ |
| Care Instructions | ⌄ |

⇧ Share

You may also like

  

THE LOON REWARDS



Free shipping on orders over $50

~~$18.99 USD~~  $16.99 USD          ~~$18.99 USD~~  $16.99 USD          ~~$18.99 USD~~  $16.99 USD

Info

Terms & Conditions

Privacy Policy

Store Locator

Add your location to Store Locator

Subscribe to our emails

Email

© 2023, The Loon Powered by Shopify

THE LOON REWARDS

WARNING: This product contains nicotine. Nicotine is an

✔ Free shipping above C$100   ✔ Customer reviews rate us with a 9/10 score   ✔ Customer support 24/7

addictive chemical

MR FOG® (https://www.mrfog.ca/)

CAD

♡ (https://www.mrfog.ca/account/wishlist/) ⤭ (https://www.mrfog.ca/compare/)

👤 MY ACCOUNT (HTTPS://WWW.MRFOG.CA/ACCOUNT/)

(https://www.mrfog.ca/)    🛒 (0) (https://www.mrfog.ca/cart/)

Home (https://www.mrfog.ca/)  >  MAX PRO LIMITED EDITION (https://www.mrfog.ca/max-pro-limited-edition/)  >  MR FOG 1.3ml Peach Ice (https://www.mrfog.ca/mr-fog-13ml-peach-ice.html)



# MR FOG 1.3ML PEACH ICE

★ ★ ★ ★ ★  Not yet rated | Create your own review (https://www.mrfog.ca/account/review/46904905/)

C$3.99 Incl. tax

| | |
|---|---|
| **Article number:** | MR-1.306 |
| **SKU:** | MR-1.306 |
| **Availability:** | ✖ Out of stock |

All-in-one system

Draw activated firing mechanism

E-Liquid Capacity: 1.3ml

Nicotine Strength: 60mg of Salt Nicotine

Non-Refillable

200 Puffs per device

Fully Disposable



**JOIN US**

1

ADD TO CART

(https://www.mrfog.ca/account/wishlistAdd/46904905/?

variant_id=76948700)

(https://www.mrfog.ca/compare/add/76948700/)

✔          ✔ Free shipping above C$100

✔ Customer reviews rate us with a 9/10 score      ✔ Customer support 24/7

| Information | Reviews | Tags |
| --- | --- | --- |

## MR FOG 1.3ml Peach Ice

# RELATED PRODUCTS

JOIN US



✖ Out of stock        ✖ Out of stock        ✖ Out of stock

  

(https://www.mrfog.ca/mr-fog-13ml-lush-ice.html)

(https://www.mrfog.ca/mr-fog-13ml-mint.html)

(https://www.mrfog.ca/mr-fog-13ml-pina-colada.html)

MR FOG 1.3ml Lush Ice (https://www.mrfog.ca/mr-fog-13ml-lush-

C$3.99

MR FOG 1.3ml Mint (https://www.mrfog.ca/mr-fog-13ml-mint.html)

C$3.99

MR FOG 1.3ml Pina Colada (https://www.mrfog.ca/mr-fog-13ml-pina-

C$3.99



## FREE SHIPPING

For orders above C$100



## FREE RETURNS

Within 14 days



Shop          About          Wholesale          Authenticate

FREE PUFF BAR









Puff Ultra Zero

**ZERO Watermelon Slush**

**$24.99**

Puff Ultra Zero

**ZERO Strawberry Lush**

**$24.99**

Chat

ADD TO CART

ADD TO CART

 

 

Puff Ultra Zero

**ZERO Blue Razz Pomegranate**

**$24.99**

ADD TO CART

Puff Ultra Zero

**ZERO Mango Pineapple Ice**

**$24.99**

ADD TO CART

 

Puff Ultra Zero

**ZERO Glacier Ice**

**$24.99**

ADD TO CART

 

Puff Ultra Zero

**ZERO Aloe Grape**

**$24.99**

ADD TO CART

 

 

Puff Ultra Zero

**ZERO Raspberry Melon**

**$24.99**

ADD TO CART

Puff Ultra Zero

**ZERO Apple Cucumber Mint**

**$24.99**

ADD TO CART

   

Puff Ultra Zero

**ZERO Banana Mint**

**$24.99**

ADD TO CART

Puff Ultra Zero

**Ultra ZERO Cooler Mint**

**$24.99**

ADD TO CART

   

Puff Ultra Zero

**ZERO Melon Kiwi**

**$24.99**

ADD TO CART

Puff Ultra Zero

**Ultra ZERO Summer Peach Ice**

**$24.99**

ADD TO CART

 

 

Puff Ultra Zero

**Ultra ZERO Black Cherry Ice**

**$24.99**

ADD TO CART

Puff Ultra Zero

**Ultra ZERO Passion Fruit Guava Ice**

**$24.99**

ADD TO CART




Puff Ultra Zero

**Ultra ZERO Orange Mandarin Sorbet**

**$24.99**

ADD TO CART

## Want to get high?

Puff Delta: Premium THC vapes &
edibles shipped direct to you.

# WARNING: This product contains nicotine. Nicotine is an addictive chemical.

**Disposables**      **0% Nicotine**      **Salt Nic eLiquid**      **Clearance**                                                  Account

Welcome fall with vape deals! Orders $50+ coupon: SPR10







Air Bar

# Air Bar Lux Disposable Vape

★★★★★ 259 Reviews

Clearance   Sale   $7.99   ~~$9.99~~





**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Home | DISPOSABLE VAPES | Aloha Sun 7000 Puffs Rechargeable Disposable Vape - 15ml



# Aloha Sun 7000 Puffs Rechargeable Disposable Vape - 15ml

**Aloha Sun**

★★★★☆ 24 Reviews

**$14.99 USD** ~~$19.99 USD~~

**$3.75/biweekly** Learn more ❯❯

Save $5.00 USD

Shipping calculated at checkout

**Available Now!**

Choose Flavor: **American Tobacco**

| American Tobacco ⌄ |

| Add to Cart |

🔗

## Buy Together & Save 5%



**Total Price: $27.53 USD** ~~$28.98 USD~~
You save: $1.45 USD

| BUY NOW |

☑ This item: Aloha Sun 7000 Puffs Rechargeable Disposable Vape - 15ml

American Tobacco ⌄    **$14.99 USD** ~~$19.99 USD~~

☑ **Hyppe Max Air 5000 Puffs Disposable Vape - 13ML**    Black Sakura ⌄

**$13.99 USD** ~~$19.99 USD~~

♡ Add to Wishlist

Description      Product Specifications

**Aloha Sun 7000 Puffs Rechargeable Disposable Vape - 15ml**

Aloha Sun introduces their 7000 puffs disposable vapes with flavor profiles inspired by the Hawaiian islands. Take a trip to a tropical paradise with each puff as you take in 5% TFN salt nic in delicious flavors. Each Aloha Sun 7000 Puffs Disposable Vape features 15ml of vape juice and a 650mAh battery with USB-C charging port. The Aloha Sun 7000 Puffs Disposable also features a removable band around the body that provides a nice grip, and an adjustable airflow control lever on the bottom of the device.

**Aloha Sun 7000 Puffs Flavors:**

**American Tobacco:** Rich and smooth tobacco

**Blue Dreams:** Pineapple coconut orange cherry

**Kiberry Ice:** Kiwi mixed berries ice

**Ocean Sonics:** Blue raspberry coconut lemon-lime soda

**Pink:** Pink lemonade slush

**Strawberry Guava**

**Tiger Blood:** Strawberry watermelon coconut shaved ice

**White Peach Ice**

**Product Includes:**

1 x Aloha Sun 7000 Puffs Disposable Vape

---

Powered by 🔵

4.5 ★★★★½ 24 Reviews

💬 Ask A Question

**REVIEWS**    QUESTIONS

**Filter Reviews**

Flavor     Vape     Unit

WARNING: THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.    ×

🚚 SEPTEMBER OFFER: FREE SHIPPING ON ORDERS OVER $100. USE CODE 'SHIP23'    ×



DEPARTMENTS ∨ ˅



Enter Search...

🎁 Free 40 Day Package Protection

🚚 Free US shipping on orders over $150

☰ No Adult Signature Fee

Home  ›  Disposable Vapes  ›  Cigarette-style  ›  Classic Tobacco Disposable E-Cigarette

**Tap image to zoom**

‹



›

Any 8 for $60




**CUSTOMERS ALSO BOUGHT**





Any 8 for $60

**BLU**

Vanilla Disposable E-Cigarette

**$7.99**



Any 8 for $60

**BLU**

Cherry Disposable E-Cigarette

**$7.99**



Any 10 for $60

**LEAP ® VAPOR**

Go Smooth Tobacco Disposable

**$7.99**



ET Package Protection (If your order hasn't been delivered within 40 days we'll credit or refund your order)

**$0.01**

Men



**BLU**

Classic Tobacco Disposable | 24mg

1ml | 2.4% Nicotine

**$7.99**

**MIX & MATCH DEAL**

8 Disposables for $60    View all ›

**MIX & MATCH DEAL**

8 Disposables for $60    View all ›

⭐⭐⭐⭐⭐ **(41)**

**10+ In Stock Now**

**Choose a Nicotine Strength: 2.4% (24mg)** *

| 2.4% (24mg) |
| --- |

QTY   [ − ] [ 1 ] [ + ]

| ADD TO CART |
| --- |

🖤 **ADD TO WISHLIST**

⭐ **FREE SHIPPING**
Orders over $150

🚚 **$3.99 SHIPPING**
On orders $100–$150

👍 **NO ADULT SIGNATURE FEE**
Service offered free of charge

**GOT A QUESTION?**
Click here to view our new help section

## DETELS —

DETAILS

**Classic Tobacco Disposable by blu**

• Disposable E-Cigarettes by blu
• Flavor Profile: traditional tobacco
• Single-use, ready to use disposable e-cig
• Each disposable e-cigarette is available in 2.4% nicotine level
• Emits a blue LED at the end of the e-cig inhaling
• Requires no assembly

**blu Classic Tobacco Disposable:**

This familiar, authentic taste of full-bodied tobacco has made Classic Tobacco **blu**'s most popular flavor yet.

**blu Disposables**

blu **Disposables** are convenient and come fully charged right out of the box with no assembly required. If you are looking for a simple option or trying blu for the first time, the blu Disposable is perfect for you.

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Home | DISPOSABLE VAPES | Fog X Box 6000 Puffs Disposable Vaporizer - 13ML



# Fog X Box 6000 Puffs Disposable Vaporizer - 13ML

**Fog X**

★★★★½ 60 Reviews

**$13.99 USD** ~~$24.99 USD~~

$3.50/biweekly <u>Learn more</u> ❯❯
Save $11.00 USD

<u>Shipping</u> calculated at checkout

**Available Now!**

Choose Flavor: Honeydew Ice

| Honeydew Ice ⌄ |
|---|

| Add to Cart |
|---|

❏

## Save 5% when buy together

**Total Price: $23.73 USD** ~~$24.98 USD~~
You save: $1.25 USD

| BUY NOW |
|---|

☑ This item: Fog X Box 6000 Puffs Disposable Vaporizer - 13ML

| Honeydew Ice ⌄ | **$13.99 USD** ~~$24.99 USD~~ |
|---|---|

☑ TRULY BAR Rechargeable 5000 Puffs Disposable Vape - 13ML

| Strawberry Pomegranate Ice ⌄ | **$10.99 USD** ~~$19.99 USD~~ |
|---|---|

♡  Add to Wishlist

| Description | Product Specifications |
|---|---|

**Fog X Box 6000 Puffs Disposable Vaporizer - 13ML**

The <u>FOG X</u> Box <u>disposable</u> is a 6000 Puffs disposable vape with 5% salt nicotine. Fog X brings you another banger with the Fog X Box, available in 20 delicious flavors! Each Fog X Box is filled with 13ml of salt nic vape juice, features a fan-favorite housing and design, a 650mAh battery, and USB-C charging port.

**Fog X Box Flavors:**

**Aloe Berry:** Strawberries and aloe vera are blended with natural menthol, making it the perfect refresher.

**Aloe Lychee Ice:** This is a great flavor for vapers who like juicy lychee but also want a menthol kick.

**Apple Juice:** The taste of classic boxed apple juice.

**Blue Razz Ice:** With a light, fruity undertone and a touch of menthol, it's the perfect flavor for those who love berries.

**Boost:** Boost is a delicious and refreshing energy drink flavor with a light, natural taste.

**Cool Mint:** A refreshing classic icy mint flavor.

**Frozen Mint:** Frozen Mint is an authentic menthol mint flavor that is as refreshing as it is flavorful.

**Green Tea Ice Cream:** Natural taste from a warm cup of green tea blended with sweet smooth ice cream.

**Honeydew Ice:** Made with pure honeydew flavoring for an authentic taste and with a slight hint of menthol for a refreshing finish

**Iced Cola:** With this beverage vape flavor and a hint of menthol, you can enjoy the wonderful cold taste of Cola without all the sugar, calories, and caffeine.

**Iced Peaches:** Iced Peaches is a refreshing mixture of peach and menthol that's perfect for any occasion.

**Key Lime Cookie:** A delightful balance of sweet and tart, our Key Lime Cookies is not too sweet, not too tart, just the right amount of everything!

**Lemon Cheesecake:** Just imagen its tart lemon curd topping and graham cracker crust, this cheesecake will leave your mouth watering.

**Lush Ice:** Lush Ice is a refreshing summertime watermelon flavor blended with icy cool menthol.

**Mahaloe Mango:** Some say the best things in life are sweet and tart. We say it's Aloe Mango.

**Naked:** No Flavor, Just a cool sensation.

**Pina Colada:** A refreshing pineapple coconut drink on the beach.

**Pink Star:** Pink Star is our hard candy that will quench your thirst with a juicy blend of strawberry and watermelon notes.

**POG Ice:** Ice cold pineapple, orange, and guava juice.

**Rainbow Skizzles:** Sweet candy flavor featuring the flavors of the rainbow.

**Straw Kiwi:** Simply slice kiwis and a couple of strawberries, add them to a blender, and pour them into your favorite glass, that's exactly what you'll experience with this flavor.

**Strawberry Banana Ice:** Strawberry Banana Ice is a creamy, delicious blend of sweet strawberry and ripe banana with a cool menthol kick.

**Strawberry Lemonade:** The flavor is evenly balanced and not too sweet, while still having the perfect tang from the lemonade and sweetness from the strawberries.

**Strawberries N Cream:** This mixture of ripe and juicy strawberry pieces plus a sweet cream sauce will satisfy your cravings any day of the week.

**Vietnamese Coffee:** Served as an in-dark roasted, finely ground beans that are made into a concentrated brew with sweetened condensed milk.

**Watermelon Apple Ice:** A refreshing blend of ice cold watermelon and apple.

**White Grape Ice:** White Grape Ice is like a sweet grape but with a refreshing cooling menthol sensation.

**Product Includes:**

One Single Fog X Box Disposable Unit



Powered by

4.6 ★★★★☆ 60 Reviews

💬 Ask A Question

**REVIEWS**   QUESTIONS

**Filter Reviews**

Flavor      Battery      Quality      Vape      Work      Hit

Buy      Brand

| Rating ▼ | Images & Videos ▼ |

**60 Reviews**                                                    Sort: Select ▼

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!  **Read More**





 

Home  >  Gost Straw Disposable Vape Pens - 3,000 Puffs







○ ○



# GOST STRAW DISPOSABLE VAPE PENS - 3,000 PUFFS

By Gost Vapor                                                      ★★★★⯪  7 Reviews

**Our Price: $9.99**  List Price: ~~$16.99~~

 100% Secure Checkout           Same Day Shipping

 Authenticity Guaranteed        60-Day Warranty

## FLAVOR

Select a Flavor

| 1  ⌃  ⌄ | ADD TO CART |
|---------|-------------|



Share this product

      

DESCRIPTION    DETAILS    FEATURES

## Gost Straw Disposable Vapes

Gost is among the most respected and trusted brand names within the industry. Their gifted team of mixologists is behind some of the highest-rated and heavily awarded e-juices the vaping community has ever seen. Their exceptional disposable vape—The Gost Straw—is testament to just how skilled this company truly is. Remarkable in every regard, it's no wonder why these small gems are so sought-after by enthusiasts worldwide.

The first thing you'll notice about the Gost Straw Disposable Vape is its uniquely stunning design. The elegant, accordion-style ribbed exterior is enhanced by the dual complementary colors, depending on the flavor. Of course, the most striking element of the Gost Straw is the small, straw-like mouthpiece that graces the top of the unit. This component is not just visually striking, but also makes it exceptionally comfortable to use as well.

The Gost Straw is much more than an aesthetically beautiful device—it's a phenomenal performer as well. Furnished with a performance atomizer coil, which has been fine-tuned to operate optimally with the integrated battery, this terrific vape pen delivers the perfect vaping experience. Together with a sizable 8 ml e-juice tanks, the Gost Straw Disposable Vape is capable of delivering approximately 3,000 puffs per unit.

Of course, with a world-renowned e-liquid brand behind it, the Gost Straw is available in numerous mouthwatering flavors. It is currently offered in Cactus Kooler, Cocolada, Cucumber Fresca, Fraze, Hella Peach, Spryte, and Whatamelon.

## Cactus Kooler:

Your favorite pineapple and orange soda.

## Cocolada:

A rejuvenating frozen pina colada, complete with coconut milk, sweet pineapple, and cool menthol.



## Cucumber Fresca:

A refreshing blend of cool cucumber, fresh lime, and icy menthol.

## Fraze:

A selection of mountain-fresh strawberries, with a cool menthol finish.

## Hella Peach:

Orchard-fresh peaches enhanced with a squeeze of lemon and a blast of cool menthol.

## Spryte:

Refreshing lemon-lime soda.

## Whatamelon:

Sweet and juicy watermelon.

© This Description is Protected by Copyscape - Do Not Copy.

## Gost Disposable Vape Specifications:

**Manufactured by:** Gost Vapor

**Puff Count:** 3,000

**E-Juice Quantity:** 8 ml



**ntent:** 5.0% (by Weight) – Tobacco-Free Nicotine

**VG:** 50%

**PG:** 50%

**Operation:** Automatic

**Available Flavors:** Cactus Kooler, Cocolada, Cucumber Fresca, Fraze, Hella Peach, Spryte, Whatamelon

## Gost Disposable Vape Includes:

1 x Gost Disposable Vape Pen

## Gost Disposable Vape Features:

Offered in Seven Delicious Flavors

Flavors Crafted by Gost's World-Renowned Artisans

Provides the Ideal Throat Hit

50mg (5%) Tobacco-Free Nicotine by Volume

All-in-One Configuration

Automatic Operation

Operates Straight Out of the Box

No Skill or Knowledge Required

Delivers the Sensation of Traditional Cigarettes

Long-Lasting – Approximately 3,000 Puffs

Large 8 ml E-Juice Tank



norton
SHOPPING GUARANTEE
9/27/2023

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!  Read More



 

Home  >  Ignite V25 Disposable Vape Pen - 2,500 Puffs











○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○


norton
SHOPPING GUARANTEE
9/27/2023



# IGNITE V25 DISPOSABLE VAPE PEN - 2,500 PUFFS

By Ignite                                    ★★★★★    6 Reviews

**Our Price: $13.99**  List Price: ~~$24.99~~

  100% Secure Checkout            Same Day Shipping

  Authenticity Guaranteed        60-Day Warranty

## FLAVOR

Select a Flavor

| 1  ∧  ∨ | ADD TO CART |
|---------|------------|



Share this product





  

DESCRIPTION     DETAILS     FEATURES

# Ignite V25 Disposable Vape Pen

Legendary hardware brand *Ignite* has finally launched their V25 Disposable Vape Pen, an even more powerful and reliable option than what they've produced thus far, for those who want nothing but the most dependable vaping experience from the first to the last puff.  This disposable, like all disposables, requires zero charging and can be vaped straight out of the box, all while requiring zero refilling or cleaning so that it acts as a 100% maintenance-free device.  Its compact size and lightweight construction makes it a great travel companion, since you can keep it in your pocket throughout the day and vape on demand with no preparation required.

The Ignite V25 boasts a powerful 1000mAh battery, which is the most powerful offered by the brand thus far.  This, combined with the whopping 7.5 milliliters of e-liquid, allows for about 2500 puffs, which is staggering.  The 5% salt nic e-liquid concentration is ideal for most vapers and considered standard in the market of salt-based nicotine.

Not only that, but the Ignite V25 comes in a stunning array of flavors, all made with carefully sourced flavoring ingredients to ensure the most natural-tasting e-juices possible for maximum satisfaction: Strawberry Watermelon, Blue Raspberry Ice, Strawberry Cheesecake, Pink Lemonade, Icy Mint, Sour Apple Ice, Very Berries, Blood Orange Ice, Passion Fruit Lemon, and Raspberry Watermelon.

**Strawberry Watermelon**

Lush, farm-fresh strawberries carefully blended with the smooth and crisp chunks of freshly cut watermelon.

**Blue Raspberry Ice**

A sweet and tangy berry-flavored treat that delivers a chilly menthol finish.

**Strawberry Cheesecake**

Rich and decadent cheesecake that offers a creamy, velvety filling, a juicy strawberry topping, and a buttery graham cracker crust.

**~~nade~~**

~~eezed~~ lemons and orchard-fresh berries are turned into a deeply refreshing pink lemonade.



norton
SHOPPING GUARANTEE
9/27/2023

**Icy Mint**

A bold and invigorating blend of freshly picked garden-grown mint leaves and icy menthol crystals.

**Sour Apple Ice**

Tart green apples make the mouth water with succulent juices before cold menthol mellows things out.

**Very Berries**

A bushel of mountain-fresh berries that are busting with fresh juices.

**Blood Orange Ice**

Succulent and exotic blood oranges blended to perfection with ice-cold menthol.

**Passion Fruit Lemon**

Tropical passion fruit offers a bright and cheery taste of paradise while a twist of lemon elevates its mouthwatering flavor.

**Raspberry Watermelon**

Freshly picked n' plump raspberries are blended with chunks of bright watermelon to offer a cool, crisp, and refreshing fruity treat.

©**This Description is Protected by** Copyscape **- Do Not Copy.**

## Ignite V25 Disposable Vape Pens Specifications:

**E-Juice Quantity:** 7.5ml

**Nicotine Content:** 5% by weight (Synthetic)

**Battery:** 1000 mAh

**VG:** 50%

**PG:** 50%

**Operation:** Automatic



**Available Flavors:** Strawberry Watermelon, Blue Raspberry Ice, Strawberry Cheesecake, Pink Lemonade, Icy Mint, Sour Apple Ice, Very Berries, Blood Orange Ice, Passion Fruit Lemon, and Raspberry Watermelon

**Length:** 4.25 Inches

**Diameter:** 1 Inch

## Ignite V25 Disposable Vape Pens Includes:

1 x Ignite V25 Disposable Vape Pen

## Ignite V25 Disposable Vape Pens Features:

Filled with Massive 7.5 ml of E-Juice

Delivers a Whopping 2,500 Puffs

Smooth and Satisfying Hit

Provides Ideal Throat Hit

50mg (5%) Synthetic Nicotine Salt Concentration

All-in-One Configuration

Automatic Operation

Operates Straight Out of the Box

No Skill or Knowledge Required

Delivers the Sensation of Traditional Cigarettes

Long-Lasting

Several Amazing Flavors to Choose From



# WARNING: This product contains nicotine. Nicotine is an addictive chemical.

**FREE SHIPPING ON ALL U.S. ORDERS OVER $50**

≡     ⓕ epuffer®     👤   🛒

Find a product by keyword, feature or a product sku. 🔍

Home → E-CIGS → DISPOSABLES →     �docs 1 of 4 ⟶

ECO PREMIUM TOBACCO DISPOSABLE E-CIGARETTE TAN



## ECO PREMIUM TOBACCO DISPOSABLE E-CIGARETTE TAN

⭐⭐⭐⭐⯪
14 reviews
Write a review

### $8.95   🐷 Earn: 27 coins

✔ **In stock**    SKU: 300086    🎖🎖

**Nicotine Content:**

| 2.0% | 20mg/mL ▼ |

➖ 1 ➕    🛒 **ADD TO**

🚚 We offer Free First-Class shipping on all U.S. orders of $50 or more. *

🛡 One year limited warranty **

🗓 30 Day moneyback ***

we offer same day shipping for orders placed Mon-Fri before 2PM (EST), excluding federal holidays.

 **The Consumer Voice Award Winner!**

**The ePuffer ECO is a 6th generation disposable electronic cigarette, which defines an entirely new category of electronic smoking devices.**

The ePuffer ECO Premium Tobacco flavored E-Cigarette features a rich flavor of Virginia with prime leaves of full-flavored Turkish tobacco. It is designed to look and feel as close as possible to a real cigarette and is very lightweight.

ePuffer ECO disposable electronic cigarettes line comes in a variety of flavors to suit your taste buds, as well as a 3.7 V cylindrical lithium battery that lasts for up to five hundred puffs, which is approximately equivalent to 20-25 regular tobacco cigarettes. The battery also features a charcoal design LED tip, which glows orange to imitate a burning charcoal. Every disposable electronic cigarette is sold with a pre-charged battery, so you could use and enjoy the disposable e-cig right out of the box. These disposable electronic cigarettes are sold in a protective square tub, which you could use for added protection when traveling or for safe storing.

ECO disposable electronic cigarettes are available in three different nicotine levels, each aims to please different types of smokers: Regular 2.4%, Mild 1.2%, and Non-nicotine 0%.

The ePuffer ECO Premium Tobacco flavored Disposable eCigarette has a pharma-grade Propylene Glycol (PG) to pharma-grade Vegetable Glycerine (VG) ratio of 70% to 30%, with a flavor ratio of 15% and is made with 100% traceable top grade ingredients. The quality of the ePuffer Eco Premium Tobacco E-Cigarette is guaranteed and it has been lab-tested to be **free of Diacetyl (DA), Acetyl Propionyl (AP) and Vitamin E acetate.**

ePuffer is the first company that started designing the disposable electronic cigarettes made with food-grade materials and safe for the environment. All ePuffer disposable e-cig products have a Soft Filter, use DiRECT|Flow™ technology and feature ePuffer's exclusive True Nicotine Content eliquid formula, which allows users to experience smoother draw, enhanced rich flavor and dense vapor production.

# Features

- Powered by a pre-charged 3.7V cylindrical lithium battery

- Length:
- Weight: 10 grams
- Color options: White/Tan or Black
- Cartridge capacity: 1.2ml
- A glowing charcoal LED design
- A protective square tube for storage and traveling

## Eliquid

E-Liquid Base ( Tobacco Formula )

Pharma Grade Propylene Glycol ( PG ) - 70%

Pharma Grade Vegetable Glycerine ( VG ) - 30%

Flavor Ratio: 15%

## REVIEWS

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!  **Read More**



 

Home  >  Monster Bars Disposable Vape Pen - 3,500 Puffs

















# MONSTER BARS DISPOSABLE VAPE PEN - 3,500 PUFFS

By Monster Bars ★★★★☆ 17 Reviews

**Our Price: $13.99**  List Price: ~~$19.99~~

 100% Secure Checkout  Same Day Shipping

 Authenticity Guaranteed  60-Day Warranty

## FLAVOR

Select a Flavor

| 1 | ∧ ∨ | ADD TO CART |




norton SHOPPING GUARANTEE

ID Theft Protection
Purchase Guarantee
Lowest Price Guarantee

...as a thank you for buying from us.

Share this product

   

norton
SHOPPING GUARANTEE
9/27/2023

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

ATTENTION! Get 10% Off Your Order When You Sign Up For Our Newsletter!  Read More

   

Home  >  Pyro Disposable Vape Pens - 6,000 Puffs










norton
SHOPPING GUARANTEE
9/27/2023

○ ○ ○ ○

# PYRO DISPOSABLE VAPE PENS - 6,000 PUFFS

By Pyro

★★★★★   1 Review

**Our Price: $14.99**  List Price: ~~$17.99~~

 100% Secure Checkout

 Same Day Shipping

 Authenticity Guaranteed

 60-Day Warranty

## FLAVOR

Select a Flavor

| 1 ∧ ∨ | ADD TO CART |
|---|---|



Share this product

  

