# EXHIBIT 7



US0D1005573S

# (12) United States Design Patent
## Wang

(10) Patent No.: **US D1,005,573 S**
(45) Date of Patent: ** **Nov. 21, 2023**

(54) **DISPOSABLE E-CIGARETTE**

(71) Applicant: **Breeze Smoke, LLC**, Hazel Park, MI (US)

(72) Inventor: **Shenyi Wang**, Shenzhen (CN)

(73) Assignee: **Breeze Smoke, LLC**, Hazel Park, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/791,735**

(22) Filed: **Feb. 3, 2022**

(51) **LOC (14) Cl.** ................................................ **27-07**

(52) **U.S. Cl.**
USPC .......................................... **D27/162**

(58) **Field of Classification Search**
USPC ....... D27/100, 101, 162, 163–165, 167, 169, D27/172, 183, 185–192, 194; D23/360, D23/366; D24/110, 110.5
CPC .......... A24F 40/00; A24F 40/10; A24F 40/20; A24F 40/40; A24F 40/42; A24F 40/44; A61M 15/00; A61M 15/06
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D799,113 S | * | 10/2017 | Qiu | D27/101 |
| D863,673 S | * | 10/2019 | Lai | D27/162 |
| D875,306 S | * | 2/2020 | Pan | D27/167 |
| D884,269 S | * | 5/2020 | Lai | D27/162 |
| D885,655 S | * | 5/2020 | Ding | D27/162 |
| D903,936 S | * | 12/2020 | He | D27/162 |
| D908,952 S | * | 1/2021 | Guo | D27/101 |
| D912,890 S | * | 3/2021 | Liu | D27/162 |
| D926,359 S | * | 7/2021 | Liu | D27/162 |
| D937,479 S | * | 11/2021 | Lai | D27/162 |
| D949,468 S | * | 4/2022 | Michaud | D27/162 |
| D957,047 S | * | 7/2022 | Liu | D27/162 |

(Continued)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 305823569 | * | 12/2019 |
| CN | 306673860 | * | 3/2021 |

### OTHER PUBLICATIONS

New Breeze Pro Vape Review—Youtube, posted Sep. 4, 2021, [retrieved Jul. 17, 2023]. Retrieved from internet: https://www.youtube.com/watch?v=t8rvHC7O8uE (Year: 2021).*

(Continued)

*Primary Examiner* — Nicole C Shiflet
*Assistant Examiner* — Karen M. Jones
(74) *Attorney, Agent, or Firm* — Honigman LLP

(57) **CLAIM**

I claim the ornamental design for a disposable e-cigarette, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the disposable e-cigarette in accordance with the principles of the present disclosure;
FIG. **2** is a front elevational view of the disposable e-cigarette of FIG. **1**;
FIG. **3** is a rear elevational view of the disposable e-cigarette of FIG. **1**;
FIG. **4** is a left side view of the disposable e-cigarette of FIG. **1**;
FIG. **5** is a right side view of the disposable e-cigarette of FIG. **1**;
FIG. **6** is a top plan view of the disposable e-cigarette of FIG. **1**; and,
FIG. **7** is a bottom plan view of the disposable e-cigarette of FIG. **1**.
The broken lines in the drawing views show portions of the disposable e-cigarette that form no part of the claimed design. The shade lines in the drawing views show contour and not surface ornamentation of the disposable e-cigarette.

**1 Claim, 3 Drawing Sheets**



Case: 1:23-cv-05406 Document #: 230-7 Filed: 12/23/25 Page 3 of 6 PageID #:10067

# US D1,005,573 S

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D972,772 S | * | 12/2022 | Li | ................................ D27/162 |
| 2021/0227882 A1 | * | 7/2021 | Hijma | ..................... A24F 40/42 |
| 2022/0400774 A1 | * | 12/2022 | Jabber | ....................... A24F 7/00 |

### OTHER PUBLICATIONS

Breeze Pro—Vapor Shoppe—Twitter, posted Oct. 21, 2021, [retrieved Jul. 17, 2023]. Retrieved from internet: https://twitter.com/VaporShoppeON/status/1453144472732274688 (Year: 2021).*

Smok Nord Kit Review _ Planet of the Vapes, posted Dec. 17, 2018, [retrieved Jul. 17, 2023]. Retrieved from internet: https://www.planetofthevapes.co.uk/reviews/pod-systems/smok-nord-kit.html (Year: 2018).*

Artery Pal LT Review _ Planet of the Vapes, posted Oct. 30, 2020, [retrieved Jul. 17, 2023]. Retrieved from internet: https://www.planetofthevapes.co.uk/reviews/pod-systems/artery-pal-lt.html (Year: 2020).*

* cited by examiner

Case: 1:23-cv-05406 Document #: 230-7 Filed: 12/23/25 Page 4 of 6 PageID #:10068



FIG. 1

Case: 1:23-cv-05406 Document #: 230-7 Filed: 12/23/25 Page 5 of 6 PageID #:10069



**FIG. 2**



**FIG. 3**

Case: 1:23-cv-05406 Document #: 230-7 Filed: 12/23/25 Page 6 of 6 PageID #:10070





**FIG. 6**



**FIG. 7**

**FIG. 4**     **FIG. 5**