# EXHIBIT 8

**BREEZE PRO Product**



**Infringing Product**



**BREEZE PRO Product**

     

2000 PUFFS    6 ML    5% NIC    COST EFFECTIVE    1000 MAH

**Infringing Product**

     

5000 PUFFS    10 ML    5% NIC    MESH COIL    550 MAH

                   

**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**

**Infringing Product**



**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**                    **Infringing Product**





**BREEZE PRO Product**

**Infringing Product**





**BREEZE PRO Product**                                         **Infringing Product**




**BREEZE PRO Product**    **Infringing Product**

    

**BREEZE PRO Product**                    **Infringing Product**





**BREEZE PRO Product**                    **Infringing Product**





**BREEZE PRO Product**

**Infringing Product**



