# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS,<br><br>      Plaintiff,<br><br>  vs.<br><br>BREEZE SMOKE, LLC,<br><br>      Defendant. | CASE NO. 1:23-CV-05406<br><br>HONORABLE THOMAS M. DURKIN<br><br>HONORABLE BETH W. JANTZ |
| Breeze Smoke LLC,<br><br>      Counter-Claimant,<br><br>  vs.<br><br>Midwest Goods Inc., dba Midwest Distribution Illinois, Wisemen Wholesale, Inc., Speed Wholesale, Inc., World Wholesale, Inc., Light View LLC,<br><br>      Counterclaim Defendants. | |

**DEFENDANT BREEZE SMOKE LLC'S SECOND SET OF REQUESTS FOR PRODUCTION (Nos. 68 – 85) TO PLAINTIFF MIDWEST GOODS INC.**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Breeze Smoke LLC ("Breeze Smoke") by and through its undersigned counsel, submits its Second Set of Requests for Production to Plaintiff/Counterclaim Defendant Midwest Goods Inc. ("Plaintiff" or "Midwest"). Plaintiff shall produce each document, thing and item of electronically stored information listed below for inspection and copying, and

said production shall be made accompanying Plaintiff's service of its responses to these Requests at the offices of Honigman LLP, 155 N. Wacker Dr., Suite 3100, Chicago, IL 60606, or at such other place as the parties may agree, within thirty (30) days of service. Plaintiff's attention is further drawn to its continuing duty to supplement its responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

## DEFINITIONS AND INSTRUCTIONS

Breeze Smoke incorporates by reference the Definitions and Instructions from Defendant Breeze Smoke LLC's First Set of Requests for Production to Plaintiff Midwest Goods Inc.

The term "SOUTH Vapes" means any vaping products, including packaging, under the name "SOUTH".

## REQUESTS FOR PRODUCTION

**Request No. 68:**

All documents or communications related or referring to any disclaimer, by You or by others, stating that the Accused Products are not related to, sponsored or endorsed by, or associated or affiliated with Breeze Smoke.

**RESPONSE:**

**Request No. 69:**

All documents or communications referring or relating to Your decision to use a disclaimer stating that the Accused Products are not related to, sponsored or endorsed by, or associated or affiliated with Breeze Smoke, in Your marketing of the Accused Products.

**RESPONSE:**

2

**Request No. 70:**

All documents or communications related or referring to the conception, design, research, development, manufacture, testing, use, marketing, modifying, sale, offer for sale, importation, exportation, and supply of the SOUTH Vapes.

**RESPONSE:**

**Request No. 71:**

All documents or communications related or referring to the conception, design, research, development, manufacture, testing, use, marketing, modifying, sale, offer for sale, importation, exportation, and supply of the packaging of the SOUTH Vapes.

**RESPONSE:**

**Request No. 72:**

All documents or communications referring or relating to Your decision to sell, market, or distribute the SOUTH Vapes.

**RESPONSE:**

**Request No. 73:**

All documents or communications referring or relating to the time, place, and manner of Your first sale in the United States of the SOUTH Vapes.

**RESPONSE:**

**Request No. 74:**

All documents or communications comparing the SOUTH Vapes on the one hand, and the Breeze Smoke IP or any Breeze Smoke Products on the other hand.

**RESPONSE:**

**Request No. 75:**

All documents or communications comparing the SOUTH Vapes on the one hand, and the Accused Products on the other hand.

**RESPONSE:**

**Request No. 76:**

All documents or communications referring or relating to any actual or purported confusion or mistake between the SOUTH Vapes and any Breeze Smoke Product, including but not limited to any inquiries as to whether the SOUTH Vapes are associated with, sponsored by, affiliated with, or connected with Breeze Smoke, or whether any Breeze Smoke Products are associated with, sponsored by, affiliated with, or connected with the SOUTH Vapes.

**RESPONSE:**

**Request No. 77:**

All documents or communications referring or relating to the source of the SOUTH Vapes.

**RESPONSE:**

4

**Request No. 78:**

All documents or communications referring or relating to the sale of the SOUTH vapes, including but not limited to, invoices, purchase orders, sales receipts, and sales summaries.

**RESPONSE:**

**Request No. 79:**

All purchase and sales records relating the SOUTH vapes, including but not limited to import records and invoices from Your suppliers and to Your customers.

**RESPONSE:**

**Request No. 80:**

All documents or communications referring or relating to any future plans by You for designing or creating any new electronic cigarette or vape.

**RESPONSE:**

**Request No. 81:**

All documents and communications concerning the Declaration of Mudassir Yasin filed in this Case on February 2, 2024 (Dkt# 66-1).

**RESPONSE:**

5

**Request No. 82:**

All documents and communications considered or relied on by Mudassir Yasin in the preparation of the Declaration of Mudassir Yasin filed in this Case on February 2, 2024 (Dkt# 66-1).

**RESPONSE:**

**Request No. 83:**

All documents and communications concerning the Declaration of Thomas J. Maronick, DBA, JD, filed in this Case on February 2, 2024 (Dkt# 66-3), including all documents and data relating to the surveys conducted therein, and further including all documents, data, and surveys that were not submitted with the declaration.

**RESPONSE:**

**Request No. 84:**

All documents and communications considered or relied on by Thomas J. Maronick in the preparation of the Declaration of Thomas J. Maronick, DBA, JD, filed in this Case on February 2, 2024 (Dkt# 66-3), including all documents and data relating to the surveys conducted therein, and further including all documents, data, and surveys that were not submitted with the declaration.

**RESPONSE:**

**Request No. 85:**

All sales records relating the Breeze Smoke Products, including but not limited to invoices to Your customers.

**RESPONSE:**

Dated:  March 8, 2024

Respectfully submitted,

By:  /s/ *Mary A. Hyde*
Jeffrey K. Lamb
HONIGMAN LLP
660 Woodward Ave., Suite 2290
Detroit, MI 48226
Telephone:  (313) 465-7000
jlamb@honigman.com

Mary A. Hyde
William B. Berndt
Vikram A. Mathrani
David J. Roulo
Jenna E. Saunders
HONIGMAN LLP
155 North Wacker Dr., Suite 3100
Chicago, IL 60606
Telephone:  (312) 701-9360
mhyde@honigman.com
wberndt@honigman.com
vmathrani@honigman.com
droulo@honigman.com
jsaunders@honigman.com
*Attorneys for the Defendant/Counterclaim Plaintiff*
*Breeze Smoke LLC*

7

## CERTIFICATE OF SERVICE

I certify that on March 8, 2024, I served the foregoing BREEZE SMOKE'S SECOND

SET OF REQUESTS FOR PRODUCTION upon the following counsel of record via email:


Drew G.A. Peel (ARDC #6209713)
**RACHLIS DUFF & PEEL, LLC**
542 South Dearborn Street, Suite 900
Chicago, IL 60605

Stephen L. Levine (admitted *pro hac vice*)
Kelli M. Hinson (admitted *pro hac vice*)
**CARRINGTON, COLEMAN, SLOMAN,**
 **& BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, Texas 75202

*Attorneys for Plaintiff*


/s/ *Mary A. Hyde*
*One of the Attorneys for*
*Defendant/Counterclaim Plaintiff*
*Breeze Smoke LLC*