# EXHIBIT 16



Log In    Sign Up



midwestgoodsinc • Follow

midwestgoodsinc 🌴New In Stock SOUTH 3K Puffs Disposable

#MidwestGoods #MWGS #vape #Vapelife #vapecommunity #Ejuice #Eliquid #vapedistributor #wholesalevapejuice #south

2w

1 like

April 11

Log in to like or comment.

More posts from midwestgoodsinc



Get the full experience

Scan with your phone's camera to download the Instagram app.

Log in    Sign Up

 *Instagram*

Log In   Sign Up



See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users
Meta Verified

English ⌄   © 2024 Instagram from Meta



Get the full experience   ✕

Scan with your phone's camera
to download the Instagram app.

Log in   Sign Up