# EXHIBIT 17

**THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.**

MEGA COIL DUAL MESH · MEGA HD ANIMATED SCREEN · TRUE STORY 1ST ADJUSTABLE PUFF DEVICE · UP TO 20,000 PUFFS · MEGA CLEAR TANK

**MIDWEST DISTRIBUTION** #1 Distributor For Vape & Smoke

Search for the products here...

1-630-912-2673

Click Here to Join Our Whatsapp Community

My Cart (0)

New In Stock · Disposables · Devices · E-Liquids · Pod Systems · Glass · Clearance Disposables · Brands · Promos

Hello Visitor! We are a business to business wholesale website. Visitors cannot purchase products. Please click here to create an account. Member already? Click here to sign in. If you have any questions you can also reach out to our customer accounts team by calling (630)912-2673 #4, or by email accounts@midwestgoods.com

Home > In Stock New Arrivals > South Powered By North 6.5ML 3K Puffs Disposable Device With Mesh Coil - Display Of 10 (MSRP $14.99 Each)



SELLING FAST

## South Powered By North 6.5ML 3K Puffs Disposable Device With Mesh Coil - Display of 10 (MSRP $14.99 Each)

No reviews yet    Write a Review

**SKU:** SKU-102630999

**Availability:** Maximum Purchase Limit 5 Per Customer Per Day

**CASE QTY:** 20

SIGN IN

ADD TO WISHLIST

PRODUCT DESCRIPTION

Midwest Goods Rewards

**South Powered By North 6.5ML 3K Puffs Disposable Device With Mesh Coil - Display of 10**

The South 6.5ML 3K Puffs Disposable Device is a compact and convenient vaping device. It comes with a Mesh Coil that enhances the flavor and provides a smooth vaping experience. The device is prefilled with 6.5ML of e-liquid that contains 5% Nicotine Salt, offering around 3000 puffs. It is powered by a 950mAh battery, ensuring long-lasting usage.

**Features:**

Nicotine Salt: 5%

Prefilled E-Liquid Capacity : 6.5ML

Battery Capacity: 950mAh

Resistance: 1.2Ω Mesh Coil

Puffs: 3000 Approx.

**Included:**

10 x South Powered By North 6.5ML 3K Puffs Disposable Device With Mesh Coil

**20 Available Flavors:**

Berries Punch | Blue Razz | Blue Slurpie | Blueberry Iced | Cherry Cola | Clear | Cool Mint | Love Story | Lush Iced | Peach Raspberry | Peachy Delight | Pineapple Coconut | Pink Lemonade | Strawberry Kiwi | Strawberry Watermelon | Tropical Mango | Tropical Rainbow Candy | Vintage Grape | Virginia Tobacco | Watermelon Candy







Advanced User Item. Use at Your Own Risk!

NOTE: Descriptions, specifications, and claims are based on manufacturer information. Information listed and provided are to be used at the sole discretion of the consumer and are not representative of analysis, testing, and verification by Midwest Goods Inc. and any and all of Midwest Goods Inc's parent and subsidiary companies. There is an inherent risk with the use of any and all rechargeable batteries in any circumstance. Midwest Goods Inc. and any and all of Midwest Goods Inc's parent and subsidiary companies are not responsible for damage if there is any modification of the batteries/chargers in any form or shape (including pack making). Midwest Goods Inc. and any and all of Midwest Goods Inc's parent and subsidiary companies are not responsible for any damage caused by the misuse and/or mishandling of Li-ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable batteries and chargers.

Use special caution when working with Li-ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable cells, as they are very sensitive to charging characteristics and may explode or burn if mishandled. Make sure the user has enough knowledge of Li-Ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable cells in charging,

discharging, assembly and storage before use. Always charge in/on a fire-proof surface. Never leave charging batteries unattended. Do not use any rechargeable battery as well as any battery charger if any visible damage is present, as well as if the cell or charger has been stressed through mishandling, accidental or otherwise, even if damage may not be visible. Always store and transport rechargeable cells in a safe, non-conductive container in a controlled environment. Dispose of all battery cells and chargers in accordance to local laws and mandates.

Midwest Goods Inc. will not be held responsible or liable for any injury, damage, or defect, permanent or temporary that may be caused by the improper use of a Li-ion (Lithium-ion), LiPo (Lithium-ion Polymer) and any rechargeable battery/batteries. Please have a basic understanding of the batteries you are using and how to care for them properly.

All pictures are based on practicality, copyright reserved.

## Related Products



North 10ML 5000 Puffs 550mAh Prefilled Zero Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator - Display of 10 (MSRP $25.00 Each)

Sign In

North 10ML 5000 Puffs 550mAh 3% Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator - Display of 10 (MSRP $25.00 Each)

Sign In



+ SELLING FAST

North 10ML 5000 Puffs 550mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator - Display of 10 (MSRP $25.00 Each)

Sign In



+ SELLING FAST

North HOLIDAY EDITION 5000 Puffs 10ML 550mAh Prefilled Nicotine Salt Rechargeable Disposable Vape Device With Mesh Coil & E-liquid & Battery Indicator - Display of 10 (MSRP $25.00 Each)

Sign In



**QUICK LINKS**

Contact Us
About Us
Meet Our Team
Job Opportunities
Shipping Information
Warehouse Tour

Terms & Conditions
Privacy Policy
Product Requests
Midwest Events
Update Business License

**CUSTOMER SERVICES**

Help Center
Sign Up?
Stock Updates
Sell Here
USPS Form

Excise Tax By State
Tax Information
Wholesale Vaping & E-liquid / E-cig Supply
Wholesale HeadShop, Smoke Shop, & Dispensary Supplies

Midwest Distribution Illinois USA. 1001 Foster Ave, Bensenville, Illinois 60106.

Customer Service (630)912-2673 #1
Sales Direct (630)912-2673 #2
FAX: (630)422-1129

Support@midwestgoods.com
Sales@midwestgoods.com

Cash & Carry - Mon-Fri: 9am - 6pm & Sat: 10am - 4pm (CST)
Sun: Closed
Customer Support - Mon-Fri: 8am - 7pm (CST)
Sat & Sun: Closed

© 2024 Midwest Goods Inc. All Rights Reserved.

NOT FOR SALE TO MINORS | CALIFORNIA PROPOSITION 65 - Warning: This product contains nicotine, a chemical known to the state of California to cause birth defects or other reproductive harm. Midwest Goods products are not smoking cessation products and have not been evaluated by the Food and Drug Administration, nor are they intended to treat, prevent or cure any disease or condition. KEEP OUT OF REACH OF CHILDREN AND PETS. All product names, trademarks and images are the property of their respective owners, which are in no way associated or affiliated with Midwest Goods Inc. Product names and images are used solely for the purpose of identifying the specific products. Use of these names does not imply any co-operation or endorsement.