# EXHIBIT 18

