# EXHIBIT 19

**THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.**

EXCLUSIVE VAPE COLLECTION
OFFICIALLY LICENSED BY CHRIS BROWN.

" 💙 Welcome to Speed Wholesale / Join our broadcast list 🟢"

**Need Help? Call Us: 888-**
**718-    489**

💬 BLOG  📈 STOCK UPD    ROMO  🚚 TRACK ORDER

SPEED WHOLESALE

🔒 Login       👤 Register       🤍 Wishlist       ⇄ Compare

🛒 **SHOPPING CART**
0 Item(S) **- $0.00** ⌄

Your shopping cart is empty!

**CATEGORIES** ☰





**DISPOSABLES**

COUNTER DISPLAY

ZERO NICOTINE

2000+ PUFFS

5000+ PUFFS

10000+ PUFFS

15000+ PUFFS

**E-LIQUID**

SUB-OHM E-LIQUID

SALT E-LIQUID

TOBACCO FREE NICOTINE

**VAPORIZER**

510 THREAD BATTERY

BATTERIES & CHARGERS

CONCENTRATE VAPORIZER

DRY HERB VAPORIZER

HYBRID VAPORIZER

VAPORIZER TANKS

SUB OHM POD KIT

SALT POD KIT

REPLACEMENT PODS & COILS

ALTERNATIVES



5/2/24, 1:19 PM









BUTTER INFUSION
DIGITAL SCALES
DISPENSERS
THERMOMETER



DISPLAY
ENERGY SUPPLEMENT
LIFESTYLE
LEGAL LEAN
NICOTINE POUCH
SMOKE BUDDY
POWER HITTER
HAPPY KIT



**DISPOSABLE VAPE**
**E LIQUID**

| 420 ODOR ELIMINATOR | 7 DAZE | ACCUR8 | AFGHAN HEMP | AIR FACTORY | ALEAF | ALOHA SUN | AROMA KING | AWS | BAD DRIP | BECO | BEE LINE | BEST | BIC | BIFF | BARWHIP | BIG MOM | BIG60 | BLINK | BOULDER | BOUNDLESS | BREEZE | BUGATTI | CALIGARS | CHARLIE'S CHALK DUST | CHEECH & CHONG | CHEECH | CHILL | GLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

South 3000 Puffs Disposable Vape 10ct/Display



Hover to zoom

 

# South 3000 Puffs Disposable Vape 10ct/Display

| | |
|---|---|
| **BRAND :** | SOUTH |
| **PRODUCT CODE :** | SOUTHD01 |
| **SKU :** | SOUTHD01-19 |
| **AVAILABILITY:** | In Stock |
| **CASE :** | 10CT/DISPLAY |
| **NOTE :** | COMPANY DIRECT WARRANTY |

## Available Options

| Stock Qty | Qty | VARIANT FLAVORS 5% | Price |
|---|---|---|---|
| 3 | 0 | BERRIES PUNCH | |
| 5 | 0 | BLUE RAZZ | |
| 4 | 0 | BLUE SLURPIE | |
| 5 | 0 | BLUEBERRY ICED | |
| 5 | 0 | CHERRY COLA | |
| 3 | 0 | COOL MINT | |
| 5 | 0 | LOVE STORY | |
| 5 | 0 | LUSH ICED | |
| 3 | 0 | PEACH RASPBERRY | |
| 3 | 0 | PEACHY DELIGHT | |
| 4 | 0 | PINEAPPLE COCONUT | |
| 5 | 0 | PINK LEMONADE | |
| 4 | 0 | STRAWBERRY KIWI | |
| 5 | 0 | STRAWBERRY WATERMELON | |
| 4 | 0 | TROPICAL MANGO | |
| 5 | 0 | TROPICAL RAINBOW CANDY | |
| 4 | 0 | VINTAGE GRAPE | |
| 8 | 0 | VIRGINIA TOBACCO | |
| 4 | 0 | WATERMELON CANDY | |

Add To Cart

×CLOSE

This product has no stock!! Please enter your information to form bellow. We will send you notification when it is back!

Your Name

Your Email

Your Phone

SUBMIT

## DESCRIPTION

### SOUTH 3000 PUFFS DISPOSABLE VAPE 10CT/DISPLAY

The South 6.5ML 3K Puffs Disposable Device is a compact and convenient vaping device. It comes with a Mesh Coil that enhances the flavor and provides a smooth vaping experience. Th device is prefilled with 6.5ML of e-liquid that contains 5% Nicotine Salt, offering around 3000 puffs. It is powered by a 950mAh battery, ensuring long-lasting usage.

**Features:**

Nicotine Salt: 5%

Prefilled E-Liquid Capacity: 6.5ML

Battery Capacity: 950mAh

Mesh Coil

Puffs: 3000 Approx

**Available Option:**

Berries Punch | Blue Razz | Blue Slurpie | Blueberry Iced | Cherry Cola | Clear | Cool Mint | Love Story | Lush Iced | Peach Raspberry | Peachy Delight | Pineapple Coconut | Pink Lemonade Strawberry Kiwi | Strawberry Watermelon | Tropical Mango | Tropical Rainbow Candy | Vintage Grape | Virginia Tobacco | Watermelon Candy





**Not For Sale or Use by Underage Individuals - California Proposition 65 - Warning: This product contains nicotine, a chemical known to California to cause congenital disabilities or oth reproductive** harm. Products sold on www.speedwholesale.com are not smoking cessation products. The Food and Drug Administration has not evaluated them, nor are they intended to tre prevent or cure any disease or condition.

Note: All specifications and descriptions are based on information provided by the manufacturer. Information provided does not represent testing and verification I www.speedwholesale.com and should be used at the consumer's discretion. **We do not accept returns, refunds, or exchanges for any reason.**

**RELATED PRODUCTS**









**Pillow Talk 8500 Puffs Wireless Charging Disposable Vape 10ct/Display**

**Lost Mary Black & Gold Edition 5000 Puffs Disposable Vape 5ct/Display**

**Lost Vape Orion Bar 10000 Puffs Disposable Vape 5ct/Display**

**Tyson 2.0 Round 2 750( Vape 10ct/**

**Login To View Price !**

1          🛒 **VIEW OPTIONS**

**Login To View Price !**

1          🛒 **VIEW OPTIONS**

**Login To View Price !**

1          🛒 **VIEW OPTIONS**

**Login To Vie**

1          🛒

Tags: south, 3000, puffs, disposable, vape, 10ct/display, shop

×CLOSE

💬 **South 3000 Puffs Disposable Vape 10ct/display**

SUCCESSFUL



Speed Wolesale Ilinois USA.
400 N York Rd, Bensenville IL 60106.
Customer Service (**888-718-4489**) ecomm@speedwholesale.com

Timings: Mon - Fri: 9am - 6pm (CST)
Saturday: 9am - 3pm (CST)
Sunday: CLOSED

## Information

About Us

Terms & Conditions

Battery Disclaimer

Privacy Policy

Shipping and Processing

Warranty and Returns

Contact Us

Wholesale Account

Promotions

Faq

## Categories

New Arrivals

Disposable

E-Liquid

Vaporizer

Clearance

Kitchen Ware

General

Brands

## My Account

Register

Login

Track Order

Order History

Wish List

Newsletter

**FDA Disclaimer :**  The statements made regarding these products have not been evaluated by the Food and Drug Administration. The efficacy of these products and the testimonials made have not been confirmed by FDA- approved research. These products are not intended to diagnose, treat, cure or prevent any disease. All information presented here is not meant as a substitute for or alternative to information from health care practitioners. Please consult your healthcare professional about potential interactions or other possible complications before using any product. The Federal Food, Drug, and Cosmetic Act requires this notice. Speed Wholesale shall not be held liable for the medical claims made by customer testimonials.

These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease or ailment. Speed Wholesale assumes no responsibility for the improper use of these products. We recommend consulting with a qualified medical doctor or physician when preparing a treatment plan for any and all diseases or ailments. Speed Wholesale does not make any health claims about our products and recommend consulting with a qualified medical doctor or physician prior to consuming our products or preparing a treatment plan. It is especially important for those who are pregnant, nursing, chronically ill, elderly or under the age of 18 to discuss the use of these products with a physician prior to consuming. You must be 18 years or older to visit this website and/or purchase. Speed Wholesale products. The information on our website is intended to provide general information regarding our products and is not to be construed as medical advice or instruction. All products ship in accordance with the PACT Act.

