# EXHIBIT 20 -

# DIGITAL MEDIA EXHIBIT