# EXHIBIT 21 -

# DIGITAL MEDIA EXHIBIT