# EXHIBIT 23

# FILED

# UNDER SEAL

## *CONFIDENTIAL*