# EXHIBIT 24

# FILED

# UNDER SEAL

## *CONFIDENTIAL*