# EXHIBIT 25

# FILED

# UNDER SEAL

# *CONFIDENTIAL*