# EXHIBIT 26

# FILED

# UNDER SEAL

## *CONFIDENTIAL*