Midwest Goods Inc.

                          Plaintiff,

v.                                                    Case No.: 1:23−cv−05406
                                                      Honorable Thomas M. Durkin

Breeze Smoke LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

        MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 12/23/25 and continued to 1/27/26 at 10:15 a.m. The parties agree to the appointment of a Special Master and have agreed on a candidate. The parties are to continue working together on drafting an appointment. At the next status hearing, the parties will confirm that the candidate is available to accept the matter and his timeframe for doing so. The draft appointment order is due to the Court by 1/23/26. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.