# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST GOODS INC., d/b/a MIDWEST DISTRIBUTION ILLINOIS,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BREEZE SMOKE LLC,<br>　　　　　Defendant.<br>_____<br><br>BREEZE SMOKE LLC,<br>　　　　　Counter-Plaintiff,<br><br>　　v.<br><br>MIDWEST GOODS INC., d/b/a MIDWEST DISTRIBUTION ILLINOIS; WISEMEN WHOLESALE, INC; SPEED WHOLESALE, INC; WORLD WHOLESALE, INC; LIGHT VIEW LLC, UMAIR YASIN, MUDASSIR YASIN, KAMRAN YASIN, IMRAN SADIQ, and SOHAIB SAKARIA,<br>　　　　　Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1: 23-cv-05406<br><br><br>Hon. Thomas M. Durkin<br><br>Hon. Beth W. Jantz |

## WISEMEN WHOLESALE, INC'S ANSWER TO
## BREEZE SMOKE LLC'S THIRD AMENDED COUNTERCLAIM

Counterclaim Defendant, WISEMEN WHOLESALE, INC ("Counterclaim Defendant"), by and through its undersigned counsel, Cole Sadkin, LLC, answers the Third Amended Counterclaim by Breeze Smoke LLC ("Breeze Smoke") as follows:

1. Counterclaim Defendant admits that a third amended counterclaim has been filed against it and a redline reflecting changes has been attached as an exhibit. Counterclaim Defendant denies any other allegations which may be inferred from paragraph 1.

2. The allegations contained within paragraph 2 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 2.

3. Counterclaim Defendant admits that Breeze Smoke incorporates by reference its responses to the Complaint. To the extent that any of its responses to the Complaint refer to Counterclaim Defendant or infer any actions by Counterclaim Defendant, Counterclaim Defendant denies the allegations.

<u>PARTIES</u>

4. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 4 and demands strict proof thereof.

5. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 5 and demands strict proof thereof.

6. Counterclaim Defendant admits the allegations contained within paragraph 6.

7. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 7 and demands strict proof thereof.

8. Counterclaim Defendant admits the allegations contained within paragraph 8.

9. Counterclaim Defendant admits the allegations contained within paragraph 9.

10. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 10 and demands strict proof thereof.

11. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 11 and demands strict proof thereof.

12. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 12 and demands strict proof thereof.

13. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 13 and demands strict proof thereof.

14. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 14 and demands strict proof thereof.

15. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 15 and demands strict proof thereof.

16. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 16 and demands strict proof thereof.

17. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 17 and demands strict proof thereof.

18. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained within paragraph 18 and demands strict proof thereof.

19. The allegations contained within paragraph 19 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 19.

20. The allegations contained within paragraph 20 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 20.

21. Counterclaim Defendant admits the allegations contained within paragraph 21 except Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations related to Speed and demands strict proof thereof.

JURISDICTION AND VENUE

22. Counterclaim Defendant admits the allegations contained within paragraph 22.

23. Counterclaim Defendant admits the allegations contained within paragraph 23.

24. Counterclaim Defendant admits the allegations contained within paragraph 24.

25. Counterclaim Defendant admits the allegations contained within paragraph 25.

26. Counterclaim Defendant admits the allegations contained within paragraph 26.

27. Counterclaim Defendant denies the allegations contained within paragraph 27.

<u>BACKGROUND</u>

*Breeze Smoke's BREEZE Marks*

28. Counterclaim Defendant admits the allegations contained within paragraph 28.

29. Counterclaim Defendant admits the allegations contained within paragraph 29.

30. Counterclaim Defendant admits the allegations contained within paragraph 30.

31. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 31 and demands strict proof thereof.

32. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 32 and demands strict proof thereof.

33. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 33 and demands strict proof thereof.

34. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 34 and demands strict proof thereof.

35. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 35 and demands strict proof thereof.

36. Counterclaim Defendant admits that purported copies of the foregoing applications along with purported accompanying TESS pages are attached as Exhibit 1 but lacks sufficient

knowledge to either admit or deny the remaining allegations contained in paragraph 36 and demands strict proof thereof.

37.    Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 37 and demands strict proof thereof.

38.    Counterclaim Defendant admits that purported copies of the foregoing applications along with purported accompanying TESS pages are attached as Exhibit 1 but lacks sufficient knowledge to either admit or deny the remaining allegations contained in paragraph 38 and demands strict proof thereof.

39.    Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 39 and demands strict proof thereof.

40.    Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 40 and demands strict proof thereof.

41.    Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 41 and demands strict proof thereof.

42.    Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 42 and demands strict proof thereof.

43.    Paragraph 43 is not an assertion to which a response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 43.

44.    Paragraph 43 is not an assertion to which a response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 44.

45. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 45 and demands strict proof thereof.

46. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 46 and demands strict proof thereof.

47. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 47 and demands strict proof thereof.

48. Counterclaim Defendant denies the allegations contained within paragraph 48.

49. Counterclaim Defendant denies the allegations contained within paragraph 49.

*Breeze Smoke's Highly Distinctive BREEZE PRO Product Trade Dress and BREEZE PRO Product Packaging Trade Dress*

50. Counterclaim Defendant denies the allegations contained within paragraph 50.

51. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 51 and all subparagraphs and demands strict proof thereof.

52. Counterclaim Defendant denies the allegations contained within paragraph 52.

53. Counterclaim Defendant denies the allegations contained within paragraph 53.

54. The allegations contained within paragraph 54 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 54.

55. Counterclaim Defendant denies the allegations contained within paragraph 55.

56. Counterclaim Defendant denies the allegations contained within paragraph 56.

57. The allegations contained within paragraph 57 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 57.

58.     The allegations contained within paragraph 58 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 58.

59.     Counterclaim Defendant admits that there are many varieties of vape packages. Counterclaim Defendant denies the remaining allegations contained within paragraph 59.

60.     Counterclaim Defendant denies the allegations contained within paragraph 60.

61.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 61 and all subparagraphs and demands strict proof thereof.

62.     Counterclaim Defendant denies the allegations contained within paragraph 62.

63.     Counterclaim Defendant denies the allegations contained within paragraph 63.

64.     Counterclaim Defendant denies the allegations contained within paragraph 64.

65.     Counterclaim Defendant admits that third-party retailers advertise the BREEZE PRO product. Counterclaim Defendant has insufficient knowledge to either admit or deny the remaining allegations contained in paragraph 65 and demands strict proof thereof.

66.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 66 and demands strict proof thereof.

67.     The allegations contained within paragraph 57 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 67.

68.     The allegations contained within paragraph 58 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 68.

69.     Counterclaim Defendant admits that there are many varieties of vape packages. Counterclaim Defendant denies the remaining allegations contained within paragraph 69.

70.     Counterclaim Defendant denies the allegations contained within paragraph 70.

71.     Counterclaim Defendant denies the allegations contained within paragraph 71.

72.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 72 and demands strict proof thereof.

73.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 73 and demands strict proof thereof.

74.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 74 and demands strict proof thereof.

75.     Counterclaim Defendant denies the allegations contained within paragraph 75.

76.     Counterclaim Defendant denies the allegations contained within paragraph 76.

*Breeze Smoke's Design Patent*

77.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 77 and demands strict proof thereof.

78.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 78 and demands strict proof thereof.

79.     Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 79 and demands strict proof thereof.

80.     The allegations contained within paragraph 80 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 80.

81. The allegations contained within paragraph 81 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 81.

82. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 82 and demands strict proof thereof.

83. Counterclaim Defendant denies the allegations contained within paragraph 83.

*Counterclaim Defendants' Willful and Infringing Use of the
BREEZE Trade Dress and BREEZE PRO Trade Dress
with Respect to the NORTH Infringing Products*

84. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 84 and demands strict proof thereof.

85. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 85 and demands strict proof thereof.

86. Counterclaim Defendant denies the allegations contained within paragraph 86.

87. Counterclaim Defendant denies the allegations contained within paragraph 87.

88. Counterclaim Defendant denies the allegations contained within paragraph 88 and all subparagraphs.

89. Counterclaim Defendant denies the allegations contained within paragraph 89 and all subparagraphs.

90. Counterclaim Defendant denies the allegations contained within paragraph 90.

91. Counterclaim Defendant denies the allegations contained within paragraph 91.

92. Counterclaim Defendant denies the allegations contained within paragraph 92.

93. Counterclaim Defendant admits that Breeze Smoke has not licensed or otherwise authorize Counterclaim Defendant to use its alleged trade dress but denies the remaining allegations contained within paragraph 93.

94. Counterclaim Defendant admits that it distributed or sold Breeze Smoke's BREEZE products in the past but denies the remaining allegations contained within paragraph 94.

95. Counterclaim Defendant denies the allegations contained within paragraph 95.

96. Counterclaim Defendant denies the allegations contained within paragraph 96.

97. Counterclaim Defendant denies the allegations contained within paragraph 97.

98. Counterclaim Defendant denies the allegations contained within paragraph 98.

99. Counterclaim Defendant denies the allegations contained within paragraph 99.

100. Counterclaim Defendant denies the allegations contained within paragraph 100.

101. Counterclaim Defendant denies the allegations contained within paragraph 101.

102. Counterclaim Defendant denies the allegations contained within paragraph 102.

103. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 103 and demands strict proof thereof.

104. Counterclaim Defendant admits that it received a letter from Breeze Smoke in or around September 2023. Counterclaim Defendant denies the veracity of the statements contained within the letter and all remaining allegations contained within paragraph 104.

105. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 105 and demands strict proof thereof.

106. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 106 and demands strict proof thereof.

107. Counterclaim Defendant denies the allegations contained within paragraph 107.

108. Counterclaim Defendant denies the allegations contained within paragraph 108.

109. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 109 and demands strict proof thereof.

110. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 110 and demands strict proof thereof.

111. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 111 and demands strict proof thereof.

112. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 112 and demands strict proof thereof.

113. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 113 and demands strict proof thereof.

*Plaintiff's Willful and Infringing Use of the*
*U.S. Design Patent No. D1,005,573 with Respect to the NORTH Infringing Products*

114. Counterclaim Defendant denies the allegations contained within paragraph 114.

115. Counterclaim Defendant denies the allegations contained within paragraph 115.

116. Counterclaim Defendant admits that Breeze Smoke has not licensed or otherwise authorized it to use the D'573 Patent in any manner aside from in connection with the authorized offer and sale of Breeze products. Counterclaim Defendant denies that is has used the D'573 Patent. Counterclaim Defendant denies the remaining allegations contained within paragraph 116.

117. Counterclaim Defendant denies the allegations contained within paragraph 117.

118. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 118 and demands strict proof thereof.

119. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 119 and demands strict proof thereof.

120. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 120 and demands strict proof thereof.

121. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 121 and demands strict proof thereof.

122. Counterclaim Defendant denies the allegations contained within paragraph 122.

123. Counterclaim Defendant denies the allegations contained within paragraph 123.

*Midwest's Release of the SOUTH Infringing Products*

124. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 124 and demands strict proof thereof.

125. Counterclaim Defendant admits the allegations contained within paragraph 125.

126. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 126 and demands strict proof thereof.

127. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 127 and demands strict proof thereof.

128. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 128 and demands strict proof thereof.

129. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 129 and demands strict proof thereof.

130. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 130 and demands strict proof thereof.

131. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 131 and demands strict proof thereof.

132. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 132 and demands strict proof thereof.

133. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 133 and demands strict proof thereof.

134. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 134 and demands strict proof thereof.

*Midwest's, World's, and Speed's Willful and Infringing Use of the*
*BREEZE PRO Trade Dress with Respect to the SOUTH Infringing Products*

135. Counterclaim Defendant denies the allegations contained within paragraph 135.

136. Counterclaim Defendant denies the allegations contained within paragraph 136.

137. Counterclaim Defendant denies the allegations contained within paragraph 137 and all subparagraphs.

138. Counterclaim Defendant denies the allegations contained within paragraph 138.

139. Counterclaim Defendant denies the allegations contained within paragraph 139.

140. Counterclaim Defendant denies the allegations contained within paragraph 140.

141. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 141 and demands strict proof thereof.

142. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 142 and demands strict proof thereof.

143. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 143 and demands strict proof thereof.

144. Counterclaim Defendant denies the allegations contained within paragraph 144.

145. Counterclaim Defendant denies the allegations contained within paragraph 145.

146. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 146 and demands strict proof thereof.

147. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 147 and demands strict proof thereof.

148. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 148 and demands strict proof thereof.

149. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 149 and demands strict proof thereof.

150. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 150 and demands strict proof thereof.

151. Counterclaim Defendant denies the allegations contained within paragraph 151.

152. Counterclaim Defendant denies the allegations contained within paragraph 152.

153. Counterclaim Defendant denies the allegations contained within paragraph 153.

154. Counterclaim Defendant denies the allegations contained within paragraph 154.

155. Counterclaim Defendant denies the allegations contained within paragraph 155.

156. Counterclaim Defendant denies the allegations contained within paragraph 156.

*Midwest's, the Individual Counterclaim Defendants' World's, and Speed's Willful and Infringing Use of the U.S. Design Patent No. D1,005,573 with Respect to the SOUTH Infringing Products*

157. Counterclaim Defendant denies the allegations contained within paragraph 157.

158. Counterclaim Defendant denies the allegations contained within paragraph 158.

159. Counterclaim Defendant admits that Breeze Smoke has not licensed or otherwise authorized it to use the D'573 Patent in any manner aside from in connection with the authorized

offer and sale of Breeze products. Counterclaim Defendant denies that is has used the D'573 Patent. Counterclaim Defendant denies the remaining allegations contained within paragraph 159.

160. Counterclaim Defendant denies the allegations contained within paragraph 160.

161. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 161 and demands strict proof thereof.

162. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 162 and demands strict proof thereof.

163. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 163 and demands strict proof thereof.

164. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 164 and demands strict proof thereof.

165. Counterclaim Defendant denies the allegations contained within paragraph 165.

166. Counterclaim Defendant denies the allegations contained within paragraph 166.

*Additional Details Regarding the Individual Counterclaim Defendants' Misconduct*

167. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 167 and demands strict proof thereof.

168. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 168 and demands strict proof thereof. In further answering, the USA Complaint speaks for itself.

169. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 169 and demands strict proof thereof. In further answering, the USA Complaint speaks for itself.

170. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 170 and demands strict proof thereof. In further answering, Imran Sadiq's testimony speaks for itself.

171. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 171 and demands strict proof thereof. In further answering, Naseer Khaja's testimony speaks for itself.

172. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 172 and demands strict proof thereof.

173. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 173 and demands strict proof thereof.

174. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 174 and demands strict proof thereof.

175. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 175 and demands strict proof thereof.

176. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 176 and demands strict proof thereof.

177. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 177 and demands strict proof thereof.

178. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 178 and demands strict proof thereof.

179. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 179 and demands strict proof thereof.

180. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 180 and demands strict proof thereof.

181. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 181 and demands strict proof thereof. In further answering, Imran Sadiq's testimony speaks for itself.

182. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 182 and demands strict proof thereof.

183. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 183 and demands strict proof thereof.

184. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 184 and demands strict proof thereof.

185. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 185 and demands strict proof thereof.

186. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 186 and demands strict proof thereof.

187. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 187 and demands strict proof thereof.

188. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 188 and demands strict proof thereof.

189. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 189 and demands strict proof thereof.

190. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 190 and demands strict proof thereof.

191. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 191 and demands strict proof thereof.

192. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 192 and demands strict proof thereof.

193. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 193 and demands strict proof thereof.

194. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 194 and demands strict proof thereof.

*Defendants' Infringement has Caused Great Harm to Breeze Smoke*

195. Counterclaim Defendant denies the allegations contained within paragraph 195.

196. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 196 and demands strict proof thereof.

197. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 197 and demands strict proof thereof.

198. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 198 and demands strict proof thereof.

199. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 199 and demands strict proof thereof.

200. Counterclaim Defendant admits that it has realized non-zero revenue and profits from its sale of North products. Counterclaim Defendant has insufficient knowledge to admit or deny the aggregate revenue or profits from the sale of North products for World, Wisemen, Speed, and Light View. Counterclaim Defendant denies all remaining allegations contained within paragraph 200.

201. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 201 and demands strict proof thereof.

202. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 202 and demands strict proof thereof.

203. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 203 and demands strict proof thereof.

204. Counterclaim Defendant denies the allegations contained within paragraph 204.

205. Counterclaim Defendant denies the allegations contained within paragraph 205.

206. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 206 and demands strict proof thereof. In further answering, Imran Sadiq's testimony speaks for itself.

207. Counterclaim Defendant denies the allegations contained within paragraph 207.

<u>FIRST COUNTERCLAIM</u>

FEDERAL TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125
(*The BREEZE PRO Packaging Trade Dress*)
(*Asserted against all Counterclaim Defendants*)

208. Counterclaim Defendant restates and incorporates by reference paragraphs 1-207 of this answer as if fully stated herein as paragraph 208.

209. Counterclaim Defendant denies that the NORTH products are infringing.

210. Counterclaim Defendant admits the allegations contained within paragraph 210.

211. The allegations contained within paragraph 211 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 211.

212. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 212 and demands strict proof thereof.

213. The allegations contained within paragraph 213 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 213.

214. The allegations contained within paragraph 214 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 214.

215. Counterclaim Defendant denies the allegations contained within paragraph 215.

216. Counterclaim Defendant denies the allegations contained within paragraph 216.

217. Counterclaim Defendant denies the allegations contained within paragraph 217.

218. Counterclaim Defendant denies the allegations contained within paragraph 218.

219. Counterclaim Defendant denies the allegations contained within paragraph 219.

220. Counterclaim Defendant denies the allegations contained within paragraph 220.

<u>SECOND COUNTERCLAIM</u>

FEDERAL TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125
(*The BREEZE PRO Product Design Trade Dress*)
(*Asserted against all Counterclaim Defendants*)

221. Counterclaim Defendant restates and incorporates by reference paragraphs 1-220 of this answer as if fully stated herein as paragraph 221.

222. Counterclaim Defendant denies that the NORTH or SOUTH products are infringing.

223. Counterclaim Defendant denies that the NORTH products are infringing.

224. Counterclaim Defendant denies that the SOUTH products are infringing.

225. The allegations contained within paragraph 225 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 225.

226. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 226 and demands strict proof thereof.

227. The allegations contained within paragraph 227 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 227.

228. Counterclaim Defendant denies the allegations contained within paragraph 228.

229. Counterclaim Defendant denies the allegations contained within paragraph 229.

230. Counterclaim Defendant denies the allegations contained within paragraph 230.

231. Counterclaim Defendant denies the allegations contained within paragraph 231.

232. Counterclaim Defendant denies the allegations contained within paragraph 232.

233. Counterclaim Defendant denies the allegations contained within paragraph 233.

234. Counterclaim Defendant denies the allegations contained within paragraphs 234.

## THIRD COUNTERCLAIM

### ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
(815 ILCS 510/1 *et seq.*)
(*Asserted against all Counterclaim Defendants*)

235. Counterclaim Defendant restates and incorporates by reference paragraphs 1-234 of this answer as if fully stated herein as paragraph 235.

236. Counterclaim Defendant denies that the NORTH or SOUTH products are infringing.

237. Counterclaim Defendant denies that the NORTH products are infringing.

238. Counterclaim Defendant denies that the SOUTH products are infringing.

239. Counterclaim Defendant denies the allegations contained within paragraph 239.

240. Counterclaim Defendant denies the allegations contained within paragraph 240.

241. Counterclaim Defendant denies the allegations contained within paragraph 241.

242. Counterclaim Defendant denies the allegations contained within paragraph 242.

243. Counterclaim Defendant denies the allegations contained within paragraph 243.

244. Counterclaim Defendant denies the allegations contained within paragraph 244.

245. Counterclaim Defendant denies the allegations contained within paragraph 245.

<u>FOURTH COUNTERCLAIM</u>

UNJUST ENRICHMENT
(*Asserted against all Counterclaim Defendants*)

246. Counterclaim Defendant restates and incorporates by reference paragraphs 1-245 of this answer as if fully stated herein as paragraph 246.

247. Counterclaim Defendant denies that the NORTH or SOUTH products are infringing.

248. Counterclaim Defendant denies that the NORTH products are infringing.

249. Counterclaim Defendant denies that the SOUTH products are infringing.

250. Counterclaim Defendant denies the allegations contained within paragraph 250.

251. Counterclaim Defendant denies the allegations contained within paragraph 251.

252. Counterclaim Defendant denies the allegations contained within paragraph 252.

253. Counterclaim Defendant denies the allegations contained within paragraph 253.

254. Counterclaim Defendant denies the allegations contained within paragraph 254.

255. Counterclaim Defendant denies the allegations contained within paragraph 255.

## FIFTH COUNTERCLAIM

## DESIGN PATENT INFRINGEMENT
### (*Asserted against all Counterclaim Defendants*)

256. Counterclaim Defendant restates and incorporates by reference paragraphs 1-255 of this answer as if fully stated herein as paragraph 256.

257. Counterclaim Defendant denies that the NORTH or SOUTH products are infringing.

258. Counterclaim Defendant denies that the NORTH products are infringing.

259. Counterclaim Defendant denies that the SOUTH products are infringing.

260. Counterclaim Defendant has insufficient knowledge to either admit or deny the allegations contained in paragraph 260 and demands strict proof thereof.

261. The allegations contained within paragraph 261 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 261.

262. The allegations contained within paragraph 262 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 262.

263. Counterclaim Defendant denies the allegations contained within paragraph 263.

264. Counterclaim Defendant denies the allegations contained within paragraph 264.

265. Counterclaim Defendant admits that it does not have a license to practice the design claimed in the D'573 Patent aside from in connection with the authorized offer and sale of Breeze products. Counterclaim Defendant denies using the D'573 Patent. Counterclaim Defendant denies all remaining allegations contained within paragraph 265.

266. Counterclaim Defendant denies the allegations contained within paragraph 266.

267. Counterclaim Defendant denies the allegations contained within paragraph 267.

268. Counterclaim Defendant denies the allegations contained within paragraph 268.

269. Counterclaim Defendant denies the allegations contained within paragraph 269.

270. Counterclaim Defendant denies the allegations contained within paragraph 270.

271. Counterclaim Defendant denies the allegations contained within paragraph 271.

272. Counterclaim Defendant denies the allegations contained within paragraph 272.

273. The allegations contained within paragraph 273 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 273.

274. The allegations contained within paragraph 274 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 274.

275. The allegations contained within paragraph 275 consist of legal conclusions to which no response is required. To the extent a response is required, Counterclaim Defendant denies the allegations contained within paragraph 275.

## DEMAND FOR JURY TRIAL

Counterclaim Defendant admits that Breeze Smoke demands a jury trial.

## PRAYER FOR RELIEF

Counterclaim Defendant denies that Breeze Smoke is entitled to any relief, whatsoever, including the relief requested in Breeze Smoke's prayer for relief.

WHEREFORE, Counterclaim Defendant, WISEMEN WHOLESALE, INC, respectfully requests that this Honorable Court enter a judgment in Wisemen Wholesale Inc's favor and against

Breeze Smoke, denying Breeze Smoke's claims in their entirety, and for any such further relief as this Honorable Court deems appropriate.

## **AFFIRMATIVE AND OTHER DEFENSES**

Without assuming any burden of proof or persuasion that rests with Breeze Smoke, Counterclaim Defendant hereby asserts the following affirmative defenses. Counterclaim Defendant hereby gives notice that it intends to rely upon other defenses that may become available or appear during the discovery proceedings in this case and reserves the right to amend its Answer and Affirmative Defenses to assert any such defense.

1. Breeze Smoke's claims are barred in whole or in part because the Third Amended Counterclaim fails to state a claim upon which relief may be granted.

2. Breeze Smoke's trademark-based claims are barred, in whole or in part, because Breeze Smoke does not possess any protectable interest in its asserted trade dress or product packaging.

3. Breeze Smoke's trademark-based claims are barred, in whole or in part, because any mark or dress used by Breeze Smoke is not inherently distinctive and has not acquired secondary meaning.

4. Breeze Smoke's patent-based claims are barred, in whole or in part, because Breeze Smoke's asserted patents are invalid due to obviousness and being anticipated by prior art.

5. Counterclaim Defendant has not infringed, diluted, or otherwise violated any valid and enforceable trademark, trade dress, patent of Breeze Smoke.

WHEREFORE, Counterclaim Defendant, WISEMEN WHOLESALE, INC, respectfully requests that this Honorable Court enter a judgment in Wisemen Wholesale Inc's favor and against

Breeze Smoke, denying Breeze Smoke's claims in their entirety, and for any such further relief as this Honorable Court deems appropriate.

Date: January 16, 2026

Respectfully submitted,

WISEMEN WHOLESALE, INC

By: */s/ Mason S. Cole*
One of its attorneys

**Cole Sadkin, LLC**
Mason S. Cole (ARDC No. 6307727)
Anthony F. Scarpiniti (ARDC No. 6342607)
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
(312) 548-8610
mcole@colesadkin.com
ascarpiniti@colesadkin.com
*Counsel for Wisemen Wholesale, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2026, he electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

*/s/ Mason S. Cole*