# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Midwest Goods Inc.

                Plaintiff,

v.

Breeze Smoke LLC, et al.

                Defendant.

Case No.: 1:23–cv–05406
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 1/27/26. The Court has reviewed the parties' JSR [243]. At the parties' request, the Court provided a list of 5 recommendations for a Special Master and discussed possible selection format processes. The parties agree to respond to the Court blindly regarding the proposed candidates. The parties shall email the Court (Chambers_Jantz@ilnd.uscourts.gov) their Y/N responses for each of the candidates by 1/30/26. The Court will follow up with the parties after receipt of their emails. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.