Midwest Goods Inc.

                    Plaintiff,

v.                                                    Case No.: 1:23–cv–05406
                                                      Honorable Thomas M. Durkin

Breeze Smoke LLC, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 2, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: At the parties' request, the Court provided a list of 5 recommendations for a Special Master. The Court is in receipt of the parties' Y/N responses for each of the candidates, and Judge Arlander Keys (Ret.) was the one name on which both parties agreed. The Court requests that the parties jointly reach out to Judge Keys by no later than 2/12/26 to ascertain his availability, interest, and any other preferences he might have for the appointment order. The parties are to submit a JSR by 2/19/26 addressing the foregoing and proposing next steps. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.