**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS,<br><br>     Plaintiff,<br><br>v.<br><br>BREEZE SMOKE, LLC and KMT Services LLC, d/b/a KMT Distribution,<br><br>     Defendant.<br><br> <br><br>BREEZE SMOKE LLC,<br><br>     Counter-Claimant,<br><br>v.<br><br>MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS, WISEMEN WHOLESALE, INC., SPEED WHOLESALE, INC., WORLD WHOLESALE, INC., LIGHT VIEW LLC, UMAIR YASIN, MUDASSIR YASIN, KAMRAN YASIN, IMRAN SADIQ, AND SOHAIB SAKARIA,<br><br>     Counterclaim Defendants. | **Case No. 1:23-cv-05406**<br><br>Honorable Thomas M. Durkin<br><br>Honorable Beth W. Jantz<br><br>**Jury Trial Demanded** |

**JOINT STATUS REPORT OF THE PARTIES**

Plaintiff/Counterclaim Defendant Midwest Goods Inc. ("Midwest"), Defendant/Counterclaim Plaintiff Breeze Smoke LLC ("Breeze Smoke"), and Counterclaim Defendants Wisemen Wholesale, Inc. ("Wisemen"), World Wholesale, Inc. ("World"), and Light View LLC ("Light View"), pursuant to the Court's February 2, 2026 Order (Dkt. No. 248), submit

this joint status report to the Court.

## I.  STATUS OF APPOINTING A SPECIAL MASTER

1.  On December 11, 2025, the Court informed the parties that "it is considering the appointment of a Special Master." Dkt. No. 228.

2.  On December 23, 2025, the parties informed the Court that they had agreed to Judge Sidney I. Schenkier (Ret.) as a Special Master candidate.

3.  On January 2, 2026, Judge Schenkier informed the parties that his current schedule does not allow him to serve as a Special Master in this case.

4.  On January 16, 2026, the Parties submitted a request to the Court for recommendations for candidates to serve as Special Master. Dkt. No. 243.

5.  On January 23, 2026, each of Midwest and Breeze Smoke submitted a respective draft Proposed Order for appointing a Special Master. On January 27, 2026, a hearing was held at which time the parties discussed with the Court the advancement of the process of appointing the Special Master and the drafts submitted to the Court on January 23, 2026. The Court also provided a list of five Special Master candidate recommendations. The Parties agreed to respond to the Court blindly (via respective email to the Court) regarding the proposed candidates with a yes or no to each. Dkt. No. 247.

6.  Through this process, the Court found that Judge Arlander Keys (Ret.) was a candidate to which the Parties agreed. The Parties were ordered to reach out to Judge Keys "to ascertain his availability, interest, and any other preferences he might have for the appointment order" by February 12, 2026. Dkt. No. 248.

7.  The Parties reached out, via email, to Judge Keys on February 4, 2026, regarding his availability to serve as Special Master in this case and advising of the upcoming February 19, 2026 Joint Status Report deadline for the parties to update the Court.

1

8. On February 6, 2026 Judge Keys confirmed that he is available and willing to serve as a Special Master in this case and requesting certain initial information.

9. On February 11, 2026, the parties reported to Judge Keys' administrator that they were in the process of preparing a draft appointment order and inquiring whether Judge Keys had any prior Special Master Appointment Order exemplars, for example to assist with advancing the process with the cooperation of Judge Keys as indicated by the Court in its hearing on January 27, 2026.

10. On February 17, 2026, the law firm of DLA Piper emailed counsel for the already-appearing parties in this matter, informing all of their in-progress engagement by Kamran Yasin, Umair Yasin, Mudassir Yasin, Sohaib Sakaria, and Imran Sadiq (collectively the "Individual Defendants") to represent them, and requesting waiver of service for same.

11. On February 19, 2026 and in response to the above-noted February 17, 2026 notification, Breeze Smoke emailed waiver of service forms to DLA Piper.

12. On February 19, 2026, Judge Keys' administrator replied to the parties by email that Judge Keys has not previously served as a Special Master and "therefore does not have any language to share," and also attaching a template order.

13. The Parties have been working to finalize a draft appointment order to present to Judge Keys for his review and have exchanged drafts this week.

## II. BREEZE SMOKE'S PROPOSED NEXT STEPS

1. The new Individual Defendants are either owners, employees, or affiliates of Midwest. They have not yet effectuated waiver of service, and their counsel have not yet formally appeared. Their addition to this case should not delay the appointment of the Special Master.

2. Breeze Smoke proposes that Breeze Smoke and Midwest submit a draft appointment order to Judge Keys (Ret.) by February 25, 2026.

2

3. Breeze Smoke further proposes that Breeze Smoke and Midwest submit a final draft appointment order, or competing appointment orders to the Court within three business days of input from Judge Keys.

4. If there are competing draft appointment orders, Breeze Smoke requests a status hearing to resolve the Parties issues.

5. Breeze Smoke submits that there are discovery disputes between itself and Midwest that are ripe for consideration by the Special Master and that no pause is needed or warranted.

## III. MIDWEST'S PROPOSED NEXT STEPS

1. Midwest requests direction from the Court, by status hearing or otherwise, on:

   a. involving the Individual Defendants (and their counsel) in the Special Master appointment process, specifically as at least each of Rule 53(b)(1), 53(g)(1), and the corresponding Advisory Committee notes state that all parties have notice and opportunity to be heard in this process.

   b. Notifying Judge Keys that counsel for new parties (the Individual Defendants) have announced representation this week and that involving said counsel/new parties may cause changes in scheduling and/or outcome in the appointment process, so that Judge Keys may consider the timing, efficiencies, and propriety of advancing this process in compliance with Rule 53.

2. Midwest proposes a pause in the process of appointing Judge Keys until the involvement/rights of the Individual Defendants is addressed or, in the alternative, is agreeable to submitting, along with the above-stated Section II.2 Breeze Smoke proposal, a draft appointment order to Judge Keys by February 25, 2026, conditioned on also providing to Judge Keys a statement consistent with Midwest's position of Section III.1, above.

3

Dated:  February 19, 2026

/s/ *Stephen L. Levine*

Stephen L. Levine (admitted *pro hac vice*)
Kelli M. Hinson (admitted *pro hac vice*)
Mark C. Howland (admitted *pro hac vice*)
Andrea C. Reed (admitted *pro hac vice)*
**CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000 (gen.)
slevine@ccsb.com
khinson@ccsb.com
mhowland@ccsb.com
areed@ccsb.com

Drew G.A. Peel
**RACHLIS DUFF & PEEL, LLC**
542 South Dearborn Street, Suite 900
Chicago, IL 60605
(312) 275-0337 (direct)
dpeel@rdaplaw.net

*Counsel for Midwest Goods Inc., dba
Midwest Distribution Illinois*

/s/  *Vikram A. Mathrani*
Vikram A. Mathrani
William B. Berndt
David J. Roulo
Alexandra Angyalosy
**HONIGMAN LLP**
321 N. Clark Street
Suite 500
vmathrani@honigman.com
wberndt@honigman.com
droulo@honigman.com
angyalosy@honigman.com

Jeffrey K. Lamb
**HONIGMAN LLP**
660 Woodward Avenue, Ste 2290
Detroit, MI 48226-3506
jlamb@honigman.com

Sarah E. Waidelich
**HONIGMAN LLP**
101 N Main St, Suite 850
Ann Arbor, MI 48104
Telephone: (734) 418-4200
swaidelich@honigman.com

*Counsel for Breeze Smoke LLC*

/s/ *Anthony Scarpiniti*
Mason S. Cole
Anthony Scarpiniti
**COLE SADKIN, LLC**
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
mcole@colesadkin.com
ascarpiniti@colesadkin.com

*Counsel for Wisemen Wholesale, Inc., World
Wholesale, Inc., and Light View LLC*

4