Midwest Goods Inc.

        Plaintiff,

v.

Breeze Smoke LLC, et al.

        Defendant.

Case No.: 1:23−cv−05406
Honorable Thomas M. Durkin

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: Telephone status hearing held on 3/10/26. Given the newly added counter−defendants, all parties have until 3/24/26 to meet and confer regarding the Special Master appointment process. Any parties may file objections (limited to 5 pages for each party group) that they may have after the meet and confer process, by 3/31/26. The Court will follow up with the parties thereafter. The motion for leave to serve 24 third party subpoenas [195] is denied without prejudice to renewal, as this is one of the issues that the Court envisions that a Special Master would be best positioned to oversee. Pursuant to Federal Rule of Civil Procedure 53(b)(4), the Court's raising of the possible appointment of a Special Master at the 3/10/26 status hearing, including allowing the parties to weigh in on their positions as provided for above, serves as notice to the parties that the Court may refer discovery issues to a Special Master. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.