**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> BREEZE SMOKE, LLC and KMT Services LLC, d/b/a KMT Distribution, <br><br> Defendant. | **Case No. 1:23-cv-05406** <br><br> Honorable Thomas M. Durkin <br><br> Honorable Beth W. Jantz <br><br> **Jury Trial Demanded** |
| BREEZE SMOKE LLC, <br><br> Counter-Claimant, <br><br> v. <br><br> MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS, WISEMEN WHOLESALE, INC., SPEED WHOLESALE, INC., WORLD WHOLESALE, INC., LIGHT VIEW LLC, UMAIR YASIN, MUDASSIR YASIN, KAMRAN YASIN, IMRAN SADIQ, AND SOHAIB SAKARIA, <br><br> Counterclaim Defendants. | |

## JOINT STATUS REPORT OF THE PARTIES

Plaintiff/Counterclaim Defendant Midwest Goods Inc. ("Midwest"), Defendant/Counterclaim Plaintiff Breeze Smoke LLC ("Breeze Smoke"), Defendant KMT Services LLC, d/b/a KMT Distribution **("KMT")** and Counterclaim Defendants Wisemen Wholesale, Inc. ("Wisemen"), World Wholesale, Inc. ("World"), Light View LLC ("Light View"),

Umair Yasin, Mudassir Yasin, Kamran Yasin, Imran Sadiq, and Sohaib Sakaria (collectively the "Individual Defendants") pursuant to the Court's March 10, 2026 Order (Dkt. 293), submit this Joint Status Report to the Court to inform the Court that the Parties have agreed to the Hon. Mildred E. "Mimi" Methvin (Ret.) as Special Master.

## I. STATUS OF APPOINTING A SPECIAL MASTER

1. The Parties' previous efforts to agree on a Special Master are outlined in the February 19, 2026 Joint Status Report. Dkt. 280.

2. At the March 10, 2026, Status Hearing the Court informed the Parties that the newly-added Individual Defendants must be given an opportunity to provide input and object to the selection of a Special Master. Dkt. 293.

3. The Court ordered the Parties to meet and confer by March 24, 2026, to discuss "the Special Master appointment process." *Id.*

4. The Parties met on March 17, 2026, and the Individual Defendants informed all other Parties that they had some reservations with Judge Keys serving as Special Master. The Parties agreed to consider alternative options. The Individual Defendants proposed suggesting three candidates that the Parties had not previously considered. The Individual Defendants also sought to discuss their concern with the expense associated with some of the provisions in the draft disputed Special Master Appointment Order. The Parties agreed to further discuss those provisions and seek additional guidance from any Special Master appointed in the case.

5. On March 23, 2026, the Individual Defendants proposed (1) Hon. Mildred E. "Mimi" Methvin (Ret.), (2) Hon. Shashi H. Kewalramani (Ret.), and (3) Hon. Charles N. Clevert, Jr. (Ret.).

6. The Parties agreed to Judge Methvin.

7. The Parties have confirmed that Judge Methvin is available and willing to serve as Special Master in this case.

8. Upon the Court's confirmation of Judge Methvin as a Special Master, the Parties propose to take steps to engage Judge Methvin, including to pay initial filing fees, and to request sample appointment orders for the parties to consider in negotiating the Special Master Appointment Order.

9. After the parties engage Judge Methvin and evaluate any sample appointment orders, the Parties will promptly submit a draft Special Master Appointment Order requesting Judge Methvin to resolve any outstanding disputes.

Dated: March 31, 2026

/s/ *Stephen L. Levine*
Drew G.A. Peel
**RACHLIS DUFF & PEEL, LLC**
542 South Dearborn Street, Suite 900
Chicago, IL 60605
(312) 275-0337 (direct)
dpeel@rdaplaw.net

Stephen L. Levine (admitted *pro hac vice*)
Kelli M. Hinson (admitted *pro hac vice*)
Mark C. Howland (*pro hac vice* application forthcoming)
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX 75202
(214) 855-3000 (gen.)
slevine@ccsb.com
khinson@ccsb.com
mhowland@ccsb.com

*Counsel for Midwest Goods Inc., dba Midwest Distribution Illinois*

/s/ *David J. Roulo*
Vikram A. Mathrani
William B. Berndt
David J. Roulo
Alexandra Angyalosy
**HONIGMAN LLP**
321 N. Clark Street
Suite 500
vmathrani@honigman.com
wberndt@honigman.com
droulo@honigman.com
angyalosy@honigman.com

Jeffrey K. Lamb
**HONIGMAN LLP**
660 Woodward Avenue, Ste 2290
Detroit, MI 48226-3506
jlamb@honigman.com

Sarah E. Waidelich
**HONIGMAN LLP**
101 N Main St, Suite 850
Ann Arbor, MI 48104
Telephone: (734) 418-4200

/s/ *Joshua Schwartzman*

Melissa A. Reinckens (admitted *pro hac vice*)
DLA Piper LLP (US)
4365 Executive Drive
San Diego, CA 92121
melissa.reinckens@us.dlapiper.com

Joshua Schwartzman (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, Fl. 27
New York, NY 10020
joshua.schwartzman@us.dlapiper.com.

Antonia Lluberes (pro hac forthcoming)
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
antonia.lluberes@us.dlapiper.com

*Counsel for Umari Yasin, Mudassir Yasin, Kamran Yasin, Imran Sadiq, and Sohaib Sakaria*

swaidelich@honigman.com

*Counsel for Breeze Smoke LLC and KMT Services LLC*

/s/ *Anthony Scarpiniti*
Mason S. Cole
Anthony Scarpiniti
**COLE SADKIN, LLC**
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
mcole@colesadkin.com
ascarpiniti@colesadkin.com

*Counsel for Wisemen Wholesale, Inc., World Wholesale, Inc., and Light View LLC*

4