## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Midwest Goods Inc.

                    Plaintiff,

v.                                                    Case No.: 1:23–cv–05406
                                                      Honorable Thomas M. Durkin

Breeze Smoke LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' Joint Status Report [294]. All parties jointly propose and agree to the Hon. Mildred E. Methvin as Special Master, and the Court hereby appoints Judge Methvin as Special Master in this case, subject to the following. The parties should continue to work to engage Judge Methvin. Regarding a draft Appointment Order, the parties' draft must be based on templates previously identified by this Court, to expedite review. This appointment is contingent on Judge Methvin preparing and filing on CM/ECF an affidavit pursuant to Federal Rule of Civil Procedure 53(b)(3)(A), disclosing whether any ground exists for disqualification under 28 U.S.C. § 455, by 4/16/26. The parties shall submit a proposed Special Master Appointment Order to the Court's proposed–order inbox, Proposed_Order_Jantz@ilnd.uscourts.gov, by 4/23/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.