# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> BREEZE SMOKE, LLC and KMT Services LLC, d/b/a KMT Distribution, <br><br> Defendant. | **Case No. 1:23-cv-05406** <br><br> Honorable Thomas M. Durkin <br><br> Honorable Beth W. Jantz <br><br> **Jury Trial Demanded** |
| BREEZE SMOKE LLC, <br><br> Counter-Claimant, <br><br> v. <br><br> MIDWEST GOODS INC., DBA MIDWEST DISTRIBUTION ILLINOIS, WISEMEN WHOLESALE, INC., SPEED WHOLESALE, INC., WORLD WHOLESALE, INC., LIGHT VIEW LLC, UMAIR YASIN, MUDASSIR YASIN, KAMRAN YASIN, IMRAN SADIQ, AND SOHAIB SAKARIA, <br><br> Counterclaim Defendants. | |

## JOINT STATUS REPORT OF THE PARTIES AND REQUEST FOR AN EXTENSION OF THE APRIL 23, 2026 DEADLINE

Plaintiff/Counterclaim Defendant Midwest Goods Inc. ("Midwest"), Defendant/Counterclaim Plaintiff Breeze Smoke LLC ("Breeze Smoke"), Defendant KMT Services LLC, d/b/a KMT Distribution **("KMT")** and Counterclaim Defendants Wisemen Wholesale, Inc. ("Wisemen"), World Wholesale, Inc. ("World"), Light View LLC ("Light View"),

Umair Yasin, Mudassir Yasin, Kamran Yasin, Imran Sadiq, and Sohaib Sakaria (collectively the "Individual Defendants") pursuant to the Court's April 1, 2026 Order (Dkt. 295), submit this Joint Status Report to the Court and request a fourteen (14) day extension to the Court's April 23, 2026 deadline to submit a draft Special Master Appointment Order.

## I. STATUS OF APPOINTING A SPECIAL MASTER

1. The Parties' previous efforts to agree on a Special Master are outlined in the February 19, 2026 Joint Status Report and March 31, 2026 Joint Status Report. Dkt. 280; Dkt. 294.

2. On April 1, 2026, the Court appointed the Hon. Mildred E. Methvin (Ret.) as Special Master due to the Parties' joint agreement. Dkt. 295.

3. The Court ordered "[t]he parties should continue to work to engage Judge Methvin . . . this appointment is contingent on Judge Methvin preparing and filing on CM/ECF an affidavit pursuant to Federal Rule of Civil Procedure 53(b)(3)(A), disclosing whether any ground exists for disqualification under 28 U.S.C. § 455, by 4/16/26." *Id.*

4. And the Court ordered the parties to "submit a proposed Special Master Appointment Order" by April 23, 2026. *Id.*

5. On April 6, 2026, counsel for the Individual Defendants, copying all Parties, sent Judge Methvin (Ret.) the Court's April 1 Order.

6. Judge Methvin (Ret.) submitted her affidavit on April 13, 2026. Dkt. 296.

7. On April 15, 2026, Judge Methvin's Case Manager emailed the Parties, stating, "JAMS requires a retainer on account before Judge Methvin can do any work on this matter. Please let me know the fee split and identify the attorney(s) who will receive the invoice(s)."

8.    On April 16, 2026, Breeze Smoke responded and informed Judge Methvin's Case Manager that it would accept responsibility for 50% of the fees.  Breeze Smoke also provided the requested invoicing information.

9.    On April 21, 2026, Midwest informed Judge Methvin's Case Manager that it does not believe that fees should be split 50/50 between Breeze Smoke and Midwest, and "hopes to have such issues addressed in the Special Master Appointment Order."  Midwest then provided invoicing information to Judge Methvin's Case Manager.

10.    On April 22, 2026, Judge Methvin's Case Manager emailed the Parties stating, "[i]t is my understanding that JAMS is to issue the billing at 50/50 to move forward with scheduling a call.  Billing will be discussed on the call with Judge Methvin."

11.    The Parties have not had the initial call with Judge Methvin.  Nor has Judge Methvin provided feedback on a preferred Appointment Order.

12.    The Parties intend to schedule a call with Judge Methvin to discuss the draft Appointment Order as soon as the retainers are invoiced and paid and Judge Methvin is available.

13.    The Parties request a fourteen (14) day extension to the Court's April 23, 2026 deadline to submit a draft Special Master Appointment Order to account for the retention and billing issues and initial meeting with the Special Master.

Dated: April 23, 2026

| | |
|---|---|
| /s/ *Stephen L. Levine* | /s/  *David J. Roulo* |
| Drew G.A. Peel | Vikram A. Mathrani |
| **RACHLIS DUFF & PEEL, LLC** | David J. Roulo |
| 542 South Dearborn Street, Suite 900 | Alexandra Angyalosy |
| Chicago, IL 60605 | **HONIGMAN LLP** |
| (312) 275-0337 (direct) | 321 N. Clark Street |
| dpeel@rdaplaw.net | Suite 500 |
| | vmathrani@honigman.com |
| Stephen L. Levine (admitted *pro hac vice*) | droulo@honigman.com |
| Kelli M. Hinson (admitted *pro hac vice*) | angyalosy@honigman.com |

Mark C. Howland (*pro hac vice* application forthcoming)
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000 (gen.)
slevine@ccsb.com
khinson@ccsb.com
mhowland@ccsb.com

*Counsel for Midwest Goods Inc., dba Midwest Distribution Illinois*

/s/ *Joshua Schwartzman*

Melissa A. Reinckens (admitted *pro hac vice*)
DLA Piper LLP (US)
4365 Executive Drive
San Diego, CA 92121
melissa.reinckens@us.dlapiper.com

Joshua Schwartzman (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, Fl. 27
New York, NY 10020
joshua.schwartzman@us.dlapiper.com.

Antonia Lluberes (pro hac forthcoming)
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
antonia.lluberes@us.dlapiper.com

*Counsel for Umari Yasin, Mudassir Yasin, Kamran Yasin, Imran Sadiq, and Sohaib Sakaria*

Jeffrey K. Lamb
**HONIGMAN LLP**
660 Woodward Avenue, Ste 2290
Detroit, MI 48226-3506
jlamb@honigman.com

Sarah E. Waidelich
**HONIGMAN LLP**
101 N Main St, Suite 850
Ann Arbor, MI 48104
Telephone: (734) 418-4200
swaidelich@honigman.com

*Counsel for Breeze Smoke LLC and KMT Services LLC*

/s/ *Anthony Scarpiniti*
Mason S. Cole
Anthony Scarpiniti
**COLE SADKIN, LLC**
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
mcole@colesadkin.com
ascarpiniti@colesadkin.com

*Counsel for Wisemen Wholesale, Inc., World Wholesale, Inc., and Light View LLC*