**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Midwest Goods Inc.
                          Plaintiff,

v.                                                    Case No.: 1:23−cv−05406
                                                      Honorable Thomas M. Durkin

Breeze Smoke LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

        MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' Joint Status Report [309]. The parties provide an update on the appointment of Judge Methvin as Special Master and request a 14−day extension to submit a draft Special Master Appointment Order. The Court construes that request as a motion and grants the extension. The parties shall submit a draft Special Master Appointment Order to the Court's proposed−order inbox (Proposed_Order_Jantz@ilnd.uscourts.gov) by 5/7/2026. FINAL extension given the age of this case. The status report also indicates that the parties seem to have a dispute over the initial fee split for the Special Master. As was settled during the 1/27/2026 status hearing [247], Midwest and Breeze Smoke are to proceed with an initial 50/50 fee split, and include that provision in the Special Master Appointment Order. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.