**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Midwest Goods Inc.

                            Plaintiff,

v.                                                  Case No.: 1:23–cv–05406
                                                    Honorable Thomas M. Durkin

Breeze Smoke LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

        MINUTE entry before the Honorable Beth W. Jantz: As set forth in the accompanying Order, pursuant to Federal Rules of Civil Procedure 53(a)(1)(A) and 53(a)(1)(C), the Court appoints Hon. Mildred E. Methvin (Ret.) to serve as Special Master in this case until further order of the Court. In accordance with Federal Rule of Civil Procedure 53(b)(3)(A), the Court has received and filed an affidavit from Judge Methvin disclosing whether any grounds exist for disqualification under 28 U.S.C. § 455. Dkt. No. [296]. The affidavit does not reveal any grounds for disqualification, and no party has raised any independent ground for disqualification. Accordingly, the Court finds that no ground for disqualification exists under Federal Rule of Civil Procedure 53(a)(2). Consistent with Federal Rule of Civil Procedure 53(b)(1), the Court has given the parties notice of, and an opportunity to be heard regarding, the appointment of a Special Master, including specifically the appointment of Judge Methvin as Special Master. See Dkt. Nos. [228], [233], [243], [247], [248], [280], [281], [293], [294], [295], [309], [314]. Indeed, the parties themselves selected Judge Methvin to serve as Special Master. *See* Dkt. Nos. [294], [295]. As required by Federal Rule of Civil Procedure 53(a)(3), the Court has considered the fairness of imposing the likely expenses on the parties and has protected against unreasonable expense or delay. In light of Judge Methvin's appointment as Special Master, the parties shall contact Judge Methvin by 5/27/2026 to begin their work with her. Furthermore, the parties shall file a joint status report with the Court by 8/11/26 updating the Court on the progress the parties have made with Judge Methvin, including the issues being addressed currently, and any settlement interest. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.